**CASE NO. 21-10805**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

**David M. Clapper, individually;**
**Atlantic Midwest, L.L.C., a Michigan limited liability company;**
**Atlantic XIII, L.L.C., a Michigan Limited Liability Company,**

*Plaintiffs - Appellants*

v.

**American Realty Investors, Incorporated, a Nevada corporation;**
**American Realty Trust, Incorporated, a Georgia corporation;**
**Pillar Income Asset Management, Incorporated, a Nevada Corporation;**
**Prime Income Asset Management, Incorporated, a Nevada corporation;**
**Prime Income Asset Management, L.L.C., a Nevada limited liability**
**company; EQK Holdings, Incorporated, a Nevada corporation;**
**Basic Capital Management, Incorporated, a Nevada corporation;**
**Bradford Phillips, Independent Executor of Gene Phillips Will and Estate,**

*Defendants – Appellees*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS, CIV. NO. 3:14-CV-02970-X

### APPELLANTS' RECORD EXCERPTS SUPPORTING BRIEF

SICILIANO, MYCHALOWYCH &
VAN DUSEN, P.L.C
Andrew W. Mychalowych
Cora L. Morgan
40950 Woodward Avenue, Suite 350
Bloomfield Hills, Michigan 48304
Telephone: (248) 442-0510

DYKEMA GOSSETT PLLC
Christopher D. Kratovil
Alison R. Ashmore
1717 Main Street, Suite 4200
Dallas, TX 75201
Telephone: (214) 462-6400

Melanie L. Fry
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 554-5500

# **TABLE OF CONTENTS**

| | | |
|---|---|---|
| Docket Sheet | ROA.1-123 | TAB 1 |
| Notice of Appeal | ROA.36994-36998 | TAB 2 |
| The Jury's Verdict and Jury Notes | ROA.36237-36269 | TAB 3 |
| Memorandum Opinion and Order | ROA.36742-36743 | TAB 4 |
| Final Judgment | ROA.36744 | TAB 5 |
| Excerpts from Closing Arguments | ROA.41151-41152, 41161, 41167, 41172-41173, 41189-41190, 41196-41197, 41229-41232, 41234, 41241-41248, 41251, 41254-41255, 41260-41263, 41266, 41273-41274, 41277-41278, 41281-41284, 41288 | TAB 6 |

Respectfully submitted,

*/s/ Christopher D. Kratovil*

Andrew W. Mychalowych
MI Bar No. P39602, admitted *pro hac vice*
AMychalowych@SMV-law.com
Cora L. Morgan
CMorgan@SMV-law.com
MI Bar No. P59104, admitted *pro hac vice*
**SICILIANO MYCHALOWYCH AND VAN DUSEN, PLC**
40950 Woodward Ave., Ste. 350
Bloomfield Hills, MI 48304
Telephone: (248) 442-0510

Christopher D. Kratovil
Texas State Bar No. 24027427
Alison R. Ashmore
Texas State Bar No. 24059400
Aashmore@dykema.com
Jeffrey R. Fine
Texas State Bar No. 07008410
Jfine@dykema.com
**DYKEMA GOSSETT PLLC**
1717 Main Street, Suite 4200
Dallas, Texas 75201
Telephone: (214) 462-6400
Facsimile: (214) 462-6401

Melanie L. Fry
Texas State Bar No. 24069741
Mfry@dykema.com
**DYKEMA GOSSETT PLLC**
112 E. Pecan St., Suite 1800
San Antonio, Texas 78205
Telephone: (210) 554-5500

**ATTORNEYS FOR APPELLANTS**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on October 25, 2021, the foregoing document was filed with the Clerk of the Court using the electronic case filing system of the Court and that a true and correct copy of the foregoing was served on all parties of record via ECF and/or email.

DATED:     October 25, 2021

*/s/ Christopher D. Kratovil*
Christopher D. Kratovil
Counsel for Appellants

# TAB 1

APPEAL,CLOSED,EXH-ADM,JURY,RUTHERFORD

# U.S. District Court
## Northern District of Texas (Dallas)
## CIVIL DOCKET FOR CASE #: 3:14-cv-02970-X

| | |
|---|---|
| Clapper et al v. American Realty Investors Inc et al | Date Filed: 08/19/2014 |
| Assigned to: Judge Brantley Starr | Date Terminated: 07/14/2021 |
| Case in other court:  USCA5, 21-10805 | Jury Demand: Both |
| Cause: 18:1961 Racketeering (RICO) Act | Nature of Suit: 470 Other Statutes: Racketeer |
| | Influenced and Corrupt Organizations |
| | Jurisdiction: Federal Question |

**Plaintiff**

**David M Clapper**
*individually*

represented by **Andrew W Mychalowych**
Siciliano Mychavlowych & Van Dusen PLC
40950 Wooward Avenue, Ste 350
Bloomfield Hills, MI 48304
248-442-0510
Fax: 248-442-0518
Email: amychalowych@SMV-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Alison R Ashmore**
Dykema Gossett PLLC
1717 Main St
Suite 4200
Dallas, TX 75201
214-462-6454
Fax: 866-781-2975
Email: AAshmore@dykema.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Christopher D Kratovil**
Dykema Gossett PLLC
1717 Main St
Suite 4200
Dallas, TX 75201
214-462-6458
Fax: 214-462-6401
Email: ckratovil@dykema.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Cora Morgan**
Siciliano Mychalowych and Van Dusen PLC
40950 Woodward Ave
Suite 350
Bloomfield Hills, MI 48304

248-442-0510
Fax: 248-442-0518
Email: CMorgan@smv-law.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**David J Schenck**
Dykema Gossett PLLC
1717 Main St
Suite 4200
Dallas, TX 75201
214-462-6400
Fax: 214-462-6401
Email: dschenck@dykema.com
*TERMINATED: 01/20/2015*
*Bar Status: Admitted/In Good Standing*

**Jeffrey R Fine**
Dykema Gossett PLLC
1717 Main St
Suite 4200
Dallas, TX 75201
214-462-6455
Fax: 855-230-2518
Email: jfine@dykema.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**John Clay Sullivan**
Morgan, Lewis & Bockius LLP
1717 Main St
Suite 3200
Dallas, TX 75201
214-466-4198
Fax: 214-466-4001
Email: john.sullivan@morganlewis.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Kristina Marie Williams**
Dykema Gossett PLLC
1717 Main Street
Suite 4200
Dallas, TX 75201
214-462-6424
Fax: 214-462-6401
Email: kwilliams@dykema.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Meghan W Cassidy**
Siciliano Mychavlowych & Van Dusen PLC
37000 Grand River Avenue, Ste 350

Farmington Hills, MI 48335
248-442-0510
Fax: 248-442-9107
Email: MWC@Mcassidylaw.com
*TERMINATED: 04/15/2016*
*Bar Status: Not Admitted*

**Melanie Lynn Fry**
Cox Smith Matthews Incorporated
112 E Pecan Street
Suite 1800
San Antonio, TX 78205
210/554-5392
Fax: 210/226-8395
Email: mfry@coxsmith.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Plaintiff**

**Atlantic Midwest LLC**                    represented by   **Andrew W Mychalowych**
*a Michigan limited liability company*                      (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Bar Status: Admitted/In Good Standing*

                                                            **Alison R Ashmore**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Bar Status: Admitted/In Good Standing*

                                                            **Christopher D Kratovil**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Bar Status: Admitted/In Good Standing*

                                                            **Cora Morgan**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Bar Status: Not Admitted*

                                                            **David J Schenck**
                                                            (See above for address)
                                                            *TERMINATED: 01/20/2015*
                                                            *Bar Status: Admitted/In Good Standing*

                                                            **Jeffrey R Fine**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Bar Status: Admitted/In Good Standing*

                                                            **John Clay Sullivan**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

*Bar Status: Admitted/In Good Standing*

**Kristina Marie Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Meghan W Cassidy**
(See above for address)
*TERMINATED: 04/15/2016*
*Bar Status: Not Admitted*

**Melanie Lynn Fry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Plaintiff**

**Atlantic XIII LLC**
*a Michigan limited liability company*

represented by **Andrew W Mychalowych**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Alison R Ashmore**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Christopher D Kratovil**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Cora Morgan**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**David J Schenck**
(See above for address)
*TERMINATED: 01/20/2015*
*Bar Status: Admitted/In Good Standing*

**Jeffrey R Fine**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**John Clay Sullivan**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Kristina Marie Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Meghan W Cassidy**
(See above for address)
*TERMINATED: 04/15/2016*
*Bar Status: Not Admitted*

**Melanie Lynn Fry**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

V.

**Defendant**

**American Realty Investors Inc**
*a Nevada corporation*

represented by **Carter Boisvert**
Friedman & Feiger LLP
5301 Spring Valley Rd
Suite 200
Dallas, TX 75254
972-788-1400
Fax: 972-788-2667
Email: cboisvert@fflawoffice.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Courtney Barksdale Perez**
Carter Arnett PLLC
8150 N. Central Expressway
Suite 500
Dallas, TX 75206
214-550-5052
Fax: 214-550-8185
Email: cperez@carterarnett.com
*TERMINATED: 04/23/2021*
*Bar Status: Admitted/In Good Standing*

**E Leon Carter**
Carter Arnett PLLC
8150 N. Central Expressway
Suite 500
Dallas, TX 75206
214-550-8188
Fax: 214-550-8185
Email: lcarter@carterarnett.com
*TERMINATED: 04/23/2021*
*Bar Status: Admitted/In Good Standing*

**Jamie Jean Gilmore**
Bailey & Galyen
1300 Summit Avenue, Suite 650
Fort Worth, TX 76102
817-276-6000
Fax: 817-276-6010
Email: jgilmore@galyen.com
*TERMINATED: 03/26/2019*
*Bar Status: Admitted/In Good Standing*

**Joe Kendall**
Kendall Law Group PLLC
3811 Turtle Creek Blvd.
Suite 1450
Dallas, TX 75219
214-744-3000
Fax: 214-744-3015
Email: jkendall@kendalllawgroup.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Lawrence J Friedman**
Friedman & Feiger LLP
5301 Spring Valley Rd
Suite 200
Dallas, TX 75254
972-788-1400
Fax: 972-788-2667
Email: lfriedman@fflawoffice.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Leon Carter**
Munck Butrus PC
600 Banner Place Tower
12770 Coit Road
Dallas, TX 75251
972-628-3625
Email: lcarter@munckcarter.com
*TERMINATED: 04/12/2021*
*Bar Status: Not Admitted*

**Ryan Seay**
Kelsoe Khoury Rogers & Clark
5323 Spring Valley Road Spring Valley
Road
Suite 350
Dallas, TX 75254
972-661-2227
Email: rseay@kelsoe-law.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Scott A Keller**
Lehotsky Keller LLP
919 Congress Ave.
Austin, TX 78701
5126938350
Email: scott@lehotskykeller.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Stephen A Khoury**
Kelsoe Khoury Rogers Caughfield & Clark
PC
5323 Spring Valley Road
Suite 350
Dallas, TX 75254
972-661-2227
Fax: 972-233-4971
Email: sakhoury@kelsoe-law.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Todd Lawrence Disher**
Terrill & Waldrop
810 West 10th Street
Austin, TX 78701
512-474-9100
Fax: 512-474-9888
Email: todd@lehotskykeller.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**American Realty Trust Inc**                    represented by   **Don Swaim**
*a Georgia corporation*                                           Cunningham Swaim, LLP
                                                                 4015 Main Street
                                                                 Suite 200
                                                                 Dallas, TX 75226
                                                                 214-646-1495
                                                                 Fax: 214-613-1163
                                                                 Email: dswaim@cunninghamswaim.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*
                                                                 *Bar Status: Admitted/In Good Standing*

                                                                 **Carter Boisvert**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*
                                                                 *Bar Status: Admitted/In Good Standing*

                                                                 **Jamie Jean Gilmore**
                                                                 (See above for address)
                                                                 *TERMINATED: 03/26/2019*
                                                                 *Bar Status: Admitted/In Good Standing*

**Joe Kendall**
(See above for address)
*TERMINATED: 12/12/2019*
*Bar Status: Admitted/In Good Standing*

**Lawrence J Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Scott A Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Stephen A Khoury**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Todd Lawrence Disher**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**Transcontinental Realty Investors Inc**          represented by    **Jamie Jean Gilmore**
*a Nevada corporation, originally*                                   (See above for address)
*terminated on 3/24/2017*                                            *TERMINATED: 03/26/2019*
                                                                     *Bar Status: Admitted/In Good Standing*

**Joe Kendall**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Stephen A Khoury**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**Income Opportunity Realty Investors Inc**          represented by    **Jamie Jean Gilmore**
*a Nevada corporation*                                                 (See above for address)
*TERMINATED: 12/07/2018*                                               *TERMINATED: 03/26/2019*
                                                                       *Bar Status: Admitted/In Good Standing*

**Joe Kendall**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

Stephen A Khoury
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**Pillar Income Asset Management Inc**          represented by    **Jamie Jean Gilmore**
*a Nevada Corporation*                                            (See above for address)
                                                                 *TERMINATED: 03/26/2019*
                                                                 *Bar Status: Admitted/In Good Standing*

                                                                 **Joe Kendall**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*
                                                                 *Bar Status: Admitted/In Good Standing*

                                                                 **Stephen A Khoury**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*
                                                                 *Bar Status: Admitted/In Good Standing*

**Defendant**

**Prime Income Asset Management Inc**          represented by    **Jamie Jean Gilmore**
*a Nevada corporation*                                           (See above for address)
                                                                 *TERMINATED: 03/26/2019*
                                                                 *Bar Status: Admitted/In Good Standing*

                                                                 **Joe Kendall**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*
                                                                 *Bar Status: Admitted/In Good Standing*

                                                                 **Stephen A Khoury**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*
                                                                 *Bar Status: Admitted/In Good Standing*

**Defendant**

**Prime Income Asset Management LLC**          represented by    **Jamie Jean Gilmore**
*a Nevada limited liability company*                             (See above for address)
                                                                 *TERMINATED: 03/26/2019*
                                                                 *Bar Status: Admitted/In Good Standing*

                                                                 **Joe Kendall**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*
                                                                 *Bar Status: Admitted/In Good Standing*

                                                                 **Stephen A Khoury**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

*Bar Status: Admitted/In Good Standing*

**Defendant**

**EQK Holdings Inc**                           represented by    **Carter Boisvert**
*a Nevada corporation*                                          (See above for address)
                                                                *ATTORNEY TO BE NOTICED*
                                                                *Bar Status: Admitted/In Good Standing*

                                                                **Courtney Barksdale Perez**
                                                                (See above for address)
                                                                *TERMINATED: 04/23/2021*
                                                                *Bar Status: Admitted/In Good Standing*

                                                                **Jamie Jean Gilmore**
                                                                (See above for address)
                                                                *TERMINATED: 03/26/2019*
                                                                *Bar Status: Admitted/In Good Standing*

                                                                **Joe Kendall**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*
                                                                *Bar Status: Admitted/In Good Standing*

                                                                **Lawrence J Friedman**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*
                                                                *Bar Status: Admitted/In Good Standing*

                                                                **Leon Carter**
                                                                (See above for address)
                                                                *TERMINATED: 04/12/2021*
                                                                *Bar Status: Not Admitted*

                                                                **Ryan Seay**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*
                                                                *Bar Status: Not Admitted*

                                                                **Scott A Keller**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*
                                                                *Bar Status: Admitted/In Good Standing*

                                                                **Stephen A Khoury**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*
                                                                *Bar Status: Admitted/In Good Standing*

                                                                **Todd Lawrence Disher**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*
                                                                *Bar Status: Admitted/In Good Standing*

**Defendant**

| | | |
|---|---|---|
| **Basic Capital Management Inc**<br>*a Nevada corporation* | represented by | **Carter Boisvert**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Admitted/In Good Standing* |

**Jamie Jean Gilmore**
(See above for address)
*TERMINATED: 03/26/2019*
*Bar Status: Admitted/In Good Standing*

**Joe Kendall**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Lawrence J Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Stephen A Khoury**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

| | | |
|---|---|---|
| **Syntek West Inc**<br>*a Nevada corporation*<br>*TERMINATED: 03/24/2017* | represented by | **C Gregory Shamoun**<br>1800 Valley View Lane<br>Suite 200<br>Dallas, TX 75234<br>214-987-1745<br>Fax: 214-521-9033<br>Email: g@snlegal.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Admitted/In Good Standing* |

**Brian Keith Norman**
Shamoun & Norman LLP
1775 Wittington Place, Ste 200 LB 25
Dallas, TX 75234
214-987-1745
Fax: 214-521-9033
Email: bkn@snlegal.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Jamie Jean Gilmore**
(See above for address)
*TERMINATED: 03/26/2019*
*Bar Status: Admitted/In Good Standing*

**Joe Kendall**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Kayla Cherie Wells**
Shamoun & Norman
1800 Valley View Lane
Suite 200
Farmers Branch, TX 75234
214-987-1745
Fax: 214-521-9033
Email: kwells@snlegal.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**Realty Advisors, LLC**                    represented by    **Jamie Jean Gilmore**
*a Nevada limited liability company*                         (See above for address)
*TERMINATED: 03/24/2017*                                     *TERMINATED: 03/26/2019*
                                                            *Bar Status: Admitted/In Good Standing*

**Joe Kendall**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Stephen A Khoury**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**Realty Advisors, Inc.**                   represented by    **Jamie Jean Gilmore**
*a Nevada corporation*                                       (See above for address)
*TERMINATED: 03/24/2017*                                     *TERMINATED: 03/26/2019*
                                                            *Bar Status: Admitted/In Good Standing*

**Joe Kendall**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Stephen A Khoury**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**Realty Advisors Management, Inc.**        represented by    **C Gregory Shamoun**
*a Nevada corporation*                                       (See above for address)

*TERMINATED: 03/24/2017*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Brian Keith Norman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Jamie Jean Gilmore**
(See above for address)
*TERMINATED: 03/26/2019*
*Bar Status: Admitted/In Good Standing*

**Joe Kendall**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Kayla Cherie Wells**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**The May Trust**                    represented by   **C Gregory Shamoun**
*TERMINATED: 03/24/2017*                              (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Bar Status: Admitted/In Good Standing*

**Brian Keith Norman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Jamie Jean Gilmore**
(See above for address)
*TERMINATED: 03/26/2019*
*Bar Status: Admitted/In Good Standing*

**Joe Kendall**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Kayla Cherie Wells**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**The Martin Trust**
*TERMINATED: 03/24/2017*

represented by **C Gregory Shamoun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Brian Keith Norman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Jamie Jean Gilmore**
(See above for address)
*TERMINATED: 03/26/2019*
*Bar Status: Admitted/In Good Standing*

**Joe Kendall**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Kayla Cherie Wells**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**Transcontinental Realty Acquisition Corporation**
*a Nevada corporation*
*TERMINATED: 06/03/2015*

represented by **Carter Boisvert**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Jamie Jean Gilmore**
(See above for address)
*TERMINATED: 03/26/2019*
*Bar Status: Admitted/In Good Standing*

**Joe Kendall**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Lawrence J Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Stephen A Khoury**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**Gene E Phillips**
*individually*
*TERMINATED: 11/21/2019*

represented by  **C Gregory Shamoun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Brian Keith Norman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Carter Boisvert**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Jamie Jean Gilmore**
(See above for address)
*TERMINATED: 03/26/2019*
*Bar Status: Admitted/In Good Standing*

**Jeffrey Blair Norris**
Shamoun & Norman LLP
1800 Valley View Lane
Suite 200
Dallas, TX 75234
214-987-1745
Fax: 214-521-9033
Email: bn@snlegal.com
*Bar Status: Not Admitted*

**Joe Kendall**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Kayla Cherie Wells**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Lawrence J Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Scott A Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Stephen A Khoury**
(See above for address)

*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Todd Lawrence Disher**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

| | | |
|---|---|---|
| **Henry A Butler**<br>*individually*<br>*TERMINATED: 03/24/2017* | represented by | **Don Swaim**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Admitted/In Good Standing* |

**Carter Boisvert**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Jamie Jean Gilmore**
(See above for address)
*TERMINATED: 03/26/2019*
*Bar Status: Admitted/In Good Standing*

**Joe Kendall**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Lawrence J Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

| | | |
|---|---|---|
| **Robert A Jakuszeweki**<br>*individually*<br>*TERMINATED: 03/24/2017* | represented by | **Don Swaim**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Admitted/In Good Standing* |

**Carter Boisvert**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Jamie Jean Gilmore**
(See above for address)
*TERMINATED: 03/26/2019*
*Bar Status: Admitted/In Good Standing*

**Joe Kendall**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Lawrence J Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**Sharon Hunt**                    represented by    **Don Swaim**
*individually*                                      (See above for address)
*TERMINATED: 03/24/2017*                            *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Bar Status: Admitted/In Good Standing*

                                                    **Carter Boisvert**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Bar Status: Admitted/In Good Standing*

                                                    **Jamie Jean Gilmore**
                                                    (See above for address)
                                                    *TERMINATED: 03/26/2019*
                                                    *Bar Status: Admitted/In Good Standing*

                                                    **Joe Kendall**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Bar Status: Admitted/In Good Standing*

                                                    **Lawrence J Friedman**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Bar Status: Admitted/In Good Standing*

**Defendant**

**Ted R Munselle**                 represented by    **Don Swaim**
*individually*                                      (See above for address)
*TERMINATED: 03/24/2017*                            *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Bar Status: Admitted/In Good Standing*

                                                    **Carter Boisvert**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Bar Status: Admitted/In Good Standing*

                                                    **Jamie Jean Gilmore**
                                                    (See above for address)
                                                    *TERMINATED: 03/26/2019*

*Bar Status: Admitted/In Good Standing*

**Joe Kendall**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Lawrence J Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

| | | |
|---|---|---|
| **Daniel J Moos**<br>*individually*<br>*TERMINATED: 03/24/2017* | represented by | **Don Swaim**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Admitted/In Good Standing* |

**Carter Boisvert**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Jamie Jean Gilmore**
(See above for address)
*TERMINATED: 03/26/2019*
*Bar Status: Admitted/In Good Standing*

**Joe Kendall**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Lawrence J Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

| | | |
|---|---|---|
| **Donald Phillips**<br>*individually*<br>*TERMINATED: 03/24/2017* | represented by | **C Gregory Shamoun**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Admitted/In Good Standing* |

**Brian Keith Norman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Carter Boisvert**

(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Jamie Jean Gilmore**
(See above for address)
*TERMINATED: 03/26/2019*
*Bar Status: Admitted/In Good Standing*

**Joe Kendall**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Kayla Cherie Wells**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Lawrence J Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**Mickey N Phillips**                    represented by   **C Gregory Shamoun**
*individually*                                            (See above for address)
*TERMINATED: 03/24/2017*                                  *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Bar Status: Admitted/In Good Standing*

                                                          **Brian Keith Norman**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Bar Status: Admitted/In Good Standing*

                                                          **Carter Boisvert**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Bar Status: Admitted/In Good Standing*

                                                          **Jamie Jean Gilmore**
                                                          (See above for address)
                                                          *TERMINATED: 03/26/2019*
                                                          *Bar Status: Admitted/In Good Standing*

                                                          **Joe Kendall**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Bar Status: Admitted/In Good Standing*

                                                          **Kayla Cherie Wells**
                                                          (See above for address)

*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Lawrence J Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**Ryan T Phillips**
*individually*
*TERMINATED: 03/24/2017*

represented by **C Gregory Shamoun**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Brian Keith Norman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Carter Boisvert**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Jamie Jean Gilmore**
(See above for address)
*TERMINATED: 03/26/2019*
*Bar Status: Admitted/In Good Standing*

**Joe Kendall**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Kayla Cherie Wells**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Lawrence J Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**Gene S Bertcher**
*individually*
*TERMINATED: 03/24/2017*

represented by **Don Swaim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Carter Boisvert**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Jamie Jean Gilmore**
(See above for address)
*TERMINATED: 03/26/2019*
*Bar Status: Admitted/In Good Standing*

**Joe Kendall**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Lawrence J Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**Louis Corna**                    represented by **Don Swaim**
*individually*                                      (See above for address)
*TERMINATED: 03/24/2017*                            *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Bar Status: Admitted/In Good Standing*

**Carter Boisvert**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Jamie Jean Gilmore**
(See above for address)
*TERMINATED: 03/26/2019*
*Bar Status: Admitted/In Good Standing*

**Joe Kendall**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Lawrence J Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**John Doe**
*individually*
*TERMINATED: 03/24/2017*

**Defendant**

**Guard Jane Doe**
*individually*
*TERMINATED: 03/24/2017*

**Defendant**

**ABC Company**
*TERMINATED: 03/24/2017*

**Defendant**

**XYZ Company**
*TERMINATED: 03/24/2017*

**Defendant**

**Bradford Phillips**                    represented by    **C Gregory Shamoun**
*Independent Executor of Gene Phillips Will*                (See above for address)
*and Estate.*                                               *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Bar Status: Admitted/In Good Standing*

                                                            **Brian Keith Norman**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Bar Status: Admitted/In Good Standing*

                                                            **Carter Boisvert**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Bar Status: Admitted/In Good Standing*

                                                            **Jeffrey Blair Norris**
                                                            (See above for address)
                                                            *Bar Status: Not Admitted*

                                                            **Joe Kendall**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Bar Status: Admitted/In Good Standing*

                                                            **Kayla Cherie Wells**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Bar Status: Admitted/In Good Standing*

                                                            **Lawrence J Friedman**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Bar Status: Admitted/In Good Standing*

                                                            **Todd Lawrence Disher**
                                                            (See above for address)

*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

V.

**Respondent**

**Syntek Acquisition Corp.**

V.

**Movant**

| | | |
|---|---|---|
| **Swalm & Associates** | represented by | **Gary S Kessler** |
| *TERMINATED: 03/24/2017* | | Kessler Collins PC |

| | |
|---|---|
| | 2100 Ross Avenue, Suite 750 |
| | Dallas, TX 75201 |
| | 214-379-0722 |
| | Fax: 214-373-4714 |
| | Email: gsk@kesslercollins.com |
| | *LEAD ATTORNEY* |
| | *ATTORNEY TO BE NOTICED* |
| | *Bar Status: Admitted/In Good Standing* |
| | |
| | **Philip George McNicholas** |
| | Kessler Collins PC |
| | 2100 Ross Avenue, Suite 750 |
| | Dallas, TX 75201 |
| | 214-379-0722 |
| | Fax: 214-373-4714 |
| | Email: pgm@kesslercollins.com |
| | *ATTORNEY TO BE NOTICED* |
| | *Bar Status: Admitted/In Good Standing* |

**Interested Party**

| | | |
|---|---|---|
| **Farmer Fuqua & Huff PC** | represented by | **Dennis M Holmgren** |
| | | Holmgren Johnson: Mitchell Madden LLP |
| | | 12801 North Central Expressway, Suite 140 |
| | | Dallas, TX 75243 |
| | | 972-484-7780 |
| | | Fax: 972-484-7743 |
| | | Email: dennis@hjmmlegal.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Bar Status: Admitted/In Good Standing* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/19/2014 | 1 | COMPLAINT against All Plaintiffs filed by Atlantic XIII LLC, David M Clapper, Atlantic Midwest LLC. (Filing fee $400; Receipt number 0539-6232935) Clerk to issue summons(es). In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements is provided. The court reminds the filer that any |

| | | required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here:  Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Mychalowych, Andrew) (Entered: 08/19/2014) |
|---|---|---|
| 08/19/2014 | 2 | NOTICE of Related Case filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 08/19/2014) |
| 08/19/2014 | 3 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper. (Mychalowych, Andrew) (Entered: 08/19/2014) |
| 08/19/2014 | 4 | Summons Issued as to ABC Company, American Realty Investors Inc, American Realty Trust, Inc, Basic Capital Management, Inc, Gene S Bertcher, Henry A Butler, Louis Corna, Jane Doe, John Doe, EQK Holdings Inc, Sharon Hunt, Income Opportunity Realty Investors Inc, Robert A Jakuszeweki, Daniel J Moos, Ted R Munselle, Donald Phillips, Gene E Phillips, Mickey N Phillips, Ryan T Phillips, Pillar Income Asset Management Inc, Prime Income Asset Management Inc, Prime Income Asset Management LLC, Realty Advisors Management, Inc., Realty Advisors, Inc., Realty Advisors, LLC, Syntek West Inc, The Martin Trust, The May Trust, Transcontinental Realty Acquisition Corporation, Transcontinental Realty Investors, Inc., XYZ Company. (aaa) (Entered: 08/19/2014) |
| 08/19/2014 | 5 | New Case Notes: A filing fee has been paid. File to Judge Solis. Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge (Judge Stickney). Clerk to provide copy to plaintiff if not received electronically. (aaa) (Entered: 08/19/2014) |
| 08/19/2014 | 6 | MOTION Transfer Case to Judge David C. Godbey filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Attachments: # 1 Exhibit(s) 1., # 2 Exhibit(s) 2., # 3 Exhibit(s) 3., # 4 Exhibit(s) 4., # 5 Exhibit(s) 5.) (Mychalowych, Andrew) (Entered: 08/19/2014) |
| 08/21/2014 | 7 | NOTICE of *Correspondence to Court* filed by ABC Company, American Realty Investors Inc, American Realty Trust, Inc, Basic Capital Management, Inc, Gene S Bertcher, Henry A Butler, Louis Corna, Jane Doe, John Doe, EQK Holdings Inc, Sharon Hunt, Income Opportunity Realty Investors Inc, Robert A Jakuszeweki, Daniel J Moos, Ted R Munselle, Donald Phillips, Gene E Phillips, Mickey N Phillips, Ryan T Phillips, Pillar Income Asset Management Inc, Prime Income Asset Management Inc, Prime Income Asset Management LLC, Realty Advisors Management, Inc., Realty Advisors, Inc., Realty Advisors, LLC, Syntek West Inc, The Martin Trust, The May Trust, Transcontinental Realty Acquisition Corporation, Transcontinental Realty Investors, Inc., XYZ Company (McKey, Jamie) (Entered: 08/21/2014) |
| 08/27/2014 | 8 | ELECTRONIC ORDER Denying 6 Plaintiff's Motion to Transfer Case to Judge David C. Godbey. (Ordered by Judge Jorge A Solis on 8/27/2014) (chmb) (Entered: 08/27/2014) |
| 09/15/2014 | 9 | WAIVER OF SERVICE Returned Executed as to Transcontinental Realty Acquisition Corporation. Waiver sent on 8/27/2014. (Cassidy, Meghan) (Entered: 09/15/2014) |
| 09/15/2014 | 10 | WAIVER OF SERVICE Returned Executed as to The May Trust. Waiver sent on 8/27/2014. (Cassidy, Meghan) (Entered: 09/15/2014) |

| 09/15/2014 | 11 | WAIVER OF SERVICE Returned Executed as to The Martin Trust. Waiver sent on 8/27/2014. (Cassidy, Meghan) (Entered: 09/15/2014) |
| 09/15/2014 | 12 | WAIVER OF SERVICE Returned Executed as to Transcontinental Realty Investors, Inc.. Waiver sent on 8/27/2014. (Cassidy, Meghan) (Entered: 09/15/2014) |
| 09/15/2014 | 13 | WAIVER OF SERVICE Returned Executed as to Syntek West Inc. Waiver sent on 8/27/2014. (Cassidy, Meghan) (Entered: 09/15/2014) |
| 09/15/2014 | 14 | WAIVER OF SERVICE Returned Executed as to Realty Advisors Management, Inc.. Waiver sent on 8/27/2014. (Cassidy, Meghan) (Entered: 09/15/2014) |
| 09/15/2014 | 15 | WAIVER OF SERVICE Returned Executed as to Realty Advisors, LLC. Waiver sent on 8/27/2014. (Cassidy, Meghan) (Entered: 09/15/2014) |
| 09/15/2014 | 16 | WAIVER OF SERVICE Returned Executed as to Realty Advisors, Inc.. Waiver sent on 8/27/2014. (Cassidy, Meghan) (Entered: 09/15/2014) |
| 09/15/2014 | 17 | WAIVER OF SERVICE Returned Executed as to Prime Income Asset Management Inc. Waiver sent on 8/27/2014. (Cassidy, Meghan) (Entered: 09/15/2014) |
| 09/15/2014 | 18 | WAIVER OF SERVICE Returned Executed as to Prime Income Asset Management LLC. Waiver sent on 8/27/2014. (Cassidy, Meghan) (Entered: 09/15/2014) |
| 09/15/2014 | 19 | WAIVER OF SERVICE Returned Executed as to Pillar Income Asset Management Inc. Waiver sent on 8/27/2014. (Cassidy, Meghan) (Entered: 09/15/2014) |
| 09/15/2014 | 20 | WAIVER OF SERVICE Returned Executed as to Ryan T Phillips. Waiver sent on 8/27/2014. (Cassidy, Meghan) (Entered: 09/15/2014) |
| 09/15/2014 | 21 | WAIVER OF SERVICE Returned Executed as to Mickey N Phillips. Waiver sent on 8/27/2014. (Cassidy, Meghan) (Entered: 09/15/2014) |
| 09/15/2014 | 22 | WAIVER OF SERVICE Returned Executed as to Gene E Phillips. Waiver sent on 8/27/2014. (Cassidy, Meghan) (Entered: 09/15/2014) |
| 09/15/2014 | 23 | WAIVER OF SERVICE Returned Executed as to Donald Phillips. Waiver sent on 8/27/2014. (Cassidy, Meghan) (Entered: 09/15/2014) |
| 09/15/2014 | 24 | WAIVER OF SERVICE Returned Executed as to Ted R Munselle. Waiver sent on 8/27/2014. (Cassidy, Meghan) (Entered: 09/15/2014) |
| 09/15/2014 | 25 | WAIVER OF SERVICE Returned Executed as to Daniel J Moos. Waiver sent on 8/27/2014. (Cassidy, Meghan) (Entered: 09/15/2014) |
| 09/15/2014 | 26 | WAIVER OF SERVICE Returned Executed as to Robert A Jakuszeweki. Waiver sent on 8/27/2014. (Cassidy, Meghan) (Entered: 09/15/2014) |
| 09/15/2014 | 27 | WAIVER OF SERVICE Returned Executed as to Income Opportunity Realty Investors Inc. Waiver sent on 8/27/2014. (Cassidy, Meghan) (Entered: 09/15/2014) |
| 09/15/2014 | 28 | WAIVER OF SERVICE Returned Executed as to Sharon Hunt. Waiver sent on 8/27/2014. (Cassidy, Meghan) (Entered: 09/15/2014) |
| 09/15/2014 | 29 | WAIVER OF SERVICE Returned Executed as to EQK Holdings Inc. Waiver sent on 8/27/2014. (Cassidy, Meghan) (Entered: 09/15/2014) |
| 09/15/2014 | 30 | WAIVER OF SERVICE Returned Executed as to Louis Corna. Waiver sent on 8/27/2014. (Cassidy, Meghan) (Entered: 09/15/2014) |

| 09/15/2014 | 31 | WAIVER OF SERVICE Returned Executed as to Henry A Butler. Waiver sent on 8/27/2014. (Cassidy, Meghan) (Entered: 09/15/2014) |
|---|---|---|
| 09/15/2014 | 32 | WAIVER OF SERVICE Returned Executed as to Gene S Bertcher. Waiver sent on 8/27/2014. (Cassidy, Meghan) (Entered: 09/15/2014) |
| 09/15/2014 | 33 | WAIVER OF SERVICE Returned Executed as to American Realty Trust, Inc. Waiver sent on 8/27/2014. (Cassidy, Meghan) (Entered: 09/15/2014) |
| 09/15/2014 | 34 | WAIVER OF SERVICE Returned Executed as to Basic Capital Management, Inc. Waiver sent on 8/27/2014. (Cassidy, Meghan) (Entered: 09/15/2014) |
| 10/07/2014 | 35 | Emergency MOTION for Temporary Restraining Order filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 10/07/2014) |
| 10/07/2014 | 36 | Brief/Memorandum in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 35 Emergency MOTION for Temporary Restraining Order (Attachments: # 1 Exhibit(s) Index of Exhibits, # 2 Exhibit(s) 1-2014 Final Judgment against ART, # 3 Exhibit(s) 2-TCI 13D filed with SEC, # 4 Exhibit(s) 3-SEC document re: transfers of TCI stock, # 5 Exhibit(s) 4-SEC document re: transfer of TCI stock, # 6 Exhibit(s) 5-Judge Hale Order Dismissing ART's Bankruptcy, # 7 Exhibit(s) 6-ART's Motion for Reconsideration of Judge Hale's dismissal, # 8 Exhibit(s) 7-Judge Hale's denial of ART's Motion for Reconsideration, # 9 Exhibit(s) 8-SEC document re: 2014 transfer of TCI shares, # 10 Exhibit(s) 9-SEC report re: conversion of ARI stock, # 11 Exhibit(s) 10-August, 2008 Summary Judgment Order by Judge Godbey, # 12 Exhibit(s) 11-September, 2009 Summary Judgment Order of Judge Godbey, # 13 Exhibit(s) 12-2011 Jury Verdict in case 99-2355, # 14 Exhibit(s) 13- 2011 Judgment in case 99-2355 against ART, # 15 Exhibit(s) 14-Excerpt of Defendant Gene Bertcher testimony, # 16 Exhibit(s) 15-Orders setting hearings on Turn Over motions in case 99-2355, # 17 Exhibit(s) 16- 2014 Fifth Circuit Opinion - Case 99-2355, # 18 Exhibit(s) 17 - Affidavit of Andrew W. Mychalowych, # 19 Exhibit(s) 18 - Orders for hearings from Magistrate Stickney - case 99-2355, # 20 Exhibit(s) 19- Suggestion of Bankruptcy filed by ART, # 21 Exhibit(s) 20-List of subsidiaries owned by ART as of 12/31/2010, # 22 Exhibit(s) 21- Proposed Temporary Restraining Order) (Mychalowych, Andrew) (Entered: 10/07/2014) |
| 10/07/2014 | 37 | NOTICE of Attorney Appearance by David J Schenck on behalf of All Plaintiffs. (Filer confirms contact info in ECF is current.) (Schenck, David) (Entered: 10/07/2014) |
| 10/07/2014 | 38 | ORDER: Now before the Court is Plaintiffs' Motion for Temporary Restraining Order, filed 10/7/2014. Doc. 35 . Having conferred with the parties, the Court finds that it is appropriate to order expedite briefing on this Motion. Any response must be filed by Defendants by 10/14/2014. Any reply must be filed by Plaintiffs by 10/17/2014. (Ordered by Judge Jorge A Solis on 10/7/2014) (ctf) (Entered: 10/07/2014) |
| 10/14/2014 | 39 | RESPONSE filed by American Realty Investors Inc, American Realty Trust, Inc, Basic Capital Management, Inc, Gene S Bertcher, Henry A Butler, Louis Corna, EQK Holdings Inc, Sharon Hunt, Income Opportunity Realty Investors Inc, Robert A Jakuszeweki, Daniel J Moos, Ted R Munselle, Donald Phillips, Gene E Phillips, Mickey N Phillips, Ryan T Phillips, Pillar Income Asset Management Inc, Prime Income Asset Management Inc, Prime Income Asset Management LLC, Realty Advisors Management, Inc., Realty Advisors, Inc., Realty Advisors, LLC, Syntek West Inc, The Martin Trust, The May Trust, Transcontinental Realty Acquisition Corporation, Transcontinental Realty Investors Inc re: 35 Emergency MOTION for Temporary Restraining Order (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B, # 3 Exhibit(s) C) (Kendall, Joe) |

| | | |
|---|---|---|
| | | (Entered: 10/14/2014) |
| 10/17/2014 | 40 | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 35 Emergency MOTION for Temporary Restraining Order (Attachments: # 1 Exhibit(s) 1 - Alligator postcard, # 2 Exhibit(s) 2- ART Motion to Quash, # 3 Exhibit(s) 3-Atlantic Trial Brief before Judge Hale, # 4 Exhibit(s) 4-Part 1 of Trial Transcript 11/5/13, # 5 Exhibit(s) 4 Continued: Part 2 of Trial Transcript 11/5/13, # 6 Exhibit(s) 4 Continued: Part 3 of Trial Transcript 11/5/13, # 7 Exhibit(s) 5 Part 1 of Trial Transcript 11/13/13, # 8 Exhibit(s) 5 Continued: Part 2 of Trial Transcript of 11/13/13, # 9 Exhibit(s) 5 Continued: Part 3 of Trial Transcript 11/13/13, # 10 Exhibit(s) 5 Continued: Part 4 of Trial Transcript 11/13/13, # 11 Exhibit(s) 6: Part 1 of Trial Transcript 1/7/14, # 12 Exhibit(s) 6 Continued: Part 2 of Trial Transcript 1/7/14, # 13 Exhibit(s) 7: Part 1 of Trial Transcript 1/8/14, # 14 Exhibit(s) 7 Continued: Part 2 of Trial Transcript 1/18/14, # 15 Exhibit(s) 8: Part 1 of Trial Transcript 1/9/14, # 16 Exhibit(s) 8 Continued: Part 2 of Trial Transcript 1/9/14, # 17 Exhibit(s) 8 Continued: Part 3 of Trial Transcript) (Mychalowych, Andrew) (Entered: 10/17/2014) |
| 10/27/2014 | 41 | MOTION to Dismiss filed by The Martin Trust, The May Trust with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (McKey, Jamie) (Entered: 10/27/2014) |
| 10/27/2014 | 42 | MOTION to Dismiss filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Transcontinental Realty Investors Inc with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (McKey, Jamie) (Entered: 10/27/2014) |
| 10/27/2014 | 43 | MOTION to Dismiss filed by Gene S Bertcher, Henry A Butler, Louis Corna, Sharon Hunt, Robert A Jakuszeweki, Daniel J Moos, Ted R Munselle, Donald Phillips, Gene E Phillips, Mickey N Phillips, Ryan T Phillips with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (McKey, Jamie) (Entered: 10/27/2014) |
| 10/27/2014 | 44 | MOTION to Dismiss filed by Basic Capital Management, Inc, Income Opportunity Realty Investors Inc, Pillar Income Asset Management Inc, Prime Income Asset Management Inc, Prime Income Asset Management LLC, Realty Advisors Management, Inc., Realty Advisors, Inc., Realty Advisors, LLC, Syntek West Inc, Transcontinental Realty Acquisition Corporation with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (McKey, Jamie) (Entered: 10/27/2014) |
| 10/31/2014 | 45 | Court Request for Recusal: Judge Jorge A Solis recused. Pursuant to instruction in Special Order 3-249, the Clerk has reassigned the case to Chief Judge Sidney A Fitzwater for all further proceedings. Future filings should indicate the case number as: 3:14-cv-2970-D. (gr) (Entered: 10/31/2014) |
| 11/03/2014 | 46 | Order for Scheduling Order Proposal: Scheduling Proposal due by 12/3/2014. (Ordered by Chief Judge Sidney A Fitzwater on 11/3/2014) (chmb) (Entered: 11/03/2014) |
| 11/03/2014 | 47 | ORDER: The 35 MOTION for Temporary Restraining Order filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper is carried with plaintiffs' preliminary injunction application, without prejudice to being granted or denied for cause before the court decides the preliminary injunction application. (Ordered by Chief Judge Sidney A Fitzwater on 11/3/2014) (Chief Judge Sidney A Fitzwater) (Entered: 11/03/2014) |
| 11/03/2014 | 48 | PRELIMINARY INJUNCTION SCHEDULING ORDER. (Ordered by Chief Judge Sidney A Fitzwater on 11/3/2014) (Chief Judge Sidney A Fitzwater) (Entered: 11/03/2014) |
| 11/03/2014 | 49 | ORDER: On 10/27/2014 defendants filed an initial responsive pleading in this case but did not provide the clerk with a certificate of interested persons. No later than 21 days |

| | | |
|---|---|---|
| | | after this order is filed, defendants must comply with Rule 7.4 so that the court can ensure that recusal is not required in this case. (Ordered by Chief Judge Sidney A Fitzwater on 11/3/2014) (twd) (Entered: 11/03/2014) |
| 11/03/2014 | 50 | ORDER: The court is advised by the clerk of court that Meghan W. Cassidy, Esquire ("Counsel"), whose name appears on a pleading in this case, is not a member of the Bar of the Northern District of Texas. Accordingly, within 30 days of the date of this order, Counsel shall either (1) provide to the court, and to the clerk of court, satisfactory documentation of membership or (2) apply for membership in the Bar of this court or for admission pro hac vice for this case. (Ordered by Chief Judge Sidney A Fitzwater on 11/3/2014) (twd) (Entered: 11/03/2014) |
| 11/07/2014 | 51 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by American Realty Investors Inc, American Realty Trust, Inc, Basic Capital Management, Inc, Gene S Bertcher, Henry A Butler, Louis Corna, EQK Holdings Inc, Sharon Hunt, Income Opportunity Realty Investors Inc, Robert A Jakuszeweki, Daniel J Moos, Ted R Munselle, Donald Phillips, Gene E Phillips, Mickey N Phillips, Ryan T Phillips, Pillar Income Asset Management Inc, Prime Income Asset Management Inc, Prime Income Asset Management LLC, Realty Advisors Management, Inc., Realty Advisors, Inc., Realty Advisors, LLC, Syntek West Inc, The Martin Trust, The May Trust, Transcontinental Realty Acquisition Corporation, Transcontinental Realty Investors Inc. (Kendall, Joe) (Entered: 11/07/2014) |
| 11/12/2014 | 52 | Agreed MOTION to Extend Time To Respond and Reply to Defendants' Motions to Dismiss filed by American Realty Investors Inc, American Realty Trust, Inc, Atlantic Midwest LLC, Atlantic XIII LLC, Basic Capital Management, Inc, Gene S Bertcher, Henry A Butler, David M Clapper, Louis Corna, Jane Doe, John Doe, EQK Holdings Inc, Sharon Hunt, Income Opportunity Realty Investors Inc, Robert A Jakuszeweki, Daniel J Moos, Ted R Munselle, Donald Phillips, Gene E Phillips, Mickey N Phillips, Ryan T Phillips, Pillar Income Asset Management Inc, Prime Income Asset Management Inc, Prime Income Asset Management LLC, Realty Advisors Management, Inc., Realty Advisors, Inc., Realty Advisors, LLC, Syntek West Inc, The Martin Trust, The May Trust, Transcontinental Realty Acquisition Corporation, Transcontinental Realty Investors Inc, XYZ Company with Brief/Memorandum in Support. (Mychalowych, Andrew) (Entered: 11/12/2014) |
| 11/12/2014 | 53 | ORDER granting 52 Agreed MOTION to Extend Time To Respond and Reply to Defendants' Motions to Dismiss. Plaintiffs must file their responses to the motions docketed as Nos. 41, 42, and 43 on or before 12/1/2014, and defendants must file their replies in support of these motion on or before 12/29/2014. (Ordered by Chief Judge Sidney A Fitzwater on 11/12/2014) (jrr) (Entered: 11/12/2014) |
| 11/18/2014 | 54 | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $25; Receipt number 0539-6431968) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Attachments: # 1 Additional Page(s) Certificate of Good Standing) (Cassidy, Meghan) (Entered: 11/18/2014) |
| 11/18/2014 | 55 | ELECTRONIC ORDER granting 54 Application for Admission Pro Hac Vice of Meghan W. Cassidy. If not already done, Applicant must register as an ECF User within 14 days (LR 5.1(f)). (Ordered by Judge Sidney A Fitzwater on 11/18/2014) (Judge Sidney A Fitzwater) (Entered: 11/18/2014) |
| 11/18/2014 | 56 | ***PLEASE DISREGARD, DUPLICATE ENTRY OF 54 *** Application for Admission Pro Hac Vice with Certificate of Good Standing for Attorney Meghan W. Cassidy (Filing fee $25; Receipt number DS078157) filed by Atlantic Midwest LLC, |

| | | |
|---|---|---|
| | | Atlantic XIII LLC, David M Clapper. (aaa) Modified on 11/19/2014 (aaa). (Entered: 11/19/2014) |
| 11/19/2014 | 57 | Proposal for contents of scheduling and discovery order by American Realty Investors Inc, American Realty Trust, Inc, Atlantic Midwest LLC, Atlantic XIII LLC, Basic Capital Management, Inc, Gene S Bertcher, Henry A Butler, David M Clapper, Louis Corna, EQK Holdings Inc, Sharon Hunt, Income Opportunity Realty Investors Inc, Robert A Jakuszeweki, Daniel J Moos, Ted R Munselle, Donald Phillips, Gene E Phillips, Mickey N Phillips, Ryan T Phillips, Pillar Income Asset Management Inc, Prime Income Asset Management Inc, Prime Income Asset Management LLC, Realty Advisors Management, Inc., Realty Advisors, Inc., Realty Advisors, LLC, Syntek West Inc, The Martin Trust, The May Trust, Transcontinental Realty Acquisition Corporation, Transcontinental Realty Investors Inc. (Kendall, Joe) (Entered: 11/19/2014) |
| 11/24/2014 | 58 | AGREED ORDER TO ALLOW PLAINTIFFS TO FILE A FIRST AMENDED COMPLAINT AND SETTING DEFENDANTS RESPONSE DATE TO SAME ORDER; terminating 41 Motion to Dismiss; terminating 42 Motion to Dismiss; terminating 43 Motion to Dismiss; terminating 44 Motion to Dismiss. (Ordered by Judge Sidney A Fitzwater on 11/24/2014) (Judge Sidney A Fitzwater) (Entered: 11/24/2014) |
| 11/24/2014 | | Hearing/Deadline Modification: Deadlines/hearings set per 58 Order. Amended Complaint due by 12/15/2014. Answer due from All Defendants by 1/15/2015. (skt) (Entered: 11/25/2014) |
| 11/25/2014 | 59 | SCHEDULING ORDER: Amended Pleadings due by 1/19/2015. Discovery due by 6/1/2015. Joinder of Parties due by 1/19/2015. Dispositive Motions due by 7/1/2015. Status Report due by 6/1/2015. The court will set the case for trial by separate order. (Ordered by Judge Sidney A Fitzwater on 11/25/2014) (chmb) (Entered: 11/25/2014) |
| 11/26/2014 | 60 | MOTION for Injunction filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper with Brief/Memorandum in Support. (Mychalowych, Andrew) (Entered: 11/26/2014) |
| 11/26/2014 | 61 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 60 MOTION for Injunction (Attachments: # 1 Additional Page(s) App. Pg. 1-80, # 2 Additional Page(s) App. Pg. 81-158, # 3 Additional Page(s) App. Pg. 159-231, # 4 Additional Page(s) App. Pg. 232-318, # 5 Additional Page(s) App. Pg. 319-356, # 6 Additional Page(s) App. Pg. 357-429, # 7 Additional Page(s) App. Pg. 430-488, # 8 Additional Page(s) App. Pg. 489-568, # 9 Additional Page(s) App. Pg. 569-620, # 10 Additional Page(s) App. Pg. 621-669, # 11 Additional Page(s) App. Pg. 670-722, # 12 Additional Page(s) App. Pg. 723-766, # 13 Additional Page(s) App. Pg. 767-794, # 14 Additional Page(s) App. Pg. 795-848, # 15 Additional Page(s) App. Pg. 849-938, # 16 Additional Page(s) App. Pg. 939-963, # 17 Additional Page(s) App. Pg. 964-965) (Mychalowych, Andrew) (Entered: 11/26/2014) |
| 12/01/2014 | 62 | CERTIFICATE OF SERVICE by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 61 Appendix in Support,,, of Motion for Preliminary Injunction (Mychalowych, Andrew) (Entered: 12/01/2014) |
| 12/02/2014 | 63 | Agreed STIPULATION Regarding Briefing on David M. Clapper, Atlantic Midwest, LLC, Atlantic XIII, LLC's Motion For Preliminary Injunction by American Realty Investors Inc, American Realty Trust, Inc, Basic Capital Management, Inc, Gene S Bertcher, Henry A Butler, Louis Corna, Jane Doe, John Doe, EQK Holdings Inc, Sharon Hunt, Income Opportunity Realty Investors Inc, Robert A Jakuszeweki, Daniel J Moos, Ted R Munselle, Donald Phillips, Gene E Phillips, Mickey N Phillips, Ryan T Phillips, |

| | | |
|---|---|---|
| | | Pillar Income Asset Management Inc, Prime Income Asset Management Inc, Prime Income Asset Management LLC, Realty Advisors Management, Inc., Realty Advisors, Inc., Realty Advisors, LLC, Syntek West Inc, The Martin Trust, The May Trust, Transcontinental Realty Acquisition Corporation, Transcontinental Realty Investors Inc, XYZ Company. (Kendall, Joe) (Entered: 12/02/2014) |
| 12/03/2014 | 64 | ORDER REGARDING BRIEFING ON DAVID M. CLAPPER, ATLANTIC MIDWEST, LLC, ATLANTIC XIII, LLC'S 60 MOTION FOR PRELIMINARY INJUNCTION PURSUANT TO FED. R. CIV. P. 65: Accordingly, defendants' response must be filed no later than Monday, 12/22/2014. Plaintiffs' reply must be filed no later than Friday, 1/9/2015. (Ordered by Judge Sidney A Fitzwater on 12/3/2014) (ctf) (Entered: 12/03/2014) |
| 12/15/2014 | 65 | AMENDED COMPLAINT against All Defendants filed by Atlantic XIII LLC, David M Clapper, Atlantic Midwest LLC. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Mychalowych, Andrew) (Entered: 12/15/2014) |
| 12/19/2014 | 66 | RESPONSE filed by American Realty Investors Inc, American Realty Trust, Inc, Basic Capital Management, Inc, Gene S Bertcher, Henry A Butler, Louis Corna, EQK Holdings Inc, Sharon Hunt, Income Opportunity Realty Investors Inc, Robert A Jakuszeweki, Daniel J Moos, Ted R Munselle, Donald Phillips, Gene E Phillips, Mickey N Phillips, Ryan T Phillips, Pillar Income Asset Management Inc, Prime Income Asset Management Inc, Prime Income Asset Management LLC, Realty Advisors Management, Inc., Realty Advisors, Inc., Realty Advisors, LLC, Syntek West Inc, The Martin Trust, The May Trust, Transcontinental Realty Acquisition Corporation, Transcontinental Realty Investors Inc re: 60 MOTION for Injunction (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B, # 3 Exhibit(s) C, # 4 Proposed Order) (Kendall, Joe) (Entered: 12/19/2014) |
| 01/09/2015 | 67 | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 60 MOTION for Injunction (Mychalowych, Andrew) (Entered: 01/09/2015) |
| 01/09/2015 | 68 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 67 Reply *And Certificate of Service for Same* (Mychalowych, Andrew) (Entered: 01/09/2015) |
| 01/12/2015 | 69 | NOTICE of Attorney Appearance by Jeffrey R Fine on behalf of Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper. (Filer confirms contact info in ECF is current.) (Fine, Jeffrey) (Entered: 01/12/2015) |
| 01/13/2015 | 70 | MOTION to Withdraw *and Substitution of Lead Counsel* filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Attachments: # 1 Proposed Order) (Schenck, David) (Entered: 01/13/2015) |
| 01/14/2015 | 71 | Amended MOTION to Withdraw filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Schenck, David) (Entered: 01/14/2015) |
| 01/15/2015 | 72 | Motion to Dismiss for Failure to State a Claim filed by Gene S Bertcher, Henry A Butler, Louis Corna, Sharon Hunt, Robert A Jakuszeweki, Daniel J Moos, Ted R Munselle, Donald Phillips, Gene E Phillips, Mickey N Phillips, Ryan T Phillips with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Kendall, Joe) (Entered: 01/15/2015) |

| | | |
|---|---|---|
| 01/15/2015 | 73 | Motion to Dismiss for Failure to State a Claim filed by American Realty Investors Inc, American Realty Trust, Inc, Basic Capital Management, Inc, EQK Holdings Inc with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Kendall, Joe) (Entered: 01/15/2015) |
| 01/15/2015 | 74 | Motion to Dismiss for Failure to State a Claim filed by Income Opportunity Realty Investors Inc, Pillar Income Asset Management Inc, Prime Income Asset Management Inc, Prime Income Asset Management LLC, Realty Advisors Management, Inc., Realty Advisors, Inc., Realty Advisors, LLC, Syntek West Inc, The Martin Trust, The May Trust, Transcontinental Realty Investors Inc with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Kendall, Joe) (Entered: 01/15/2015) |
| 01/15/2015 | 75 | Motion to Dismiss for Failure to State a Claim filed by Transcontinental Realty Acquisition Corporation with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Kendall, Joe) (Entered: 01/15/2015) |
| 01/20/2015 | 76 | ORDER granting 71 Amended MOTION to Withdraw filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper and terminating 70 MOTION to Withdraw filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper. (Ordered by Judge Sidney A Fitzwater on 1/20/2015) (Judge Sidney A Fitzwater) (Entered: 01/20/2015) |
| 01/21/2015 | 77 | MEMORANDUM OPINION AND ORDER denying 35 Emergency MOTION for Temporary Restraining Order filed by Atlantic XIII LLC, David M Clapper, Atlantic Midwest LLC; denying 60 Motion for Injunction filed by Atlantic XIII LLC, David M Clapper, Atlantic Midwest LLC. (Ordered by Judge Sidney A Fitzwater on 1/21/2015) (Judge Sidney A Fitzwater) (Entered: 01/21/2015) |
| 02/05/2015 | 78 | AGREED ORDER TO EXTEND PLAINTIFFS' RESPONSE DATE AND DEFENDANTS' REPLY DATE REGARDING DEFENDANTS' MOTIONS TO DISMISS AT D.E. re 72, 73, 74 & 75: IT IS HEREBY ORDERED that the Plaintiffs shall file their Responses to Defendants' Motions to Dismiss at Docket Entries 72, 73, 74 and 75 on or before 2/13/2015. IT IS HEREBY FURTHER ORDERED that Defendants shall file their Replies to the Motions at DE 72, 73, 74 and 75 on or before 2/27/2015. (Ordered by Judge Sidney A Fitzwater on 2/5/2015) (tlm) (Entered: 02/05/2015) |
| 02/13/2015 | 79 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 72 Motion to Dismiss for Failure to State a Claim (Mychalowych, Andrew) (Entered: 02/13/2015) |
| 02/13/2015 | 80 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 73 Motion to Dismiss for Failure to State a Claim (Mychalowych, Andrew) (Entered: 02/13/2015) |
| 02/13/2015 | 81 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 74 Motion to Dismiss for Failure to State a Claim (Mychalowych, Andrew) (Entered: 02/13/2015) |
| 02/13/2015 | 82 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 75 Motion to Dismiss for Failure to State a Claim (Mychalowych, Andrew) (Entered: 02/13/2015) |
| 02/13/2015 | 83 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 81 Response/Objection, 79 Response/Objection, 82 Response/Objection, 80 Response/Objection (*Omnibus Appendix*) (Mychalowych, Andrew) (Entered: 02/13/2015) |

| | | |
|---|---|---|
| 02/17/2015 | 84 | Notice of Correction of Signature Omission, correcting signature omission in 83 Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper. (Mychalowych, Andrew) (Entered: 02/17/2015) |
| 02/17/2015 | 85 | CERTIFICATE OF SERVICE by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 83 Appendix in Support (Mychalowych, Andrew) (Entered: 02/17/2015) |
| 02/27/2015 | 86 | REPLY filed by Gene S Bertcher, Henry A Butler, Louis Corna, Sharon Hunt, Robert A Jakuszeweki, Daniel J Moos, Ted R Munselle, Donald Phillips, Gene E Phillips, Mickey N Phillips, Ryan T Phillips re: 72 Motion to Dismiss for Failure to State a Claim (Kendall, Joe) (Entered: 02/27/2015) |
| 02/27/2015 | 87 | REPLY filed by American Realty Investors Inc, American Realty Trust, Inc, Basic Capital Management, Inc, EQK Holdings Inc re: 73 Motion to Dismiss for Failure to State a Claim (Kendall, Joe) (Entered: 02/27/2015) |
| 02/27/2015 | 88 | REPLY filed by Income Opportunity Realty Investors Inc, Pillar Income Asset Management Inc, Prime Income Asset Management Inc, Prime Income Asset Management LLC, Realty Advisors Management, Inc., Realty Advisors, Inc., Realty Advisors, LLC, Syntek West Inc, The Martin Trust, The May Trust, Transcontinental Realty Investors Inc re: 74 Motion to Dismiss for Failure to State a Claim (Kendall, Joe) (Entered: 02/27/2015) |
| 02/27/2015 | 89 | REPLY filed by Transcontinental Realty Acquisition Corporation re: 75 Motion to Dismiss for Failure to State a Claim (Kendall, Joe) (Entered: 02/27/2015) |
| 02/27/2015 | 90 | MOTION to Quash *Deposition Notices* filed by American Realty Investors Inc, Basic Capital Management, Inc, Gene S Bertcher, EQK Holdings Inc, Daniel J Moos, Gene E Phillips with Brief/Memorandum in Support. (Attachments: # 1 Exhibit(s) A) (Kendall, Joe) (Entered: 02/27/2015) |
| 03/02/2015 | 91 | Order of Reference. re: 90 MOTION to Quash *Deposition Notices* Motion(s) referred to Magistrate Judge Paul D Stickney. (Ordered by Judge Sidney A Fitzwater on 3/2/2015) (ndt) (Entered: 03/02/2015) |
| 03/05/2015 | 92 | MOTION to Substitute Attorney. Added attorney Joe Kendall,Don Swaim for Ted R Munselle,Don Swaim for Henry A Butler,Don Swaim for Robert A Jakuszeweki,Don Swaim for Daniel J Moos,Don Swaim for Gene S Bertcher,Don Swaim for Sharon Hunt,Don Swaim for Louis Corna. Motion, MOTION to Withdraw as Attorney *Joe Kendall and Jamie McKey* () filed by Ted R Munselle, Henry A Butler, Robert A Jakuszeweki, Daniel J Moos, Gene S Bertcher, Sharon Hunt, Louis Corna (Attachments: # 1 Proposed Order) (Kendall, Joe) (Entered: 03/05/2015) |
| 03/06/2015 | 93 | ORDER: Defendants Gene Bertcher, Gene E. Phillips, Daniel J. Moos, American Reality Investors, Inc., EQK Holdings, Inc., and Basic Capital Management, Inc. have filed a motion to quash deposition notices served by Plaintiffs on each of them. Counsel shall meet face-to-face or confer by telephone in an attempt to resolve all matters in dispute. This conference shall be held by March 13, 2015. The parties shall submit a joint status report by March 20, 2015. (see order) (Ordered by Magistrate Judge Paul D Stickney on 3/6/2015) (mcrd) (Entered: 03/06/2015) |
| 03/09/2015 | 94 | MOTION to Withdraw and Subsitute Attorney *Joe Kendall and Jamie McKey*. Kayla Cherie Wells, C Gregory Shamoun added for Defendants Mickey N Phillips, Donald Phillips, Gene E Phillips, The Martin Trust, The May Trust, Ryan T Phillips, and Syntek West Inc. (Attachments: # 1 Proposed Order) (Kendall, Joe) Modified text on 3/10/2015 (anf). (Entered: 03/09/2015) |

| 03/12/2015 | 95 | MOTION to Substitute Attorney. *Don Swaim* Added attorney Joe Kendall. MOTION to Withdraw as Attorney *Joe Kendall and Jamie McKey* () filed by Ted R Munselle, Henry A Butler, Robert A Jakuszeweki, Daniel J Moos, Gene S Bertcher, Sharon Hunt, Louis Corna (Attachments: # 1 Proposed Order) (Kendall, Joe) (Entered: 03/12/2015) |
|---|---|---|
| 03/12/2015 | 96 | MOTION to Substitute Attorney. *C. Gregory Shamoun and Kayla Wells* Added attorney Joe Kendall, C Gregory Shamoun,Kayla Cherie Wells for Realty Advisors Management, Inc. Motion, MOTION to Withdraw as Attorney *Joe Kendall and Jamie McKey* filed by Mickey N Phillips, Donald Phillips, Gene E Phillips, The Martin Trust, Realty Advisors Management, Inc., The May Trust, Ryan T Phillips, Syntek West Inc (Attachments: # 1 Proposed Order) (Kendall, Joe) (Entered: 03/12/2015) |
| 03/12/2015 | 97 | MOTION to Withdraw and Substitute Attorney. *Stephen A. Khoury* Added for Realty Advisors, Inc., EQK Holdings Inc, Basic Capital Management, Inc, Prime Income Asset Management LLC Pillar Income Asset Management Inc, Realty Advisors, LLC, American Realty Investors Inc, Income Opportunity Realty Investors Inc, Transcontinental Realty Investors Inc, Prime Income Asset Management Inc. (Attachments: # 1 Proposed Order) (Kendall, Joe) Modified on 3/16/2015 (anf). (Entered: 03/12/2015) |
| 03/13/2015 | 98 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 97 MOTION to Substitute Attorney. (Attachments: # 1 Exhibit(s) 1-email corres. to Defendants' counsel requesting dates for depositions, # 2 Exhibit(s) 2-Emails exchanged among counsel re: substitution of counsel for Defendants, # 3 Exhibit(s) 3-Magistrate Stickney's Order at DE 93, # 4 Exhibit(s) 4- Orders entered in ART's bankrutpcy) (Mychalowych, Andrew) Modified on 3/16/2015 (anf). (Entered: 03/13/2015) |
| 03/16/2015 | 99 | ORDER granting 94 MOTION to Withdraw and Subsitute Attorney Joe Kendall and Jamie McKey; granting 96 MOTION to Substitute Attorney C Gregory Shamoun and Kayla Wells. (Ordered by Judge Sidney A Fitzwater on 3/16/2015) (jrr) (Entered: 03/16/2015) |
| 03/16/2015 | 100 | ORDER granting 97 MOTION to Withdraw and Substitute Attorney. (Ordered by Judge Sidney A Fitzwater on 3/16/2015) (jrr) (Entered: 03/16/2015) |
| 03/16/2015 | 101 | ORDER granting 92 MOTION to Substitute Attorney; granting 95 MOTION to Substitute Attorney. (Ordered by Judge Sidney A Fitzwater on 3/16/2015) (jrr) (Entered: 03/16/2015) |
| 03/20/2015 | 102 | Joint STATUS REPORT *On Defendants' Motion to Quash (DE 90)* filed by American Realty Investors Inc, American Realty Trust, Inc, Atlantic Midwest LLC, Atlantic XIII LLC, Basic Capital Management, Inc, Gene S Bertcher, Henry A Butler, David M Clapper, Louis Corna, Jane Doe, EQK Holdings Inc, Sharon Hunt, Income Opportunity Realty Investors Inc, Robert A Jakuszeweki, Daniel J Moos, Ted R Munselle, Donald Phillips, Gene E Phillips, Mickey N Phillips, Ryan T Phillips, Pillar Income Asset Management Inc, Prime Income Asset Management Inc, Prime Income Asset Management LLC, Realty Advisors Management, Inc., Realty Advisors, Inc., Realty Advisors, LLC, Syntek West Inc, The Martin Trust, The May Trust, Transcontinental Realty Acquisition Corporation, Transcontinental Realty Investors Inc. (Attachments: # 1 Exhibit(s) Plaintiffs' Submission of Judge Hale Order For Consideration by the Court) (Mychalowych, Andrew) (Entered: 03/20/2015) |
| 03/24/2015 | 103 | ORDER denying as moot 90 Motion MOTION to Quash Deposition Notices. The Court ORDERS the depositions to proceed as follows: 1. The deposition of Gene Bertcher, individually and as corporate representative on behalf of American Realty Investors, |

| | | |
|---|---|---|
| | | Inc., EQK Holdings, Inc., and Basic Capital Management, Inc. will take place on April 22 and 23, 2015. 2. The deposition of Daniel J. Moos will take place on May 6, 2015. 3. The deposition of Gene E. Phillips will take place on May 15, 2015. Each of these depositions will begin at 9:00 A.M. in a conference room on the 16th floor of the United States Courthouse, 1100 Commerce Street, Dallas, Texas. A written response to this Order shall be filed by April 3, 2015. (see order) (Ordered by Magistrate Judge Paul D Stickney on 3/24/2015) (mcrd) (Entered: 03/24/2015) |
| 04/01/2015 | 104 | RESPONSE filed by American Realty Investors Inc re: 103 Order on Motion to Quash (Attachments: # 1 Exhibit(s) A) (Khoury, Stephen) (Entered: 04/01/2015) |
| 04/01/2015 | 105 | RESPONSE filed by Donald Phillips, Gene E Phillips, Mickey N Phillips, Ryan T Phillips, Realty Advisors Management, Inc., Syntek West Inc, The Martin Trust, The May Trust re: 103 Order on Motion to Quash,,, (Wells, Kayla) (Entered: 04/01/2015) |
| 04/02/2015 | 106 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 103 Order on Motion to Quash. (Mychalowych, Andrew) (Entered: 04/02/2015) |
| 04/02/2015 | 107 | Emergency MOTION for Protective Order (), MOTION to Stay *Discovery* filed by Realty Advisors, Inc., Realty Advisors, LLC with Brief/Memorandum in Support. (Khoury, Stephen) (Entered: 04/02/2015) |
| 04/02/2015 | 108 | MOTION for Protective Order (), MOTION to Stay *Discovery* filed by Donald Phillips, Mickey N Phillips, Ryan T Phillips, Realty Advisors Management, Inc., Syntek West Inc, The Martin Trust, The May Trust with Brief/Memorandum in Support. (Wells, Kayla) (Entered: 04/02/2015) |
| 04/02/2015 | 109 | RESPONSE filed by American Realty Trust, Inc re: 103 Order on Motion to Quash. (Attachments: # 1 Affidavit(s), # 2 Exhibit(s) A, # 3 Exhibit(s) B, # 4 Exhibit(s) C) (Kendall, Joe) (Entered: 04/02/2015) |
| 04/02/2015 | 110 | RESPONSE filed by Gene S Bertcher, Daniel J Moos re: 103 Order on Motion to Quash. (Swaim, Don) (Entered: 04/02/2015) |
| 04/02/2015 | 111 | Emergency MOTION for Protective Order (), MOTION to Stay *Discovery* filed by Henry A Butler, Sharon Hunt, Robert A Jakuszeweki, Ted R Munselle with Brief/Memorandum in Support. (Swaim, Don) (Entered: 04/02/2015) |
| 04/03/2015 | 112 | ORDER: Pending rulings on the following motions, discovery in this case is stayed: 107 the April 2, 2015 motion of defendants Income Opportunity Realty Investors, Inc., Realty Advisors, Inc., and Realty Advisors, LLC for protective order to stay discovery; 108 the April 2, 2015 motion of defendants Donald Phillips, Mickey Phillips, Ryan Phillips, the May Trust, the Martin Trust, Syntek West, Inc., and Realty Advisors Management, Inc. for protective order to stay discovery; and 111 the April 2, 2015 motion of Individual Defendants Sharon Hunt, Ted Munselle, Henry Butler, and Robert A. Jakuszeweki for protective order to stay discovery and request for hearing. These motions will be decided under the normal briefing rules (including deadlines) prescribed by the local civil rules. Unless the court otherwise directs, the motions will be decided without oral argument. (Ordered by Judge Sidney A Fitzwater on 4/3/2015) (Judge Sidney A Fitzwater) (Entered: 04/03/2015) |
| 04/08/2015 | 113 | MOTION Clarification of Order and/or, Emergency MOTION for Reconsideration *of Court Order at DE 112* () filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Attachments: # 1 Exhibit(s) 1- Order at DE 103, # 2 Exhibit(s) 2-Reply Brief filed in 99-2355, # 3 Exhibit(s) 3-SEC Report re: transfer of ART's assets in 2014, # 4 Exhibit(s) 4-emails exchanged among counsel, # 5 Exhibit(s) 5-Order at DE 112) |

| | | (Mychalowych, Andrew) (Entered: 04/08/2015) |
|---|---|---|
| 04/09/2015 | 114 | ORDER granting in part 113 MOTION for Clarification of Order and/or Emergency MOTION for Reconsideration of Court Order 112 filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper. (Ordered by Judge Sidney A Fitzwater on 4/9/2015) (Judge Sidney A Fitzwater) (Entered: 04/09/2015) |
| 04/09/2015 | 115 | MOTION for Protective Order and MOTION to Stay Discovery filed by Gene E Phillips with Brief/Memorandum in Support. (Wells, Kayla) Modified text on 4/10/2015 (dsr). (Entered: 04/09/2015) |
| 04/09/2015 | 116 | ORDER OF REFERENCE re: 115 Motion for Protective Order, Motion to Stay Discovery. Motion(s) referred to Magistrate Judge Paul D Stickney. He may conduct a hearing if he determines that a hearing is necessary. (Ordered by Judge Sidney A Fitzwater on 4/9/2015) (aaa) (Entered: 04/09/2015) |
| 04/10/2015 | 117 | MOTION for Protective Order (), MOTION to Stay *Discovery and Brief in Support* filed by Gene S Bertcher, Louis Corna, Daniel J Moos with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Swaim, Don) (Entered: 04/10/2015) |
| 04/10/2015 | 118 | ORDER OF REFERENCE: Pursuant to 28 U.S.C. § 636(b)(1)(A), individual defendants Daniel J. Moos, Gene S. Bertcher, and Louis Corna's emergency motion for protective order to stay discovery 117 is REFERRED to United States Magistrate Judge Paul D. Stickney for determination. He may conduct a hearing if he determines that a hearing is necessary. This order of reference also prospectively refers all procedural motions (e.g., to modify briefing limitations, to supplement a motion, or for an expedited hearing) hereafter filed by a party who supports or opposes the referred motion, and that relate to the United States Magistrate Judge's resolution of the motion. (Ordered by Judge Sidney A Fitzwater on 4/10/2015) (bdb) (Entered: 04/13/2015) |
| 04/13/2015 | 119 | Emergency MOTION to Stay *Discovery* filed by Prime Income Asset Management LLC with Brief/Memorandum in Support. (Khoury, Stephen) (Entered: 04/13/2015) |
| 04/13/2015 | 121 | ORDER: Defendant Gene E. Phillips and Defendants Gene S. Bertcher, Daniel J. Moos, and Louis Corna have filed separate motions for a protective order and to stay discovery in this case, including several depositions that are currently scheduled for April 22-23, May 6, and May 15. The court determines that these motions (Doc. 115 & 117 ) should be determined on an expedited basis. Accordingly, Plaintiffs shall file a combined response to both motions by 4/16/2015 at 5:00 pm. Defendants may file a joint reply to Plaintiffs' response on or before 4/20/2015 at 12:00 noon. (Ordered by Magistrate Judge Paul D Stickney on 4/13/2015) (bdb) (Entered: 04/14/2015) |
| 04/14/2015 | 120 | ORDER: Pending a ruling on the following motion -- 119 Emergency MOTION to Stay Discovery filed by Transcontinental Realty Investors, Inc., et al. -- discovery in this case, in whatever form, is temporarily stayed as to these defendants. This motion will be decided under the normal briefing rules (including deadlines) prescribed by the local civil rules. Unless the court otherwise directs, the motion will be decided without oral argument. This temporary stay does not apply to discovery outside the scope of what is addressed in this motion. (Ordered by Judge Sidney A Fitzwater on 4/14/2015) (Judge Sidney A Fitzwater) (Entered: 04/14/2015) |
| 04/16/2015 | 122 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 115 MOTION for Protective Order MOTION to Stay *Discovery*, 117 MOTION for Protective Order MOTION to Stay *Discovery and Brief in Support* (Attachments: # 1 Exhibit(s) 1- Individual Ds' Motion to Dismiss Pts' Claims & Memo, # 2 Exhibit(s) 2- DE 65 1st Amended Complaint, # 3 Exhibit(s) 3- Judge Hale Order granting Motion to |

| | | |
|---|---|---|
| | | Dismiss, # 4 Exhibit(s) 4-Judge Hale Order denying Motion to Reconsider, # 5 Exhibit(s) 5-Pgs to Gene Bertcher Deposition Transcript, # 6 Exhibit(s) 6-DE 79 Pt's Memo of Law in Opp to Individual Ds' Motion to Dismiss, # 7 Exhibit(s) 7-Excerpts of SEC forms filed showing ownership of TCI stock) (Mychalowych, Andrew) (Entered: 04/16/2015) |
| 04/16/2015 | 123 | Emergency MOTION to Compel *and Motion to Adjourn Depositions Ordered by Court on April 22, 2015* filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper with Brief/Memorandum in Support. (Attachments: # 1 Appendix Table of Contents, # 2 Appendix, page 1-53, # 3 Appendix, pages 54-171, # 4 Appendix, pages 172-261, # 5 Appendix, pages 262-381, # 6 Appendix pages 382-508, # 7 Appendix, pages 509-591, # 8 Appendix, pages 592-684) (Mychalowych, Andrew) (Entered: 04/16/2015) |
| 04/17/2015 | 124 | ORDER: The court GRANTS in part Defendants' motions (Doc. 115 & 117). Defendants' depositions scheduled for April 22-23, May 6, and May 15 are hereby adjourned and may be rescheduled, if appropriate, after the court issues an order addressing the other issues raised by Defendants' motions for a protective order and to stay discovery. Consistent with the District Court's orders on similar motions for protective orders and to stay discovery filed by other defendants, see Orders dated 4/3/15, 4/9/15 & 4/14/15 (Docs. 112, 114 & 120), discovery in this case, in whatever form, is temporarily stayed as to Defendants Phillips, Bertcher, Moos, and Corona. (Ordered by Magistrate Judge Paul D Stickney on 4/17/2015) (bdb) (Entered: 04/17/2015) |
| 04/20/2015 | 125 | CERTIFICATE of Conference re 123 Emergency MOTION to Compel *and Motion to Adjourn Depositions Ordered by Court on April 22, 2015* by Andrew W Mychalowych on behalf of Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 04/20/2015) |
| 04/20/2015 | 126 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 107 Emergency MOTION for Protective Order MOTION to Stay *Discovery* (Attachments: # 1 Exhibit(s) 1-Judge Hale Order Granting Motion to Stay, # 2 Exhibit(s) 2- Judge Hale Order Denying Motion to Reconsider, # 3 Exhibit(s) 3-Pgs to Gene Bertcher Dep Transcript, # 4 Exhibit(s) 4-12/31/14 Annual Report of Income Opportunity Realty Investors Inc, # 5 Exhibit(s) 5-12/30/10 Annual Report of Income Opportunity Realty Investors Inc) (Mychalowych, Andrew) (Entered: 04/20/2015) |
| 04/20/2015 | 127 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 108 MOTION for Protective Order MOTION to Stay *Discovery* (Attachments: # 1 Exhibit(s) 1-12/31/10 Annual Report of Income Opportunity Realty Investors Inc., # 2 Exhibit(s) 2-Pgs to Gene Bertcher Deposition Transcript, # 3 Exhibit(s) 3-12/31/08 Annual Report of Income Opportunity Realty Investors Inc., # 4 Exhibit(s) 4-7/17/14 Schedule 13D for American Realty Investors Inc.) (Mychalowych, Andrew) (Entered: 04/20/2015) |
| 04/20/2015 | 128 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 111 Emergency MOTION for Protective Order MOTION to Stay *Discovery* (Attachments: # 1 Exhibit(s) 1- DE 72 Ds' Mtn to Dismiss Pts' Claims & Memo) (Mychalowych, Andrew) (Entered: 04/20/2015) |
| 04/20/2015 | 129 | NOTICE of *Filing Exhibits 2 & 3* re: 128 Response/Objection, filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Attachments: # 1 Exhibit(s) 2-1-28-11 Transcontinental Realty Investors Incs Schedule 13D, # 2 Exhibit(s) 3-4/28/14 Transcontinental Realty Investors Inc's Schedule 13D) (Mychalowych, Andrew) (Entered: 04/20/2015) |

| 04/20/2015 | 130 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 119 Emergency MOTION to Stay *Discovery* (Attachments: # 1 Exhibit(s) 1-Judge Hale Order Granting Motion to Dismiss, # 2 Exhibit(s) 2-Judge Hale Order Denying Motion to Reconsider, # 3 Exhibit(s) 3-DE 73 Entity Ds' Mtn to Dismiss Pts' Claims, # 4 Exhibit(s) 4-Pgs to Gene Bertcher Deposition Transcript) (Mychalowych, Andrew) (Entered: 04/20/2015) |
| --- | --- | --- |
| 04/22/2015 | 131 | ORDER OF REFERENCE: Pursuant to 28 U.S.C. § 636(b)(1)(A), plaintiffs' 4/16/2015 emergency motion to compel document production and to reschedule court ordered depositions (doc. 123 ) is REFERRED to United States Magistrate Judge Paul D. Stickney for determination. (Ordered by Judge Sidney A Fitzwater on 4/22/2015) (ctf) (Entered: 04/22/2015) |
| 04/24/2015 | 132 | ORDER. On April 16, 2015, Plaintiffs filed an emergency motion to compel document production and to reschedule certain court ordered depositions set for April 22-23, May 6, and May 15, 2015. As part of the relief granted by the court on April 17, the scheduled depositions were adjourned. Accordingly, Plaintiffs' motion (Doc. 123 ) is DENIED in part as moot to the extent it seeks to reschedule the depositions that have been adjourned. Plaintiffs' request to compel document production will be decided under the normal briefing rules (including deadlines) prescribed by the local civil rules. (Ordered by Magistrate Judge Paul D Stickney on 4/24/2015) (mcrd) (Entered: 04/24/2015) |
| 04/30/2015 | 133 | REPLY filed by ABC Company, American Realty Investors Inc, American Realty Trust, Inc, Basic Capital Management, Inc, Gene S Bertcher, Henry A Butler, Louis Corna, Jane Doe, John Doe, EQK Holdings Inc, Sharon Hunt, Income Opportunity Realty Investors Inc, Robert A Jakuszeweki, Daniel J Moos, Ted R Munselle, Donald Phillips, Gene E Phillips, Mickey N Phillips, Ryan T Phillips, Pillar Income Asset Management Inc, Prime Income Asset Management Inc, Prime Income Asset Management LLC, Realty Advisors Management, Inc., Realty Advisors, Inc., Realty Advisors, LLC, Syntek West Inc, The Martin Trust, The May Trust, Transcontinental Realty Acquisition Corporation, Transcontinental Realty Investors Inc re: 108 MOTION for Protective Order MOTION to Stay *Discovery*, 111 Emergency MOTION for Protective Order MOTION to Stay *Discovery*, 115 MOTION for Protective Order MOTION to Stay *Discovery*, 117 MOTION for Protective Order MOTION to Stay *Discovery and Brief in Support*, 107 Emergency MOTION for Protective Order MOTION to Stay *Discovery*, 119 Emergency MOTION to Stay *Discovery* (Khoury, Stephen) (Entered: 04/30/2015) |
| 05/01/2015 | 134 | Joint MOTION to Extend Time Defendants' Joint Motion to Extend all Pre-Trial Deadlines and Amend Scheduling Order filed by American Realty Investors Inc, American Realty Trust, Inc, Basic Capital Management, Inc, Gene S Bertcher, Henry A Butler, Louis Corna, EQK Holdings Inc, Sharon Hunt, Income Opportunity Realty Investors Inc, Robert A Jakuszeweki, Daniel J Moos, Ted R Munselle, Donald Phillips, Gene E Phillips, Mickey N Phillips, Ryan T Phillips, Pillar Income Asset Management Inc, Prime Income Asset Management Inc, Prime Income Asset Management LLC, Realty Advisors Management, Inc., Realty Advisors, Inc., Realty Advisors, LLC, Syntek West Inc, The Martin Trust, The May Trust, Transcontinental Realty Acquisition Corporation, Transcontinental Realty Investors Inc (Khoury, Stephen) (Entered: 05/01/2015) |
| 05/04/2015 | 135 | REPLY filed by American Realty Investors Inc, Basic Capital Management, Inc, EQK Holdings Inc re: 123 Emergency MOTION to Compel *and Motion to Adjourn Depositions Ordered by Court on April 22, 2015* (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B, # 3 Exhibit(s) C, # 4 Exhibit(s) D, # 5 Exhibit(s) E, # 6 Exhibit(s) F) (Khoury, Stephen) (Entered: 05/04/2015) |

| 05/07/2015 | 136 | RESPONSE filed by Gene S Bertcher, Daniel J Moos re: 123 Emergency MOTION to Compel *and Motion to Adjourn Depositions Ordered by Court on April 22, 2015* (Attachments: # 1 Exhibit(s) A - Subpoena to Brett Moreaux, # 2 Exhibit(s) B) (Swaim, Don) (Entered: 05/07/2015) |
|---|---|---|
| 05/07/2015 | 137 | Brief/Memorandum in Support filed by Gene E Phillips re 123 Emergency MOTION to Compel *and Motion to Adjourn Depositions Ordered by Court on April 22, 2015* (Attachments: # 1 Exhibit(s) Exhibit A, # 2 Exhibit(s) Exhibit B, # 3 Exhibit(s) Exhibit C, # 4 Exhibit(s) Exhibit D, # 5 Exhibit(s) Exhibit E, # 6 Exhibit(s) Exhibit F) (Wells, Kayla) (Entered: 05/08/2015) |
| 05/13/2015 | 138 | MOTION To file Replies to Each Response or Alternatively to Exceed Reply Page Limitation filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowycz, Andrew) (Entered: 05/13/2015) |
| 05/14/2015 | 139 | ORDER granting 138 Motion To file Replies to Each Response. Plaintiffs may file a separate reply for each response filed for their Motion to Compel. (see order) (Ordered by Magistrate Judge Paul D Stickney on 5/14/2015) (mcrd) (Entered: 05/14/2015) |
| 05/18/2015 | 140 | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 123 Emergency MOTION to Compel *and Motion to Adjourn Depositions Ordered by Court on April 22, 2015* (Attachments: # 1 Exhibit(s) 1- Instructions for Requests, # 2 Exhibit(s) 2- Gene Bertcher Deposition Transcript Page, # 3 Exhibit(s) 3- Informal Transcript 341 Hearing held on March 1, 2012, # 4 Exhibit(s) 4- Judge Hale's Opinion dated March 3, 2014, # 5 Exhibit(s) 5- Judge Hale's Opinion signed on April 29, 2014) (Mychalowycz, Andrew) (Entered: 05/18/2015) |
| 05/18/2015 | 141 | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 123 Emergency MOTION to Compel *and Motion to Adjourn Depositions Ordered by Court on April 22, 2015* (Attachments: # 1 Exhibit(s) 1- COS pages to Moos & Bertcher) (Mychalowycz, Andrew) (Entered: 05/18/2015) |
| 05/18/2015 | 142 | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 123 Emergency MOTION to Compel *and Motion to Adjourn Depositions Ordered by Court on April 22, 2015* (Attachments: # 1 Exhibit(s) 1- Gene Phillips' 1st Amended Responses to Pts' 1st Roggs & RFP, # 2 Exhibit(s) 2-Gene Bertcher's Deposition Transcript Pages, # 3 Exhibit(s) 3-Gene Phillips related, # 4 Exhibit(s) 4- Judge Hale's Opinion signed on March 3, 2014, # 5 Exhibit(s) 5- Judge Hale's Opinion signed on April 29, 2015) (Mychalowycz, Andrew) (Entered: 05/18/2015) |
| 05/19/2015 | 143 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 134 Joint MOTION to Extend Time Defendants' Joint Motion to Extend all Pre-Trial Deadlines and Amend Scheduling Order (Attachments: # 1 Exhibit(s) 1- Judge Hale's Order Granting Motion to Dismiss, # 2 Exhibit(s) 2- Judge Hale's Order Denying Motion to Reconsider, # 3 Exhibit(s) 3- Docket Report from Case no. 13-30891-hdh11) (Mychalowycz, Andrew) (Entered: 05/19/2015) |
| 06/02/2015 | 144 | NOTICE of *Correspondence to Judge Sidney A. Fitzwater* filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowycz, Andrew) (Entered: 06/02/2015) |
| 06/03/2015 | 145 | MEMORANDUM OPINION AND ORDER granting in part and denying in part 72 MOTION to Dismiss for Failure to State a Claim, filed by Sharon Hunt, Henry A Butler, Donald Phillips, Louis Corna, Ryan T Phillips, Ted R Munselle, Gene S Bertcher, Gene E Phillips, Robert A Jakuszeweki, Mickey N Phillips, Daniel J Moos; 73 MOTION to Dismiss for Failure to State a Claim filed by American Realty Trust, Inc, EQK Holdings |

| | | |
|---|---|---|
| | | Inc, American Realty Investors Inc, Basic Capital Management, Inc; 74 MOTION to Dismiss for Failure to State a Claim, filed by Realty Advisors, Inc., Income Opportunity Realty Investors Inc, Transcontinental Realty Investors Inc, Realty Advisors Management, Inc., The May Trust, Prime Income Asset Management Inc, The Martin Trust, Prime Income Asset Management LLC, Realty Advisors, LLC, Pillar Income Asset Management Inc, Syntek West Inc; 75 MOTION to Dismiss for Failure to State a Claim filed by Transcontinental Realty Acquisition Corporation; 107 MOTION for Protective Order, Motion to Stay filed by Realty Advisors, Inc., Realty Advisors, LLC; 108 MOTION for Protective Order, Motion to Stay, filed by Donald Phillips, Realty Advisors Management, Inc., Ryan T Phillips, The May Trust, Syntek West Inc, The Martin Trust, Mickey N Phillips; 111 MOTION for Protective Order, MOTION to Stay filed by Sharon Hunt, Henry A Butler, Ted R Munselle, Robert A Jakuszeweki; and 119 MOTION to Stay filed by Prime Income Asset Management LLC (Ordered by Judge Sidney A Fitzwater on 6/3/2015) (Judge Sidney A Fitzwater) (Entered: 06/03/2015) |
| 06/05/2015 | 146 | ORDER granting in part and denying in part 134 Joint MOTION to Extend Time Defendants' Joint Motion to Extend all Pre-Trial Deadlines and Amend Scheduling Order filed by American Realty Investors Inc, American Realty Trust, Inc, Basic Capital Management, Inc, Gene S Bertcher, Henry A Butler, Louis Corna, EQK Holdings Inc, Sharon Hunt, Income Opportunity Realty Investors Inc, Robert A Jakuszeweki, Daniel J Moos, Ted R Munselle, Donald Phillips, Gene E Phillips, Mickey N Phillips, Ryan T Phillips, Pillar Income Asset Management Inc, Prime Income Asset Management Inc, Prime Income Asset Management LLC, Realty Advisors Management, Inc., Realty Advisors, Inc., Realty Advisors, LLC, Syntek West Inc, The Martin Trust, The May Trust, Transcontinental Realty Acquisition Corporation, Transcontinental Realty Investors Inc. (Ordered by Judge Sidney A Fitzwater on 6/5/2015) (Judge Sidney A Fitzwater) (Entered: 06/05/2015) |
| 07/01/2015 | 147 | AMENDED COMPLAINT *Second* against ABC Company, American Realty Investors Inc, American Realty Trust, Inc, Basic Capital Management, Inc, Gene S Bertcher, Louis Corna, Jane Doe, John Doe, EQK Holdings Inc, Income Opportunity Realty Investors Inc, Daniel J Moos, Donald Phillips, Gene E Phillips, Mickey N Phillips, Ryan T Phillips, Pillar Income Asset Management Inc, Prime Income Asset Management Inc, Prime Income Asset Management LLC, The Martin Trust, The May Trust, Transcontinental Realty Investors Inc, XYZ Company filed by Atlantic XIII LLC, David M Clapper, Atlantic Midwest LLC. (One or more defendant(s) is no longer named.) Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Mychalowych, Andrew) (Entered: 07/01/2015) |
| 07/16/2015 | 148 | MOTION for Extension of Time to File Response/Reply to 147 Amended Complaint filed by American Realty Investors Inc, American Realty Trust, Inc, Atlantic Midwest LLC, Atlantic XIII LLC, Basic Capital Management, Inc, Gene S Bertcher, David M Clapper, Louis Corna, EQK Holdings Inc, Income Opportunity Realty Investors Inc, Daniel J Moos, Donald Phillips, Gene E Phillips, Mickey N Phillips, Ryan T Phillips, Pillar Income Asset Management Inc, Prime Income Asset Management Inc, Prime Income Asset Management LLC, The Martin Trust, The May Trust, Transcontinental Realty Investors Inc (Attachments: # 1 Proposed Order) (Wells, Kayla) (Entered: 07/16/2015) |
| 07/16/2015 | 149 | ORDER granting 148 Agreed Motion for Extension of Time to File Defendants' Response to Plaintiffs' Second Amended Complaint. Defendants shall file their responses |

| | | |
|---|---|---|
| | | to Plaintiffs' Second Amended Complaint on or before 7/23/2015. (Ordered by Judge Sidney A Fitzwater on 7/16/2015) (axm) (Entered: 07/16/2015) |
| 07/23/2015 | 150 | MOTION to Dismiss *Plaintiffs' Claims* filed by Gene S Bertcher, Louis Corna, Daniel J Moos with Brief/Memorandum in Support. (Swaim, Don) (Entered: 07/23/2015) |
| 07/23/2015 | 151 | Motion to Dismiss for Failure to State a Claim filed by American Realty Trust, Inc with Brief/Memorandum in Support. (Kendall, Joe) (Entered: 07/23/2015) |
| 07/23/2015 | 152 | Motion to Dismiss for Failure to State a Claim filed by Pillar Income Asset Management Inc, Prime Income Asset Management Inc, Prime Income Asset Management LLC with Brief/Memorandum in Support. (Khoury, Stephen) (Entered: 07/23/2015) |
| 07/23/2015 | 153 | Motion to Dismiss for Failure to State a Claim filed by Income Opportunity Realty Investors Inc, Transcontinental Realty Investors Inc with Brief/Memorandum in Support. (Khoury, Stephen) (Entered: 07/23/2015) |
| 07/23/2015 | 154 | Motion to Dismiss for Failure to State a Claim filed by The Martin Trust, The May Trust with Brief/Memorandum in Support. (Wells, Kayla) (Entered: 07/23/2015) |
| 07/23/2015 | 155 | Motion to Dismiss for Failure to State a Claim filed by Gene E Phillips with Brief/Memorandum in Support. (Wells, Kayla) (Entered: 07/23/2015) |
| 07/23/2015 | 156 | Motion to Dismiss for Failure to State a Claim filed by Donald Phillips with Brief/Memorandum in Support. (Wells, Kayla) (Entered: 07/23/2015) |
| 07/23/2015 | 157 | Motion to Dismiss for Failure to State a Claim filed by Mickey N Phillips, Ryan T Phillips with Brief/Memorandum in Support. (Wells, Kayla) (Entered: 07/23/2015) |
| 07/23/2015 | 158 | Motion to Dismiss for Failure to State a Claim filed by American Realty Investors Inc, Basic Capital Management, Inc, EQK Holdings Inc with Brief/Memorandum in Support. (Khoury, Stephen) (Entered: 07/23/2015) |
| 07/28/2015 | 159 | Joint MOTION to Stay re 152 Motion to Dismiss for Failure to State a Claim, 155 Motion to Dismiss for Failure to State a Claim, 151 Motion to Dismiss for Failure to State a Claim, 158 Motion to Dismiss for Failure to State a Claim, 150 MOTION to Dismiss *Plaintiffs' Claims*, 153 Motion to Dismiss for Failure to State a Claim, 157 Motion to Dismiss for Failure to State a Claim, 154 Motion to Dismiss for Failure to State a Claim, 156 Motion to Dismiss for Failure to State a Claim filed by American Realty Investors Inc, American Realty Trust, Inc, Basic Capital Management, Inc, Gene S Bertcher, Henry A Butler, Louis Corna, EQK Holdings Inc, Sharon Hunt, Income Opportunity Realty Investors Inc, Robert A Jakuszeweki, Daniel J Moos, Ted R Munselle, Donald Phillips, Gene E Phillips, Mickey N Phillips, Ryan T Phillips, Pillar Income Asset Management Inc, Prime Income Asset Management Inc, Prime Income Asset Management LLC, Realty Advisors Management, Inc., Realty Advisors, Inc., Realty Advisors, LLC, Syntek West Inc, The Martin Trust, The May Trust, Transcontinental Realty Acquisition Corporation, Transcontinental Realty Investors Inc with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Khoury, Stephen) (Entered: 07/28/2015) |
| 07/30/2015 | 160 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 159 Joint MOTION to Stay re 152 Motion to Dismiss for Failure to State a Claim, 155 Motion to Dismiss for Failure to State a Claim, 151 Motion to Dismiss for Failure to State a Claim, 158 Motion to Dismiss for Failure to State a Claim, 150 (Attachments: # 1 Exhibit(s) 1 - DE 123 without exhibits) (Mychalowych, Andrew) (Entered: 07/30/2015) |

| 07/31/2015 | 161 | REPLY filed by American Realty Investors Inc, American Realty Trust, Inc, Basic Capital Management, Inc, Gene S Bertcher, Louis Corna, EQK Holdings Inc, Income Opportunity Realty Investors Inc, Daniel J Moos, Donald Phillips, Gene E Phillips, Mickey N Phillips, Ryan T Phillips, Pillar Income Asset Management Inc, Prime Income Asset Management Inc, Prime Income Asset Management LLC, The Martin Trust, The May Trust, Transcontinental Realty Investors Inc re: 159 Joint MOTION to Stay re 152 Motion to Dismiss for Failure to State a Claim, 155 Motion to Dismiss for Failure to State a Claim, 151 Motion to Dismiss for Failure to State a Claim, 158 Motion to Dismiss for Failure to State a Claim, 150 (Wells, Kayla) (Entered: 07/31/2015) |
| 07/31/2015 | 162 | Appendix in Support filed by American Realty Investors Inc, American Realty Trust, Inc, Basic Capital Management, Inc, Gene S Bertcher, Louis Corna, EQK Holdings Inc, Income Opportunity Realty Investors Inc, Daniel J Moos, Donald Phillips, Gene E Phillips, Mickey N Phillips, Ryan T Phillips, Pillar Income Asset Management Inc, Prime Income Asset Management Inc, Prime Income Asset Management LLC, The Martin Trust, The May Trust, Transcontinental Realty Investors Inc re 161 Reply,, (Wells, Kayla) (Entered: 07/31/2015) |
| 08/03/2015 | 163 | ORDER denying 159 Joint MOTION for protective order to stay discovery. (Ordered by Judge Sidney A Fitzwater on 8/3/2015) (Judge Sidney A Fitzwater) (Entered: 08/03/2015) |
| 08/06/2015 | 164 | MOTION for Extension of Time to File Response/Reply to 153 Motion to Dismiss for Failure to State a Claim, 157 Motion to Dismiss for Failure to State a Claim, 152 Motion to Dismiss for Failure to State a Claim, 154 Motion to Dismiss for Failure to State a Claim, 156 Motion to Dismiss for Failure to State a Claim, 155 Motion to Dismiss for Failure to State a Claim, 151 Motion to Dismiss for Failure to State a Claim, 158 Motion to Dismiss for Failure to State a Claim, 150 MOTION to Dismiss *Plaintiffs' Claims* filed by American Realty Investors Inc, American Realty Trust, Inc, Atlantic Midwest LLC, Atlantic XIII LLC, Basic Capital Management, Inc, Gene S Bertcher, David M Clapper, Louis Corna, EQK Holdings Inc, Income Opportunity Realty Investors Inc, Daniel J Moos, Donald Phillips, Gene E Phillips, Mickey N Phillips, Ryan T Phillips, Pillar Income Asset Management Inc, Prime Income Asset Management LLC, The Martin Trust, The May Trust, Transcontinental Realty Investors Inc (Mychalowych, Andrew) (Entered: 08/06/2015) |
| 08/07/2015 | 165 | ORDER granting 164 Motion to Extend Time to File Response/Reply. Responses due by 8/21/2015. (Ordered by Judge Sidney A Fitzwater on 8/7/2015) (ndt) (Entered: 08/10/2015) |
| 08/21/2015 | 166 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 157 Motion to Dismiss for Failure to State a Claim (Mychalowych, Andrew) (Entered: 08/21/2015) |
| 08/21/2015 | 167 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 151 Motion to Dismiss for Failure to State a Claim (Mychalowych, Andrew) (Entered: 08/21/2015) |
| 08/21/2015 | 168 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 150 MOTION to Dismiss *Plaintiffs' Claims* (Mychalowych, Andrew) (Entered: 08/21/2015) |
| 08/21/2015 | 169 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 153 Motion to Dismiss for Failure to State a Claim (Mychalowych, Andrew) (Entered: 08/21/2015) |

| 08/21/2015 | 170 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 156 Motion to Dismiss for Failure to State a Claim (Mychalowych, Andrew) (Entered: 08/21/2015) |
|---|---|---|
| 08/21/2015 | 171 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 158 Motion to Dismiss for Failure to State a Claim (Mychalowych, Andrew) (Entered: 08/21/2015) |
| 08/21/2015 | 172 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 154 Motion to Dismiss for Failure to State a Claim (Mychalowych, Andrew) (Entered: 08/21/2015) |
| 08/21/2015 | 173 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 152 Motion to Dismiss for Failure to State a Claim (Mychalowych, Andrew) (Entered: 08/21/2015) |
| 08/21/2015 | 174 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 155 Motion to Dismiss for Failure to State a Claim (Mychalowych, Andrew) (Entered: 08/21/2015) |
| 09/03/2015 | 175 | MOTION for Extension of Time to File Response/Reply to 171 Response/Objection, 174 Response/Objection, 169 Response/Objection, 172 Response/Objection, 168 Response/Objection, 173 Response/Objection, 166 Response/Objection, 170 Response/Objection, 167 Response/Objection filed by American Realty Investors Inc, American Realty Trust, Inc, Atlantic Midwest LLC, Atlantic XIII LLC, Basic Capital Management, Inc, Gene S Bertcher, David M Clapper, Louis Corna, EQK Holdings Inc, Income Opportunity Realty Investors Inc, Daniel J Moos, Donald Phillips, Gene E Phillips, Mickey N Phillips, Ryan T Phillips, Pillar Income Asset Management Inc, Prime Income Asset Management Inc, Prime Income Asset Management LLC, The Martin Trust, The May Trust, Transcontinental Realty Investors Inc (Wells, Kayla) (Entered: 09/03/2015) |
| 09/03/2015 | 176 | ORDER granting 175 MOTION for Extension of Time to File Response/Reply to 171 Response/Objection, 174 Response/Objection, 169 Response/Objection, 172 Response/Objection, 168 Response/Objection, 173 Response/Objection, 166 Response/Objection, 170 Response/Objection, 167 Response/Objection filed by American Realty Investors Inc, American Realty Trust, Inc, Atlantic Midwest LLC, Atlantic XIII LLC, Basic Capital Management, Inc, Gene S Bertcher, David M Clapper, Louis Corna, EQK Holdings Inc, Income Opportunity Realty Investors Inc, Daniel J Moos, Donald Phillips, Gene E Phillips, Mickey N Phillips, Ryan T Phillips, Pillar Income Asset Management Inc, Prime Income Asset Management Inc, Prime Income Asset Management LLC, The Martin Trust, The May Trust, Transcontinental Realty Investors Inc. Replies due by 9/11/2015. (Ordered by Judge Sidney A Fitzwater on 9/3/2015) (Judge Sidney A Fitzwater) (Entered: 09/03/2015) |
| 09/11/2015 | 177 | REPLY filed by Gene S Bertcher, Louis Corna, Daniel J Moos re: 150 MOTION to Dismiss *Plaintiffs' Claims* (Swaim, Don) (Entered: 09/11/2015) |
| 09/11/2015 | 178 | REPLY filed by American Realty Trust, Inc re: 151 Motion to Dismiss for Failure to State a Claim (Kendall, Joe) (Entered: 09/11/2015) |
| 09/11/2015 | 179 | REPLY filed by Income Opportunity Realty Investors Inc, Transcontinental Realty Investors Inc re: 153 Motion to Dismiss for Failure to State a Claim (Khoury, Stephen) (Entered: 09/11/2015) |
| 09/11/2015 | 180 | |

| | | |
|---|---|---|
| | | REPLY filed by American Realty Investors Inc, Basic Capital Management, Inc, EQK Holdings Inc re: 158 Motion to Dismiss for Failure to State a Claim (Khoury, Stephen) (Entered: 09/11/2015) |
| 09/11/2015 | 181 | REPLY filed by Pillar Income Asset Management Inc, Prime Income Asset Management Inc, Prime Income Asset Management LLC re: 152 Motion to Dismiss for Failure to State a Claim (Khoury, Stephen) (Entered: 09/11/2015) |
| 09/11/2015 | 182 | REPLY filed by Donald Phillips re: 156 Motion to Dismiss for Failure to State a Claim (Wells, Kayla) (Entered: 09/11/2015) |
| 09/11/2015 | 183 | REPLY filed by Gene E Phillips re: 155 Motion to Dismiss for Failure to State a Claim (Wells, Kayla) (Entered: 09/11/2015) |
| 09/11/2015 | 184 | REPLY filed by The Martin Trust, The May Trust re: 154 Motion to Dismiss for Failure to State a Claim (Wells, Kayla) (Entered: 09/11/2015) |
| 09/11/2015 | 185 | REPLY filed by Mickey N Phillips, Ryan T Phillips re: 157 Motion to Dismiss for Failure to State a Claim (Wells, Kayla) (Entered: 09/11/2015) |
| 09/17/2015 | 186 | Witness List by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper. (Mychalowych, Andrew) (Entered: 09/17/2015) |
| 09/24/2015 | 187 | MOTION to Extend Time of Scheduling Order Dates filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper with Brief/Memorandum in Support. (Attachments: # 1 Exhibit(s) 1-Counsel emails, # 2 Exhibit(s) 2-Counsel emails, # 3 Exhibit(s) 3-Counsel emails, # 4 Exhibit(s) 4-Counsel emails, # 5 Exhibit(s) 5-Mr. Shamoun email of 9/24/15, # 6 Exhibit(s) 6-Pillar's Response to Discovery Requests, # 7 Exhibit(s) 7-EQK's Response to Discovery Requests, # 8 Exhibit(s) 8-Proposed Amended Scheduling Order, # 9 Exhibit(s) 9-Proposed Order Regarding Deposition Schedule) (Mychalowych, Andrew) (Entered: 09/24/2015) |
| 09/24/2015 | 188 | ORDER granting in part 123 Plaintiff's Motion to Compel Document Production and Reschedule Court Ordered Depositions. Within two weeks of the entry of this order, the plaintiffs shall amend the requests at issue to ensure compliance with Federal Rules of Civil Procedures 26(b) and 33(a)(1) and shall provide the defendant the amended requests. (Ordered by Magistrate Judge Paul D Stickney on 9/24/2015) (axm) Modified filed date on 9/25/2016 (axm). (Entered: 09/25/2015) |
| 10/15/2015 | 189 | RESPONSE filed by American Realty Investors Inc, American Realty Trust, Inc, Basic Capital Management, Inc, Gene S Bertcher, Louis Corna, EQK Holdings Inc, Income Opportunity Realty Investors Inc, Daniel J Moos, Donald Phillips, Gene E Phillips, Mickey N Phillips, Ryan T Phillips, Pillar Income Asset Management Inc, Prime Income Asset Management Inc, Prime Income Asset Management LLC, Transcontinental Realty Investors Inc re: 187 MOTION to Extend Time of Scheduling Order Dates (Wells, Kayla) (Entered: 10/15/2015) |
| 10/15/2015 | 190 | Appendix in Support filed by American Realty Investors Inc, American Realty Trust, Inc, Basic Capital Management, Inc, Gene S Bertcher, Louis Corna, EQK Holdings Inc, Income Opportunity Realty Investors Inc, Daniel J Moos, Donald Phillips, Gene E Phillips, Mickey N Phillips, Ryan T Phillips, Pillar Income Asset Management Inc, Prime Income Asset Management Inc, Prime Income Asset Management LLC, Transcontinental Realty Investors Inc re 189 Response/Objection,, (Wells, Kayla) (Entered: 10/15/2015) |
| 10/15/2015 | 191 | |

| | | |
|---|---|---|
| | | MOTION for Protective Order, MOTION to Quash, MOTION for Sanctions filed by American Realty Investors Inc, Basic Capital Management, Inc, Gene S Bertcher, EQK Holdings Inc, Income Opportunity Realty Investors Inc, Daniel J Moos, Donald Phillips, Gene E Phillips, Mickey N Phillips, Ryan T Phillips, Pillar Income Asset Management Inc, Prime Income Asset Management Inc, Prime Income Asset Management LLC, Transcontinental Realty Investors Inc with Brief/Memorandum in Support. (Wells, Kayla) Modified on 10/16/2015 to enhance text(dss). (Entered: 10/15/2015) |
| 10/15/2015 | 192 | *** Please disregard, filed in error. Please see document 193 for corrected image*** Appendix in Support filed by American Realty Investors Inc, Basic Capital Management, Inc, Gene S Bertcher, EQK Holdings Inc, Income Opportunity Realty Investors Inc, Daniel J Moos, Donald Phillips, Gene E Phillips, Mickey N Phillips, Ryan T Phillips, Pillar Income Asset Management Inc, Prime Income Asset Management Inc, Prime Income Asset Management LLC, Transcontinental Realty Investors Inc re 191 Joint MOTION for Protective Order MOTION to Quash MOTION for Sanctions (Wells, Kayla) Modified on 10/16/2015 (aaa). (Entered: 10/15/2015) |
| 10/16/2015 | 193 | Corrected Appendix in Support filed by American Realty Investors Inc, Basic Capital Management, Inc, Gene S Bertcher, EQK Holdings Inc, Income Opportunity Realty Investors Inc, Daniel J Moos, Donald Phillips, Gene E Phillips, Mickey N Phillips, Ryan T Phillips, Pillar Income Asset Management Inc, Prime Income Asset Management Inc, Prime Income Asset Management LLC, Transcontinental Realty Investors Inc re 191 MOTION for Protective Order MOTION to Quash MOTION for Sanctions (Wells, Kayla) Modified docket text per attorney on 10/16/2015 (aaa). (Entered: 10/16/2015) |
| 10/16/2015 | 194 | Order Referring Motion for Determination pursuant to 28 U.S.C. 636(b)(1)(A). The Magistrate Judge may conduct a hearing if he/she determines that a hearing is necessary. This order of reference also prospectively refers all procedural motions (e.g., to modify briefing limitations, to supplement a motion, or for an expedited hearing) hereafter filed by a party who supports or opposes the referred motion, and that relate to the resolution of the motion. re: 191 MOTION for Protective Order, MOTION to Quash, MOTION for Sanctions. Motion(s) referred to Magistrate Judge Paul D Stickney. (Ordered by Judge Sidney A Fitzwater on 10/16/2015) (ykp) (Entered: 10/16/2015) |
| 10/20/2015 | 195 | ORDER temporarily granting 191 Motion for Protective Order. Plaintiff is ordered to file an expedited response to Defendants motion no later than Monday, October 26, 2015. (Ordered by Magistrate Judge Paul D Stickney on 10/20/2015) (chmb) (Entered: 10/20/2015) |
| 10/20/2015 | | Hearing/Deadline Modification: Deadlines/hearings set per 195 Order on Motion for Protective Order. Expedited Responses due by 10/26/2015 (ndt) (Entered: 10/20/2015) |
| 10/26/2015 | 196 | RESPONSE AND OBJECTION filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 191 MOTION for Protective Order MOTION to Quash MOTION for Sanctions (Mychalowych, Andrew) (Entered: 10/26/2015) |
| 10/26/2015 | 197 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 196 Response/Objection (Attachments: # 1 Additional Page(s) App. Pages 1-50, # 2 Additional Page(s) App. Pages 51-99a, # 3 Additional Page(s) App. Pages 100-143, # 4 Additional Page(s) App. Pages 144-197, # 5 Additional Page(s) App. Pages 198-247) (Mychalowych, Andrew) (Entered: 10/26/2015) |
| 10/27/2015 | 198 | NOTICE of *Correspondence to Judge Sidney A. Fitzwater dated 10/27/15* filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 10/27/2015) |

| 10/29/2015 | 199 | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 187 MOTION to Extend Time of Scheduling Order Dates (Mychalowych, Andrew) (Entered: 10/29/2015) |
|---|---|---|
| 10/29/2015 | 200 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 199 Reply *in support of Motion to Extend Dates* (Mychalowych, Andrew) (Entered: 10/29/2015) |
| 10/29/2015 | 201 | Joint STATUS REPORT filed by American Realty Investors Inc, American Realty Trust, Inc, Atlantic Midwest LLC, Atlantic XIII LLC, Basic Capital Management, Inc, Gene S Bertcher, David M Clapper, Louis Corna, EQK Holdings Inc, Income Opportunity Realty Investors Inc, Daniel J Moos, Donald Phillips, Gene E Phillips, Mickey N Phillips, Ryan T Phillips, Pillar Income Asset Management Inc, Prime Income Asset Management Inc, Prime Income Asset Management LLC, The Martin Trust, The May Trust, Transcontinental Realty Investors Inc. (Wells, Kayla) (Entered: 10/29/2015) |
| 10/30/2015 | 202 | ORDER granting in part 191 Motion for Protective Order; granting in part 191 Motion to Quash; granting 191 Request for Expedited Ruling; and denying 191 Request for Sanctions. (Ordered by Magistrate Judge Paul D Stickney on 10/30/2015) (mhk) (Entered: 10/30/2015) |
| 11/09/2015 | 203 | ORDER granting in part and denying in part 187 MOTION to Extend Time of Scheduling Order Dates filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper. (Ordered by Judge Sidney A Fitzwater on 11/9/2015) (Judge Sidney A Fitzwater) (Entered: 11/09/2015) |
| 12/08/2015 | 204 | MOTION Leave to Take in Excess of 10 Depositions filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Attachments: # 1 Exhibit(s) Order Granting Dismissal of Texas Bankruptcy, # 2 Exhibit(s) Order Granting Motion for Leave to Take in Excess 10 Depositions) (Mychalowych, Andrew) (Entered: 12/08/2015) |
| 12/29/2015 | 205 | RESPONSE filed by American Realty Investors Inc, American Realty Trust, Inc, Basic Capital Management, Inc, Gene S Bertcher, Louis Corna, EQK Holdings Inc, Income Opportunity Realty Investors Inc, Daniel J Moos, Donald Phillips, Gene E Phillips, Mickey N Phillips, Ryan T Phillips, Pillar Income Asset Management Inc, Prime Income Asset Management Inc, Prime Income Asset Management LLC, Transcontinental Realty Investors Inc re: 204 MOTION Leave to Take in Excess of 10 Depositions (Wells, Kayla) (Entered: 12/29/2015) |
| 01/12/2016 | 206 | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 204 MOTION Leave to Take in Excess of 10 Depositions (Attachments: # 1 Exhibit(s) Order Denying Motion to Reconsider and Order Dismissing Case in ART Texas Bankruptcy, # 2 Exhibit(s) 10/30/15 Order entered by Judge Stickney, # 3 Exhibit(s) 11/9/15 Order entered by Judge Fitzwater) (Mychalowych, Andrew) (Entered: 01/12/2016) |
| 01/13/2016 | 207 | MOTION for Protective Order *and Confidentiality Agreement* filed by American Realty Investors Inc, American Realty Trust, Inc, Basic Capital Management, Inc, Gene S Bertcher, Louis Corna, EQK Holdings Inc, Income Opportunity Realty Investors Inc, Daniel J Moos, Donald Phillips, Gene E Phillips, Mickey N Phillips, Ryan T Phillips, Pillar Income Asset Management Inc, Prime Income Asset Management Inc, Prime Income Asset Management LLC, Transcontinental Realty Investors Inc with Brief/Memorandum in Support. (Wells, Kayla) (Entered: 01/13/2016) |
| 01/13/2016 | 208 | Appendix in Support filed by American Realty Investors Inc, American Realty Trust, Inc, Basic Capital Management, Inc, Gene S Bertcher, Louis Corna, EQK Holdings Inc, Income Opportunity Realty Investors Inc, Daniel J Moos, Donald Phillips, Gene E |

| | | |
|---|---|---|
| | | Phillips, Mickey N Phillips, Ryan T Phillips, Pillar Income Asset Management Inc, Prime Income Asset Management Inc, Prime Income Asset Management LLC, Transcontinental Realty Investors Inc re <u>207</u> MOTION for Protective Order *and Confidentiality Agreement* (Attachments: # <u>1</u> Exhibit(s) A, # <u>2</u> Exhibit(s) B) (Wells, Kayla) (Entered: 01/13/2016) |
| 01/25/2016 | <u>209</u> | MEMORANDUM OPINION AND ORDER granting in part, denying in part MOTIONS to <u>153</u> Dismiss for Failure to State a Claim filed by Income Opportunity Realty Investors Inc, Transcontinental Realty Investors Inc, <u>157</u> Dismiss for Failure to State a Claim filed by Ryan T Phillips, Mickey N Phillips, <u>152</u> Dismiss for Failure to State a Claim filed by Prime Income Asset Management LLC, Pillar Income Asset Management Inc, Prime Income Asset Management Inc, <u>154</u> Dismiss for Failure to State a Claim filed by The May Trust, The Martin Trust, <u>156</u> Dismiss for Failure to State a Claim filed by Donald Phillips, <u>155</u> Dismiss for Failure to State a Claim filed by Gene E Phillips, <u>151</u> Dismiss for Failure to State a Claim filed by American Realty Trust, Inc, <u>158</u> Dismiss for Failure to State a Claim filed by EQK Holdings Inc, American Realty Investors Inc, Basic Capital Management, Inc, <u>150</u> Motion to Dismiss filed by Louis Corna, Gene S Bertcher, Daniel J Moos re: <u>153</u> Motion to Dismiss for Failure to State a Claim, <u>157</u> Motion to Dismiss for Failure to State a Claim, <u>152</u> Motion to Dismiss for Failure to State a Claim, <u>154</u> Motion to Dismiss for Failure to State a Claim, <u>156</u> Motion to Dismiss for Failure to State a Claim, <u>155</u> Motion to Dismiss for Failure to State a Claim, <u>151</u> Motion to Dismiss for Failure to State a Claim, <u>158</u> Motion to Dismiss for Failure to State a Claim, <u>150</u> MOTION to Dismiss Plaintiffs' Claims. (Ordered by Judge Sidney A Fitzwater on 1/25/2016) (Judge Sidney A Fitzwater) (Entered: 01/25/2016) |
| 02/02/2016 | <u>210</u> | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: <u>207</u> MOTION for Protective Order *and Confidentiality Agreement* (Attachments: # <u>1</u> Exhibit(s) Proposed Protective Order - Redline & Clean, # <u>2</u> Exhibit(s) Final Rule: Selective Disclosure & Insider Trading, # <u>3</u> Exhibit(s) Correspondence to Khoury 12.23.15) (Mychalowych, Andrew) (Entered: 02/02/2016) |
| 02/08/2016 | <u>211</u> | ANSWER to Complaint filed by Gene E Phillips. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov, or by clicking here: <u>Attorney Information - Bar Membership</u>. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Wells, Kayla) (Entered: 02/08/2016) |
| 02/09/2016 | <u>212</u> | ANSWER to <u>65</u> Amended Complaint,, filed by American Realty Investors Inc, EQK Holdings Inc. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: <u>Attorney Information - Bar Membership</u>. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Khoury, Stephen) (Entered: 02/09/2016) |
| 02/09/2016 | <u>213</u> | ANSWER to Complaint filed by American Realty Trust, Inc. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions, or by clicking here: <u>Attorney Information - Bar Membership</u>. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Kendall, Joe) (Entered: 02/09/2016) |
| 02/16/2016 | <u>214</u> | ORDER granting in part and denying without prejudice in part <u>204</u> MOTION Leave to Take in Excess of 10 Depositions filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper. (Ordered by Judge Sidney A Fitzwater on 2/16/2016) (Judge Sidney A |

| | | |
|---|---|---|
| | | Fitzwater) (Entered: 02/16/2016) |
| 02/16/2016 | 215 | REPLY filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips re: 207 MOTION for Protective Order *and Confidentiality Agreement* (Wells, Kayla) (Entered: 02/16/2016) |
| 03/15/2016 | 216 | ORDER granting in part and denying in part 207 Motion for Protective Order. (Ordered by Judge Sidney A Fitzwater on 3/15/2016) (Judge Sidney A Fitzwater) (Entered: 03/15/2016) |
| 03/22/2016 | 217 | Proposal for contents of scheduling and discovery order *filed jointly by the Parties pursuant to the Court's Order at DE 212* by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper. (Mychalowych, Andrew) (Entered: 03/22/2016) |
| 03/24/2016 | 218 | SCHEDULING ORDER: Amended Pleadings due by 5/1/2016. Discovery due by 4/30/2017. Joinder of Parties due by 5/1/2016. Summary Judgment Motions due by 5/31/2014. (Ordered by Judge Sidney A Fitzwater on 3/24/2016) (mem) (Entered: 03/24/2016) |
| 04/14/2016 | 219 | Application for Admission Pro Hac Vice with Certificate of Good Standing for Attorney Cora L. Morgan (Filing fee $25; Receipt number 0539-7511198) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Attachments: # 1 Additional Page(s) Certificate of Good Standing) (Mychalowych, Andrew) (Entered: 04/14/2016) |
| 04/14/2016 | 220 | MOTION to Substitute Attorney, *Cora L. Morgan for David M. Clapper, Atlantic Midwest, LLC and Atlantic XIII, LLC* added attorney Andrew W Mychalowych. Motion filed by Atlantic XIII LLC, David M Clapper, Atlantic Midwest LLC (Mychalowych, Andrew) (Entered: 04/14/2016) |
| 04/15/2016 | 221 | ORDER granting 220 Motion to Substitute Attorney. It is hereby ordered that Meghan W. Cassidy is withdrawn as counsel of record in this matter for David M. Clapper, Atlantic Midwest, LLC and Atlantic XIII, and that Cora L Morgan is substituted as counsel of record. (Ordered by Judge Sidney A Fitzwater on 4/15/2016) (ndt) (Entered: 04/15/2016) |
| 04/15/2016 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:221. Fri Apr 15 10:19:07 CDT 2016 (crt) (Entered: 04/15/2016) |
| 04/18/2016 | 222 | Application for Admission Pro Hac Vice with Certificate of Good Standing for Attorney Cora L. Morgan (Filing fee $25; Receipt number 0539-7518156) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Attachments: # 1 Additional Page(s) Certificate of Good Standing) (Mychalowych, Andrew) (Entered: 04/18/2016) |
| 04/18/2016 | 223 | ELECTRONIC ORDER granting 219 Application for Admission Pro Hac Vice of Cora L. Morgan. If not already done, Applicant must register as an ECF User within 14 days (LR 5.1(f)). (Ordered by Judge Sidney A Fitzwater on 4/18/2016) (Judge Sidney A Fitzwater) (Entered: 04/18/2016) |
| 04/18/2016 | 224 | ELECTRONIC ORDER terminating 222 Application for Admission Pro Hac Vice of Cora L. Morgan. The application is duplicative of an application granted by the court (although this application corrects the local counsel designation). (Ordered by Judge Sidney A Fitzwater on 4/18/2016) (Judge Sidney A Fitzwater) (Entered: 04/18/2016) |
| 04/19/2016 | 225 | NOTICE of Attorney Appearance by Cora Morgan on behalf of Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper. (Filer confirms contact info in ECF is current.) (Morgan, Cora) (Entered: 04/19/2016) |

| 04/26/2016 | 226 | CONFIDENTIALITY AND PROTECTIVE ORDER. (Ordered by Judge Sidney A Fitzwater on 4/26/2016) (Judge Sidney A Fitzwater) (Entered: 04/26/2016) |
|---|---|---|
| 05/02/2016 | 227 | MOTION for Leave to File Amended Answer and Affirmative Defenses filed by American Realty Investors Inc, EQK Holdings Inc with Brief/Memorandum in Support. (Attachments: # 1 Exhibit(s) Exhibit "A") (Khoury, Stephen) (Entered: 05/02/2016) |
| 05/02/2016 | 228 | MOTION for Leave to File First Amended Answer filed by American Realty Trust, Inc (Attachments: # 1 Exhibit(s) "A", # 2 Proposed Order Granting Motion for Leave to File First Amended Answer) (Kendall, Joe) (Entered: 05/02/2016) |
| 05/05/2016 | 229 | MOTION to Compel *Production of Documents in Native Format*, MOTION for Attorney Fees *and Costs* () filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper with Brief/Memorandum in Support. (Attachments: # 1 Additional Page(s) Brief in Support of Motion to Compel, # 2 Exhibit(s) Correspondence from Khoury dated 2.1.16 (modified to add restriction per Doc 226 , # 3 Exhibit(s) Affidavit of Thomas Frazee, # 4 Exhibit(s) Email from Khoury dated 4.29.16) (Mychalowych, Andrew) Docket entry security for attachment 3 (Exhibit 2) Modified on 5/10/2016 (twd). (Entered: 05/05/2016) |
| 05/09/2016 | 230 | MOTION for Leave to File Sealed Exhibit 2 to Motion to Compel Production of Documents at DE 229 filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 05/09/2016) |
| 05/10/2016 | 231 | ORDER granting Plaintiffs' 230 Motion to Seal Exhibit 2 to 229 Motion to Compel Production of Documents in Native Format and Plaintiffs' Motion for Costs and Attorney Fees. In granting this motion, the court notes that the certificate of conference does not comply with N.D. Tex. Civ. R. 7.1(b)(3), which provides that, if a conference is not held, the certificate must explain why it was not possible to confer. The court expects all parties to comply with the certificate of conference requirements of the local civil rules. (Ordered by Judge Sidney A Fitzwater on 5/10/2016) (twd) (Entered: 05/10/2016) |
| 05/12/2016 | 232 | CERTIFICATE of Conference re 230 MOTION for Leave to File Sealed Exhibit 2 to Motion to Compel Production of Documents at DE 229 *Amended* by Andrew W Mychalowych on behalf of Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 05/12/2016) |
| 05/12/2016 | 233 | ORDER re briefing and conference/hearing procedure for consideration of 229 MOTION to Compel Production of Documents in Native Format, MOTION for Attorney Fees and Costs filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper. (Ordered by Judge Sidney A Fitzwater on 5/12/2016) (Judge Sidney A Fitzwater) (Entered: 05/12/2016) |
| 05/23/2016 | 234 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 228 MOTION for Leave to File First Amended Answer (Attachments: # 1 Exhibit(s) Ex. 1 Voluntary Petition Nevada Bankruptcy, # 2 Exhibit(s) Ex. 2 Order Dismissing Nevada Bankruptcy, # 3 Exhibit(s) Ex. 3 Voluntary Petition Georgia Bankruptcy, # 4 Exhibit(s) Ex. 4 Ordering Transferring Georiga Bankruptcy to Texas, # 5 Exhibit(s) Ex. 5 Order Granting Motion to Dismiss Texas Bankruptcy, # 6 Exhibit(s) Ex. 6 Order Denying Motion to Reconsider Texas Bankruptcy Dismissal, # 7 Exhibit(s) Ex. 7 ARI SEC Form 10-K Documents, # 8 Exhibit(s) Ex. 8 Certifications of SEC Filings) (Mychalowych, Andrew) (Entered: 05/23/2016) |
| 05/23/2016 | 235 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 227 MOTION for Leave to File Amended Answer and Affirmative Defenses (Attachments: # 1 Exhibit(s) Ex. 1 Voluntary Petition Nevada Bankruptcy, # 2 Exhibit(s) |

| | | |
|---|---|---|
| | | Ex. 2 Order Dismissing Nevada Bankruptcy, # 3 Exhibit(s) Ex. 3 Voluntary Petition Georgia Bankruptcy, # 4 Exhibit(s) Ex. 4 Ordering Transferring Georgia Bankruptcy to Texas, # 5 Exhibit(s) Ex. 5 Order Granting Motion to Dismiss Texas Bankruptcy, # 6 Exhibit(s) Ex. 6 Order Denying Motion to Reconsider Texas Bankruptcy Dismissal, # 7 Exhibit(s) Ex. 7 ARI SEC Form 10-K Documents, # 8 Exhibit(s) Ex. 8 Certifications of SEC Filings) (Mychalowych, Andrew) (Entered: 05/23/2016) |
| 05/23/2016 | 236 | MOTION to Strike *Defendants' American Realty Investors, Inc. and EQK Holdings, Inc.'s Affirmative Defenses and Proposed Additional Affirmative Defenses* filed by Atlantic XIII LLC, David M Clapper with Brief/Memorandum in Support. (Attachments: # 1 Exhibit(s) Ex. 1 Voluntary Petition Nevada Bankruptcy, # 2 Exhibit(s) Ex. 2 Order Dismissing Nevada Bankruptcy, # 3 Exhibit(s) Ex. 3 Voluntary Petition Georgia Bankruptcy, # 4 Exhibit(s) Ex. 4 Ordering Transferring Georgia Bankruptcy to Texas, # 5 Exhibit(s) Ex. 5 Order Granting Motion to Dismiss Texas Bankruptcy, # 6 Exhibit(s) Ex. 6 Order Denying Motion to Reconsider Texas Bankruptcy Dismissal, # 7 Exhibit(s) Ex. 7 ARI SEC Form 10-K Documents, # 8 Exhibit(s) Ex. 8 Certifications of SEC Filings) (Mychalowych, Andrew) (Entered: 05/23/2016) |
| 05/23/2016 | 237 | MOTION to Strike *Defendant American Realty Trust, Inc.'s Affirmative Defenses and Proposed Affirmative Defenses* filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper with Brief/Memorandum in Support. (Attachments: # 1 Exhibit(s) Ex. 1 Voluntary Petition Nevada Bankruptcy, # 2 Exhibit(s) Ex. 2 Order Dismissing Nevada Bankruptcy, # 3 Exhibit(s) Ex. 3 Voluntary Petition Georgia Bankruptcy, # 4 Exhibit(s) Ex. 4 Ordering Transferring Georgia Bankruptcy to TX, # 5 Exhibit(s) Ex. 5 Order Granting Motion to Dismiss Texas Bankruptcy, # 6 Exhibit(s) Ex. 6 Order Denying Motion to Reconsider Texas Bankruptcy Dismissal, # 7 Exhibit(s) Ex. 7 ARI SEC Form 10-K Documents, # 8 Exhibit(s) Ex. 8 Certifications of SEC Filings) (Mychalowych, Andrew) (Entered: 05/23/2016) |
| 05/26/2016 | 238 | REPLY filed by American Realty Investors Inc, EQK Holdings Inc re: 233 Order, (Khoury, Stephen) (Entered: 05/26/2016) |
| 05/26/2016 | 239 | REPLY filed by American Realty Trust, Inc re: 233 Order, (McKey, Jamie) (Entered: 05/26/2016) |
| 05/26/2016 | 240 | REPLY filed by Gene E Phillips re: 233 Order, (Wells, Kayla) (Entered: 05/26/2016) |
| 05/31/2016 | 241 | Order Referring 229 MOTION to Compel Production of Documents in Native Format and for Attorney Fees and Costs for Determination pursuant to 28 U.S.C. 636(b)(1)(A). The Magistrate Judge may conduct a hearing if he determines that a hearing is necessary. This order of reference also prospectively refers all procedural motions (e.g., to modify briefing limitations, to supplement a motion, or for an expedited hearing) hereafter filed by a party who supports or opposes the referred motion, and that relate to the resolution of the motion. Motion(s) referred to Magistrate Judge Paul D Stickney. (Ordered by Judge Sidney A Fitzwater on 5/31/2016) (Judge Sidney A Fitzwater) (Entered: 05/31/2016) |
| 06/06/2016 | 242 | REPLY filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc re: 228 MOTION for Leave to File First Amended Answer, 227 MOTION for Leave to File Amended Answer and Affirmative Defenses (Kendall, Joe) (Entered: 06/06/2016) |
| 06/13/2016 | 243 | RESPONSE filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc re: 237 MOTION to Strike *Defendant American Realty Trust, Inc.'s Affirmative Defenses and Proposed Affirmative Defenses*, 236 MOTION to Strike |

| | | |
|---|---|---|
| | | *Defendants' American Realty Investors, Inc. and EQK Holdings, Inc.'s Affirmative Defenses and Proposed Additional Affirmative Defenses* (Kendall, Joe) (Entered: 06/13/2016) |
| 06/27/2016 | 244 | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 237 MOTION to Strike *Defendant American Realty Trust, Inc.'s Affirmative Defenses and Proposed Affirmative Defenses*, 236 MOTION to Strike *Defendants' American Realty Investors, Inc. and EQK Holdings, Inc.'s Affirmative Defenses and Proposed Additional Affirmative Defenses* (Mychalowych, Andrew) (Entered: 06/27/2016) |
| 07/22/2016 | 245 | MOTION for Protective Order *and Motion to Quash* filed by American Realty Investors Inc with Brief/Memorandum in Support. (Attachments: # 1 Exhibit(s) Exhibit 1, # 2 Exhibit(s) Exhibit 2, # 3 Exhibit(s) Exhibit 3, # 4 Exhibit(s) Exhibit 4, # 5 Exhibit(s) Exhibit 5, # 6 Exhibit(s) Exhibit 6, # 7 Proposed Order) (Khoury, Stephen) (Entered: 07/22/2016) |
| 07/27/2016 | 246 | ORDER OF REFERENCE: American Realty Investors Inc's 245 motion for protective order and motion to quash is REFERRED to United States Magistrate Judge Paul D. Stickney for determination. (Ordered by Judge Sidney A Fitzwater on 7/27/2016) (trk) (Entered: 07/27/2016) |
| 08/02/2016 | 247 | ORDER granting 227 Motion for Leave to File (Unless the document has already been filed, clerk to enter the document as of the date of this order.); granting 228 Motion for Leave to File (Unless the document has already been filed, clerk to enter the document as of the date of this order.); denying without prejudice 236 Motion to Strike; and denying without prejudice 237 Motion to Strike. (Ordered by Judge Sidney A Fitzwater on 8/2/2016) (Judge Sidney A Fitzwater) (Entered: 08/02/2016) |
| 08/02/2016 | 248 | First AMENDED ANSWER to 147 Second Amended Complaint filed by American Realty Investors Inc, EQK Holdings Inc. (twd) (Entered: 08/02/2016) |
| 08/02/2016 | 249 | First AMENDED ANSWER to 147 Second Amended Complaint filed by American Realty Trust, Inc. (twd) (Entered: 08/02/2016) |
| 08/12/2016 | 250 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 245 MOTION for Protective Order *and Motion to Quash* (Attachments: # 1 Exhibit(s) Re-Notice of Deposition of ARI, # 2 Exhibit(s) ARI Deposition Notices, # 3 Exhibit(s) Gene Bertcher Deposition Transcript) (Mychalowych, Andrew) (Entered: 08/12/2016) |
| 09/23/2016 | 251 | MOTION for Sanctions *of American Realty Investors, Inc. for Discovery Abuses and Brief in Support - Oral Argument Requested* filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper with Brief/Memorandum in Support. (Mychalowych, Andrew) (Entered: 09/23/2016) |
| 09/23/2016 | 252 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 251 MOTION for Sanctions *of American Realty Investors, Inc. for Discovery Abuses and Brief in Support - Oral Argument Requested* (Attachments: # 1 Additional Page(s) Exhibits 1-10, App. 001-147) (Mychalowych, Andrew) (Entered: 09/23/2016) |
| 09/23/2016 | 253 | (Document Restricted) Sealed Appendix in Support re: 251 Motion for Sanctions, 252 Appendix in Support, (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Attachments: # 1 Exhibit(s) 2, App. 7-76 - Gene Bertcher Deposition Transcript Pages, # 2 Exhibit(s) 3, App. 77-102 - Daniel Moos Deposition Transcript Pages, # 3 Exhibit(s) 4, App. 103 - Exhibit 15 to Gene Bertcher Deposition, # 4 Exhibit(s) 5, App. 104-120- Exhibit 3 to Gene Bertcher Deposition) (Mychalowych, Andrew) (Entered: 09/23/2016) |

| | | |
|---|---|---|
| 09/23/2016 | 254 | MOTION to Preclude Defendants from Introducing Evidence/Testimony Inconsistent with Their Prior Statements to the Bankruptcy Court, SEC and/or IRS and Brief in Support - Oral Argument Requested filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper with Brief/Memorandum in Support. (Mychalowych, Andrew) (Entered: 09/23/2016) |
| 09/23/2016 | 255 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 254 MOTION to Preclude Defendants from Introducing Evidence/Testimony Inconsistent with Their Prior Statements to the Bankruptcy Court, SEC and/or IRS and Brief in Support - Oral Argument Requested (Attachments: # 1 Additional Page(s) Exhibits 1-4, App. 1-60) (Mychalowych, Andrew) (Entered: 09/23/2016) |
| 09/23/2016 | 256 | (Document Restricted) Sealed Appendix in Support re: 254 Motion (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Attachments: # 1 Exhibit(s) 2, App. 19-31 - Gene Bertcher Deposition Transcript Pages, # 2 Exhibit(s) 3, App. 32-50 - Daniel Moos Deposition Transcript Pages) (Mychalowych, Andrew) Modified text on 9/26/2016 (mem). (Entered: 09/23/2016) |
| 09/23/2016 | 257 | (Document Restricted) Full Deposition Transcript of Daniel Moos from July 27, 2016 (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 09/23/2016) |
| 09/23/2016 | 258 | (Document Restricted) Full Deposition Transcript of Daniel Moos from July 27, 2016 (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 09/23/2016) |
| 09/23/2016 | 259 | (Document Restricted) Full Deposition Transcript of Gene Bertcher from July 26, 2016 (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 09/23/2016) |
| 09/26/2016 | 260 | Order Referring Motion 251 MOTION for Sanctions of American Realty Investors, Inc. for Discovery Abuses to Magistrate Judge Paul D Stickney for Determination pursuant to 28 U.S.C. 636(b)(1)(A). The Magistrate Judge may conduct a hearing if he/she determines that a hearing is necessary. This order of reference also prospectively refers all procedural motions (e.g., to modify briefing limitations, to supplement a motion, or for an expedited hearing) hereafter filed by a party who supports or opposes the referred motion, and that relate to the resolution of the motion. (Ordered by Judge Sidney A Fitzwater on 9/26/2016) (Judge Sidney A Fitzwater) (Entered: 09/26/2016) |
| 09/30/2016 | 261 | ORDER re: 229 Plaintiffs' Motion to Compel Production of Documents in Native Format and Motion for Costs and Attorney Fees. Plaintiffs' Motion to Compel is DENIED without prejudice. The Court encourages the parties to resolve this matter without further Court intervention and directs Plaintiffs to utilize the appropriate expert to review the electronic information produced if it is necessary as suggested by EQK Holdings Inc and American Realty Investors Inc. (Ordered by Magistrate Judge Paul D Stickney on 9/30/2016) (axm) (Entered: 09/30/2016) |
| 09/30/2016 | 262 | ORDER granting in part and denying in part 245 Motion for Protective Order and Motion to Quash. (Ordered by Magistrate Judge Paul D Stickney on 9/30/2016) (axm) (Entered: 09/30/2016) |
| 10/04/2016 | 263 | MOTION to Quash, MOTION for Protective Order filed by EQK Holdings Inc with Brief/Memorandum in Support. (Attachments: # 1 Exhibit(s) Exhibit "1", # 2 Proposed Order) (Khoury, Stephen) (Entered: 10/04/2016) |

| 10/04/2016 | 264 | Order Referring 263 Motion for Protective Order and Motion to Quash to Magistrate Judge Paul D Stickney for Determination pursuant to 28 U.S.C. 636(b)(1)(A). The Magistrate Judge may conduct a hearing if he/she determines that a hearing is necessary. This order of reference also prospectively refers all procedural motions (e.g., to modify briefing limitations, to supplement a motion, or for an expedited hearing) hereafter filed by a party who supports or opposes the referred motion, and that relate to the resolution of the motion. (Ordered by Judge Sidney A Fitzwater on 10/4/2016) (Judge Sidney A Fitzwater) (Entered: 10/04/2016) |
|---|---|---|
| 10/05/2016 | 265 | ORDER granting in part and denying in part 263 Motion to Quash and MOTION for Protective Order. Upon review, the Court finds that the areas of inquiry are described with reasonable particularity as required under Rule 30(b)(6). Therefore, the parties are ordered to agree to a date prior to 10/31/2016 for the Rule 30(b)(6) deposition. (see order) (Ordered by Magistrate Judge Paul D Stickney on 10/5/2016) (mcrd) (Entered: 10/05/2016) |
| 10/11/2016 | 266 | MOTION for Extension of Time to File Response/Reply to 251 MOTION for Sanctions *of American Realty Investors, Inc. for Discovery Abuses and Brief in Support - Oral Argument Requested* filed by American Realty Investors Inc (Attachments: # 1 Proposed Order) (Khoury, Stephen) (Entered: 10/11/2016) |
| 10/11/2016 | 267 | MOTION to Join *in American Realty Investors, Inc.'s Motion to Extend Time to Respond to Plaintiffs' Motion for Sanctions of American Realty Investors, Inc. for Discovery Abuse and Brief in Support* filed by American Realty Trust, Inc (Kendall, Joe) Modified typo on 10/12/2016 (awc). (Entered: 10/11/2016) |
| 10/11/2016 | 268 | MOTION for Extension of Time to File Response/Reply to 254 MOTION to Preclude Defendants from Introducing Evidence/Testimony Inconsistent with Their Prior Statements to the Bankruptcy Court, SEC and/or IRS and Brief in Support - Oral Argument Requested filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips (Attachments: # 1 Proposed Order) (Kendall, Joe) (Entered: 10/11/2016) |
| 10/12/2016 | 269 | ORDER granting 268 Motion for Extension of Time to File Response/Reply to 254 motion. Responses due by 10/24/2016. (Ordered by Judge Sidney A Fitzwater on 10/12/2016) (ran) (Entered: 10/12/2016) |
| 10/12/2016 | 270 | ELECTRONIC ORDER granting 266 Motion to Extend Time to File Response/Reply. Responses due by 10/24/2016. (Ordered by Magistrate Judge Paul D. Stickney on 10/12/2016) (chmb) (Entered: 10/12/2016) |
| 10/12/2016 | 271 | ELECTRONIC ORDER granting 267 Motion for Joinder. (Ordered by Magistrate Judge Paul D. Stickney on 10/12/2016) (chmb) (Entered: 10/12/2016) |
| 10/24/2016 | 272 | RESPONSE filed by American Realty Investors Inc re: 251 MOTION for Sanctions *of American Realty Investors, Inc. for Discovery Abuses and Brief in Support - Oral Argument Requested* (Khoury, Stephen) (Entered: 10/24/2016) |
| 10/24/2016 | 273 | Appendix in Support filed by American Realty Investors Inc re 272 Response/Objection (Attachments: # 1 Additional Page(s) Appendix H - I, # 2 Additional Page(s) Appendix J - O) (Khoury, Stephen) (Entered: 10/24/2016) |
| 10/24/2016 | 274 | RESPONSE filed by American Realty Trust, Inc re: 251 MOTION for Sanctions *of American Realty Investors, Inc. for Discovery Abuses and Brief in Support - Oral Argument Requested* (Kendall, Joe) (Entered: 10/24/2016) |

| 10/24/2016 | <u>275</u> | RESPONSE filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips re: <u>254</u> MOTION to Preclude Defendants from Introducing Evidence/Testimony Inconsistent with Their Prior Statements to the Bankruptcy Court, SEC and/or IRS and Brief in Support - Oral Argument Requested (Attachments: # <u>1</u> Exhibit(s) Ex A, # <u>2</u> Exhibit(s) Ex B) (Kendall, Joe) (Entered: 10/24/2016) |
|---|---|---|
| 10/24/2016 | <u>276</u> | RESPONSE filed by Gene E Phillips re: <u>251</u> MOTION for Sanctions *of American Realty Investors, Inc. for Discovery Abuses and Brief in Support - Oral Argument Requested* (Wells, Kayla) (Entered: 10/24/2016) |
| 10/24/2016 | <u>277</u> | Appendix in Support filed by Gene E Phillips re <u>276</u> Response/Objection (Wells, Kayla) (Entered: 10/24/2016) |
| 11/04/2016 | <u>278</u> | MOTION Plaintiffs' Emergency Motion for Leave to File Reply Brief in Excess of Page Limitation Set Forth in Local Rule 7.2 re <u>272</u> Response/Objection, <u>251</u> MOTION for Sanctions *of American Realty Investors, Inc. for Discovery Abuses and Brief in Support - Oral Argument Requested* filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 11/04/2016) |
| 11/07/2016 | 279 | ELECTRONIC ORDER granting <u>278</u> Motion for Leave to File Reply Brief in Excess of Page Limitation. (Ordered by Magistrate Judge Paul D. Stickney on 11/7/2016) (chmb) (Entered: 11/07/2016) |
| 11/07/2016 | <u>280</u> | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: <u>272</u> Response/Objection, <u>251</u> MOTION for Sanctions *of American Realty Investors, Inc. for Discovery Abuses and Brief in Support - Oral Argument Requested* (Mychalowych, Andrew) (Entered: 11/07/2016) |
| 11/07/2016 | <u>281</u> | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re <u>280</u> Reply, *to Defendant ARI's Response to Plaintiffs' Motion for Discovery Sanctions and Response to ARI's Motion for Sanctions* (Mychalowych, Andrew) (Entered: 11/07/2016) |
| 11/07/2016 | <u>282</u> | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: <u>274</u> Response/Objection, <u>251</u> MOTION for Sanctions *of American Realty Investors, Inc. for Discovery Abuses and Brief in Support - Oral Argument Requested* (Mychalowych, Andrew) (Entered: 11/07/2016) |
| 11/07/2016 | <u>283</u> | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re <u>282</u> Reply, *to Defendant ART's Response to Plaintiffs' Motion for Discovery Sanctions* (Mychalowych, Andrew) (Entered: 11/07/2016) |
| 11/07/2016 | <u>284</u> | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: <u>276</u> Response/Objection, <u>251</u> MOTION for Sanctions *of American Realty Investors, Inc. for Discovery Abuses and Brief in Support - Oral Argument Requested* (Mychalowych, Andrew) (Entered: 11/07/2016) |
| 11/07/2016 | <u>285</u> | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re <u>284</u> Reply, *to Gene Phillips's Response to Plaintiffs' Motion for Discovery Sanctions and Response to Motion for Sanctions* (Mychalowych, Andrew) Modified typo on 11/8/2016 (awc). (Entered: 11/07/2016) |
| 11/07/2016 | <u>286</u> | ***Incorrect PDF - See Doc #287*** REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: <u>254</u> MOTION to Preclude Defendants from Introducing Evidence/Testimony Inconsistent with Their Prior Statements to the Bankruptcy Court, |

| | | |
|---|---|---|
| | | SEC and/or IRS and Brief in Support - Oral Argument Requested (Mychalowycz, Andrew) Modified text on 11/8/2016 (awc). (Entered: 11/07/2016) |
| 11/07/2016 | 287 | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 254 MOTION to Preclude Defendants from Introducing Evidence/Testimony Inconsistent with Their Prior Statements to the Bankruptcy Court, SEC and/or IRS and Brief in Support - Oral Argument Requested, 275 Response/Objection, (Mychalowycz, Andrew) (Entered: 11/07/2016) |
| 11/07/2016 | 288 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 287 Reply, *to Defendants' Response to Plaintiffs' Motion to Preclude* (Mychalowycz, Andrew) (Entered: 11/07/2016) |
| 11/09/2016 | 289 | ORDER granting in part and denying in part 251 Motion to Sanction Defendant American Realty Investors,Inc. for Discovery Abuses. (see order) (Ordered by Magistrate Judge Paul D Stickney on 11/9/2016) (mcrd) (Entered: 11/10/2016) |
| 11/14/2016 | 290 | (Document Restricted) Plaintiffs' Expedited Motion to Compel Testimony of Designated Corporate Representative Regarding Claimed Privileged Documents and Brief in Support (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowycz, Andrew) (Entered: 11/14/2016) |
| 11/14/2016 | 291 | ***PLEASE DISREGARD PER ATTY; SEE DOC 293 FOR CORRECTED VERSION*** (Document Restricted) Sealed Appendix in Support re: 290 Sealed and/or Ex Parte Motion, (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowycz, Andrew) Modified on 11/14/2016 (axm). (Entered: 11/14/2016) |
| 11/14/2016 | 292 | MOTION Plaintiffs' Emergency Motion to Expedite Briefing Schedule re 290 (Document Restricted) Plaintiffs' Expedited Motion to Compel Testimony of Designated Corporate Representative Regarding Claimed Privileged Documents and Brief in Support (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper with Brief/Memorandum in Support. (Mychalowycz, Andrew) (Entered: 11/14/2016) |
| 11/14/2016 | 293 | (Document Restricted) Sealed Appendix in Support re: 290 Sealed and/or Ex Parte Motion, (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowycz, Andrew) (Entered: 11/14/2016) |
| 11/15/2016 | 294 | Order Referring Motion for Determination pursuant to 28 U.S.C. 636(b)(1)(A). The Magistrate Judge may conduct a hearing if he/she determines that a hearing is necessary. This order of reference also prospectively refers all procedural motions (e.g., to modify briefing limitations, to supplement a motion, or for an expedited hearing) hereafter filed by a party who supports or opposes the referred motion, and that relate to the resolution of the motion. re: 290 (Document Restricted) Plaintiffs' Expedited Motion to Compel Testimony of Designated Corporate Representative Regarding Claimed Privileged Documents and Brief in Support (Sealed pursuant to order dated 4/26/2016), 292 MOTION Plaintiffs' Emergency Motion to Expedite Briefing Schedule. This order of reference also prospectively refers all procedural motions (e.g., to modify briefing limitations, to supplement a motion, or for an expedited hearing) hereafter filed by a party who supports or opposes the referred motion, and that relate to the United States Magistrate Judge's resolution of the motion. Motion(s) referred to Magistrate Judge Paul D Stickney. (Ordered by Judge Sidney A Fitzwater on 11/15/2016) (ndt) (Entered: 11/15/2016) |
| 11/16/2016 | 295 | |

| | | |
|---|---|---|
| | | RESPONSE AND OBJECTION filed by American Realty Investors Inc re: 292 MOTION Plaintiffs' Emergency Motion to Expedite Briefing Schedule re 290 (Document Restricted) Plaintiffs' Expedited Motion to Compel Testimony of Designated Corporate Representative Regarding Claimed Privileged Documents and Brief in Su (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Proposed Order) (Khoury, Stephen) (Entered: 11/16/2016) |
| 11/16/2016 | 296 | ORDER granting 292 Motion to Expedite Briefing Schedule. Response due by 11/21/2016. Reply due by 11/23/2016. (Ordered by Magistrate Judge Paul D. Stickney on 11/16/2016) (chmb) (Entered: 11/17/2016) |
| 11/18/2016 | 297 | AFFIDAVIT re 289 Order on Motion for Sanctions *with Detailed Attorney Billing and Costs Information and Certificate of Conference* by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper. (Mychalowych, Andrew) (Entered: 11/18/2016) |
| 11/21/2016 | 298 | OBJECTION filed by American Realty Investors Inc re: 297 Affidavit (Attachments: # 1 Exhibit(s) 1) (Khoury, Stephen) (Entered: 11/21/2016) |
| 11/21/2016 | 299 | RESPONSE filed by American Realty Investors Inc, EQK Holdings Inc re: 290 (Document Restricted) Plaintiffs' Expedited Motion to Compel Testimony of Designated Corporate Representative Regarding Claimed Privileged Documents and Brief in Support (Sealed pursuant to order dated 4/26/2016) (Khoury, Stephen) (Entered: 11/21/2016) |
| 11/21/2016 | 300 | Appendix in Support filed by American Realty Investors Inc, EQK Holdings Inc re 299 Response/Objection, *to Plaintiffs' Expedited Motion to Compel Testimony of Designated Corporate Representative Regarding Claimed Privileged Documents* (Khoury, Stephen) (Entered: 11/21/2016) |
| 11/23/2016 | 301 | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 290 Sealed Plaintiffs' Expedited Motion to Compel Testimony of Designated Corporate Representative Regarding Claimed Privileged Documents and Brief in Support (Mychalowych, Andrew) (Entered: 11/23/2016) |
| 11/23/2016 | 302 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 301 Reply, *to Defendants' Response to Plaintiffs' Expedited Motion to Compel Testimony of Designated Corporate Representative Regarding Claimed Privileged Documents* (Mychalowych, Andrew) (Entered: 11/23/2016) |
| 11/23/2016 | 303 | (Document Restricted) Sealed Appendix in Support re: 301 Reply, (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 11/23/2016) |
| 11/23/2016 | 304 | MOTION to Compel Deposition Testimony of Defendant Gene Phillips, Motion to Compel Production of Documents, MOTION for Sanctions filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper with Brief/Memorandum in Support. (Mychalowych, Andrew). Added MOTION to Compel Production of Documents, MOTION for Sanctions on 11/28/2016 (twd). (Entered: 11/23/2016) |
| 11/23/2016 | 305 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 304 MOTION to Compel *Deposition Testimony of Defendant Gene Phillips, Motion to Compel Production of Documents, Request for Sanctions* (Mychalowych, Andrew) (Entered: 11/23/2016) |
| 11/23/2016 | 306 | (Document Restricted) Sealed Appendix in Support re: 304 Motion to Compel, (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, |

| | | David M Clapper (Mychalowych, Andrew) (Entered: 11/23/2016) |
|---|---|---|
| 11/28/2016 | 307 | CERTIFICATE of Conference re 297 Affidavit *Amended* by Andrew W Mychalowych on behalf of Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 11/28/2016) |
| 11/28/2016 | 308 | MOTION for Reconsideration re 289 Order on Motion for Sanctions filed by American Realty Investors Inc (Khoury, Stephen) (Entered: 11/28/2016) |
| 11/28/2016 | 309 | RESPONSE AND OBJECTION filed by American Realty Investors Inc re: 289 Order on Motion for Sanctions (Khoury, Stephen) (Entered: 11/28/2016) |
| 11/28/2016 | 310 | Appendix in Support filed by American Realty Investors Inc re 289 Order on Motion for Sanctions, 309 Response/Objection (Khoury, Stephen) (Entered: 11/28/2016) |
| 11/28/2016 | 311 | Amended MOTION for Reconsideration re 289 Order on Motion for Sanctions filed by American Realty Investors Inc (Attachments: # 1 Exhibit(s) 1) (Khoury, Stephen) (Entered: 11/28/2016) |
| 11/28/2016 | 312 | Order Referring Motion for Determination pursuant to 28 U.S.C. 636(b)(1)(A). The Magistrate Judge may conduct a hearing if he/she determines that a hearing is necessary. This order of reference also prospectively refers all procedural motions (e.g., to modify briefing limitations, to supplement a motion, or for an expedited hearing) hereafter filed by a party who supports or opposes the referred motion, and that relate to the resolution of the motion. re: 304 MOTION to Compel Deposition Testimony of Defendant Gene Phillips, MOTION to Compel Production of Documents, MOTION for Sanctions Motion(s) referred to Magistrate Judge Paul D Stickney. (Ordered by Judge Sidney A Fitzwater on 11/28/2016) (twd) (Entered: 11/28/2016) |
| 11/28/2016 | 329 | Emergency MOTION to Stay Sanction of Expense Payment re: 289 Order on Motion for Sanctions, filed by American Realty Investors Inc. Motion included in document 309 Response. (mem) (Entered: 12/20/2016) |
| 11/29/2016 | 313 | Amended MOTION to Compel *Deposition Testimony of Defendant Gene Phillips, Motion to Compel Production of Documents, Request for Sanctions* filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper with Brief/Memorandum in Support. (Mychalowych, Andrew) (Entered: 11/29/2016) |
| 11/29/2016 | 314 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 313 Amended MOTION to Compel *Deposition Testimony of Defendant Gene Phillips, Motion to Compel Production of Documents, Request for Sanctions with Certificate of Service* (Mychalowych, Andrew) (Entered: 11/29/2016) |
| 11/29/2016 | 315 | (Document Restricted) Sealed Appendix in Support re: 313 Motion to Compel, (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 11/29/2016) |
| 11/29/2016 | 316 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 298 Response/Objection (Mychalowych, Andrew) (Entered: 11/29/2016) |
| 11/29/2016 | 317 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 316 Response/Objection (Mychalowych, Andrew) (Entered: 11/29/2016) |
| 11/30/2016 | 318 | REPLY filed by American Realty Investors Inc re 316 Response/Objection *to Plaintiffs' Response to Objections of ARI Regarding Attorney Fees Affidavit* (Khoury, Stephen) Modified title on 12/1/2016 (awc). (Entered: 11/30/2016) |

| 11/30/2016 | 319 | MOTION for Protective Order *and Motion to Quash* filed by American Realty Investors Inc with Brief/Memorandum in Support. (Attachments: # 1 Exhibit(s) 1) (Khoury, Stephen). (Entered: 11/30/2016) |
| 11/30/2016 | 320 | (Document Restricted) ORDER denying without prejudice 290 Plaintiffs' Expedited Motion to Compel Testimony of Designated Corporate Representative Regarding Claimed Privileged Documents. (Ordered by Magistrate Judge Paul D. Stickney on 11/30/2016) (chmb) (Entered: 12/01/2016) |
| 12/01/2016 | 321 | Order Referring Motion for Determination pursuant to 28 U.S.C. 636(b)(1)(A). The Magistrate Judge may conduct a hearing if he/she determines that a hearing is necessary. This order of reference also prospectively refers all procedural motions (e.g., to modify briefing limitations, to supplement a motion, or for an expedited hearing) hereafter filed by a party who supports or opposes the referred motion, and that relate to the resolution of the motion. re: 319 MOTION for Protective Order *and Motion to Quash* MOTION to Quash. Motion(s) referred to Magistrate Judge Paul D Stickney. (Ordered by Judge Sidney A Fitzwater on 12/1/2016) (ykp) (Entered: 12/01/2016) |
| 12/02/2016 | 322 | Emergency MOTION to Expedite *Ruling on ARI's Motion for Protective Order and Motion to Quash at DE 319* filed by American Realty Investors Inc (Khoury, Stephen) (Entered: 12/02/2016) |
| 12/02/2016 | 323 | Supplemental Document by American Realty Investors Inc as to 310 Appendix in Support *of Appeal by Defendant American Realty Investors, Inc. of Magistrate Order DE 289 and Emergency Motion to Stay Sanction of Expense Payment*. (Khoury, Stephen) (Entered: 12/02/2016) |
| 12/19/2016 | 324 | TRIAL SETTING ORDER: Trial set for 10/30/2017 before Judge Sidney A Fitzwater. (Ordered by Judge Sidney A Fitzwater on 12/19/2016) (epm) (Entered: 12/19/2016) |
| 12/19/2016 | 325 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 309 Response/Objection (Mychalowych, Andrew) (Entered: 12/19/2016) |
| 12/19/2016 | 326 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 325 Response/Objection (Mychalowych, Andrew) Modified event text on 12/19/2016 (rekc). (Entered: 12/19/2016) |
| 12/19/2016 | 327 | (Document Restricted) Sealed Appendix in Support re: 325 Response/Objection (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 12/19/2016) |
| 12/19/2016 | 328 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 311 Amended MOTION for Reconsideration re 289 Order on Motion for Sanctions (Attachments: # 1 Exhibit(s) 1 - Plaintiffs' Response to Appeal Magistrate Order DE 289) (Mychalowych, Andrew) (Entered: 12/19/2016) |
| 12/20/2016 | 330 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 319 MOTION for Protective Order *and Motion to Quash* MOTION to Quash (Mychalowych, Andrew) (Entered: 12/20/2016) |
| 12/20/2016 | 331 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 330 Response/Objection (Mychalowych, Andrew) (Entered: 12/20/2016) |
| 12/20/2016 | 332 | (Document Restricted) Sealed Appendix in Support re: 330 Response/Objection (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 12/20/2016) |

| | | |
|---|---|---|
| 12/20/2016 | 333 | ORDER clarifying the status of the challenges of defendant American Realty Investors, Inc. to the magistrate judge's November 9, 2016 sanction order [ECF 289]. The court considers ARI's November 28, 2016 amended motion to reconsider the Sanction Order and emergency motion to stay sanction of expense payment [ECF 311] to be pending before the magistrate judge. Although ARI's November 28, 2016 appeal of the Sanction Order and emergency motion to stay sanction of expense payment [ECF 309]--originally docketed by counsel as a "RESPONSE AND OBJECTION" to the Sanction Order--are pending before this court, the court does not intend to act on the appeal or motion to stay while the November 28, 2016 amended motion to reconsider the Sanction Order and emergency motion to stay sanction of expense payment [ECF 311] are pending before the magistrate judge. (Ordered by Judge Sidney A Fitzwater on 12/20/2016) (Judge Sidney A Fitzwater) (Entered: 12/20/2016) |
| 12/20/2016 | 334 | RESPONSE filed by Gene E Phillips re: 313 Amended MOTION to Compel *Deposition Testimony of Defendant Gene Phillips, Motion to Compel Production of Documents, Request for Sanctions* (Wells, Kayla) (Entered: 12/20/2016) |
| 12/20/2016 | 335 | Appendix in Support filed by Gene E Phillips re 334 Response/Objection *to Plaintiffs' Amended Motion to Compel Deposition Testimony of Defendant Gene E. Phillips, Motion to Compel Production of Documents, Request for Sanctions, and Brief in Support* (Wells, Kayla) (Entered: 12/20/2016) |
| 12/21/2016 | 336 | REPLY filed by American Realty Investors Inc re: 289 Order on Motion for Sanctions (Khoury, Stephen) (Entered: 12/21/2016) |
| 12/21/2016 | 337 | Appendix in Support filed by American Realty Investors Inc re 336 Reply (Khoury, Stephen) (Entered: 12/21/2016) |
| 12/21/2016 | 338 | MOTION for Extension of Time to File Response/Reply to 319 MOTION for Protective Order *and Motion to Quash* MOTION to Quash filed by American Realty Investors Inc (Attachments: # 1 Proposed Order) (Khoury, Stephen) (Entered: 12/21/2016) |
| 12/22/2016 | 339 | Agreed MOTION to Extend Time to File Plaintiffs' Reply in Support of Plaintiffs' Amended Motion to Compel Deposition Testimony of Defendant Gene Phillips, Motion to Compel Production of Documents, and Request for Sanctions (DE 313) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Attachments: # 1 Proposed Order) (Mychalowych, Andrew) (Entered: 12/22/2016) |
| 12/23/2016 | 340 | ELECTRONIC ORDER granting 338 Motion to Extend Time to File Reply. Reply due by 1/13/2017. (Ordered by Magistrate Judge Paul D. Stickney on 12/23/2016) (chmb) (Entered: 12/23/2016) |
| 12/23/2016 | 341 | ELECTRONIC ORDER granting 339 Motion to Extend Time. Reply due by 1/13/2017. (Ordered by Magistrate Judge Paul D. Stickney on 12/23/2016) (chmb) (Entered: 12/23/2016) |
| 01/12/2017 | 342 | MOTION for Leave to File Third Amended Complaint filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper with Brief/Memorandum in Support. (Mychalowych, Andrew) (Entered: 01/12/2017) |
| 01/12/2017 | 343 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 342 MOTION for Leave to File Third Amended Complaint (Mychalowych, Andrew) (Entered: 01/12/2017) |
| 01/12/2017 | 344 | (Document Restricted) Sealed Appendix in Support re: 342 Motion for Leave to File (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII |

| | | |
|---|---|---|
| | | LLC, David M Clapper (Mychalowych, Andrew) (Entered: 01/12/2017) |
| 01/13/2017 | 345 | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 313 Amended MOTION to Compel *Deposition Testimony of Defendant Gene Phillips, Motion to Compel Production of Documents, Request for Sanctions* (Mychalowych, Andrew) (Entered: 01/13/2017) |
| 01/13/2017 | 346 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 345 Reply, *in Support of Amended Motion to Compel Deposition Testimony of Defendant Gene Phillips* (Mychalowych, Andrew) (Entered: 01/13/2017) |
| 01/13/2017 | 347 | (Document Restricted) Sealed Appendix in Support re: 345 Reply, (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 01/13/2017) |
| 01/20/2017 | 348 | MOTION to Sanction Defendants for Contempt, to Deem Specific Facts as Established and to Prohibit Defendants from Introducing Designated Matters into Evidence filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper with Brief/Memorandum in Support. (Mychalowych, Andrew) (Entered: 01/20/2017) |
| 01/20/2017 | 349 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 348 MOTION to Sanction Defendants for Contempt, to Deem Specific Facts as Established and to Prohibit Defendants from Introducing Designated Matters into Evidence (Mychalowych, Andrew) (Entered: 01/20/2017) |
| 01/20/2017 | 350 | (Document Restricted) Sealed Appendix in Support re: 348 Motion for Miscellaneous Relief, (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 01/20/2017) |
| 01/23/2017 | 351 | ORDER OF REFERENCE referring 254 Motion to Preclude Defendants and 348 Motion to Sanction Defendants to Magistrate Judge Paul D Stickney for determination and/or recommendation. (Ordered by Judge Sidney A Fitzwater on 1/23/2017) (ran) (Entered: 01/23/2017) |
| 02/02/2017 | 352 | RESPONSE filed by American Realty Investors Inc, EQK Holdings Inc re: 342 MOTION for Leave to File Third Amended Complaint (Khoury, Stephen) (Entered: 02/02/2017) |
| 02/02/2017 | 353 | Appendix in Support filed by American Realty Investors Inc, EQK Holdings Inc re 352 Response/Objection *to Plaintiffs' Motion for Leave to File Third Amended Complaint* (Khoury, Stephen) (Entered: 02/02/2017) |
| 02/02/2017 | 354 | RESPONSE filed by Gene E Phillips re: 342 MOTION for Leave to File Third Amended Complaint (Wells, Kayla) (Entered: 02/02/2017) |
| 02/02/2017 | 355 | RESPONSE filed by American Realty Trust, Inc re: 342 MOTION for Leave to File Third Amended Complaint (Kendall, Joe) (Entered: 02/02/2017) |
| 02/10/2017 | 356 | RESPONSE filed by American Realty Investors Inc re: 348 MOTION to Sanction Defendants for Contempt, to Deem Specific Facts as Established and to Prohibit Defendants from Introducing Designated Matters into Evidence (Khoury, Stephen) (Entered: 02/10/2017) |
| 02/10/2017 | 357 | Appendix in Support filed by American Realty Investors Inc re 356 Response/Objection, 348 MOTION to Sanction Defendants for Contempt, to Deem Specific Facts as Established and to Prohibit Defendants from Introducing Designated Matters into Evidence (Khoury, Stephen) (Entered: 02/10/2017) |

| 02/10/2017 | 358 | RESPONSE filed by American Realty Trust, Inc re: 348 MOTION to Sanction Defendants for Contempt, to Deem Specific Facts as Established and to Prohibit Defendants from Introducing Designated Matters into Evidence (Kendall, Joe) (Entered: 02/10/2017) |
| 02/16/2017 | 359 | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 352 Response/Objection (Mychalowych, Andrew) (Entered: 02/16/2017) |
| 02/16/2017 | 360 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 359 Reply *to Defendant ARI and EQK's Response to Plaintiffs' Motion for Leave to File Third Amended Complaint* (Mychalowych, Andrew) (Entered: 02/16/2017) |
| 02/16/2017 | 361 | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 355 Response/Objection (Mychalowych, Andrew) (Entered: 02/16/2017) |
| 02/16/2017 | 362 | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 354 Response/Objection (Mychalowych, Andrew) (Entered: 02/16/2017) |
| 02/24/2017 | 363 | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 358 Response/Objection, 356 Response/Objection (Mychalowych, Andrew) (Entered: 02/24/2017) |
| 02/24/2017 | 364 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 363 Reply (Mychalowych, Andrew) (Entered: 02/24/2017) |
| 02/24/2017 | 365 | (Document Restricted) Sealed Appendix in Support re: 363 Reply (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 02/24/2017) |
| 03/09/2017 | 366 | Proof of Service for Subpoenas served on Farmer, Fuqua & Huff, PC on 3/8/2107; and on Swalm & Associates PC on 3/8/2017. (Attachments: # 1 subpoena) (epm) (Entered: 03/09/2017) |
| 03/14/2017 | 367 | MEMORANDUM OPINION AND ORDER granting in part, denying in part 342 MOTION for Leave to File Third Amended Complaint filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper. (Ordered by Judge Sidney A Fitzwater on 3/14/2017) (Judge Sidney A Fitzwater) (Entered: 03/14/2017) |
| 03/16/2017 | 368 | PROOF of Service for Subpoena served on Transcontinental Realty Investors Inc on 3/14/2017. (aaa) (Entered: 03/17/2017) |
| 03/21/2017 | 369 | Proof of Service for Subpoenas served on BDO Seldman and Scott D Hakala on 3/17/2017. (twd) (Entered: 03/21/2017) |
| 03/22/2017 | 370 | MOTION to Quash *Plaintiffs' Subpoenas* filed by Swalm & Associates (Attachments: # 1 Proposed Order). Party Swalm & Associates added.Attorney Gary S Kessler added to party Swalm & Associates(pty:mov) (Kessler, Gary) (Entered: 03/22/2017) |
| 03/22/2017 | 371 | Brief/Memorandum in Support filed by Swalm & Associates re 370 MOTION to Quash *Plaintiffs' Subpoenas* (Attachments: # 1 Exhibit(s) Exh A_Subpoena, # 2 Exhibit(s) Exh B_2nd Subpoena) (Kessler, Gary) (Entered: 03/22/2017) |
| 03/23/2017 | 372 | Order Referring Motion for Determination pursuant to 28 U.S.C. 636(b)(1)(A). The Magistrate Judge may conduct a hearing if he/she determines that a hearing is necessary. This order of reference also prospectively refers all procedural motions (e.g., to modify briefing limitations, to supplement a motion, or for an expedited hearing) hereafter filed by a party who supports or opposes the referred motion, and that relate to the resolution |

| | | of the motion. re: <u>370</u> MOTION to Quash Plaintiffs' Subpoenas Motion(s) referred to Magistrate Judge Paul D Stickney. (Ordered by Judge Sidney A Fitzwater on 3/23/2017) (Judge Sidney A Fitzwater) (Entered: 03/23/2017) |
|---|---|---|
| 03/24/2017 | <u>373</u> | AMENDED COMPLAINT *Third* against American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips filed by Atlantic XIII LLC, David M Clapper, Atlantic Midwest LLC. (One or more defendant(s) is no longer named.) Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: <u>Attorney Information - Bar Membership</u>. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Mychalowych, Andrew) (Entered: 03/24/2017) |
| 03/24/2017 | <u>374</u> | AFFIDAVIT of Service for Subpoenas served on Swalm & Associates PC and Farmer, Fuqua & Huff PC on 3/17/2017. (twd) (Entered: 03/28/2017) |
| 03/28/2017 | <u>375</u> | MOTION for Summary Judgment filed by Gene E Phillips with Brief/Memorandum in Support. (Wells, Kayla) (Entered: 03/28/2017) |
| 03/28/2017 | <u>376</u> | Appendix in Support filed by Gene E Phillips re <u>375</u> MOTION for Summary Judgment (Attachments: # <u>1</u> Exhibit(s) 1, # <u>2</u> Exhibit(s) 2, # <u>3</u> Exhibit(s) 3, # <u>4</u> Exhibit(s) 4, # <u>5</u> Exhibit(s) 5, # <u>6</u> Exhibit(s) 6, # <u>7</u> Exhibit(s) 7, # <u>8</u> Exhibit(s) 8, # <u>9</u> Exhibit(s) 9, # <u>10</u> Exhibit(s) 10, # <u>11</u> Exhibit(s) 11, # <u>12</u> Exhibit(s) 12, # <u>13</u> Exhibit(s) 13, # <u>14</u> Exhibit(s) 14, # <u>15</u> Exhibit(s) 15, # <u>16</u> Exhibit(s) 16, # <u>17</u> Exhibit(s) 17, # <u>18</u> Exhibit(s) 18, # <u>19</u> Exhibit(s) 19) (Wells, Kayla) (Entered: 03/28/2017) |
| 03/30/2017 | <u>377</u> | Agreed MOTION to Extend Time to File Response to Defendant Gene E. Phillips' Motion for Summary Judgment filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper. (Mychalowych, Andrew) (Entered: 03/30/2017) |
| 03/30/2017 | 378 | ELECTRONIC ORDER granting <u>377</u> Agreed MOTION to Extend Time to File Response to <u>375</u> Defendant Gene E. Phillips' Motion for Summary Judgment filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper. Response due by 5/2/2017. (Ordered by Judge Sidney A Fitzwater on 3/30/2017) (Judge Sidney A Fitzwater) (Entered: 03/30/2017) |
| 03/30/2017 | <u>379</u> | AFFIDAVIT of Service for Subpoena served on Gary B Goolsby on 3/22/17. (twd) (Entered: 03/31/2017) |
| 04/03/2017 | <u>380</u> | Agreed MOTION for Extension of Time to File Responsive Papers to Third Amended Complaint filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips (Wells, Kayla) (Entered: 04/03/2017) |
| 04/04/2017 | 381 | ELECTRONIC ORDER granting <u>380</u> Agreed MOTION for Extension of Time to File Responsive Papers to Third Amended Complaint filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips. Defendants file their responsive papers to Plaintiffs' Third Amended Complaint on or before April 21, 2017. Responsive pleading due by 4/21/2017. (Ordered by Judge Sidney A Fitzwater on 4/4/2017) (Judge Sidney A Fitzwater) (Entered: 04/04/2017) |
| 04/05/2017 | <u>382</u> | MOTION to Quash filed by Farmer, Fuqua & Huff, PC. Party Farmer, Fuqua & Huff, PC added.Attorney Dennis M Holmgren added to party Farmer, Fuqua & Huff, PC(pty:obj) (Holmgren, Dennis) (Entered: 04/05/2017) |
| 04/05/2017 | <u>383</u> | Brief/Memorandum in Support filed by Farmer, Fuqua & Huff, PC re <u>382</u> MOTION to Quash (Attachments: # <u>1</u> Exhibit(s) A, # <u>2</u> Exhibit(s) B) (Holmgren, Dennis) (Entered: |

| | | 04/05/2017) |
|---|---|---|
| 04/05/2017 | 384 | NOTICE of *Objection to Subpoena* re: 366 Affidavit of Service filed by Farmer, Fuqua & Huff, PC (Holmgren, Dennis) (Entered: 04/05/2017) |
| 04/05/2017 | 385 | NOTICE of *Objection to Subpoena* re: 374 Affidavit of Service filed by Farmer, Fuqua & Huff, PC (Holmgren, Dennis) (Entered: 04/05/2017) |
| 04/06/2017 | 386 | ORDER denying as moot 304 Motion to Compel Deposition Testimony of Defendant Gene Phillips, Motion to Compel Production of Documents, MOTION for Sanctions. (see order) (Ordered by Magistrate Judge Paul D Stickney on 4/6/2017) (mcrd) (Entered: 04/06/2017) |
| 04/06/2017 | 387 | ORDER denying as moot 319 Motion for Protective Order and Motion to Quash; denying as moot 322 Emergency Motion of ARI to Expedite Ruling on ARIs Motion for Protective Order and Motion to Quash DE 319. (see order) (Ordered by Magistrate Judge Paul D Stickney on 4/6/2017) (mcrd) (Entered: 04/06/2017) |
| 04/06/2017 | 388 | Order Referring Motion for Determination pursuant to 28 U.S.C. 636(b)(1)(A). The Magistrate Judge may conduct a hearing if he/she determines that a hearing is necessary. This order of reference also prospectively refers all procedural motions (e.g., to modify briefing limitations, to supplement a motion, or for an expedited hearing) hereafter filed by a party who supports or opposes the referred motion, and that relate to the resolution of the motion. Motion(s) 382 *MOTION to Quash* referred to Magistrate Judge Paul D Stickney. (Ordered by Judge Sidney A Fitzwater on 4/6/2017) (epm) (Entered: 04/06/2017) |
| 04/12/2017 | 389 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 370 MOTION to Quash *Plaintiffs' Subpoenas* (Mychalowych, Andrew) (Entered: 04/12/2017) |
| 04/12/2017 | 390 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 389 Response/Objection (Mychalowych, Andrew) (Entered: 04/12/2017) |
| 04/12/2017 | 391 | (Document Restricted) Sealed Appendix in Support re: 389 Response/Objection (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 04/12/2017) |
| 04/14/2017 | 392 | MOTION for Protective Order *and for Stay* filed by Transcontinental Realty Investors Inc (Attachments: # 1 Affidavit(s) Declaration of Gene Bertcher, # 2 Proposed Order) (Kendall, Joe) (Entered: 04/14/2017) |
| 04/14/2017 | 393 | MOTION to Quash *or Modify Subpoena* filed by Transcontinental Realty Investors Inc (Attachments: # 1 Declaration(s) Declaration of Gene Bertcher, # 2 Proposed Order) (Kendall, Joe) (Entered: 04/14/2017) |
| 04/14/2017 | 394 | Order Referring 392 Motion for Protective Order and for Stay, and 393 Motion to Quash or Modify Subpoena to Magistrate Judge Paul D Stickney for determination pursuant to 28 U.S.C. 636(b)(1)(A). The Magistrate Judge may conduct a hearing if he/she determines that a hearing is necessary. This order of reference also prospectively refers all procedural motions (e.g., to modify briefing limitations, to supplement a motion, or for an expedited hearing) hereafter filed by a party who supports or opposes the referred motion, and that relate to the resolution of the motion. (Ordered by Judge Sidney A Fitzwater on 4/14/2017) (axm) (Entered: 04/14/2017) |
| 04/18/2017 | 395 | Agreed MOTION to Amend/Correct 218 Scheduling Order filed by American Realty |

| | | |
|---|---|---|
| | | Investors Inc, EQK Holdings Inc, Gene E Phillips (Khoury, Stephen) (Entered: 04/18/2017) |
| 04/18/2017 | 396 | ADVISORY TO COUNSEL: Please submit your proposed order for this motion -- in modifiable Word or WordPerfect format -- to Fitzwater_Orders@txnd.uscourts.gov. re 395 Agreed MOTION to Amend/Correct 218 Scheduling Order filed by American Realty Investors Inc, EQK Holdings Inc, Gene E Phillips. (Judge Sidney A. Fitzwater) (Entered: 04/18/2017) |
| 04/19/2017 | 397 | ORDER OF JOINT AGREED MOTION TO AMEND SCHEDULING ORDER re: 395 Motion to Amend/Correct. Discovery due by 7/31/2017. Motions due by 8/31/2017. (Ordered by Judge Sidney A Fitzwater on 4/19/2017) (epm) (Entered: 04/19/2017) |
| 04/21/2017 | 398 | MOTION to Dismiss or, Alternatively, MOTION to Strike 373 Amended Complaint, filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips with Brief/Memorandum in Support. (Wells, Kayla) (Entered: 04/21/2017) |
| 04/21/2017 | 399 | Motion to Dismiss for Failure to State a Claim filed by American Realty Trust, Inc with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Kendall, Joe) (Entered: 04/21/2017) |
| 04/21/2017 | 400 | Motion to Dismiss for Failure to State a Claim filed by Gene E Phillips with Brief/Memorandum in Support. (Wells, Kayla) (Entered: 04/21/2017) |
| 04/21/2017 | 401 | Motion to Dismiss for Failure to State a Claim filed by EQK Holdings Inc with Brief/Memorandum in Support. (Khoury, Stephen) (Entered: 04/21/2017) |
| 04/21/2017 | 402 | Appendix in Support filed by EQK Holdings Inc re 401 Motion to Dismiss for Failure to State a Claim (Khoury, Stephen) (Entered: 04/21/2017) |
| 04/21/2017 | 403 | Motion to Dismiss for Failure to State a Claim filed by American Realty Investors Inc with Brief/Memorandum in Support. (Khoury, Stephen) (Entered: 04/21/2017) |
| 04/21/2017 | 404 | Appendix in Support filed by American Realty Investors Inc re 403 Motion to Dismiss for Failure to State a Claim (Khoury, Stephen) (Entered: 04/21/2017) |
| 04/26/2017 | 405 | MOTION to Extend Time to File Response to Defendant Gene Phillips' Motion for Summary Judgment filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Attachments: # 1 Proposed Order) (Mychalowycz, Andrew) (Entered: 04/26/2017) |
| 04/26/2017 | 406 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 382 MOTION to Quash (Mychalowych, Andrew) (Entered: 04/26/2017) |
| 04/26/2017 | 407 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 406 Response/Objection (Mychalowych, Andrew) (Entered: 04/26/2017) |
| 04/26/2017 | 408 | (Document Restricted) Sealed Appendix in Support re: 406 Response/Objection (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowycz, Andrew) (Entered: 04/26/2017) |
| 04/26/2017 | 409 | Agreed MOTION to Extend Time to File Responses to Defendants' Motions to Dismiss (DE 398, 399, 400, 401, & 403) and for Defendants to File their Replies in Support of their Motions to Dismiss filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Attachments: # 1 Proposed Order) (Mychalowycz, Andrew) (Entered: 04/26/2017) |

| 04/26/2017 | [410](#) | Corrected Emergency MOTION to Extend Time to File Response to Defendant Gene Phillips' Motion for Summary Judgment filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Attachments: # [1](#) Proposed Order) (Mychalowycy, Andrew) (Entered: 04/26/2017) |
|---|---|---|
| 04/26/2017 | [411](#) | ORDER: Responses due by 4/28/2017 at noon CDT re: [405](#) MOTION to Extend Time to File Response to Defendant Gene Phillips' Motion for Summary Judgment, [410](#) Emergency MOTION to Extend Time to File Response to Defendant Gene Phillips' Motion for Summary Judgment. (Ordered by Judge Sidney A Fitzwater on 4/26/2017) (Judge Sidney A Fitzwater) (Entered: 04/26/2017) |
| 04/27/2017 | [412](#) | MOTION for Protective Order *and*, MOTION to Quash *Defendants' Notice of Intention to Take the Oral Deposition of Andy Mychalowycch* () filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper with Brief/Memorandum in Support. (Mychalowych, Andrew) (Entered: 04/27/2017) |
| 04/27/2017 | [413](#) | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re [412](#) MOTION for Protective Order *and* MOTION to Quash *Defendants' Notice of Intention to Take the Oral Deposition of Andy Mychalowych* (Mychalowych, Andrew) (Entered: 04/27/2017) |
| 04/27/2017 | [414](#) | ORDER GRANTING AGREED MOTION FILED BY PLAINTIFFS [409](#) FOR EXTENSION OF TIME TO FILE RESPONSES TO DEFENDANTS' MOTIONS TO DISMISS (DE [398](#) , [399](#) , [400](#) , [401](#) , & [403](#) ) AND FOR DEFENDANTS TO FILE THEIR REPLIES IN SUPPORT OF THEIR MOTIONS TO DISMISS: Plaintiffs' Responses will be due on or before 5/26/2017. Defendants' Replies will be due 28 days after the filing date of Plaintiffs' Responses. (Ordered by Judge Sidney A Fitzwater on 4/27/2017) (sss) Modified on 4/27/2017 (gr). (Entered: 04/27/2017) |
| 04/27/2017 | [415](#) | Order Referring Motion for Determination pursuant to 28 U.S.C. 636(b)(1)(A). The Magistrate Judge may conduct a hearing if he/she determines that a hearing is necessary. This order of reference also prospectively refers all procedural motions (e.g., to modify briefing limitations, to supplement a motion, or for an expedited hearing) hereafter filed by a party who supports or opposes the referred motion, and that relate to the resolution of the motion. re: [412](#) MOTION for Protective Order and MOTION to Quash Defendants' Notice of Intention to Take the Oral Deposition of Andy Mychalowych. Motion(s) referred to Magistrate Judge Paul D Stickney. (Ordered by Judge Sidney A Fitzwater on 4/27/2017) (Judge Sidney A Fitzwater) (Entered: 04/27/2017) |
| 04/27/2017 | [416](#) | Corrected MOTION for Protective Order, MOTION to Quash *Defendants' Notice of Intention to Take the Oral Deposition of Andy Mychalowych* filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper with Brief/Memorandum in Support. (Mychalowych, Andrew) Modified text on 4/27/2017 (sss). (Entered: 04/27/2017) |
| 04/27/2017 | [417](#) | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re [416](#) MOTION for Protective Order *and* MOTION to Quash *Defendants' Notice of Intention to Take the Oral Deposition of Andy Mychalowych CORRECTED* (Mychalowych, Andrew) (Entered: 04/27/2017) |
| 04/28/2017 | [418](#) | MOTION for Protective Order *and*, MOTION to Quash *of Plaintiff Atlantic Midwest, L.L.C.* () filed by Atlantic Midwest LLC with Brief/Memorandum in Support. (Mychalowycy, Andrew) (Entered: 04/28/2017) |
| 04/28/2017 | [419](#) | Appendix in Support filed by Atlantic Midwest LLC re [418](#) MOTION for Protective Order *and* MOTION to Quash *of Plaintiff Atlantic Midwest, L.L.C.* (Mychalowycy, Andrew) (Entered: 04/28/2017) |

| 04/28/2017 | 420 | MOTION for Protective Order *and*, MOTION to Quash *of Plaintiff Atlantic XIII, L.L.C.* () filed by Atlantic XIII LLC with Brief/Memorandum in Support. (Mychalowych, Andrew) (Entered: 04/28/2017) |
|---|---|---|
| 04/28/2017 | 421 | Appendix in Support filed by Atlantic XIII LLC re 420 MOTION for Protective Order *and* MOTION to Quash *of Plaintiff Atlantic XIII, L.L.C.* (Mychalowych, Andrew) (Entered: 04/28/2017) |
| 04/28/2017 | 422 | RESPONSE filed by Gene E Phillips re: 410 Emergency MOTION to Extend Time to File Response to Defendant Gene Phillips' Motion for Summary Judgment CORRECTED (Wells, Kayla) (Entered: 04/28/2017) |
| 04/28/2017 | 423 | Appendix in Support filed by Gene E Phillips re 422 Response/Objection (Wells, Kayla) (Entered: 04/28/2017) |
| 04/28/2017 | 424 | ORDER granting 405 MOTION for extension of time to file response to 375 defendant Gene Phillips' motion for summary judgment. Response due by 5/12/2017. (Ordered by Judge Sidney A Fitzwater on 4/28/2017) (Judge Sidney A Fitzwater) (Entered: 04/28/2017) |
| 04/28/2017 | 425 | Order Referring Motion for Determination pursuant to 28 U.S.C. 636(b)(1)(A). The Magistrate Judge may conduct a hearing if he/she determines that a hearing is necessary. This order of reference also prospectively refers all procedural matters (e.g., to modify briefing limitations, to supplement a motion, or for an expedited hearing) hereafter filed by a party who supports or opposes the referred motion, and that relate to the resolution of the motion. re: 420 MOTION for Protective Order and MOTION to Quash of Plaintiff Atlantic XIII, L.L.C., 418 MOTION for Protective Order and MOTION to Quash of Plaintiff Atlantic Midwest, L.L.C. Motion(s) referred to Magistrate Judge Paul D Stickney. (Ordered by Judge Sidney A Fitzwater on 4/28/2017) (Judge Sidney A Fitzwater) (Entered: 04/28/2017) |
| 05/01/2017 | 426 | ELECTRONIC ORDER denying as moot 412 Plaintiffs' Motion for Protective Order and Motion to Quash Defendants' Notice of Intention to Take the Oral Deposition of Andy Mychalowych. 416 Plaintiffs' Corrected Motion for Protective Order and Motion to Quash Defendants' Notice of Intention to Take the Oral Deposition of Andy Mychalowych was filed on same date. (Ordered by Magistrate Judge Paul D. Stickney on 5/1/2017) (chmb) (Entered: 05/01/2017) |
| 05/05/2017 | 427 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 392 MOTION for Protective Order *and for Stay* (Mychalowych, Andrew) (Entered: 05/05/2017) |
| 05/05/2017 | 428 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 427 Response/Objection (Mychalowych, Andrew) (Entered: 05/05/2017) |
| 05/05/2017 | 429 | (Document Restricted) Sealed Appendix in Support re: 427 Response/Objection (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 05/05/2017) |
| 05/05/2017 | 430 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 393 MOTION to Quash *or Modify Subpoena* (Mychalowych, Andrew) (Entered: 05/05/2017) |
| 05/05/2017 | 431 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 430 Response/Objection (Mychalowych, Andrew) (Entered: 05/05/2017) |

| 05/05/2017 | 432 | (Document Restricted) Sealed Appendix in Support re: 430 Response/Objection (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 05/05/2017) |
|---|---|---|
| 05/10/2017 | 433 | ORDER granting in part and denying in part 313 Plaintiffs' Amended Motion to Compel Deposition Testimony of Defendant Gene Phillips, Motion to Compel Production of Documents, Request for Sanctions. (Ordered by Magistrate Judge Paul D Stickney on 5/10/2017) (axm) (Entered: 05/10/2017) |
| 05/10/2017 | 434 | ORDER denying 254 Plaintiffs' Motion to Preclude Defendants from Introducing Evidence/Testimony Inconsistent With Their Prior Statements to the Bankruptcy Court. (Ordered by Magistrate Judge Paul D Stickney on 5/10/2017) (axm) (Entered: 05/10/2017) |
| 05/10/2017 | 435 | ORDER denying 311 ARI's Amended Motion to Reconsider Order DE 289 and Emergency Motion to Stay Sanction of Expense Payment. (Ordered by Magistrate Judge Paul D Stickney on 5/10/2017) (axm) (Entered: 05/10/2017) |
| 05/10/2017 | 436 | ORDER granting in part and denying in part 348 Plaintiffs' Motion to Sanction Defendants for Contempt, to Deem Specific Facts as Established and to Prohibit Defendants from Introducing Designated Matters into Evidence. (Ordered by Magistrate Judge Paul D Stickney on 5/10/2017) (axm) (Entered: 05/10/2017) |
| 05/10/2017 | 437 | ORDER denying 370 Swalm & Associates, P.C.'s Motion to Quash Plaintiffs' Subpoenas. However, the Court grants Non-Party's alternative request to extend the compliance deadlines for the subpoenas. Non-Party shall comply with Plaintiffs' subpoenas by 6/30/2017. (Ordered by Magistrate Judge Paul D Stickney on 5/10/2017) (axm) (Entered: 05/10/2017) |
| 05/10/2017 | 438 | REPLY filed by Farmer Fuqua & Huff PC re: 382 MOTION to Quash (Holmgren, Dennis) (Entered: 05/10/2017) |
| 05/12/2017 | 439 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 375 MOTION for Summary Judgment (Mychalowych, Andrew) (Entered: 05/12/2017) |
| 05/12/2017 | 440 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 439 Response/Objection (Mychalowych, Andrew) (Entered: 05/12/2017) |
| 05/12/2017 | 441 | (Document Restricted) Sealed Appendix in Support re: 439 Response/Objection (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 05/12/2017) |
| 05/15/2017 | 442 | ORDER denying 382 Motion to Quash Subpoenas. The Court grants Non-Party's alternative request to extend the compliance deadlines. Non-Party shall comply with Plaintiffs' subpoenas by June 30, 2017. (see order) (Ordered by Magistrate Judge Paul D Stickney on 5/15/2017) (mcrd) (Entered: 05/15/2017) |
| 05/19/2017 | 443 | RESPONSE filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips re: 416 MOTION for Protective Order MOTION to Quash *Defendants' Notice of Intention to Take the Oral Deposition of Andy Mychalowych* (Wells, Kayla) (Entered: 05/19/2017) |
| 05/19/2017 | 444 | Appendix in Support filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips re 443 Response/Objection, *to Motion for Protective Order and Motion to Quash Defendants' Notice of Intention to Take the Oral Deposition of Andy Mychalowych* (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B) |

| | | |
|---|---|---|
| | | (Wells, Kayla) (Entered: 05/19/2017) |
| 05/19/2017 | 445 | REPLY filed by Transcontinental Realty Investors Inc re: 392 MOTION for Protective Order *and for Stay*, 393 MOTION to Quash *or Modify Subpoena* (Kendall, Joe) (Entered: 05/19/2017) |
| 05/19/2017 | 446 | RESPONSE filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips re: 420 MOTION for Protective Order *and* MOTION to Quash *of Plaintiff Atlantic XIII, L.L.C.*, 418 MOTION for Protective Order *and* MOTION to Quash *of Plaintiff Atlantic Midwest, L.L.C.* (Wells, Kayla) (Entered: 05/19/2017) |
| 05/23/2017 | 447 | RESPONSE filed by American Realty Investors Inc re: 435 Order on Motion for Reconsideration (Khoury, Stephen) (Entered: 05/23/2017) |
| 05/23/2017 | 448 | Appendix in Support filed by American Realty Investors Inc re 447 Response/Objection, 435 Order on Motion for Reconsideration (Khoury, Stephen) (Entered: 05/23/2017) |
| 05/23/2017 | | NOTICE OF INTERLOCUTORY APPEAL as to 435 Order on Motion for Reconsideration of a Magistrate Judge order to the District Judge by American Realty Investors Inc. (see document 447 for image) Copy of NOA to be sent US Mail to parties not electronically noticed. (aaa) (Entered: 05/24/2017) |
| 05/24/2017 | 449 | ORDER granting in part and denying in part 392 Motion for Protective Order and 393 Motion to Quash. (Ordered by Magistrate Judge Paul D Stickney on 5/24/2017) (ykp) (Entered: 05/24/2017) |
| 05/26/2017 | 450 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 398 MOTION to Dismiss *or, Alternatively* MOTION to Strike 373 Amended Complaint,, (Mychalowych, Andrew) (Entered: 05/26/2017) |
| 05/26/2017 | 451 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 403 Motion to Dismiss for Failure to State a Claim (Mychalowych, Andrew) (Entered: 05/26/2017) |
| 05/26/2017 | 452 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 451 Response/Objection (Mychalowych, Andrew) (Entered: 05/26/2017) |
| 05/26/2017 | 453 | (Document Restricted) Sealed Appendix in Support re: 451 Response/Objection (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 05/26/2017) |
| 05/26/2017 | 454 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 399 Motion to Dismiss for Failure to State a Claim (Mychalowych, Andrew) (Entered: 05/26/2017) |
| 05/26/2017 | 455 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 454 Response/Objection (Mychalowych, Andrew) (Entered: 05/26/2017) |
| 05/26/2017 | 456 | (Document Restricted) Sealed Appendix in Support re: 454 Response/Objection (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 05/26/2017) |
| 05/26/2017 | 457 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 401 Motion to Dismiss for Failure to State a Claim (Mychalowych, Andrew) (Entered: 05/26/2017) |

| 05/26/2017 | 458 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 457 Response/Objection (Mychalowych, Andrew) (Entered: 05/26/2017) |
|---|---|---|
| 05/26/2017 | 459 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 400 Motion to Dismiss for Failure to State a Claim (Mychalowych, Andrew) (Entered: 05/26/2017) |
| 05/26/2017 | 460 | REPLY filed by Gene E Phillips re: 375 MOTION for Summary Judgment (Wells, Kayla) (Entered: 05/26/2017) |
| 05/26/2017 | 461 | OBJECTION filed by Gene E Phillips re: 441 Sealed and/or Ex Parte Appendix/Brief/Memorandum in Support, 440 Appendix in Support (Wells, Kayla) (Entered: 05/26/2017) |
| 06/01/2017 | 462 | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 416 MOTION for Protective Order MOTION to Quash *Defendants' Notice of Intention to Take the Oral Deposition of Andy Mychalowych* (Mychalowych, Andrew) (Entered: 06/01/2017) |
| 06/01/2017 | 463 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 462 Reply (Mychalowych, Andrew) (Entered: 06/01/2017) |
| 06/02/2017 | 464 | COMBINED REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 420 MOTION for Protective Order *and* MOTION to Quash *of Plaintiff Atlantic XIII, L.L.C.*, 418 MOTION for Protective Order *and* MOTION to Quash *of Plaintiff Atlantic Midwest, L.L.C.* (Mychalowych, Andrew) (Entered: 06/02/2017) |
| 06/02/2017 | 465 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 464 Reply, (Mychalowych, Andrew) (Entered: 06/02/2017) |
| 06/07/2017 | 466 | MOTION to Continue *Request for Extension of Discovery Cutoff and Amendment to the Scheduling Order* filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips (Attachments: # 1 Proposed Order) (Khoury, Stephen) (Entered: 06/07/2017) |
| 06/13/2017 | 467 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 447 Response/Objection (Mychalowych, Andrew) (Entered: 06/13/2017) |
| 06/13/2017 | 468 | (Document Restricted) Sealed Appendix in Support re: 467 Response/Objection (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 06/13/2017) |
| 06/15/2017 | 469 | MOTION for Leave to File Supplemental Appendices to Plaintiffs' Response to Defendant Gene Phillips' Motion for Summary Judgment filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Attachments: # 1 Proposed Order) (Mychalowych, Andrew) (Entered: 06/15/2017) |
| 06/15/2017 | 470 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 469 MOTION for Leave to File Supplemental Appendices to Plaintiffs' Response to Defendant Gene Phillips' Motion for Summary Judgment (Mychalowych, Andrew) (Entered: 06/15/2017) |
| 06/16/2017 | 471 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 461 Response/Objection. (Mychalowych, Andrew) (Entered: 06/16/2017) |
| 06/16/2017 | 472 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 471 Response/Objection. (Mychalowych, Andrew) (Entered: 06/16/2017) |

| 06/23/2017 | 473 | MOTION to Compel *Production of Documents from BDO Seidman, L.L.P.* filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 06/23/2017) |
|---|---|---|
| 06/23/2017 | 474 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 473 MOTION to Compel *Production of Documents from BDO Seidman, L.L.P.* (Mychalowych, Andrew) (Entered: 06/23/2017) |
| 06/23/2017 | 475 | REPLY filed by American Realty Trust, Inc re: 399 Motion to Dismiss for Failure to State a Claim (Kendall, Joe) (Entered: 06/23/2017) |
| 06/23/2017 | 476 | REPLY filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips re: 398 MOTION to Dismiss *or, Alternatively* MOTION to Strike 373 Amended Complaint,, (Wells, Kayla) (Entered: 06/23/2017) |
| 06/23/2017 | 477 | REPLY filed by Gene E Phillips re: 400 Motion to Dismiss for Failure to State a Claim (Wells, Kayla) (Entered: 06/23/2017) |
| 06/23/2017 | 478 | REPLY filed by EQK Holdings Inc re: 401 Motion to Dismiss for Failure to State a Claim (Khoury, Stephen) (Entered: 06/23/2017) |
| 06/23/2017 | 479 | REPLY filed by American Realty Investors Inc re: 403 Motion to Dismiss for Failure to State a Claim (Khoury, Stephen) (Entered: 06/23/2017) |
| 06/26/2017 | 480 | ORDER OF REFERENCE: Plaintiffs' 6/23/2017 473 motion to compel production of documents from BDO Seidman, L.L.P. is REFERRED to United States Magistrate Judge Paul D Stickney for determination. He may conduct a hearing if he determines that a hearing is necessary. (Ordered by Judge Sidney A Fitzwater on 6/26/2017) (sss) (Entered: 06/26/2017) |
| 06/28/2017 | 481 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 466 MOTION to Continue *Request for Extension of Discovery Cutoff and Amendment to the Scheduling Order* (Mychalowych, Andrew) (Entered: 06/28/2017) |
| 06/29/2017 | 482 | AFFIDAVIT of Service for Supoena to Produce Documents served on Syntek Acquisition Corp on 6/27/2017. (svc) (Entered: 06/29/2017) |
| 06/29/2017 | 483 | AFFIDAVIT of Service for Supoena to Produce Documents served on Skntek West Inc on 6/27/2017. (svc) (Entered: 06/29/2017) |
| 06/29/2017 | 484 | AFFIDAVIT of Service for Supoena to Produce Documents served on Transcontinental Realty Investors Inc on 6/27/2017. (svc) (Entered: 06/29/2017) |
| 07/06/2017 | 485 | RESPONSE filed by Gene E Phillips re: 469 MOTION for Leave to File Supplemental Appendices to Plaintiffs' Response to Defendant Gene Phillips' Motion for Summary Judgment (Wells, Kayla) (Entered: 07/06/2017) |
| 07/10/2017 | 486 | NOTICE of *Attorney Vacation letter* filed by American Realty Investors Inc, EQK Holdings Inc (Khoury, Stephen) (Entered: 07/10/2017) |
| 07/12/2017 | 487 | REPLY filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips re: 466 MOTION to Continue *Request for Extension of Discovery Cutoff and Amendment to the Scheduling Order* (Attachments: # 1 Exhibit(s), # 2 Exhibit(s)) (Khoury, Stephen) (Entered: 07/12/2017) |
| 07/13/2017 | 488 | CERTIFICATE OF SERVICE by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 473 MOTION to Compel *Production of Documents from BDO Seidman,* |

| | | |
|---|---|---|
| | | *L.L.P.*, 474 Appendix in Support *CORRECTED* (Mychalowych, Andrew) (Entered: 07/13/2017) |
| 07/13/2017 | 489 | MOTION to Strike *Section III and Related Exhibits of Defendants' Expert Gary B. Goolsby's Report Dated February 15, 2017* filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Mychalowych, Andrew) (Entered: 07/13/2017) |
| 07/13/2017 | 490 | (Document Restricted) Sealed Appendix in Support re: 489 Motion to Strike, (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 07/13/2017) |
| 07/14/2017 | 491 | MOTION to Compel *Non-Parties Transcontinental Realty Investors, Inc., Syntek West, Inc., and Syntek Acquisition Corp. to Comply with Subpoenas for Production of Documents* filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper with Brief/Memorandum in Support. (Mychalowych, Andrew) (Entered: 07/14/2017) |
| 07/14/2017 | 492 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 491 MOTION to Compel *Non-Parties Transcontinental Realty Investors, Inc., Syntek West, Inc., and Syntek Acquisition Corp. to Comply with Subpoenas for Production of Documents* (Mychalowych, Andrew) (Entered: 07/14/2017) |
| 07/14/2017 | 493 | (Document Restricted) Sealed Appendix in Support re: 491 Motion to Compel, (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 07/14/2017) |
| 07/17/2017 | 494 | Order Referring 491 Motion to Compel *Non-Parties Transcontinental Realty Investors, Inc., Syntek West, Inc., and Syntek Acquisition Corp. to Comply with Subpoenas for Production of Documents* for Determination pursuant to 28 U.S.C. 636(b)(1)(A). The Magistrate Judge may conduct a hearing if he/she determines that a hearing is necessary. This order of reference also prospectively refers all procedural motions (e.g., to modify briefing limitations, to supplement a motion, or for an expedited hearing) hereafter filed by a party who supports or opposes the referred motion, and that relate to the resolution of the motion. (Ordered by Judge Sidney A Fitzwater on 7/17/2017) (axm) (Entered: 07/17/2017) |
| 07/20/2017 | 495 | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 469 MOTION for Leave to File Supplemental Appendices to Plaintiffs' Response to Defendant Gene Phillips' Motion for Summary Judgment (Mychalowych, Andrew) (Entered: 07/20/2017) |
| 07/20/2017 | 496 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 495 Reply, (Mychalowych, Andrew) (Entered: 07/20/2017) |
| 07/20/2017 | 497 | (Document Restricted) Sealed Appendix in Support re: 495 Reply, (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 07/20/2017) |
| 07/28/2017 | 498 | MOTION for Leave to Supplement the Record as to Plaintiffs' Response to Defendant Gene Phillips' Motion for Summary Judgment filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper with Brief/Memorandum in Support. (Mychalowych, Andrew) (Entered: 07/28/2017) |
| 07/28/2017 | 499 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 498 MOTION for Leave to Supplement the Record as to Plaintiffs' Response to Defendant Gene Phillips' Motion for Summary Judgment (Mychalowych, Andrew) |

| | | |
|---|---|---|
| | | (Entered: 07/28/2017) |
| 07/28/2017 | 500 | (Document Restricted) Sealed Appendix in Support re: 498 Motion for Miscellaneous Relief, (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 07/28/2017) |
| 07/28/2017 | 501 | ORDER granting in part and denying in part 466 MOTION to Continue Request for Extension of Discovery Cutoff and Amendment to the Scheduling Order filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips. Jury Trial reset to two-week docket of 2/20/2018 in US Courthouse, Courtroom 1525, 1100 Commerce St., Dallas, TX 75242-1310 before Judge Sidney A Fitzwater. (Ordered by Judge Sidney A Fitzwater on 7/28/2017) (Judge Sidney A Fitzwater) (Entered: 07/28/2017) |
| 07/31/2017 | 502 | MOTION to Compel *Production of Documents* filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper with Brief/Memorandum in Support. (Mychalowych, Andrew) (Entered: 07/31/2017) |
| 07/31/2017 | 503 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 502 MOTION to Compel *Production of Documents* (Mychalowych, Andrew) (Entered: 07/31/2017) |
| 07/31/2017 | 504 | (Document Restricted) Sealed Appendix in Support re: 502 Motion to Compel (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 07/31/2017) |
| 07/31/2017 | 505 | MOTION to Compel filed by Gene E Phillips with Brief/Memorandum in Support. (Shamoun, C) (Entered: 07/31/2017) |
| 08/01/2017 | 506 | Joint STATUS REPORT *and Joint Estimate of Trial Length* filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper. (Mychalowych, Andrew) (Entered: 08/01/2017) |
| 08/01/2017 | 507 | Order Referring 502 , 505 Motions to Compel to Magistrate Judge Paul D Stickney for Determination pursuant to 28 U.S.C. 636(b)(1)(A). The Magistrate Judge may conduct a hearing if he/she determines that a hearing is necessary. This order of reference also prospectively refers all procedural motions (e.g., to modify briefing limitations, to supplement a motion, or for an expedited hearing) hereafter filed by a party who supports or opposes the referred motion, and that relate to the resolution of the motion. (Ordered by Judge Sidney A Fitzwater on 8/1/2017) (axm) (Entered: 08/01/2017) |
| 08/01/2017 | 508 | NOTICE of *Remark* re: 506 Status Report filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Morgan, Cora) (Entered: 08/01/2017) |
| 08/03/2017 | 509 | RESPONSE filed by American Realty Investors Inc, American Realty Trust, Inc, Gene S Bertcher, EQK Holdings Inc re: 489 MOTION to Strike *Section III and Related Exhibits of Defendants' Expert Gary B. Goolsby's Report Dated February 15, 2017* (Khoury, Stephen) (Entered: 08/03/2017) |
| 08/04/2017 | 510 | RESPONSE filed by Transcontinental Realty Investors Inc re: 491 MOTION to Compel *Non-Parties Transcontinental Realty Investors, Inc., Syntek West, Inc., and Syntek Acquisition Corp. to Comply with Subpoenas for Production of Documents* (Kendall, Joe) (Entered: 08/04/2017) |
| 08/04/2017 | 511 | RESPONSE filed by Syntek West Inc, Syntek Acquisition Corp. re: 491 MOTION to Compel *Non-Parties Transcontinental Realty Investors, Inc., Syntek West, Inc., and* |

| | | |
|---|---|---|
| | | *Syntek Acquisition Corp. to Comply with Subpoenas for Production of Documents* (Wells, Kayla) (Entered: 08/04/2017) |
| 08/10/2017 | 512 | MOTION for Protective Order *and*, MOTION to Quash *the Subpoena Duces Tecum for Gary Konke* () filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper with Brief/Memorandum in Support. (Mychalowych, Andrew) (Entered: 08/10/2017) |
| 08/10/2017 | 513 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 512 MOTION for Protective Order *and* MOTION to Quash *the Subpoena Duces Tecum for Gary Konke* (Mychalowych, Andrew) (Entered: 08/10/2017) |
| 08/10/2017 | 514 | MOTION for Protective Order *and*, MOTION to Quash *the Subpoena Duces Tecum for Herbert L. Shevin* () filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper with Brief/Memorandum in Support. (Mychalowych, Andrew) (Entered: 08/10/2017) |
| 08/10/2017 | 515 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 514 MOTION for Protective Order *and* MOTION to Quash *the Subpoena Duces Tecum for Herbert L. Shevin* (Mychalowych, Andrew) (Entered: 08/10/2017) |
| 08/10/2017 | 516 | MOTION for Protective Order *and*, MOTION to Quash *the Subpoena Duces Tecum for Jody B. Shevin* () filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper with Brief/Memorandum in Support. (Mychalowych, Andrew) (Entered: 08/10/2017) |
| 08/10/2017 | 517 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 516 MOTION for Protective Order *and* MOTION to Quash *the Subpoena Duces Tecum for Jody B. Shevin* (Mychalowych, Andrew) (Entered: 08/10/2017) |
| 08/10/2017 | 518 | MOTION for Protective Order *and*, MOTION to Quash *the Subpoena Duces Tecum for William Widmeyer, Sr.* () filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper with Brief/Memorandum in Support. (Mychalowych, Andrew) (Entered: 08/10/2017) |
| 08/10/2017 | 519 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 518 MOTION for Protective Order *and* MOTION to Quash *the Subpoena Duces Tecum for William Widmeyer, Sr.* (Mychalowych, Andrew) (Entered: 08/10/2017) |
| 08/11/2017 | 520 | Order Referring Motion for Determination pursuant to 28 U.S.C. 636(b)(1)(A). The Magistrate Judge may conduct a hearing if he/she determines that a hearing is necessary. This order of reference also prospectively refers all procedural motions (e.g., to modify briefing limitations, to supplement a motion, or for an expedited hearing) hereafter filed by a party who supports or opposes the referred motion, and that relate to the resolution of the motion. Re: 518 MOTION for Protective Order *and* MOTION to Quash *the Subpoena Duces Tecum for William Widmeyer, Sr.*, 516 MOTION for Protective Order *and* MOTION to Quash *the Subpoena Duces Tecum for Jody B. Shevin*, 514 MOTION for Protective Order *and* MOTION to Quash *the Subpoena Duces Tecum for Herbert L. Shevin*, 512 MOTION for Protective Order *and* MOTION to Quash *the Subpoena Duces Tecum for Gary Konke* Motion(s) referred to Magistrate Judge Paul D Stickney. (Ordered by Judge Sidney A Fitzwater on 8/11/2017) (cea) (Entered: 08/11/2017) |
| 08/17/2017 | 521 | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 489 MOTION to Strike *Section III and Related Exhibits of Defendants' Expert Gary B. Goolsby's Report Dated February 15, 2017* (Mychalowych, Andrew) (Entered: 08/17/2017) |
| 08/17/2017 | 522 | |

| | | |
|---|---|---|
| | | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 521 Reply, (Mychalowych, Andrew) (Entered: 08/17/2017) |
| 08/17/2017 | 523 | (Document Restricted) Sealed Appendix in Support re: 521 Reply, (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 08/17/2017) |
| 08/18/2017 | 524 | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 491 MOTION to Compel *Non-Parties Transcontinental Realty Investors, Inc., Syntek West, Inc., and Syntek Acquisition Corp. to Comply with Subpoenas for Production of Documents* (Mychalowych, Andrew) (Entered: 08/18/2017) |
| 08/18/2017 | 525 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 505 MOTION to Compel (Mychalowych, Andrew) (Entered: 08/18/2017) |
| 08/18/2017 | 526 | (Document Restricted) Sealed Appendix in Support re: 525 Response/Objection (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 08/18/2017) |
| 08/18/2017 | 527 | RESPONSE filed by Gene E Phillips re: 498 MOTION for Leave to Supplement the Record as to Plaintiffs' Response to Defendant Gene Phillips' Motion for Summary Judgment (Wells, Kayla) (Entered: 08/18/2017) |
| 08/18/2017 | 528 | Appendix in Support filed by Gene E Phillips re 527 Response/Objection (Wells, Kayla) (Entered: 08/18/2017) |
| 08/21/2017 | 529 | RESPONSE filed by American Realty Investors Inc, EQK Holdings Inc re: 502 MOTION to Compel *Production of Documents* (Khoury, Stephen) (Entered: 08/21/2017) |
| 08/25/2017 | 530 | MOTION for Sanctions *of Defendants for Contempt and*, MOTION to Strike *Errata Sheet and Accompanying Exhibits to Gene Bertcher's June 21, 2016 30(b)(6) Deposition, or*, MOTION in Limine *in the Alternative* () filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper with Brief/Memorandum in Support. (Mychalowych, Andrew) (Entered: 08/25/2017) |
| 08/25/2017 | 531 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 530 MOTION for Sanctions *of Defendants for Contempt and* MOTION to Strike *Errata Sheet and Accompanying Exhibits to Gene Bertcher's June 21, 2016 30(b)(6) Deposition, or* MOTION in Limine *in the Alternative* (Mychalowych, Andrew) (Entered: 08/25/2017) |
| 08/25/2017 | 532 | (Document Restricted) Sealed Appendix in Support re: 530 Motion for Sanctions, Motion to Strike, Motion in Limine,,, (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 08/25/2017) |
| 08/28/2017 | 533 | Order Referring Motion for Determination pursuant to 28 U.S.C. 636(b)(1)(A). The Magistrate Judge may conduct a hearing if he/she determines that a hearing is necessary. This order of reference also prospectively refers all procedural motions (e.g., to modify briefing limitations, to supplement a motion, or for an expedited hearing) hereafter filed by a party who supports or opposes the referred motion, and that relate to the resolution of the motion. re: 530 MOTION for Sanctions *of Defendants for Contempt and* MOTION to Strike *Errata Sheet and Accompanying Exhibits to Gene Bertcher's June 21, 2016 30(b)(6) Deposition, or* MOTION in Limine *in the Alternative* Motion(s) referred to Magistrate Judge Paul D Stickney. (Ordered by Judge Sidney A Fitzwater on 8/28/2017) (ykp) (Entered: 08/28/2017) |

| 08/28/2017 | <u>534</u> | MOTION to Strike *Defendants' July 2017 Supplemental Production, or in the Alternative*, MOTION in Limine filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper with Brief/Memorandum in Support. (Mychalowycz, Andrew) (Entered: 08/28/2017) |
|---|---|---|
| 08/28/2017 | <u>535</u> | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re <u>534</u> MOTION to Strike *Defendants' July 2017 Supplemental Production, or in the Alternative* MOTION in Limine (Mychalowycz, Andrew) (Entered: 08/28/2017) |
| 08/28/2017 | <u>536</u> | (Document Restricted) Sealed Appendix in Support re: <u>534</u> Motion to Strike, Motion in Limine,, (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 08/28/2017) |
| 08/29/2017 | <u>537</u> | Order Referring <u>534</u> Motion for Determination pursuant to 28 U.S.C. 636(b)(1)(A). The Magistrate Judge may conduct a hearing if he/she determines that a hearing is necessary. This order of reference also prospectively refers all procedural motions (e.g., to modify briefing limitations, to supplement a motion, or for an expedited hearing) hereafter filed by a party who supports or opposes the referred motion, and that relate to the resolution of the motion. Motion(s) referred to Magistrate Judge Paul D Stickney. (Ordered by Judge Sidney A Fitzwater on 8/29/2017) (aaa) Modified linkage on 8/30/2017 (aaa). (Entered: 08/29/2017) |
| 08/29/2017 | <u>538</u> | MOTION Agreed deadline extension filed by American Realty Investors Inc (Attachments: # <u>1</u> Proposed Order) (Khoury, Stephen) (Entered: 08/29/2017) |
| 08/31/2017 | <u>539</u> | MOTION for Summary Judgment filed by American Realty Trust, Inc (Kendall, Joe) (Entered: 08/31/2017) |
| 08/31/2017 | <u>540</u> | Brief/Memorandum in Support filed by American Realty Trust, Inc re <u>539</u> MOTION for Summary Judgment (Kendall, Joe) (Entered: 08/31/2017) |
| 08/31/2017 | <u>541</u> | Appendix in Support filed by American Realty Trust, Inc re <u>539</u> MOTION for Summary Judgment , <u>540</u> Brief/Memorandum in Support of Motion (Attachments: # <u>1</u> Exhibit(s) 1 to Appendix, # <u>2</u> Exhibit(s) 2 to Appendix, # <u>3</u> Exhibit(s) 3 to Appendix, # <u>4</u> Exhibit(s) 4 to Appendix, # <u>5</u> Exhibit(s) 5 to Appendix, # <u>6</u> Exhibit(s) 6 to Appendix, # <u>7</u> Exhibit(s) 7 to Appendix, # <u>8</u> Exhibit(s) 8 to Appendix, # <u>9</u> Exhibit(s) 9 to Appendix, # <u>10</u> Exhibit(s) 10 to Appendix, # <u>11</u> Exhibit(s) 11 to Appendix, # <u>12</u> Exhibit(s) 12 to Appendix, # <u>13</u> Exhibit(s) 13 to Appendix, # <u>14</u> Exhibit(s) 14 to Appendix, # <u>15</u> Exhibit(s) 15 to Appendix, # <u>16</u> Exhibit(s) 16 to Appendix) (Kendall, Joe) (Entered: 08/31/2017) |
| 08/31/2017 | <u>542</u> | MOTION for Summary Judgment filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowycz, Andrew) (Entered: 08/31/2017) |
| 08/31/2017 | <u>543</u> | Brief/Memorandum in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re <u>542</u> MOTION for Summary Judgment (Mychalowycz, Andrew) (Entered: 08/31/2017) |
| 08/31/2017 | <u>544</u> | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re <u>542</u> MOTION for Summary Judgment , <u>543</u> Brief/Memorandum in Support of Motion (Mychalowycz, Andrew) (Entered: 08/31/2017) |
| 08/31/2017 | <u>545</u> | (Document Restricted) Sealed Appendix in Support re: <u>542</u> Motion for Summary Judgment, <u>543</u> Brief/Memorandum in Support of Motion (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowycz, Andrew) (Entered: 08/31/2017) |

| 08/31/2017 | 546 | MOTION to Compel *Answers to Interrogatories* filed by Gene E Phillips with Brief/Memorandum in Support. (Wells, Kayla) (Entered: 08/31/2017) |
| 08/31/2017 | 547 | Appendix in Support filed by Gene E Phillips re 546 MOTION to Compel *Answers to Interrogatories* (Attachments: # 1 Exhibit(s) A, # 2 B, # 3 C, # 4 D, # 5 E, # 6 F, # 7 G, # 8 H, # 9 I, # 10 J, # 11 K, # 12 L, # 13 M, # 14 N, # 15 O, # 16 P) (Wells, Kayla) (Entered: 08/31/2017) |
| 08/31/2017 | 548 | MOTION for Summary Judgment filed by American Realty Investors Inc (Khoury, Stephen) (Entered: 08/31/2017) |
| 08/31/2017 | 549 | Brief/Memorandum in Support filed by American Realty Investors Inc re 548 MOTION for Summary Judgment (Khoury, Stephen) (Entered: 08/31/2017) |
| 08/31/2017 | 550 | Appendix in Support filed by American Realty Investors Inc re 548 MOTION for Summary Judgment (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Exhibit(s) 4, # 5 Exhibit(s) 5, # 6 Exhibit(s) 6, # 7 Exhibit(s) 7, # 8 Exhibit(s) 8, # 9 Exhibit(s) 9, # 10 Exhibit(s) 10, # 11 Exhibit(s) 11, # 12 Exhibit(s) 12, # 13 Exhibit(s) 13, # 14 Exhibit(s) 14, # 15 Exhibit(s) 15, # 16 Exhibit(s) 16, # 17 Exhibit(s) 17) (Khoury, Stephen) (Entered: 08/31/2017) |
| 08/31/2017 | 551 | MOTION for Summary Judgment filed by EQK Holdings Inc (Khoury, Stephen) (Entered: 08/31/2017) |
| 08/31/2017 | 552 | Brief/Memorandum in Support filed by EQK Holdings Inc re 551 MOTION for Summary Judgment (Khoury, Stephen) (Entered: 08/31/2017) |
| 08/31/2017 | 553 | Appendix in Support filed by EQK Holdings Inc re 551 MOTION for Summary Judgment (Khoury, Stephen) (Entered: 08/31/2017) |
| 08/31/2017 | 554 | MOTION to Compel *the Further Deposition of Plaintiff David Clapper*, MOTION for Sanctions () filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips with Brief/Memorandum in Support. (Wells, Kayla) (Entered: 08/31/2017) |
| 08/31/2017 | 555 | Appendix in Support filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips re 554 MOTION to Compel *the Further Deposition of Plaintiff David Clapper* MOTION for Sanctions (Attachments: # 1 Exhibit(s) 1) (Wells, Kayla) (Entered: 08/31/2017) |
| 08/31/2017 | 556 | RESPONSE filed by Gene E Phillips re: 518 MOTION for Protective Order *and* MOTION to Quash *the Subpoena Duces Tecum for William Widmeyer, Sr.*, 516 MOTION for Protective Order *and* MOTION to Quash *the Subpoena Duces Tecum for Jody B. Shevin*, 514 MOTION for Protective Order *and* MOTION to Quash *the Subpoena Duces Tecum for Herbert L. Shevin*, 512 MOTION for Protective Order *and* MOTION to Quash *the Subpoena Duces Tecum for Gary Konke* (Wells, Kayla) (Entered: 08/31/2017) |
| 09/01/2017 | 557 | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 498 MOTION for Leave to Supplement the Record as to Plaintiffs' Response to Defendant Gene Phillips' Motion for Summary Judgment (Mychalowych, Andrew) (Entered: 09/01/2017) |
| 09/01/2017 | 558 | REPLY filed by Gene E Phillips re: 505 MOTION to Compel (Wells, Kayla) (Entered: 09/01/2017) |
| 09/05/2017 | 559 | |

| | | |
|---|---|---|
| | | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: <u>502</u> MOTION to Compel *Production of Documents* (Mychalowych, Andrew) (Entered: 09/05/2017) |
| 09/13/2017 | <u>560</u> | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: <u>518</u> MOTION for Protective Order *and* MOTION to Quash *the Subpoena Duces Tecum for William Widmeyer, Sr.*, <u>516</u> MOTION for Protective Order *and* MOTION to Quash *the Subpoena Duces Tecum for Jody B. Shevin*, <u>514</u> MOTION for Protective Order *and* MOTION to Quash *the Subpoena Duces Tecum for Herbert L. Shevin*, <u>512</u> MOTION for Protective Order *and* MOTION to Quash *the Subpoena Duces Tecum for Gary Konke* (Mychalowych, Andrew) (Entered: 09/13/2017) |
| 09/15/2017 | <u>561</u> | RESPONSE filed by American Realty Trust, Inc, Gene E Phillips re: <u>530</u> MOTION for Sanctions *of Defendants for Contempt and* MOTION to Strike *Errata Sheet and Accompanying Exhibits to Gene Bertcher's June 21, 2016 30(b)(6) Deposition, or* MOTION in Limine *in the Alternative* (Kendall, Joe) (Entered: 09/15/2017) |
| 09/15/2017 | <u>562</u> | (Document Restricted) Sealed Appendix in Support re: <u>561</u> Response/Objection, (Sealed pursuant to order dated 4/26/2016) filed by American Realty Trust, Inc, Gene E Phillips (Attachments: # <u>1</u> Exhibit(s) Exhibit 1, # <u>2</u> Exhibit(s) Exhibit A, # <u>3</u> Exhibit(s) Exhibit B, # <u>4</u> Exhibit(s) Exhibit C, # <u>5</u> Exhibit(s) Exhibit D) (Kendall, Joe) (Entered: 09/15/2017) |
| 09/18/2017 | <u>563</u> | RESPONSE filed by American Realty Trust, Inc, Gene E Phillips re: <u>534</u> MOTION to Strike *Defendants' July 2017 Supplemental Production, or in the Alternative* MOTION in Limine (Attachments: # <u>1</u> Exhibit(s) Exhibit A, # <u>2</u> Exhibit(s) Exhibit B) (Kendall, Joe) (Entered: 09/18/2017) |
| 09/21/2017 | <u>564</u> | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: <u>546</u> MOTION to Compel *Answers to Interrogatories* (Mychalowych, Andrew) (Entered: 09/21/2017) |
| 09/21/2017 | <u>565</u> | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re <u>564</u> Response/Objection (Mychalowych, Andrew) (Entered: 09/21/2017) |
| 09/21/2017 | <u>566</u> | (Document Restricted) Sealed Appendix in Support re: <u>564</u> Response/Objection (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 09/21/2017) |
| 09/21/2017 | <u>567</u> | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: <u>548</u> MOTION for Summary Judgment (Mychalowych, Andrew) (Entered: 09/21/2017) |
| 09/21/2017 | <u>568</u> | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re <u>567</u> Response/Objection (Mychalowych, Andrew) (Entered: 09/21/2017) |
| 09/21/2017 | <u>569</u> | (Document Restricted) Sealed Appendix in Support re: <u>567</u> Response/Objection (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 09/21/2017) |
| 09/21/2017 | <u>570</u> | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: <u>539</u> MOTION for Summary Judgment (Mychalowych, Andrew) (Entered: 09/21/2017) |
| 09/21/2017 | <u>571</u> | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re <u>570</u> Response/Objection (Mychalowych, Andrew) (Entered: 09/21/2017) |
| 09/21/2017 | <u>572</u> | (Document Restricted) Sealed Appendix in Support re: <u>570</u> Response/Objection (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, |

| | | David M Clapper (Mychalowych, Andrew) (Entered: 09/21/2017) |
|---|---|---|
| 09/21/2017 | 573 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 551 MOTION for Summary Judgment (Mychalowych, Andrew) (Entered: 09/21/2017) |
| 09/21/2017 | 574 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 573 Response/Objection (Mychalowych, Andrew) (Entered: 09/21/2017) |
| 09/21/2017 | 575 | (Document Restricted) Sealed Appendix in Support re: 573 Response/Objection (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 09/21/2017) |
| 09/21/2017 | 576 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 554 MOTION to Compel *the Further Deposition of Plaintiff David Clapper* MOTION for Sanctions (Mychalowych, Andrew) (Entered: 09/21/2017) |
| 09/21/2017 | 577 | (Document Restricted) Sealed Appendix in Support re: 576 Response/Objection (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 09/21/2017) |
| 09/21/2017 | 578 | MOTION to Strike 545 Sealed and/or Ex Parte Appendix/Brief/Memorandum in Support, 544 Appendix in Support, 542 MOTION for Summary Judgment , 543 Brief/Memorandum in Support of Motion filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips with Brief/Memorandum in Support. (Wells, Kayla) (Entered: 09/21/2017) |
| 09/21/2017 | 579 | RESPONSE filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips re: 542 MOTION for Summary Judgment (Wells, Kayla) (Entered: 09/21/2017) |
| 09/21/2017 | 580 | (Document Restricted) Sealed Appendix in Support re: 579 Response/Objection (Sealed pursuant to order dated 4/26/2016) filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips (Attachments: # 1 Exhibit(s) 2-17, # 2 Exhibit(s) 18-31, # 3 Exhibit(s) 32-39) (Wells, Kayla) (Entered: 09/22/2017) |
| 09/28/2017 | 581 | RESPONSE filed by American Realty Investors Inc, EQK Holdings Inc re: 530 MOTION for Sanctions *of Defendants for Contempt and* MOTION to Strike *Errata Sheet and Accompanying Exhibits to Gene Bertcher's June 21, 2016 30(b)(6) Deposition, or* MOTION in Limine *in the Alternative* (Khoury, Stephen) (Entered: 09/28/2017) |
| 09/28/2017 | 582 | Appendix in Support filed by American Realty Investors Inc, EQK Holdings Inc re 581 Response/Objection, *to Plaintiffs' Motion to Sanction Defendants for Contempt and Motion to Strike Errata Sheet and Accompanying Exhibits to Gene Bertcher's June 21, 2016, 30(b)(6) Deposition, or in the Alternative, Motion in Limine* (Khoury, Stephen) (Entered: 09/28/2017) |
| 09/28/2017 | 583 | RESPONSE filed by American Realty Investors Inc, EQK Holdings Inc re: 534 MOTION to Strike *Defendants' July 2017 Supplemental Production, or in the Alternative* MOTION in Limine (Khoury, Stephen) (Entered: 09/28/2017) |
| 09/28/2017 | 584 | Appendix in Support filed by American Realty Investors Inc, EQK Holdings Inc re 583 Response/Objection *to Plaintiffs' Motion to Strike Defendants' July 2017 Supplemental Production or in the Alternative, Motion in Limine, and Brief in Support* (Khoury, Stephen) (Entered: 09/28/2017) |
| 09/29/2017 | 585 | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 561 Response/Objection, (Mychalowych, Andrew) (Entered: 09/29/2017) |

| 09/29/2017 | 586 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 585 Reply (Mychalowych, Andrew) (Entered: 09/29/2017) |
|---|---|---|
| 09/29/2017 | 587 | (Document Restricted) Sealed Appendix in Support re: 585 Reply (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 09/29/2017) |
| 10/02/2017 | 588 | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 563 Response/Objection, (Mychalowych, Andrew) (Entered: 10/02/2017) |
| 10/02/2017 | 589 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 588 Reply (Mychalowych, Andrew) (Entered: 10/02/2017) |
| 10/02/2017 | 590 | (Document Restricted) Sealed Appendix in Support re: 588 Reply (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 10/02/2017) |
| 10/03/2017 | 591 | ELECTRONIC ORDER granting 538 agreed motion to extend response deadlines. (Ordered by Magistrate Judge Paul D Stickney on 10/3/2017) (chmb) (Entered: 10/03/2017) |
| 10/04/2017 | 592 | First MOTION for Leave to File Supplements to Defendants Response to Plaintiffs Motion for Partial Summary Judgment filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips (Khoury, Stephen) Condensed text on 10/4/2017 (dsr). (Entered: 10/04/2017) |
| 10/04/2017 | 593 | Appendix in Support filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips re 592 First MOTION for Leave to File Motion for Leave to File Supplements to Defendants Response to Plaintiffs Motion for Partial Summary Judgment (Khoury, Stephen) (Entered: 10/04/2017) |
| 10/05/2017 | 594 | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 542 MOTION for Summary Judgment (Mychalowych, Andrew) (Entered: 10/05/2017) |
| 10/05/2017 | 595 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 594 Reply (Mychalowych, Andrew) (Entered: 10/05/2017) |
| 10/05/2017 | 596 | (Document Restricted) Sealed Appendix in Support re: 594 Reply (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 10/05/2017) |
| 10/05/2017 | 597 | REPLY filed by American Realty Trust, Inc re: 539 MOTION for Summary Judgment (Kendall, Joe) (Entered: 10/05/2017) |
| 10/05/2017 | 598 | REPLY filed by American Realty Investors Inc re: 548 MOTION for Summary Judgment (Khoury, Stephen) (Entered: 10/05/2017) |
| 10/06/2017 | 599 | REPLY filed by Gene E Phillips re: 546 MOTION to Compel *Answers to Interrogatories* (Wells, Kayla) (Entered: 10/06/2017) |
| 10/06/2017 | 600 | REPLY filed by EQK Holdings Inc re: 551 MOTION for Summary Judgment (Khoury, Stephen) (Entered: 10/06/2017) |
| 10/06/2017 | 601 | ORDER OF REFERENCE referring 546 Motion to Compel Answers to Interrogatories and 554 Motion to Compel the Further Deposition of Plaintiff David Clapper, MOTION for Sanctions to United States Magistrate Judge Paul D. Stickney for determination. He may conduct a hearing if he determines that a hearing is necessary. (Ordered by Judge |

| | | Sidney A Fitzwater on 10/6/2017) (ran) (Entered: 10/06/2017) |
|---|---|---|
| 10/06/2017 | 602 | ORDER granting 416 Motion for Protective Order. (Ordered by Magistrate Judge Paul D Stickney on 10/6/2017) (ran) (Entered: 10/06/2017) |
| 10/12/2017 | 603 | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 581 Response/Objection, (Mychalowych, Andrew) (Entered: 10/12/2017) |
| 10/12/2017 | 604 | (Document Restricted) Sealed Appendix in Support re: 603 Reply (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 10/12/2017) |
| 10/12/2017 | 605 | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 583 Response/Objection (Mychalowych, Andrew) (Entered: 10/12/2017) |
| 10/12/2017 | 606 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 605 Reply (Mychalowych, Andrew) (Entered: 10/12/2017) |
| 10/12/2017 | 607 | (Document Restricted) Sealed Appendix in Support re: 605 Reply (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 10/12/2017) |
| 10/12/2017 | 608 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 578 MOTION to Strike 545 Sealed and/or Ex Parte Appendix/Brief/Memorandum in Support, 544 Appendix in Support, 542 MOTION for Summary Judgment , 543 Brief/Memorandum in Support of Motion (Mychalowych, Andrew) (Entered: 10/12/2017) |
| 10/12/2017 | 609 | (Document Restricted) Sealed Appendix in Support re: 608 Response/Objection, (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 10/12/2017) |
| 10/16/2017 | 610 | ORDER. The court will not consider plaintiffs' October 5, 2017 summary judgment reply appendix 595 because it was filed without leave of court. See Dethrow v. Parkland Health Hosp. Sys, 204 F.R.D. 102, 104 (N.D. Tex. 2001) (Fitzwater, J.). (Ordered by Judge Sidney A Fitzwater on 10/16/2017) (Judge Sidney A Fitzwater) (Entered: 10/16/2017) |
| 10/17/2017 | 611 | ORDER granting in part 418 and 420 Motion for Protective Order; Motion to Quash. (Ordered by Magistrate Judge Paul D Stickney on 10/17/2017) (ykp) Modified text on 10/18/2017 (ykp). (Entered: 10/18/2017) |
| 10/18/2017 | 612 | MOTION for Leave to File Appendix in Support of Plaintiffs' Reply in Support of Their Motion for Partial Summary Judgment filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper with Brief/Memorandum in Support. (Mychalowych, Andrew) (Entered: 10/18/2017) |
| 10/24/2017 | 613 | ORDER granting 473 Motion to Compel Production of Documents from BDO Seidman, L.L.P. (see order) (Ordered by Magistrate Judge Paul D Stickney on 10/24/2017) (mcrd) (Entered: 10/25/2017) |
| 10/24/2017 | 614 | ORDER granting 491 Motion to Compel Non-Parties Transcontinental Realty Investors, Inc., Syntek West, Inc., and Syntek Acquisition Corp. to Comply with Subpoenas for Production of Documents. (see order) (Ordered by Magistrate Judge Paul D Stickney on 10/24/2017) (mcrd) (Entered: 10/25/2017) |
| 10/24/2017 | 615 | |

| | | |
|---|---|---|
| | | ORDER granting <u>502</u> Motion to Compel Production of Documents. (see order) (Ordered by Magistrate Judge Paul D Stickney on 10/24/2017) (mcrd) (Entered: 10/25/2017) |
| 10/25/2017 | <u>616</u> | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: <u>592</u> First MOTION for Leave to File Supplements to Defendants Response to Plaintiffs Motion for Partial Summary Judgment. (Mychalowych, Andrew) Condensed text on 10/26/2017 (dsr). (Entered: 10/25/2017) |
| 10/25/2017 | <u>617</u> | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re <u>616</u> Response/Objection, (Mychalowych, Andrew) (Entered: 10/25/2017) |
| 10/25/2017 | <u>618</u> | (Document Restricted) Sealed Appendix in Support re: <u>616</u> Response/Objection, (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 10/25/2017) |
| 10/26/2017 | <u>619</u> | ORDER granting in part and denying in part <u>505</u> Motion to Compel. Plaintiffs are ordered to amend their responses to take into account any meritorious arguments raised in Defendant's motion, and the parties are ordered to work together to minimize further motion practice on these disputes. Plaintiffs shall provide the amended responses within four weeks of the date of this Order. (Ordered by Magistrate Judge Paul D Stickney on 10/26/2017) (ykp) (Entered: 10/26/2017) |
| 10/26/2017 | <u>620</u> | REPLY filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips re: <u>578</u> MOTION to Strike <u>545</u> Sealed and/or Ex Parte Appendix/Brief/Memorandum in Support, <u>544</u> Appendix in Support, <u>542</u> MOTION for Summary Judgment , <u>543</u> Brief/Memorandum in Support of Motion (Wells, Kayla) (Entered: 10/26/2017) |
| 10/27/2017 | <u>621</u> | ORDER granting in part <u>512</u> , <u>514</u> , <u>516</u> , <u>518</u> Motion for Protective Order. Defendant is ordered to file within two weeks the proof of service for any of the Non-Parties who are served subsequent to this Order, and immediately file the proof of service for any Non-Parties who have already been served. The parties are also ordered to file within two weeks any documentation substantiating the claims that any Non-Party evaded service or is deceased. Once the proof of service and supplemental information have been filed, the Court will consider the remaining issues in Plaintiffs' Motions for Protective Order. The depositions of the Non-Parties shall be stayed pending the Court's resolution of the Motions for Protective Order. (Ordered by Magistrate Judge Paul D Stickney on 10/27/2017) (ykp) (Entered: 10/30/2017) |
| 10/31/2017 | <u>622</u> | MOTION for Leave to File Supplemental Appendix in Support of Plaintiffs' Motion for Partial Summary Judgment filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 10/31/2017) |
| 10/31/2017 | <u>623</u> | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re <u>622</u> MOTION for Leave to File Supplemental Appendix in Support of Plaintiffs' Motion for Partial Summary Judgment (Mychalowych, Andrew) (Entered: 10/31/2017) |
| 10/31/2017 | <u>624</u> | (Document Restricted) Sealed Appendix in Support re: <u>622</u> Motion for Leave to File (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 10/31/2017) |
| 11/02/2017 | <u>625</u> | ORDER: Plaintiffs' <u>530</u> Motion to Sanction and <u>534</u> Motion to Strike are DENIED. (Ordered by Magistrate Judge Paul D Stickney on 11/2/2017) (ran) (Entered: 11/02/2017) |

| 11/02/2017 | 626 | ORDER granting 546 Motion to Compel; granting in part 554 Motion to Compel; and denying 554 Motion for Sanctions. (Ordered by Magistrate Judge Paul D Stickney on 11/2/2017) (ran) (Entered: 11/02/2017) |
|---|---|---|
| 11/08/2017 | 627 | REPLY filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips re: 592 First MOTION for Leave to File Motion for Leave to File Supplements to Defendants Response to Plaintiffs Motion for Partial Summary Judgment (Wells, Kayla) (Entered: 11/08/2017) |
| 11/08/2017 | 628 | Brief/Memorandum in Support filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips re 612 MOTION for Leave to File Appendix in Support of Plaintiffs' Reply in Support of Their Motion for Partial Summary Judgment (Wells, Kayla) (Entered: 11/08/2017) |
| 11/10/2017 | 629 | NOTICE of *Correction* re: 627 Reply *in Support of Defendant's Motion for Leave to Add Certain Attachments Inadvertently Omitted and Motion for Leave to Supplement Expert Report in Support of Defendants' Response in Opposition to Plaintiffs' Motion for Partial Summary Judgment* filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips (Wells, Kayla) (Entered: 11/10/2017) |
| 11/10/2017 | 630 | AFFIDAVIT of Service for Subpoena to Testify at a Deposition in a Civil Case served on Jody B. Shevin on 8/4/2017. (Wells, Kayla) (Entered: 11/10/2017) |
| 11/10/2017 | 631 | AFFIDAVIT of Service for Subpoena to Testify at a Deposition in a Civil Case served on William Widmeyer Sr. on 8/8/2017. (Wells, Kayla) (Entered: 11/10/2017) |
| 11/10/2017 | 632 | NOTICE of *Plaintiffs' Submission Regarding Order at DE 621* filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 621 Order on Motion for Protective Order. (Mychalowych, Andrew) (Entered: 11/10/2017) |
| 11/13/2017 | 633 | AFFIDAVIT of Service for Subpoena for Testimony and Documents served on Jody Shevin on 11/11/2017. (Wells, Kayla) (Entered: 11/13/2017) |
| 11/15/2017 | 634 | OBJECTION filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 625 Order on Motion to Sanction and Strike. (Mychalowych, Andrew) (Entered: 11/15/2017) |
| 11/15/2017 | 635 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 634 Response/Objection (Mychalowych, Andrew) (Entered: 11/15/2017) |
| 11/15/2017 | 636 | (Document Restricted) Sealed Appendix in Support re: 634 Response/Objection (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 11/15/2017) |
| 11/15/2017 | 637 | AFFIDAVIT *of Service of Subpoena on Gary Konke* by Gene E Phillips. (Wells, Kayla) (Entered: 11/15/2017) |
| 11/21/2017 | 638 | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 612 MOTION for Leave to File Appendix in Support of Plaintiffs' Reply in Support of Their Motion for Partial Summary Judgment (Mychalowych, Andrew) (Entered: 11/21/2017) |
| 11/21/2017 | 639 | RESPONSE filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips re: 622 MOTION for Leave to File Supplemental Appendix in Support of Plaintiffs' Motion for Partial Summary Judgment (Wells, Kayla) (Entered: 11/21/2017) |
| 12/05/2017 | 640 | |

| | | |
|---|---|---|
| | | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 622 MOTION for Leave to File Supplemental Appendix in Support of Plaintiffs' Motion for Partial Summary Judgment (Mychalowych, Andrew) (Entered: 12/05/2017) |
| 12/05/2017 | 641 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 640 Reply (Mychalowych, Andrew) (Entered: 12/05/2017) |
| 12/05/2017 | 642 | (Document Restricted) Sealed Appendix in Support re: 640 Reply (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 12/05/2017) |
| 12/05/2017 | 643 | ORDER: No later than 21 days from the date of this order, plaintiffs must file a fourth amended complaint that alleges diversity of citizenship, in conformity with 28 U.S.C. § 1332; otherwise, this action will be dismissed without prejudice for want of subject matter jurisdiction. (Ordered by Judge Sidney A Fitzwater on 12/5/2017) (aaa) (Entered: 12/05/2017) |
| 12/06/2017 | 644 | RESPONSE filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips re: 634 Response/Objection (Khoury, Stephen) (Entered: 12/06/2017) |
| 12/06/2017 | 645 | Appendix in Support filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips re 644 Response/Objection (Khoury, Stephen) (Entered: 12/06/2017) |
| 12/18/2017 | 646 | MOTION to Quash filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips with Brief/Memorandum in Support. (Khoury, Stephen) (Entered: 12/18/2017) |
| 12/19/2017 | 647 | Order Referring 646 Motion to Quash Subpoena to Testify at Deposition of Gary B. Goolsby to Magistrate Judge Paul D Stickney for Determination pursuant to 28 U.S.C. 636(b)(1)(A). The Magistrate Judge may conduct a hearing if he/she determines that a hearing is necessary. This order of reference also prospectively refers all procedural motions (e.g., to modify briefing limitations, to supplement a motion, or for an expedited hearing) hereafter filed by a party who supports or opposes the referred motion, and that relate to the resolution of the motion. (Ordered by Judge Sidney A Fitzwater on 12/19/2017) (axm) (Entered: 12/19/2017) |
| 12/20/2017 | 648 | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 644 Response/Objection (Mychalowych, Andrew) (Entered: 12/20/2017) |
| 12/20/2017 | 649 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 648 Reply (Mychalowych, Andrew) (Entered: 12/20/2017) |
| 12/20/2017 | 650 | (Document Restricted) Sealed Appendix in Support re: 648 Reply (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 12/20/2017) |
| 12/26/2017 | 651 | AMENDED COMPLAINT WITH JURY DEMAND *Fourth Amended* against American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips filed by David M Clapper, Atlantic Midwest LLC. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: _Attorney Information - Bar Membership_. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Mychalowych, Andrew) (Entered: 12/26/2017) |

| 12/27/2017 | 652 | MOTION Confirm Court's Order DE 643 , MOTION for Leave to File Remove Plaintiff Atlantic XIII LLC as a Party, MOTION to Expedite *Ruling* filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper with Brief/Memorandum in Support. (Mychalowych, Andrew) (Entered: 12/27/2017) |
|---|---|---|
| 12/27/2017 | 653 | ORDER denying 652 MOTION to Confirm Court's Order filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper; deferring ruling on alternative MOTION for leave to remove plaintiff Atlantic XIII, LLC as a party in plaintiffs' fourth amended complaint pursuant to Rule 21. (Ordered by Judge Sidney A Fitzwater on 12/27/2017) (Judge Sidney A Fitzwater) (Entered: 12/27/2017) |
| 01/05/2018 | 654 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 646 MOTION to Quash (Mychalowych, Andrew) (Entered: 01/05/2018) |
| 01/05/2018 | 655 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 654 Response/Objection (Mychalowych, Andrew) (Entered: 01/05/2018) |
| 01/05/2018 | 656 | (Document Restricted) Sealed Appendix in Support re: 654 Response/Objection (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 01/05/2018) |
| 01/16/2018 | 657 | MOTION to Dismiss for Lack of Jurisdiction , MOTION to Strike 651 Amended Complaint,, () filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc with Brief/Memorandum in Support. (Khoury, Stephen) (Entered: 01/16/2018) |
| 01/16/2018 | 658 | MOTION to Dismiss for Lack of Jurisdiction , MOTION to Strike 651 Amended Complaint,, () filed by Gene E Phillips with Brief/Memorandum in Support. (Wells, Kayla) (Entered: 01/16/2018) |
| 01/16/2018 | 659 | Appendix in Support filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips re 658 MOTION to Dismiss for Lack of Jurisdiction MOTION to Strike 651 Amended Complaint,, , 657 MOTION to Dismiss for Lack of Jurisdiction MOTION to Strike 651 Amended Complaint,, (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Exhibit(s) 4, # 5 Exhibit(s) 5, # 6 Exhibit(s) 6, # 7 Exhibit(s) 7, # 8 Exhibit(s) 8, # 9 Exhibit(s) 9, # 10 Exhibit(s) 10) (Khoury, Stephen) (Entered: 01/16/2018) |
| 01/18/2018 | 660 | RESPONSE filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips re: 652 MOTION Confirm Court's Order DE 643 MOTION for Leave to File Remove Plaintiff Atlantic XIII LLC as a Party MOTION to Expedite *Ruling* (Wells, Kayla) (Entered: 01/18/2018) |
| 01/18/2018 | 661 | Appendix in Support filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips re 660 Response/Objection, (Wells, Kayla) (Entered: 01/18/2018) |
| 01/22/2018 | 662 | ORDER: To enable the court to decide several pending motions in this case, potentially including motions that present jurisdictional challenges, the court vacates the trial setting. The court will set the case for trial, if necessary, by separate order. (Ordered by Judge Sidney A Fitzwater on 1/22/2018) (epm) (Entered: 01/22/2018) |
| 01/26/2018 | 667 | SPECIAL ORDER NO. 3-316: All matters referred to Magistrate Judge Stickney are automatically referred to Magistrate Judge Rutherford unless otherwise directed by the presiding district judge. Motion(s) referred to Magistrate Judge Rebecca Rutherford re: 514 MOTION for Protective Order *and MOTION to Quash the Subpoena Duces Tecum* |

| | | |
|---|---|---|
| | | *for Herbert L. Shevin*, <u>518</u> MOTION for Protective Order *and* MOTION to Quash *the Subpoena Duces Tecum for William Widmeyer, Sr.*, <u>516</u> MOTION for Protective Order *and* MOTION to Quash *the Subpoena Duces Tecum for Jody B. Shevin*, <u>512</u> MOTION for Protective Order *and* MOTION to Quash *the Subpoena Duces Tecum for Gary Konke*, <u>646</u> MOTION to Quash . (Ordered by Chief Judge Barbara M.G. Lynn on 1/26/2018) (cea) (Entered: 02/06/2018) |
| 01/31/2018 | <u>663</u> | Emergency MOTION for Leave to File Reply Brief in Excess of Page Limitation Set Forth in Local Rule 7.2 and Request for Expedited Review and Ruling filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 01/31/2018) |
| 02/01/2018 | 664 | ELECTRONIC ORDER granting <u>663</u> Emergency MOTION for Leave to File Reply Brief in Excess of Page Limitation Set Forth in Local Rule 7.2 and Request for Expedited Review and Ruling filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper. The MOTION is GRANTED. (The requesting party must file the document with the clerk.) (Ordered by Judge Sidney A Fitzwater on 2/1/2018) (Judge Sidney A Fitzwater) (Entered: 02/01/2018) |
| 02/01/2018 | <u>665</u> | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: <u>652</u> MOTION Confirm Court's Order DE 643 MOTION for Leave to File Remove Plaintiff Atlantic XIII LLC as a Party MOTION to Expedite *Ruling* (Mychalowych, Andrew) (Entered: 02/01/2018) |
| 02/01/2018 | <u>666</u> | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re <u>665</u> Reply, (Mychalowych, Andrew) (Entered: 02/01/2018) |
| 02/06/2018 | <u>668</u> | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: <u>658</u> MOTION to Dismiss for Lack of Jurisdiction MOTION to Strike <u>651</u> Amended Complaint,, (Mychalowych, Andrew) (Entered: 02/06/2018) |
| 02/06/2018 | <u>669</u> | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re <u>668</u> Response/Objection (Mychalowych, Andrew) (Entered: 02/06/2018) |
| 02/06/2018 | <u>670</u> | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: <u>657</u> MOTION to Dismiss for Lack of Jurisdiction MOTION to Strike <u>651</u> Amended Complaint,, (Mychalowych, Andrew) (Entered: 02/06/2018) |
| 02/06/2018 | <u>671</u> | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re <u>670</u> Response/Objection (Mychalowych, Andrew) (Entered: 02/06/2018) |
| 02/17/2018 | <u>672</u> | MOTION Exceed page limit for Reply Brief filed by Gene E Phillips with Brief/Memorandum in Support. (Shamoun, C) (Entered: 02/17/2018) |
| 02/19/2018 | <u>673</u> | MOTION for Expenses and to Sanction Defendants American Realty Investors, Inc., American Realty Trust, Inc., EQK Holdings, Inc. and Gene E. Phillips for Discovery Abuse Relating to the Court's October 6, 2017 Order Granting Plaintiffs' Motion for Protective Order and Motion to Quash Deposition of Andy Mychalowych filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 02/19/2018) |
| 02/19/2018 | <u>674</u> | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re <u>673</u> MOTION for Expenses and to Sanction Defendants American Realty Investors, Inc., American Realty Trust, Inc., EQK Holdings, Inc. and Gene E. Phillips for Discovery Abuse Relating to the Court's October 6, 2017 Order Granting Plaintiffs' Motion (Mychalowych, Andrew) (Entered: 02/19/2018) |

| 02/19/2018 | 675 | (Document Restricted) Sealed Exhibit 5 to 674 Appendix in Support re: 673 for Expenses and to Sanction Defendants American Realty Investors, Inc., American Realty Trust, Inc., EQK Holdings, Inc. and Gene E. Phillips for Discovery Abuse Relating to the Court's October 6, 2017 Order Granting Plaintiffs' Motion (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) Modified text on 2/20/2018 (axm). (Entered: 02/19/2018) |
|---|---|---|
| 02/19/2018 | 676 | MOTION for Expenses Relating to the Court's October 24, 2017 Order Granting Plaintiffs' Motion to Compel Production of Documents filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 02/19/2018) |
| 02/19/2018 | 677 | (Document Restricted) Sealed Appendix in Support re: 676 Motion for Miscellaneous Relief (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 02/19/2018) |
| 02/20/2018 | 678 | ORDER: The 672 emergency motion of defendant Gene Phillips for leave to file reply brief in excess of page limitations set forth in local rule 7.2 and request for expedited review and ruling are granted to the extent that he may file a reply brief 18 pages in length, excluding the table of contents and table of authorities. (Ordered by Judge Sidney A Fitzwater on 2/20/2018) (axm) (Entered: 02/20/2018) |
| 02/20/2018 | 679 | REPLY filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc re: 657 MOTION to Dismiss for Lack of Jurisdiction MOTION to Strike 651 Amended Complaint,, (Khoury, Stephen) Modified on 2/21/2018 (zkc). (Entered: 02/20/2018) |
| 02/20/2018 | 680 | REPLY filed by Gene E Phillips re: 658 MOTION to Dismiss for Lack of Jurisdiction MOTION to Strike 651 Amended Complaint,, (Shamoun, C) (Entered: 02/20/2018) |
| 02/21/2018 | 681 | ORDER OF REFERENCE re: 673 MOTION for Expenses and to Sanction Defendants American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc and Gene E Phillips for Discovery Abuse Relating to the Court's 10/6/2017 Order Granting Plaintiffs' Motion, 676 MOTION for Expenses Relating to the Court's 10/24/2017 Order Granting Plaintiffs' Motion to Compel Production of Documents. Motion(s) referred to Magistrate Judge Rebecca Rutherford. (Ordered by Judge Sidney A Fitzwater on 2/21/2018) (aaa) (Entered: 02/21/2018) |
| 02/22/2018 | 682 | Emergency MOTION to Stay *Pending Rulings on Defendants' Motions to Dismiss for Lack of Subject Matter Jurisdiction* filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips with Brief/Memorandum in Support. (Wells, Kayla) (Entered: 02/22/2018) |
| 02/22/2018 | 683 | ORDER denying 682 Emergency MOTION to Stay Pending Rulings on Defendants' Motions to Dismiss for Lack of Subject Matter Jurisdiction filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips. (Ordered by Judge Sidney A Fitzwater on 2/22/2018) (Judge Sidney A Fitzwater) (Entered: 02/22/2018) |
| 02/28/2018 | 684 | MEMORANDUM OPINION AND ORDER granting 657 MOTION to Dismiss for Lack of Jurisdiction filed by EQK Holdings Inc, American Realty Investors Inc, American Realty Trust, Inc.; granting 658 MOTION to Dismiss for Lack of filed by Gene E Phillips; and denying without prejudice 514 Motion for Protective Order, Motion to Quash filed by Atlantic XIII LLC, David M Clapper, Atlantic Midwest LLC, 399 Dismiss for Failure to State a Claim filed by American Realty Trust, Inc, 469 Motion for Leave to File, filed by Atlantic XIII LLC, David M Clapper, Atlantic Midwest LLC, 329 Motion to Stay filed by American Realty Investors Inc, 375 Motion for Summary |

Judgment filed by Gene E Phillips, 551 Motion for Summary Judgment filed by EQK Holdings Inc, 676 Motion for Miscellaneous Relief filed by Atlantic XIII LLC, David M Clapper, Atlantic Midwest LLC, 518 Motion for Protective Order, Motion to Quash filed by Atlantic XIII LLC, David M Clapper, Atlantic Midwest LLC, 542 Motion for Summary Judgment filed by Atlantic XIII LLC, David M Clapper, Atlantic Midwest LLC, 578 Motion to Strike, filed by EQK Holdings Inc, American Realty Investors Inc, American Realty Trust, Inc, Gene E Phillips, 516 Motion for Protective Order, Motion to Quash filed by Atlantic XIII LLC, David M Clapper, Atlantic Midwest LLC, 400 Dismiss for Failure to State a Claim filed by Gene E Phillips, 622 Motion for Leave to File filed by Atlantic XIII LLC, David M Clapper, Atlantic Midwest LLC, 498 Motion for Miscellaneous Relief, filed by Atlantic XIII LLC, David M Clapper, Atlantic Midwest LLC, 398 Motion to Dismiss, Motion to Strike filed by EQK Holdings Inc, American Realty Investors Inc, American Realty Trust, Inc, Gene E Phillips, 673 Motion for Miscellaneous Relief, filed by Atlantic XIII LLC, David M Clapper, Atlantic Midwest LLC, 416 Motion for Protective Order, Motion to Quash,, filed by Atlantic XIII LLC, David M Clapper, Atlantic Midwest LLC, 403 Dismiss for Failure to State a Claim filed by American Realty Investors Inc, 612 Motion for Leave to File, filed by Atlantic XIII LLC, David M Clapper, Atlantic Midwest LLC, 592 Motion for Leave to File, filed by EQK Holdings Inc, American Realty Investors Inc, American Realty Trust, Inc, Gene E Phillips, 548 Motion for Summary Judgment filed by American Realty Investors Inc, 489 Motion to Strike, filed by Atlantic XIII LLC, David M Clapper, Atlantic Midwest LLC, 512 Motion for Protective Order, Motion to Quash filed by Atlantic XIII LLC, David M Clapper, Atlantic Midwest LLC, 539 Motion for Summary Judgment filed by American Realty Trust, Inc, 646 Motion to Quash filed by EQK Holdings Inc, American Realty Investors Inc, American Realty Trust, Inc, Gene E Phillips, 401 Dismiss for Failure to State a Claim filed by EQK Holdings Inc re: 514 MOTION for Protective Order *and* MOTION to Quash *the Subpoena Duces Tecum for Herbert L. Shevin*, 658 MOTION to Dismiss for Lack of Jurisdiction MOTION to Strike 651 Amended Complaint,, , 399 Motion to Dismiss for Failure to State a Claim, 657 MOTION to Dismiss for Lack of Jurisdiction MOTION to Strike 651 Amended Complaint,, , 469 MOTION for Leave to File Supplemental Appendices to Plaintiffs' Response to Defendant Gene Phillips' Motion for Summary Judgment, 329 MOTION to Stay re 289 Order on Motion for Sanctions, 309 Response/Objection, 375 MOTION for Summary Judgment , 551 MOTION for Summary Judgment , 676 MOTION for Expenses Relating to the Court's October 24, 2017 Order Granting Plaintiffs' Motion to Compel Production of Documents, 518 MOTION for Protective Order *and* MOTION to Quash *the Subpoena Duces Tecum for William Widmeyer, Sr.*, 542 MOTION for Summary Judgment , 578 MOTION to Strike 545 Sealed and/or Ex Parte Appendix/Brief/Memorandum in Support, 544 Appendix in Support, 542 MOTION for Summary Judgment , 543 Brief/Memorandum in Support of Motion , 516 MOTION for Protective Order *and* MOTION to Quash *the Subpoena Duces Tecum for Jody B. Shevin*, 400 Motion to Dismiss for Failure to State a Claim, 622 MOTION for Leave to File Supplemental Appendix in Support of Plaintiffs' Motion for Partial Summary Judgment, 498 MOTION for Leave to Supplement the Record as to Plaintiffs' Response to Defendant Gene Phillips' Motion for Summary Judgment, 398 MOTION to Dismiss *or, Alternatively* MOTION to Strike 373 Amended Complaint,, , 673 MOTION for Expenses and to Sanction Defendants American Realty Investors, Inc., American Realty Trust, Inc., EQK Holdings, Inc. and Gene E. Phillips for Discovery Abuse Relating to the Court's October 6, 2017 Order Granting Plaintiffs' Motion, 416 MOTION for Protective Order MOTION to Quash *Defendants' Notice of Intention to Take the Oral Deposition of Andy Mychalowych*, 403 Motion to Dismiss for Failure to State a Claim, 612 MOTION for Leave to File Appendix in Support of Plaintiffs' Reply in Support of Their Motion for Partial Summary Judgment, 592 First MOTION for Leave to File Motion for Leave to

| | | |
|---|---|---|
| | | File Supplements to Defendants Response to Plaintiffs Motion for Partial Summary Judgment, 548 MOTION for Summary Judgment , 489 MOTION to Strike *Section III and Related Exhibits of Defendants' Expert Gary B. Goolsby's Report Dated February 15, 2017*, 512 MOTION for Protective Order *and* MOTION to Quash *the Subpoena Duces Tecum for Gary Konke*, 539 MOTION for Summary Judgment , 646 MOTION to Quash , 401 Motion to Dismiss for Failure to State a Claim (Ordered by Judge Sidney A Fitzwater on 2/28/2018) (Judge Sidney A Fitzwater) (Entered: 02/28/2018) |
| 03/19/2018 | 685 | Emergency MOTION for Leave to File Brief in Excess of Page Limitation Set Forth in Local Rule 7.2 and Request for Expedited Review and Hearing filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 03/19/2018) |
| 03/19/2018 | 686 | ELECTRONIC ORDER granting 685 MOTION for Leave to File Brief in Excess of Page Limitation Set Forth in Local Rule 7.2 and Request for Expedited Review and Hearing filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper. (The requesting party must file the document with the clerk.) (Ordered by Judge Sidney A Fitzwater on 3/19/2018) (Judge Sidney A Fitzwater) (Entered: 03/19/2018) |
| 03/21/2018 | 687 | MOTION for Leave to File Fifth Amended Complaint Pursuant to the Court's Order Dated February 28, 2018 (DE 684), or in the Alternative, Motion to Remove Plaintiffs Atlantic XIII, LLC and Atlantic Midwest, LLC as Parties in Plaintiff's Fifth Amended Complaint Pursuant to Fed. R. Civ. P. 21 filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper with Brief/Memorandum in Support. (Mychalowych, Andrew) (Entered: 03/21/2018) |
| 03/21/2018 | 688 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 687 MOTION for Leave to File Fifth Amended Complaint Pursuant to the Court's Order Dated February 28, 2018 (DE 684), or in the Alternative, Motion to Remove Plaintiffs Atlantic XIII, LLC and Atlantic Midwest, LLC as Parties in Plaintiff's Fifth (Mychalowych, Andrew) (Entered: 03/21/2018) |
| 03/21/2018 | 689 | (Document Restricted) Sealed Appendix in Support re: 687 Motion for Leave to File, (Sealed pursuant to order dated 2/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Attachments: # 1 Additional Page(s) Additional Appendix Pages) (Mychalowych, Andrew) (Entered: 03/21/2018) |
| 04/02/2018 | 690 | Emergency MOTION for Leave to File to File Response Brief in Excess Pages and to Extend Time to Respond *to Plaintffs' Motion for Leave to File Fifth Amended Complaint, DE 687* filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips (Attachments: # 1 Proposed Order) (Kendall, Joe) (Entered: 04/02/2018) |
| 04/02/2018 | 691 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 690 Emergency MOTION for Leave to File to File Response Brief in Excess Pages and to Extend Time to Respond *to Plaintffs' Motion for Leave to File Fifth Amended Complaint, DE 687* (Mychalowych, Andrew) (Entered: 04/02/2018) |
| 04/02/2018 | 692 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 691 Response/Objection, (Mychalowych, Andrew) (Entered: 04/02/2018) |
| 04/02/2018 | 693 | Amended MOTION for Leave to File Response Brief in Excess Pages and to Extend Time to Respond to Plaintffs' Motion for Leave to File Fifth Amended Complaint, DE 687 filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips (Attachments: # 1 Proposed Order) (Kendall, Joe) (Entered: 04/02/2018) |

| 04/03/2018 | 694 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 693 Amended MOTION for Leave to File Response Brief in Excess Pages and to Extend Time to Respond to Plaintffs' Motion for Leave to File Fifth Amended Complaint, DE 687 (Mychalowych, Andrew) (Entered: 04/03/2018) |
| --- | --- | --- |
| 04/03/2018 | 695 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 694 Response/Objection, (Mychalowych, Andrew) (Entered: 04/03/2018) |
| 04/03/2018 | 696 | REPLY filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips re: 693 Amended MOTION for Leave to File Response Brief in Excess Pages and to Extend Time to Respond to Plaintffs' Motion for Leave to File Fifth Amended Complaint, DE 687 (Kendall, Joe) (Entered: 04/03/2018) |
| 04/04/2018 | 697 | ORDER granting 690 MOTION, as Amended 693 , for Leave to File to File Response Brief in Excess Pages and to Extend Time to Respond to Plaintiffs' Motion for Leave to File Fifth Amended Complaint 687 filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips. (Ordered by Judge Sidney A Fitzwater on 4/4/2018) (Judge Sidney A Fitzwater) (Entered: 04/04/2018) |
| 04/23/2018 | 698 | RESPONSE filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc re: 687 MOTION for Leave to File Fifth Amended Complaint Pursuant to the Court's Order Dated February 28, 2018 (DE 684), or in the Alternative, Motion to Remove Plaintiffs Atlantic XIII, LLC and Atlantic Midwest, LLC as Parties in Plaintiff's Fifth (Khoury, Stephen) (Entered: 04/23/2018) |
| 04/23/2018 | 699 | Appendix in Support filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc re 698 Response/Objection, (Khoury, Stephen) (Entered: 04/23/2018) |
| 04/23/2018 | 700 | RESPONSE filed by Gene E Phillips re: 687 MOTION for Leave to File Fifth Amended Complaint Pursuant to the Court's Order Dated February 28, 2018 (DE 684), or in the Alternative, Motion to Remove Plaintiffs Atlantic XIII, LLC and Atlantic Midwest, LLC as Parties in Plaintiff's Fifth (Wells, Kayla) (Entered: 04/23/2018) |
| 04/30/2018 | 701 | Emergency MOTION for Leave to File Reply Briefs in Excess of Page Limitation Set Forth in Local Rule 7.2 and to Extend Time to File Reply Briefs in Support of Plaintiffs' Motion for Leave to File Fifth Amended Complaint and Request for Expedited Review and Ruling filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 04/30/2018) |
| 04/30/2018 | 702 | NOTICE of *Supplemental Fact* re: 700 Response/Objection, filed by Gene E Phillips (Wells, Kayla) (Entered: 04/30/2018) |
| 05/01/2018 | 703 | ADVISORY TO COUNSEL: Please submit your proposed order for the following motion -- in modifiable Word or WordPerfect format -- to Fitzwater_Orders@txnd.uscourts.gov.: 701 Emergency MOTION for Leave to File Reply Briefs in Excess of Page Limitation Set Forth in Local Rule 7.2 and to Extend Time to File Reply Briefs in Support of Plaintiffs' Motion for Leave to File Fifth Amended Complaint and Request for Expedited Review and Ruling filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper. (Judge Sidney A. Fitzwater). (Entered: 05/01/2018) |
| 05/01/2018 | 704 | ORDER granting 701 Emergency Motion for Leave to File Reply Briefs in Excess of Page Limitation. Replies due by 5/14/2018. (Ordered by Judge Sidney A Fitzwater on 5/1/2018) (rekc) (Entered: 05/01/2018) |

| 05/14/2018 | 705 | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 698 Response/Objection, (Mychalowych, Andrew) (Entered: 05/14/2018) |
|---|---|---|
| 05/14/2018 | 706 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 705 Reply (Mychalowych, Andrew) (Entered: 05/14/2018) |
| 05/14/2018 | 707 | (Document Restricted) Sealed Reply re: 700 Response/Objection, (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 05/14/2018) |
| 05/14/2018 | 708 | (Document Restricted) Sealed Appendix in Support re: 707 Sealed and/or Ex Parte Reply/Sur-reply (Sealed pursuant to order dated 4/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 05/14/2018) |
| 05/29/2018 | 709 | NOTICE of *Supplemental Fact* filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 05/29/2018) |
| 05/29/2018 | 710 | NOTICE of Change of Address for Attorney Joe Kendall on behalf of American Realty Trust, Inc. (Filer confirms contact info in ECF is current.) (Kendall, Joe) (Entered: 05/29/2018) |
| 05/29/2018 | 711 | NOTICE of Change of Address for Attorney Jamie Jean McKey on behalf of American Realty Trust, Inc. (Filer confirms contact info in ECF is current.) (McKey, Jamie) (Entered: 05/29/2018) |
| 06/06/2018 | 712 | MEMORANDUM OPINION AND ORDER concluding in its discretion that the court should exercise supplemental jurisdiction under 28 U.S.C. § 1367(a), and denying without prejudice 687 MOTION for Leave to File Fifth Amended Complaint Pursuant to the Court's Order Dated February 28, 2018 (DE 684), or in the Alternative, Motion to Remove Plaintiffs Atlantic XIII, LLC and Atlantic Midwest, LLC as Parties in Plaintiff's Fifth Amended Complaint Pursuant to Fed. R. Civ. P. 21 filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper. (Ordered by Judge Sidney A Fitzwater on 6/6/2018) (Judge Sidney A Fitzwater) (Entered: 06/06/2018) |
| 06/14/2018 | 713 | MOTION Defendants' Request to Reopen Pursuant to the Court's Memorandum Opinion and Order at D.E. 712 re 712 Memorandum Opinion and Order,, filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips (Wells, Kayla) (Entered: 06/14/2018) |
| 06/14/2018 | 714 | MOTION for Leave to File Motion to Stay Proceedings Pending the Court's Rulings on Pending Motions filed by Gene E Phillips with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Wells, Kayla) (Entered: 06/14/2018) |
| 06/18/2018 | 715 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 714 MOTION for Leave to File Motion to Stay Proceedings Pending the Court's Rulings on Pending Motions (Mychalowych, Andrew) (Entered: 06/18/2018) |
| 06/18/2018 | 716 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 715 Response/Objection *to Defendant Gene Phillips' Motion for Leave to File Motion for Stay of Proceedings* (Mychalowych, Andrew) (Entered: 06/18/2018) |
| 06/18/2018 | 717 | MOTION Request to Reopen Motions Pursuant to DE 712 filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 06/18/2018) |
| 07/02/2018 | 718 | |

| | | |
|---|---|---|
| | | REPLY filed by Gene E Phillips re: 714 MOTION for Leave to File Motion to Stay Proceedings Pending the Court's Rulings on Pending Motions (Wells, Kayla) (Entered: 07/02/2018) |
| 07/06/2018 | 719 | ORDER granting 713 Motion Defendants' Request to Reopen Pursuant to the Court's Memorandum Opinion and Order at D.E. 712; granting 717 Motion Request to Reopen Motions Pursuant to DE 712. The court reopens the motions listed in § II of this order. II Any motion that has been previously referred to the magistrate judge is deemed referred in accordance with the original order of reference. (Ordered by Judge Sidney A Fitzwater on 7/6/2018) (ykp) (Entered: 07/06/2018) |
| 07/18/2018 | 720 | ORDER granting 714 MOTION for Leave to File Motion to Stay Proceedings Pending the Court's Rulings on Pending Motions filed by Gene E Phillips. (The requesting party must file the document with the clerk.) (Ordered by Judge Sidney A Fitzwater on 7/18/2018) (Judge Sidney A Fitzwater) (Entered: 07/18/2018) |
| 07/18/2018 | 721 | MOTION to Stay filed by Gene E Phillips with Brief/Memorandum in Support. (Wells, Kayla) (Entered: 07/18/2018) |
| 08/08/2018 | 722 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 721 MOTION to Stay (Mychalowych, Andrew) (Entered: 08/08/2018) |
| 08/08/2018 | 723 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 722 Response/Objection (Mychalowych, Andrew) (Entered: 08/08/2018) |
| 08/09/2018 | 724 | MEMORANDUM OPINION AND ORDER affirming discovery ORDERS 289 625 of the U.S. Magistrate Judge. (Ordered by Judge Sidney A Fitzwater on 8/9/2018) (Judge Sidney A Fitzwater) (Entered: 08/09/2018) |
| 08/14/2018 | 725 | MEMORANDUM OPINION AND ORDER:granting in part, denying in part 375 Phillips' March 28, 2017 motion for summary judgment;denying 398 ARI, ART, EQK, and Phillips' April 21, 2017 motion to dismiss; granting in part, denying in part 399 ART's April 21, 2017 motion to dismiss; granting in part, denying in part 400 Phillips' April 21, 2017 motion to dismiss; granting in part, denying in part 401 EQK's April 21, 2017 motion to dismiss; granting in part, denying in part 403 ARI's April 21, 2017 motion to dismiss; granting 469 plaintiffs' June 15, 2017 motion for leave to file supplemental appendices to plaintiffs response to Phillips' motion for summary judgment; granting 498 plaintiffs' July 28, 2017 motion for leave to supplement the record as to plaintiffs' response to Phillips' motion for summary judgment; denying 539 ART's August 31, 2017 motion for summary judgment;granting in part, denying in part 542 plaintiffs' August 31, 2017 motion for partial summary judgment; granting in part, denying in part 548 ARI's August 31, 2017 motion for summary judgment; granting in part, denying in part 551 EQK's August 31, 2017 motion for summary judgment; denying 578 ARI, ART, EQK, and Phillips' September 21, 2017 motion to strike plaintiffs' motion for summary judgment brief and appendix; denying as moot 592 ARI, ART, EQK, and Phillips' October 4, 2017 first motion for leave to file supplements to defendants' response to plaintiffs' motion for partial summary judgment; granting 612 plaintiffs' October 18, 2017 motion for leave to file appendix in support of plaintiffs' reply in support of their motion for partial summary judgment; granting 622 plaintiffs' October 31, 2017 motion for leave to file supplemental appendix in support of plaintiffs' motion for partial summary judgment; denying 657 ARI, ART, and EQK's January 16, 2018 motion to strike fourth amended complaint; denying 658 Phillips' January 16, 2018 motion to strike fourth amended complaint; and denying as moot 721 Phillips' July 18, 2018 motion to stay. (Ordered by Judge Sidney A Fitzwater on 8/14/2018) (Judge Sidney A Fitzwater) (Entered: 08/14/2018) |

| 08/16/2018 | 726 | ***VACATED PER 795 ORDER***TRIAL SETTING ORDER: Trial Setting 3/18/2019 before Judge Sidney A Fitzwater. This case is set for trial on the date indicated above, for a two-week docket. (Ordered by Judge Sidney A Fitzwater on 8/16/2018) (ykp) Modified on 1/16/2019 (ykp). (Entered: 08/16/2018) |
|---|---|---|
| 08/27/2018 | 727 | Emergency MOTION to Extend Time To File Answers to Fourth Amended Complaint filed by Gene E Phillips with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Wells, Kayla) (Entered: 08/27/2018) |
| 08/27/2018 | 728 | ORDER GRANTING DEFENDANTS' UNOPPOSED EMERGENCY 727 MOTION FOR EXTENSION OF TIME TO FILE ANSWERS TO FOURTH AMENDED COMPLAINT. Defendants shall have until 9/11/2018 to file their Answers to Plaintiffs' Fourth Amended Complaint. (Ordered by Judge Sidney A Fitzwater on 8/27/2018) (ykp) (Entered: 08/27/2018) |
| 08/31/2018 | 729 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 725 Memorandum Opinion and Order, (Mychalowych, Andrew) Modified on 9/4/2018 to enhance text (dss). (Entered: 08/31/2018) |
| 09/10/2018 | 730 | MOTION to Amend the Scheduling Order, Motion to Shorten Time to Respond to this Motion, MOTION for Expedited Ruling, filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips with Brief/Memorandum in Support. (Khoury, Stephen) Enhanced text and added Motion on 9/10/2018 (dsr). (Entered: 09/10/2018) |
| 09/10/2018 | 731 | ORDER denying 730 MOTION to Amend the Scheduling Order, Motion to Shorten Time to Respond to this Motion, MOTION for Expedited Ruling, filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips. (Ordered by Judge Sidney A Fitzwater on 9/10/2018) (Judge Sidney A Fitzwater) (Entered: 09/10/2018) |
| 09/10/2018 | 732 | MOTION for Leave to File Emergency Motion to Amend the Scheduling Order and Extend Expert Discovery, Shorten the Time to Respond to this Motion, and for an Expedited Ruling filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips (Attachments: # 1 Exhibit(s)) (Khoury, Stephen) (Entered: 09/10/2018) |
| 09/11/2018 | 733 | ANSWER to 651 Amended Complaint,, with Jury Demand filed by American Realty Trust, Inc. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here:  Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Kendall, Joe) (Entered: 09/11/2018) |
| 09/11/2018 | 734 | ANSWER to 651 Amended Complaint,, filed by Gene E Phillips. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here:  Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Wells, Kayla) (Entered: 09/11/2018) |
| 09/11/2018 | 735 | ANSWER to 651 Amended Complaint,, filed by American Realty Investors Inc, EQK Holdings Inc. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied |

| | | |
|---|---|---|
| | | within 21 days, the clerk will notify the presiding judge. (Khoury, Stephen) (Entered: 09/11/2018) |
| 09/12/2018 | 736 | ORDER granting 732 MOTION for Leave to File Emergency Motion to Amend the Scheduling Order and Extend Expert Discovery, Shorten the Time to Respond to this Motion, and for an Expedited Ruling filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips. (Unless the document has already been filed, clerk to enter the document as of the date of this order.). The MOTIONS to Shorten the Time to Respond to this Motion and for an Expedited Ruling are denied. The MOTION to Amend the Scheduling Order and Extend Expert Discovery will be decided under the usual briefing rules. (Ordered by Judge Sidney A Fitzwater on 9/12/2018) (Judge Sidney A Fitzwater) (Entered: 09/12/2018) |
| 09/12/2018 | 737 | Motion to Amend the Scheduling Order and Extend Expert Discovery, (ii) Motion to Shorten the Time to Respond to this Motion, and (iii) Motion for Expedited Ruling filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips. (ykp) (Entered: 09/12/2018) |
| 09/14/2018 | 738 | REPLY filed by American Realty Investors Inc, EQK Holdings Inc re: 729 Response/Objection (Khoury, Stephen) (Entered: 09/14/2018) |
| 09/21/2018 | 739 | MOTION for Leave to File Motion to Clarify or Correct the Court's Statement as to the Operative Complaint in the Court's Summary Judgment Ruling (DE 725) Pursuant to Fed. R. Civ. P. 60(a) or Fed. R. Civ. P. 54(b), or in the Alternative, Motion to File Fifth Amended Complaint, or in the Alternative, Motion for Entry of Default filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Attachments: # 1 Exhibit(s) 1 - Motion with Appendix) (Mychalowych, Andrew) (Entered: 09/21/2018) |
| 09/24/2018 | 740 | MOTION for Leave to File Motion to Reconsider filed by Gene E Phillips with Brief/Memorandum in Support. (Wells, Kayla) (Entered: 09/24/2018) |
| 09/24/2018 | 741 | ORDER re: Motion for Protective Order 512 , 514 , 516 , 518 . Motions are GRANTED. This Order does not prevent further discovery from the Non-Parties, but merely prohibits the discovery sought by the Subpoenas at issue. (Ordered by Magistrate Judge Rebecca Rutherford on 9/24/2018) (ndt) (Entered: 09/24/2018) |
| 09/24/2018 | 742 | ORDER: For the reasons stated, the Court GRANTS Plaintiffs' Motion Relating to the Court's October 6, 2017 Order [ECF No. 673 ], in part, and ORDERS Defendants to pay Plaintiffs' attorneys' fees in the amount of $10,250.00. The Court also GRANTS Plaintiffs' Motion Relating to the Court's October 24, 2017 Order [ECF No. 676 ] and ORDERS Defendants to pay Plaintiffs' attorneys' fees in the amount of $6,750.00. Defendants must pay all sums due to Plaintiffs under this Order on or before October 19, 2018. (Ordered by Magistrate Judge Rebecca Rutherford on 9/24/2018) (ndt) (Entered: 09/24/2018) |
| 09/25/2018 | 743 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 740 MOTION for Leave to File Motion to Reconsider (Mychalowych, Andrew) (Entered: 09/25/2018) |
| 09/28/2018 | 744 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 737 MOTION to Amend/Correct MOTION to Extend TimeMOTION for Extension of Time to File Response/Reply to 726 Scheduling Order (Mychalowych, Andrew) (Entered: 09/28/2018) |
| 09/28/2018 | 745 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 744 Response/Objection (Mychalowych, Andrew) (Entered: 09/28/2018) |

| 10/08/2018 | 746 | OBJECTION to a Magistrate Judge Order 741 ORDER re: Motion for Protective Order 512 , 514 , 516 , 518 . Motions are GRANTED. This Order does not prevent further discovery from the Non-Parties, but merely prohibits the discovery sought by the Subpoenas at issue. (Ordered by Magistrate Judge Rebecca Rutherford on 9/24/2018) (ndt) *Objection to Footnote 1, only*. (Mychalowych, Andrew) (Entered: 10/08/2018) |
|---|---|---|
| 10/09/2018 | 747 | REPLY filed by Gene E Phillips re: 740 MOTION for Leave to File Motion to Reconsider (Wells, Kayla) (Entered: 10/09/2018) |
| 10/10/2018 | 748 | ORDER granting 739 Motion for leave to file Motion to clarify or correct the court's statement as to the operative complaint in the court's summary judgment ruling (DE 725) pursuant to Fed. R. Civ. P. 60(a) or Fed. R. Civ. P. 54(b), or in the alternative, motion to file fifth amended complaint, or in the alternative, motion for entry of default. (Unless the document has already been filed, clerk to enter the document as of the date of this order.); granting 740 Motion for leave to file motion to reconsider in part the court's denial of his motion for summary judgment in memorandum opinion and order 725 . (Unless the document has already been filed, clerk to enter the document as of the date of this order.) (Ordered by Senior Judge Sidney A Fitzwater on 10/10/2018) (Senior Judge Sidney A Fitzwater) Modified on 10/10/2018 (Fitzwater, Sidney). (Entered: 10/10/2018) |
| 10/10/2018 | 749 | Plaintiff's Motion to Clarify or Correct the Court's Statement as to the Operative Complaint in the Court's Summary Judgment Ruling (DE 725 ) Pursuant to Fed. R. Civ. P 60(a) or Fed. R. Civ. P. 54(b), or in the alternative, Motion to File Fifth Amended Complaint, or in the Alternative, Motion for Entry of Default, and Incorporated Brief in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper. (ykp) (Entered: 10/10/2018) |
| 10/10/2018 | 750 | Motion to Reconsider in Part the Court's Denial of His Motion for Summary Judgment in Memorandum Opinion and Order [Doc. 725 ] filed by Gene E Phillips with Brief/Memorandum in Support. (ykp) (Entered: 10/11/2018) |
| 10/10/2018 | 751 | Appendix in Support filed by Gene E Phillips re 750 MOTION for Reconsideration re 725 Memorandum Opinion and Order. (Attachments: # 1 Exhibit(s)) (ykp) (Entered: 10/11/2018) |
| 10/12/2018 | 752 | REPLY filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips re: 737 Motion to Amend Scheduling Order and Extend Discovery. (Khoury, Stephen) Modified text and linkage on 10/16/2018 (axm). (Entered: 10/12/2018) |
| 10/12/2018 | 753 | Appendix in Support filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips re 752 Reply (Attachments: # 1 Additional Page(s)) (Khoury, Stephen) (Entered: 10/12/2018) |
| 10/22/2018 | 754 | RESPONSE filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips re: 746 Objection/Response to Magistrate Judge Order, (Khoury, Stephen) (Entered: 10/22/2018) |
| 10/31/2018 | 755 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 750 MOTION for Reconsideration re 725 Memorandum Opinion and Order,,,,,,,,, (Mychalowych, Andrew) (Entered: 10/31/2018) |
| 10/31/2018 | 756 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 755 Response/Objection (Mychalowych, Andrew) (Entered: 10/31/2018) |

| 10/31/2018 | 757 | (Document Restricted) Sealed Appendix in Support re: 755 Response/Objection (Sealed pursuant to order dated 2/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 10/31/2018) |
| --- | --- | --- |
| 10/31/2018 | 758 | RESPONSE filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips re: 749 MOTION to Amend/Correct (Khoury, Stephen) (Entered: 10/31/2018) |
| 10/31/2018 | 759 | Appendix in Support filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips re 758 Response/Objection (Khoury, Stephen) (Entered: 10/31/2018) |
| 11/05/2018 | 760 | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 746 Objection/Response to Magistrate Judge Order, (Mychalowych, Andrew) (Entered: 11/05/2018) |
| 11/13/2018 | 761 | Emergency MOTION for Leave to File Reply Brief in Excess of Page Limitation Set Forth in Local Rule 7.2(c) and Request for Expedited Review and Ruling filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 11/13/2018) |
| 11/13/2018 | 762 | Emergency MOTION for Leave to File Reply Brief in Excess of Page Limitations Set Forth in Local Rule 7.2 and Request for Expedited Review and Ruling filed by Gene E Phillips (Wells, Kayla) (Entered: 11/13/2018) |
| 11/13/2018 | 763 | ELECTRONIC ORDER granting 761 Emergency MOTION for Leave to File Reply Brief in Excess of Page Limitation Set Forth in Local Rule 7.2(c) and Request for Expedited Review and Ruling filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper. The motion is granted. (Ordered by Senior Judge Sidney A Fitzwater on 11/13/2018) (Senior Judge Sidney A Fitzwater) (Entered: 11/13/2018) |
| 11/13/2018 | 764 | ELECTRONIC ORDER granting 762 Emergency MOTION for Leave to File Reply Brief in Excess of Page Limitations Set Forth in Local Rule 7.2 and Request for Expedited Review and Ruling filed by Gene E Phillips. The motion is granted. (Ordered by Senior Judge Sidney A Fitzwater on 11/13/2018) (Senior Judge Sidney A Fitzwater) (Entered: 11/13/2018) |
| 11/13/2018 | 765 | MOTION for Leave to File Motion for Ruling By the Court On Defendants' Previously Filed Motion to Strike Unauthorized Pleadings and Prayer in Plaintiffs' Fourth Amended Complaint filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips (Khoury, Stephen) (Entered: 11/13/2018) |
| 11/14/2018 | 766 | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 749 MOTION to Amend/Correct (Mychalowych, Andrew) (Entered: 11/14/2018) |
| 11/14/2018 | 767 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 766 Reply (Mychalowych, Andrew) (Entered: 11/14/2018) |
| 11/14/2018 | 768 | (Document Restricted) Sealed Appendix in Support re: 766 Reply (Sealed pursuant to order dated 2/26/2026) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 11/14/2018) |
| 11/14/2018 | 769 | REPLY filed by Gene E Phillips re: 750 MOTION for Reconsideration re 725 Memorandum Opinion and Order. (Wells, Kayla) (Entered: 11/14/2018) |
| 11/16/2018 | 770 | MEMORANDUM OPINION AND ORDER denying without prejudice 737 Motion to Amend the Scheduling Order and Extend Expert Discovery filed by American Realty |

| | | |
|---|---|---|
| | | Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips; overruling as moot 746 OBJECTION to a Magistrate Judge Order 741 re: Motion for Protective Order filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper; granting in part, denying in part 749 Plaintiffs' Motion to Clarify or Correct the Court's Statement as to the Operative Complaint in the Court's Summary Judgment Ruling 725 Pursuant to Fed. R. Civ. P 60(a) or Fed. R. Civ. P. 54(b), or in the alternative, Motion to File Fifth Amended Complaint, or in the Alternative, Motion for Entry of Default, filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper; and denying 750 Motion to Reconsider in Part the Court's Denial of His Motion for Summary Judgment in Memorandum Opinion and Order [725 ] filed by Gene E Phillips. The undersigned has taken senior status and is today requesting that this case be reassigned to a judge who is accepting the assignment of civil cases in the Dallas Division (Ordered by Senior Judge Sidney A Fitzwater on 11/16/2018) (Senior Judge Sidney A Fitzwater) (Entered: 11/16/2018) |
| 11/16/2018 | 771 | ORDER denying without prejudice 765 MOTION for Leave to File Motion for Ruling By the Court On Defendants' Previously Filed Motion to Strike Unauthorized Pleadings and Prayer in Plaintiffs' Fourth Amended Complaint filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips. (Ordered by Senior Judge Sidney A Fitzwater on 11/16/2018) (Senior Judge Sidney A Fitzwater) (Entered: 11/16/2018) |
| 11/16/2018 | | Case Reassigned to Senior Judge Sam R Cummings. Senior Judge Sidney A Fitzwater no longer assigned to the case. See # 770 (svc) (Entered: 11/16/2018) |
| 11/16/2018 | 772 | Court Request for Reassignment: Judge Sidney A Fitzwater no longer assigned to case. Pursuant to instruction in Special Order 3, the Clerk has reassigned the case to Judge Sam R Cummings for all further proceedings. Future filings should indicate the case number as: 3:14-CV-2970-C. (axm) (Entered: 11/16/2018) |
| 12/07/2018 | 773 | AMENDED COMPLAINT WITH JURY DEMAND *Fifth Amended* against American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips filed by Atlantic XIII LLC, David M Clapper, Atlantic Midwest LLC. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here:  Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Mychalowych, Andrew) (Entered: 12/07/2018) |
| 12/10/2018 | 774 | MOTION for Leave to File Emergency Motion to Amend Scheduling Order, to Extend Expert Discovery, and Motion for Continuance filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips with Brief/Memorandum in Support. (Khoury, Stephen) (Entered: 12/10/2018) |
| 12/10/2018 | 775 | Appendix in Support filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips re 774 MOTION for Leave to File Emergency Motion to Amend Scheduling Order, to Extend Expert Discovery, and Motion for Continuance (Attachments: # 1 Additional Page(s)) (Khoury, Stephen) (Entered: 12/10/2018) |
| 12/11/2018 | 776 | ORDER: The undersigned hereby RECUSES himself from hearing the above-styled and numbered civil action. The Clerk of the Court is directed to reassign this civil action to a judge who is currently accepting the assignment of Dallas Division civil cases. Case reassigned to Judge Karen Gren Scholer for all further proceedings. Senior Judge Sam R Cummings no longer assigned to case. (Ordered by Senior Judge Sam R Cummings on |

| | | |
|---|---|---|
| | | 12/11/2018) (ykp) (Entered: 12/11/2018) |
| 12/12/2018 | 777 | Court Request for Recusal: Judge Karen Gren Scholer recused. Pursuant to instruction in Special Order 3-249, the Clerk has reassigned the case to Judge Sam A Lindsay for all further proceedings. Future filings should indicate the case number as: 3:14-cv-2970-L. (ctf) (ctf). (Entered: 12/12/2018) |
| 12/13/2018 | 778 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 774 MOTION for Leave to File Emergency Motion to Amend Scheduling Order, to Extend Expert Discovery, and Motion for Continuance (Mychalowych, Andrew) (Entered: 12/13/2018) |
| 12/13/2018 | 779 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 778 Response/Objection (Mychalowych, Andrew) (Entered: 12/13/2018) |
| 12/13/2018 | 780 | (Document Restricted) Sealed Appendix in Support re: 778 Response/Objection (Sealed pursuant to order dated 2/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 12/13/2018) |
| 12/17/2018 | 781 | Emergency MOTION for Extension of Time to File Responses to Fifth Amended Complaint filed by Gene E Phillips with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Wells, Kayla) (Entered: 12/17/2018) |
| 12/17/2018 | 782 | MOTION for Extension of Time to File Response/Reply to 773 Amended Complaint,, filed by Gene E Phillips with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Wells, Kayla) (Entered: 12/17/2018) |
| 12/18/2018 | 783 | Emergency MOTION to Expedite *Response to Emergency Motion for Extension of Time to File Responses to Fifth Amended Complaint* filed by Gene E Phillips with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Wells, Kayla) (Entered: 12/18/2018) |
| 12/20/2018 | 784 | ORDER granting 782 Motion for Extension of Time to File Response to 773 Fifth Amended Complaint; denying as moot 781 Motion for Extension of Time to File Responses to Fifth Amended Complaint; denying as moot 783 Emergency Motion for Contraction of Time to File Response to Motion. American Realty Investors Inc answer due 1/11/2019; American Realty Trust, Inc answer due 1/11/2019; EQK Holdings Inc answer due 1/11/2019; Gene E Phillips answer due 1/11/2019. This case is over four years old, and the court will not allow further amendment of pleadings. (Ordered by Judge Sam A Lindsay on 12/20/2018) (zkc) (Entered: 12/20/2018) |
| 01/11/2019 | 785 | MOTION to Strike 773 Amended Complaint filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips with Brief/Memorandum in Support. (Khoury, Stephen) (Entered: 01/11/2019) |
| 01/11/2019 | 786 | Appendix in Support filed by American Realty Investors Inc, American Realty Trust, Inc, EQK Holdings Inc, Gene E Phillips re 785 MOTION to Strike 773 Amended Complaint,, (Khoury, Stephen) (Entered: 01/11/2019) |
| 01/11/2019 | 787 | Motion to Dismiss for Failure to State a Claim filed by Gene E Phillips with Brief/Memorandum in Support. (Wells, Kayla) (Entered: 01/11/2019) |
| 01/11/2019 | 788 | Motion to Dismiss for Failure to State a Claim filed by American Realty Investors Inc with Brief/Memorandum in Support. (Wells, Kayla) (Entered: 01/11/2019) |
| 01/11/2019 | 789 | Appendix in Support filed by American Realty Investors Inc re 788 Motion to Dismiss for Failure to State a Claim (Wells, Kayla) (Entered: 01/11/2019) |

| 01/11/2019 | 790 | Motion to Dismiss for Failure to State a Claim filed by EQK Holdings Inc with Brief/Memorandum in Support. (Wells, Kayla) (Entered: 01/11/2019) |
| 01/11/2019 | 791 | Appendix in Support filed by EQK Holdings Inc re 790 Motion to Dismiss for Failure to State a Claim (Wells, Kayla) (Entered: 01/11/2019) |
| 01/11/2019 | 792 | Motion to Dismiss for Failure to State a Claim filed by American Realty Trust, Inc with Brief/Memorandum in Support. (Gilmore, Jamie) (Entered: 01/11/2019) |
| 01/11/2019 | 793 | Appendix in Support filed by American Realty Trust, Inc re 792 Motion to Dismiss for Failure to State a Claim (Gilmore, Jamie) (Entered: 01/11/2019) |
| 01/14/2019 | 794 | Amended MOTION to Dismiss *Fifth Amended Complaint* filed by EQK Holdings Inc with Brief/Memorandum in Support. (Wells, Kayla) Modified text and linkage on 1/17/2019 (axm). (Entered: 01/14/2019) |
| 01/16/2019 | 795 | ORDER: The court sua sponte vacates the March 2019 trial setting and trial materials and pretrial disclosures deadlines set forth in Judge Fitzwater's Trial Setting Order (Doc. 726 ) and denies as moot Defendants' Motion for Leave to File Motion for Continuance (Doc. 774 ), in so far as the motion requests a continuance of the trial date. The court will reset, as necessary, the vacated trial, pretrial conference, and pretrial material deadlines by a separate order once it has addressed all pending motions. As to the motion's request for the court to amend the scheduling order and extend expert discovery, that issue will be taken up in a separate opinion in the due course of business; and the parties are not to assume that the court will extend the requested deadlines. (Ordered by Judge Sam A Lindsay on 1/16/2019) (ykp) (Entered: 01/16/2019) |
| 01/22/2019 | 796 | Emergency MOTION to Extend Time To File Responses to Defendants' Motions to Dismiss (DE 787, 788, 790, 792, & 794) and Defendants' Joint Motion to Strike (DE 785) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Attachments: # 1 Proposed Order) (Mychalowych, Andrew) (Entered: 01/22/2019) |
| 01/23/2019 | 797 | MEMORANDUM OPINION AND ORDER denying Defendants' Motion for Leave to File Motion to Amend Scheduling Order and to Extend Expert Discovery (Doc. 774 ). (Ordered by Judge Sam A Lindsay on 1/23/2019) (zkc) (Entered: 01/23/2019) |
| 01/25/2019 | 798 | ELECTRONIC ORDER granting 796 Motion to Extend Time. Accordingly, the deadline for Plaintiffs' to file a response to Defendants' Motion to Dismiss and Joint Motion to Strike is 2/13/2019. (Ordered by Judge Sam A Lindsay on 1/25/2019) (chmb) (Entered: 01/25/2019) |
| 02/05/2019 | 799 | Emergency MOTION to Extend Time filed by Gene E Phillips with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Norman, Brian) (Entered: 02/05/2019) |
| 02/06/2019 | 800 | ORDER granting 799 Emergency Agreed Motion for Extension of Time to File Reply Briefs in Connection With Defendants' Motions to Dismiss. The deadline for Plaintiffs to file their responsive briefs to all of Defendants' motions is February 13, 2019; and the deadline for Defendants to file reply briefs in connection with Defendants' Motion to Dismiss and Joint Motion to Strike is March 11, 2019. (Ordered by Judge Sam A Lindsay on 2/6/2019) (svc) (Entered: 02/07/2019) |
| 02/12/2019 | 801 | MOTION for Leave to File Defendants' Motion to Dismiss Supplemental Claims Under 28 U.S.C. Section 1367(c) and Memorandum in Support filed by Gene E Phillips. (Norman, Brian) (Entered: 02/12/2019) |
| 02/13/2019 | 802 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: |

| | | |
|---|---|---|
| | | 788 Motion to Dismiss for Failure to State a Claim (Mychalowych, Andrew) (Entered: 02/13/2019) |
| 02/13/2019 | 803 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 802 Response/Objection (Mychalowych, Andrew) (Entered: 02/13/2019) |
| 02/13/2019 | 804 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 792 Motion to Dismiss for Failure to State a Claim (Mychalowych, Andrew) (Entered: 02/13/2019) |
| 02/13/2019 | 805 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 790 Motion to Dismiss for Failure to State a Claim, 794 Amended MOTION to Dismiss *Fifth Amended Complaint* (Mychalowych, Andrew) (Entered: 02/13/2019) |
| 02/13/2019 | 806 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 805 Response/Objection (Mychalowych, Andrew) (Entered: 02/13/2019) |
| 02/13/2019 | 807 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 787 Motion to Dismiss for Failure to State a Claim (Mychalowych, Andrew) (Entered: 02/13/2019) |
| 02/13/2019 | 808 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 807 Response/Objection (Mychalowych, Andrew) (Entered: 02/13/2019) |
| 02/13/2019 | 809 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 785 MOTION to Strike 773 Amended Complaint,, (Mychalowych, Andrew) (Entered: 02/13/2019) |
| 02/13/2019 | 810 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 809 Response/Objection (Mychalowych, Andrew) (Entered: 02/13/2019) |
| 02/13/2019 | 811 | (Document Restricted) Sealed Appendix in Support re: 809 Response/Objection (Sealed pursuant to order dated 2/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 02/13/2019) |
| 02/27/2019 | 812 | Emergency MOTION for Leave to File Response in Excess of Page Limitation Set Forth in Local Rule 7.2(c) and Request for Expedited Review and Ruling filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 02/27/2019) |
| 03/01/2019 | 813 | Emergency MOTION for Leave to File Reply Briefs in Excess of Page Limitations Set forth in Local Rule 7.2 filed by Gene E Phillips with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Norman, Brian) (Entered: 03/01/2019) |
| 03/01/2019 | 814 | ORDER: The court grants the 812 motion. In light of the parties' agreement regarding page extensions, the court also grants Defendants 813 page extension for their reply brief. Accordingly, Plaintiffs may file a responsive brief that does not exceed 35 pages, and Defendants may file a reply that does not exceed 20 pages. (Ordered by Judge Sam A Lindsay on 3/1/2019) (mla) (Entered: 03/01/2019) |
| 03/05/2019 | 815 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 801 MOTION for Leave to File Defendants' Motion to Dismiss Supplemental Claims Under 28 U.S.C. Section 1367(c) and Memorandum in Support (Mychalowych, Andrew) (Entered: 03/05/2019) |
| 03/05/2019 | 816 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 815 Response/Objection, *To Defendants' Motion For Leave To File Motion* |

| | | |
|---|---|---|
| | | *To Dismiss Supplemental Claims Under 28 U.S.C. §1367(c)* (Mychalowych, Andrew) (Entered: 03/05/2019) |
| 03/05/2019 | 817 | (Document Restricted) Sealed Appendix in Support re: 815 Response/Objection, (Sealed pursuant to order dated 2/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 03/05/2019) |
| 03/11/2019 | 818 | REPLY filed by Gene E Phillips re: 807 Response/Objection (Norman, Brian) (Entered: 03/11/2019) |
| 03/11/2019 | 819 | REPLY filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Gene E Phillips re: 809 Response/Objection (Khoury, Stephen) (Entered: 03/11/2019) |
| 03/11/2019 | 820 | Appendix in Support filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Gene E Phillips re 819 Reply (Khoury, Stephen) (Entered: 03/11/2019) |
| 03/11/2019 | 821 | REPLY filed by American Realty Trust Inc re: 792 Motion to Dismiss for Failure to State a Claim (Gilmore, Jamie) (Entered: 03/11/2019) |
| 03/11/2019 | 822 | REPLY filed by American Realty Investors Inc re: 802 Response/Objection (Khoury, Stephen) (Entered: 03/11/2019) |
| 03/11/2019 | 823 | Appendix in Support filed by American Realty Investors Inc re 822 Reply (Khoury, Stephen) (Entered: 03/11/2019) |
| 03/11/2019 | 824 | REPLY filed by EQK Holdings Inc re: 805 Response/Objection (Khoury, Stephen) (Entered: 03/11/2019) |
| 03/11/2019 | 825 | Appendix in Support filed by EQK Holdings Inc re 824 Reply (Khoury, Stephen) (Entered: 03/11/2019) |
| 03/20/2019 | 826 | MOTION for Extension of Time to File Response/Reply to 815 Response/Objection, filed by Gene E Phillips with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Norman, Brian) (Entered: 03/20/2019) |
| 03/20/2019 | 827 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 826 MOTION for Extension of Time to File Response/Reply to 815 Response/Objection, (Mychalowych, Andrew) (Entered: 03/20/2019) |
| 03/20/2019 | 828 | REPLY filed by Gene E Phillips re: 801 MOTION for Leave to File Defendants' Motion to Dismiss Supplemental Claims Under 28 U.S.C. Section 1367(c) and Memorandum in Support (Norman, Brian) (Entered: 03/20/2019) |
| 03/21/2019 | 829 | ORDER re: 826 Defendants' Emergency Motion for Extension of Time to File Reply to Plaintiffs' Response to Defendants' Motion for Leave to File Motion to Dismiss Supplemental Claims Under 28 U.S.C. § 1367(c). The court grants the motion this time, and the reply (Doc. 828 ), filed 3/20/2019, is deemed timely. (Ordered by Judge Sam A Lindsay on 3/21/2019) (axm) (Entered: 03/21/2019) |
| 03/25/2019 | 830 | Unopposed MOTION for Leave to File Unopposed Motion to Withdraw Jamie J. Gilmore as Counsel of Record for Defendant American Realty Trust, Inc. filed by American Realty Trust Inc with Brief/Memorandum in Support. (Attachments: # 1 Exhibit(s) Motion to Withdraw, # 2 Proposed Order) (Gilmore, Jamie) (Entered: 03/25/2019) |

| | | |
|---|---|---|
| 03/26/2019 | 831 | ELECTRONIC ORDER granting 830 Motion for Leave to File. Accordingly, the court directs the clerk of court to file the Unopposed Motion to Withdraw Jamie J. Gilmore as Counsel of Record for Defendant American Realty Trust, Inc. (Doc. 830-1). (Ordered by Judge Sam A Lindsay on 3/26/2019) (chmb) (Entered: 03/26/2019) |
| 03/26/2019 | 832 | MOTION to Withdraw as Attorney filed by American Realty Trust Inc. (axm) (Entered: 03/26/2019) |
| 03/26/2019 | 833 | ELECTRONIC ORDER granting 832 Motion to Withdraw as Attorney. Accordingly, the court allows Attorney Jamie Jean Gilmore to be withdrawn as counsel for Defendant American Realty Trust, Inc., and she is relieved of any further obligation to or representation of Defendant American Realty Trust, Inc. in this case. (Ordered by Judge Sam A Lindsay on 3/26/2019) (chmb) (Entered: 03/26/2019) |
| 04/10/2019 | 834 | NOTICE of *Plaintiffs' Objections to Defendants' Supplemental Disclosures Pursuant to Rule 26(e) dated April, 4 2019* filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 04/10/2019) |
| 04/10/2019 | 835 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 834 Notice (Other) (Mychalowych, Andrew) (Entered: 04/10/2019) |
| 05/01/2019 | 836 | MOTION for Leave to File Motion to Strike, or alternatively, Motion in Limine filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper with Brief/Memorandum in Support. (Mychalowych, Andrew) (Entered: 05/01/2019) |
| 05/14/2019 | 837 | MOTION for Leave to File Rule 11 Motions filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 05/14/2019) |
| 05/14/2019 | 838 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 837 MOTION for Leave to File Rule 11 Motions (Mychalowych, Andrew) (Entered: 05/14/2019) |
| 05/22/2019 | 839 | RESPONSE filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Gene E Phillips re: 836 MOTION for Leave to File Motion to Strike, or alternatively, Motion in Limine (Norman, Brian) (Entered: 05/22/2019) |
| 05/22/2019 | 840 | Appendix in Support filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Gene E Phillips re 839 Response/Objection *to Motion for Leave to File Motion to Strike of, Alternatively, Motion in Limine* (Norman, Brian) (Entered: 05/22/2019) |
| 06/04/2019 | 841 | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 836 MOTION for Leave to File Motion to Strike, or alternatively, Motion in Limine (Mychalowych, Andrew) (Entered: 06/04/2019) |
| 06/04/2019 | 842 | RESPONSE filed by Gene E Phillips re: 837 MOTION for Leave to File Rule 11 Motions (Norman, Brian) (Entered: 06/04/2019) |
| 06/04/2019 | 843 | RESPONSE filed by American Realty Trust Inc re: 837 MOTION for Leave to File Rule 11 Motions (Kendall, Joe) (Entered: 06/04/2019) |
| 06/04/2019 | 844 | RESPONSE filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Gene E Phillips re: 837 MOTION for Leave to File Rule 11 Motions (Khoury, Stephen) (Entered: 06/04/2019) |
| 06/04/2019 | 845 | RESPONSE filed by American Realty Investors Inc re: 837 MOTION for Leave to File Rule 11 Motions (Khoury, Stephen) (Entered: 06/04/2019) |

| 06/04/2019 | 846 | RESPONSE filed by EQK Holdings Inc re: 837 MOTION for Leave to File Rule 11 Motions (Khoury, Stephen) (Entered: 06/04/2019) |
|---|---|---|
| 06/18/2019 | 847 | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 837 MOTION for Leave to File Rule 11 Motions (Mychalowych, Andrew) (Entered: 06/18/2019) |
| 08/28/2019 | 848 | NOTICE of *Suggestion of Death Upon the Record* filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 08/28/2019) |
| 09/10/2019 | 849 | MOTION for Leave to File Motion for Substitution filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 09/10/2019) |
| 09/10/2019 | 850 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 849 MOTION for Leave to File Motion for Substitution (Mychalowych, Andrew) (Entered: 09/10/2019) |
| 10/10/2019 | 851 | ORDER granting 801 MOTION for Leave to File Defendants' Motion to Dismiss Supplemental Claims Under 28 U.S.C. Section 1367(c) and Memorandum in Support filed by Gene E Phillips. The court directs Defendants to docket their Motion to Dismiss Supplemental Claims Under 28 U.S.C. § 1367(c) and Memorandum in Support, currently included as part of their Motion for Leave, on or before Friday, 10/11/2019. Responses due by 10/18/2019. Replies due by 10/23/2019. (Ordered by Judge Sam A. Lindsay on 10/10/2019) (aaa) (Entered: 10/10/2019) |
| 10/11/2019 | 852 | MOTION to Dismiss for Lack of Jurisdiction *under 28 U.S.C 1367(c)* filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Gene E Phillips with Brief/Memorandum in Support. (Khoury, Stephen) (Entered: 10/11/2019) |
| 10/18/2019 | 853 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 852 MOTION to Dismiss for Lack of Jurisdiction *under 28 U.S.C 1367(c)* (Mychalowych, Andrew) (Entered: 10/18/2019) |
| 10/18/2019 | 854 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 853 Response/Objection (Mychalowych, Andrew) (Entered: 10/18/2019) |
| 10/18/2019 | 855 | (Document Restricted) Sealed Appendix in Support re: 853 Response/Objection (Sealed pursuant to order dated 2/26/2016) filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 10/18/2019) |
| 10/23/2019 | 856 | REPLY filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc re: 852 MOTION to Dismiss for Lack of Jurisdiction *under 28 U.S.C 1367(c)* (Khoury, Stephen) (Entered: 10/23/2019) |
| 10/29/2019 | 857 | MOTION for Leave to File Sur-Reply to Defendants' Reply in Support of Their Motion to Dismiss Supplemental Claims filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper with Brief/Memorandum in Support. (Mychalowych, Andrew) (Entered: 10/29/2019) |
| 10/31/2019 | 858 | MEMORANDUM OPINION AND ORDER denying 852 MOTION to Dismiss for Lack of Jurisdiction *under 28 U.S.C 1367(c). (Ordered by Judge Sam A. Lindsay on 10/31/2019) (aaa) (Entered: 11/01/2019)* |
| 11/01/2019 | 859 | ELECTRONIC ORDER finding as moot 857 Plaintiffs' Motion for Leave to File Surreply in light of 858 (Memorandum Opinion and Order). (Ordered by Judge Sam A. Lindsay on 11/1/2019) (chmb) (Entered: 11/01/2019) |

| 11/01/2019 | 860 | ELECTRONIC ORDER finding as moot 790 Motion to Dismiss for Failure to State a Claim in light of 794 Amended Motion to Dismiss for Failure to State a Claim. (Ordered by Judge Sam A. Lindsay on 11/1/2019) (chmb) (Entered: 11/01/2019) |
|---|---|---|
| 11/01/2019 | 861 | ORDER: Before the court is Plaintiffs' Motion for Leave to File Motion for Substitution of Party Pursuant to Fed. R. Civ. P. 25(a)(1) (Doc. 849 ), filed September 10, 2019. The court grants Plaintiffs' Motion for Leave to File Motion for Substitution of Party Pursuant to Fed. R. Civ. P. 25(a)(1) (Doc. 849 ). Plaintiffs' Motion for Substitution of Party Pursuant to Fed. R. Civ. P. 25(a)(1) must be filed by November 8, 2019, contain a Certificate of Conference, and be served on all parties and nonparties in accordance with Rule 25(a)(3). (Ordered by Judge Sam A. Lindsay on 11/1/2019) (aaa) (Entered: 11/01/2019) |
| 11/07/2019 | 862 | Memorandum Opinion and Order the court grants in part Joint Motion to Strike All or Portions of Plaintiffs' Fifth Amended Complaint Pursuant to Rules 15(a)(2) and 41(b) of the Federal Rules of Civil Procedure (Doc. 785 ), and strikes the allegations in paragraph 38 and the Final Prayer on Page 30 of the Fifth Amended Complaint (Doc. 773 ) that were not included as allegations in the Third Amended Complaint (Doc. 373 ); grants summary judgment in favor of ARI and EQK on Plaintiffs' unjust enrichment claims, a matter raised sua sponte by Judge Fitzwater in Clapper VIII; denies Defendant Gene E. Phillips' Motion to Dismiss Plaintiffs' Complaint (Doc. 787 ); denies Defendant American Realty Investors, Inc.'s Motion to Dismiss Fifth Amended Complaint (Doc. 788 ); denies Defendant American Realty Trust, Inc.'s Motion to Dismiss Fifth Amended Complaint (Doc. 792 ); denies Defendant EQK Holdings, Inc's Amended Motion to Dismiss Fifth Amended Complaint (Doc. 794 ); grants Plaintiffs' Motion for Leave to File Motion to Strike or, Alternatively, Motion in Limine (Doc. 836 ), and directs the clerk of court to docket Plaintiffs' Motion to Strike or, Alternatively, Motion in Limine, currently on the docket as Exhibit 1 to Plaintiffs' Motion for Leave; and denies Plaintiffs' Motion for Leave to File Rule 11 Motions (Doc. 837 ). (Ordered by Judge Sam A. Lindsay on 11/7/2019) (ndt) (Entered: 11/08/2019) |
| 11/07/2019 | 863 | MOTION to Strike or alternatively, Motion in Limine and Brief in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper. with Brief/Memorandum in Support. (ndt) (Entered: 11/08/2019) |
| 11/08/2019 | 864 | NOTICE of *Vacation Request* filed by American Realty Investors Inc, EQK Holdings Inc (Khoury, Stephen) (Entered: 11/08/2019) |
| 11/08/2019 | 865 | MOTION to Substitute Party filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 11/08/2019) |
| 11/08/2019 | 866 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 865 MOTION to Substitute Party (Mychalowych, Andrew) (Entered: 11/08/2019) |
| 11/08/2019 | 867 | ORDER: The court concludes that expedited briefing is warranted. The deadline for Defendants response to 863 Motion to Strike or, Alternatively, Motion in Limine is due by 11/15/2019. Replies due by 11/20/2019. (svc) (Ordered by Judge Sam A. Lindsay on 11/8/2019) (svc) (Entered: 11/12/2019) |
| 11/12/2019 | 868 | ORDER: Before the court is Plaintiffs' Motion for Substitution of Party Pursuant to Fed. R. Civ. P. 25(a)(1), filed November 8, 2019 (Doc. 865 ). Counsel for Plaintiffs states in the Certificate of Conference: "I hereby certify that on November 5, 2019, I sought concurrence in this Motion from Defendants' counsel regarding the relief requested. Defendants' counsel did not respond to the request for concurrence." This Certificate of |

| | | |
|---|---|---|
| | | Conference is insufficient under Local Rule 7.1(a)(2) and of no assistance to the court. Accordingly, the court directs Plaintiffs counsel to file an amended Certificate of Conference no later than Wednesday, November 13, 2019. In the event Defendants' counsel does not respond to Plaintiffs' counsel's renewed attempts to confer, Plaintiffs' counsel is directed to inform the court and to detail his or her attempts to confer. Finally, this appears to be yet another instance in which the parties' legal differences are interfering with normal civility among attorneys. (Ordered by Judge Sam A. Lindsay on 11/12/2019) (ndt) (Entered: 11/12/2019) |
| 11/13/2019 | 869 | AMENDED CERTIFICATE of Conference re 865 MOTION to Substitute Party by Andrew W Mychalowych on behalf of Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper. (Mychalowych, Andrew) Enhanced text on 11/13/2019 (dsr). (Entered: 11/13/2019) |
| 11/15/2019 | 870 | RESPONSE filed by American Realty Investors Inc re: 863 MOTION to Strike (Khoury, Stephen) (Entered: 11/15/2019) |
| 11/18/2019 | 871 | ORDER: To expedite matters, the court directs Plaintiffs to notify it in writing of the Probate Court's decision and provide it with a copy of any order issued by the Probate Court appointing an executor, personal representative, or administrator for the Estate of Gene Phillips. Until such time, the court holds in abeyance Plaintiffs' 865 Motion for Substitution of Party Pursuant to FRCvP 25(a)(1). (Ordered by Judge Sam A. Lindsay on 11/18/2019) (twd) (Entered: 11/18/2019) |
| 11/20/2019 | 872 | NOTICE of *Supplemental Fact* filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 11/20/2019) |
| 11/20/2019 | 873 | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 863 MOTION to Strike (Mychalowych, Andrew) (Entered: 11/20/2019) |
| 11/21/2019 | 874 | Memorandum Opinion and Order: 865 Motion to Substitute Party filed by Atlantic XIII LLC, David M Clapper, Atlantic Midwest LLC is granted. Bradford Phillips is hereby substituted in place of decedent Gene Phillips in this action. (Ordered by Judge Sam A. Lindsay on 11/21/2019) (svc) (Entered: 11/21/2019) |
| 11/22/2019 | 875 | ANSWER to 773 Amended Complaint, with Jury Demand filed by American Realty Trust Inc. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Kendall, Joe) (Entered: 11/22/2019) |
| 11/22/2019 | 876 | ANSWER to 773 Amended Complaint,, filed by American Realty Investors Inc, EQK Holdings Inc. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Khoury, Stephen) (Entered: 11/22/2019) |
| 11/27/2019 | 877 | NOTICE of *Certificate of Service* filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 11/27/2019) |
| 12/02/2019 | 878 | Memorandum Opinion and Order: 863 Motion to Strike filed by Atlantic XIII LLC, David M Clapper, Atlantic Midwest LLC is Granted in Part and Denied in Part. (Ordered by Judge Sam A. Lindsay on 12/2/2019) (svc) (Entered: 12/02/2019) |

| | | |
|---|---|---|
| 12/06/2019 | <u>879</u> | NOTICE of Attorney Appearance by Brian Keith Norman for C. Gregory Shamoun, Brian K. Norman and J. Blair Norris on behalf of Bradford Phillips.. Party Bradford Phillips added. (Norman, Brian) (Entered: 12/06/2019) |
| 12/09/2019 | <u>880</u> | Unopposed MOTION for Leave to File Motion to Permit Withdrawal and Substitution of Counsel filed by American Realty Trust Inc (Attachments: # <u>1</u> Exhibit(s) A - Motion to Permit Withdrawal and Substitution of Counsel, # <u>2</u> Proposed Order)Attorney Don Swaim added to party American Realty Trust Inc(pty:dft) (Swaim, Don) (Entered: 12/09/2019) |
| 12/09/2019 | <u>881</u> | MOTION for Leave to File 12(c) Motion for Judgment on the Pleadings filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Gene E Phillips (Attachments: # <u>1</u> 12(c) Motion for Judgment)Attorney Stephen A Khoury added to party Gene E Phillips(pty:dft) (Khoury, Stephen) (Entered: 12/09/2019) |
| 12/10/2019 | 882 | ELECTRONIC ORDER granting <u>880</u> Motion for Leave to File. (Unless the document has already been filed, clerk to enter the document as of the date of this order.) (Ordered by Judge Sam A. Lindsay on 12/10/2019) (chmb) (Entered: 12/10/2019) |
| 12/10/2019 | <u>883</u> | ORDER denying <u>881</u> Motion for Leave to File. (Ordered by Judge Sam A. Lindsay on 12/10/2019) (svc) (Entered: 12/10/2019) |
| 12/10/2019 | <u>884</u> | DEFENDANT AMERICAN REALTY TRUST, INC.'S MOTION TO PERMIT WITHDRAWAL AND SUBSTITUTON OF COUNSEL. (ndt) (Entered: 12/11/2019) |
| 12/12/2019 | <u>885</u> | ORDER granting <u>884</u> Motion to Permit Withdrawal and Substitution of Counsel. Attorney Joe Kendall terminated (Ordered by Judge Sam A. Lindsay on 12/12/2019) (svc) (Entered: 12/12/2019) |
| 12/16/2019 | <u>886</u> | ANSWER to <u>773</u> Amended Complaint, filed by Bradford Phillips. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here:  Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Norman, Brian) (Entered: 12/16/2019) |
| 01/07/2020 | <u>887</u> | ORDER: It appears that this case is ready for a trial. The court directs the parties to provide in writing by January 10, 2020, an estimate of the time (number of days) needed to try this case and three available dates in three separate months for a trial setting, starting no early than September 2020. (Ordered by Judge Sam A. Lindsay on 1/7/2020) (ndt) (Entered: 01/07/2020) |
| 01/10/2020 | <u>888</u> | Submission Regarding Available Trial Dates and Estimated Trial Length re: <u>887</u> Order filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) Modified text on 1/13/2020 (rekc). (Entered: 01/10/2020) |
| 01/10/2020 | <u>889</u> | STATUS REPORT *Regarding Trial Date in Response to Court Order DE 887* filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips. (Khoury, Stephen) (Entered: 01/10/2020) |
| 01/13/2020 | <u>890</u> | Supplemental Document by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper as to <u>888</u> Notice (Other) . (Mychalowych, Andrew) (Entered: 01/13/2020) |
| 01/13/2020 | <u>891</u> | RESPONSE filed by American Realty Investors Inc re: <u>890</u> Supplemental Document (Khoury, Stephen) (Entered: 01/13/2020) |
| 05/28/2020 | <u>892</u> | |

| | | |
|---|---|---|
| | | ORDER: The court directs the parties to provide in writing a joint submission by June 11, 2020, showing four agreed dates in four separate months for a trial setting, starting no earlier than February 2021. (Ordered by Judge Sam A. Lindsay on 5/28/2020) (svc) (Entered: 05/28/2020) |
| 06/11/2020 | 893 | NOTICE of *Parties' Joint Submission Regarding Available Trial Dates* re: 892 Order, filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 06/11/2020) |
| 06/12/2020 | 894 | TRIAL SCHEDULING ORDER: This case is set for trial on this courts four-week docket beginning 5/3/2021 before Judge Sam A. Lindsay. Pretrial Order due by 8/5/2021. Pretrial Materials due by 8/5/2021. Pretrial Conference set for 4/29/2021 01:30 PM before Judge Sam A. Lindsay. (Ordered by Judge Sam A. Lindsay on 6/12/2020) (svc) (Entered: 06/12/2020) |
| 08/25/2020 | 895 | NOTICE of Attorney Appearance by E Leon Carter on behalf of American Realty Investors Inc, EQK Holdings Inc. (Filer confirms contact info in ECF is current.) (Carter, E) (Entered: 08/25/2020) |
| 08/25/2020 | 896 | NOTICE of Attorney Appearance by Courtney Barksdale Perez on behalf of American Realty Investors Inc, EQK Holdings Inc. (Filer confirms contact info in ECF is current.) (Perez, Courtney) (Entered: 08/25/2020) |
| 11/03/2020 | 897 | Court Request for Recusal: Judge Sam A Lindsay recused. Pursuant to instruction in Special Order 3-249, the Clerk has reassigned the case to Senior Judge A. Joe Fish for all further proceedings. Future filings should indicate the case number as: 3:14-cv-2970-G. (ctf) (Entered: 11/03/2020) |
| 11/04/2020 | 898 | Court Request for Recusal: Senior Judge A. Joe Fish recused. Pursuant to instruction in Special Order 3-249, the Clerk has reassigned the case to Judge Brantley Starr for all further proceedings. Future filings should indicate the case number as: 3:14-cv-2970-X. (axm) (Entered: 11/04/2020) |
| 11/05/2020 | 899 | ELECTRONIC Notice of Hearing (In-Person): Status Conference set for 11/17/2020 at 1:00 PM in US Courthouse, Courtroom 1525, 1100 Commerce St., Dallas, TX 75242-1310 before Judge Brantley Starr. The Court further ORDERS that this case be ADMINISTRATIVELY CLOSED until this hearing. (chmb) (Entered: 11/05/2020) |
| 11/17/2020 | 900 | ELECTRONIC Minute Entry for proceedings held before Judge Brantley Starr: Status Conference held on 11/17/2020. Attorney Appearances: Plaintiff - Andrew Mychalowych, Alison Ashmore; Defense - Stephen Khoury, Ryan Seay, Brian Norman, Blair Norris, Don Swaim. (Court Reporter: Kelli Ann Willis) (No exhibits) Time in Court - 1:07. (chmb) (Entered: 11/17/2020) |
| 11/30/2020 | 901 | ORDER: The Court reviewed the rulings in question and agrees with the opinions and judgments of the prior judges. Accordingly, the Court will not entertain motions to reconsider prior rulings in this case. The Court will not move the 5/3/2021 trial date. By separate order, the Court will set forth its pretrial procedures. (Ordered by Judge Brantley Starr on 11/30/2020) (axm) (Entered: 11/30/2020) |
| 12/01/2020 | 902 | AMENDED SCHEDULING ORDER: The jury trial is scheduled on this Court's two-week docket beginning 5/3/2021 10:00 AM before Judge Brantley Starr. Pretrial Conference set for 4/19/2021 10:00 AM before Judge Brantley Starr. Pretrial Order due by 4/8/2021. Pretrial Materials due by 4/8/2021. (Ordered by Judge Brantley Starr on 12/1/2020) (ykp) (Entered: 12/01/2020) |

| 12/08/2020 | 903 | Notice of Filing of Official Electronic Transcript of Status Conference Proceedings held on 11-17-20 before Judge Brantley Starr. Court Reporter/Transcriber Kelli Ann Willis, Telephone number 214-753-2654. Parties are notified of their <u>duty to review</u> the transcript. A copy may be purchased from the court reporter or viewed at the clerk's office. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a <u>Redaction Request - Transcript</u> within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (51 pages) Redaction Request due 12/29/2020. Redacted Transcript Deadline set for 1/8/2021. Release of Transcript Restriction set for 3/8/2021. (kaw) (Entered: 12/08/2020) |
| --- | --- | --- |
| 02/05/2021 | 904 | ELECTRONIC Notice of Hearing: Status Conference set for 2/25/2021 at 9:00 AM before Judge Brantley Starr via Zoom. Email with link to follow. Anyone other than the parties and counsel wishing to observe the hearing may contact Judge Starr's chambers for access to link. (chmb) (Entered: 02/05/2021) |
| 02/25/2021 | 905 | ELECTRONIC Minute Entry for proceedings held before Judge Brantley Starr: Status Conference (via zoom) held on 2/25/2021. Attorney Appearances: Plaintiff - Andrew Mychalowych, Allison Ashmore, Cora Morgan; Defense - Stephen Khoury, Don Swaim, Brian Norman. (Court Reporter: Kelli Ann Willis) (No exhibits) Time in Court - :25. (chmb) (Entered: 02/25/2021) |
| 03/05/2021 | 906 | Notice of Filing of Official Electronic Transcript of Status Conference Proceedings held on 02-25-21 before Judge Brantley Starr. Court Reporter/Transcriber Kelli Ann Willis, Telephone number 214-753-2654. Parties are notified of their <u>duty to review</u> the transcript. A copy may be purchased from the court reporter or viewed at the clerk's office. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a <u>Redaction Request - Transcript</u> within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (24 pages) Redaction Request due 3/26/2021. Redacted Transcript Deadline set for 4/5/2021. Release of Transcript Restriction set for 6/3/2021. (kaw) (Entered: 03/07/2021) |
| 03/11/2021 | 907 | NOTICE of *Parties Joint Statement Regarding Alternate Trial Locations* filed by David M Clapper (Mychalowych, Andrew) (Entered: 03/11/2021) |
| 03/23/2021 | 908 | ELECTRONIC ORDER: The Preliminary Pretrial Conference set Monday, March 29, 2021 at 10:00 a.m. is hereby cancelled. (Ordered by Judge Brantley Starr on 3/23/2021) (chmb) (Entered: 03/23/2021) |
| 03/26/2021 | 909 | NOTICE of Attorney Appearance by Alison R Ashmore on behalf of Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper. (Filer confirms contact info in ECF is current.) (Ashmore, Alison) (Entered: 03/26/2021) |
| 04/08/2021 | 910 | TRIAL BRIEF by David M Clapper. (Mychalowych, Andrew) (Entered: 04/08/2021) |
| 04/08/2021 | 911 | Exhibit List *by Defendants* by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips. (Norman, Brian) (Entered: 04/08/2021) |
| 04/08/2021 | 912 | Exhibit List by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper. (Mychalowych, Andrew) (Entered: 04/08/2021) |

| 04/08/2021 | 913 | Proposed Pretrial Order *Joint* by Bradford Phillips. (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B, # 3 Exhibit(s) C, # 4 Exhibit(s) D, # 5 Exhibit(s) E, # 6 Exhibit(s) F, # 7 Exhibit(s) G, # 8 Exhibit(s) H) (Norman, Brian) (Entered: 04/08/2021) |
|---|---|---|
| 04/09/2021 | 914 | ELECTRONIC ORDER: Per section 7 and 8 of the Court's Amended Trial Scheduling Order 902 , the Parties' objections and responses to each others proposed jury instructions and interrogatories, witness lists, and exhibit lists are due April 15, 2021. (Ordered by Judge Brantley Starr on 4/9/2021) (chmb) (Entered: 04/09/2021) |
| 04/09/2021 | 915 | CERTIFICATE OF SERVICE by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 912 Exhibit List. (Mychalowych, Andrew) (Entered: 04/09/2021) |
| 04/12/2021 | 916 | OBJECTION *to Proposed Jury Charge* filed by Bradford Phillips re: 913 Proposed Pretrial Order. (Norman, Brian) Modified event text on 4/13/2021 (axm). (Entered: 04/12/2021) |
| 04/12/2021 | 917 | OBJECTION filed by Bradford Phillips re: 912 Exhibit List (Norman, Brian) Modified event text on 4/13/2021 (axm). (Entered: 04/12/2021) |
| 04/12/2021 | 918 | OBJECTION *to Plaintiffs' Witness List* filed by Bradford Phillips re: 913 Proposed Pretrial Order. (Norman, Brian) Modified text on 4/13/2021 (axm). (Entered: 04/12/2021) |
| 04/12/2021 | 919 | NOTICE of *Objections to Plaintiffs' Deposition Designations of Gene Phillips on 3/19/2002* filed by Bradford Phillips (Norman, Brian) (Entered: 04/12/2021) |
| 04/12/2021 | 920 | NOTICE of *Objections to Plaintiffs' Deposition Designations of Gene Phillips on 9/26/2013* filed by Bradford Phillips (Norman, Brian) (Entered: 04/12/2021) |
| 04/12/2021 | 921 | NOTICE of *Objections to Plaintiffs' Deposition Designations of Gene Phillips on 1/8/2014* filed by Bradford Phillips (Norman, Brian) (Entered: 04/12/2021) |
| 04/12/2021 | 922 | NOTICE of *Objections to Plaintiffs' Deposition Designations of Gene Phillips on 4/15/2003* filed by Bradford Phillips (Norman, Brian) (Entered: 04/12/2021) |
| 04/12/2021 | 923 | NOTICE of *Objections to Plaintiffs' Deposition Designations of Janet Heintz 10/17/2019* filed by Bradford Phillips (Norman, Brian) (Entered: 04/12/2021) |
| 04/12/2021 | 924 | NOTICE of *Objections to Plaintiffs' Deposition Designations of Mary Willett on 9/16/2004* filed by Bradford Phillips (Norman, Brian) (Entered: 04/12/2021) |
| 04/12/2021 | 925 | NOTICE of *Objections to Plaintiffs' Deposition Designations of Gene Phillips on 6/7/2017 and Defendants' Partial Counter-Designations* filed by Bradford Phillips (Norman, Brian) (Entered: 04/12/2021) |
| 04/12/2021 | 926 | NOTICE of *Objections to Plaintiffs' Deposition Designations of Gene Phillips on 8/15/2013 and Defendants' Partial Counter-Designations* filed by Bradford Phillips (Norman, Brian) (Entered: 04/12/2021) |
| 04/12/2021 | 927 | NOTICE of *Objections to Plaintiffs' Deposition Designations of Gene Phillips on 10/12/2016 and Defendants' Partial Counter-Designations* filed by Bradford Phillips (Norman, Brian) (Entered: 04/12/2021) |
| 04/12/2021 | 928 | NOTICE of *Defendants' Partial Counter-Designations to Plaintiffs' Designations of Depositions and Testimony* filed by Bradford Phillips (Norman, Brian) (Entered: 04/12/2021) |
| 04/15/2021 | 929 | |

| | | OBJECTION filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 928 Notice (Other) (Mychalowych, Andrew) (Entered: 04/15/2021) |
|---|---|---|
| 04/15/2021 | 930 | MOTION in Limine *1* filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 04/15/2021) |
| 04/15/2021 | 931 | MOTION in Limine *2* filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 04/15/2021) |
| 04/15/2021 | 932 | MOTION in Limine *3* filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Attachments: # 1 Exhibit(s)) (Mychalowych, Andrew) (Entered: 04/15/2021) |
| 04/15/2021 | 933 | MOTION in Limine *4* filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Attachments: # 1 Exhibit(s)) (Mychalowych, Andrew) (Entered: 04/15/2021) |
| 04/15/2021 | 934 | MOTION in Limine *5* filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 04/15/2021) |
| 04/15/2021 | 935 | MOTION in Limine *6* filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 04/15/2021) |
| 04/15/2021 | 936 | TRIAL PROCEDURE ORDER. (Ordered by Judge Brantley Starr on 4/15/2021) (axm) (Entered: 04/15/2021) |
| 04/15/2021 | 937 | OBJECTION filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 913 Proposed Pretrial Order, (Mychalowych, Andrew) (Entered: 04/15/2021) |
| 04/15/2021 | 938 | OBJECTION filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 913 Proposed Pretrial Order, (Mychalowych, Andrew) (Entered: 04/15/2021) |
| 04/15/2021 | 939 | OBJECTION filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 911 Exhibit List (Mychalowych, Andrew) (Entered: 04/15/2021) |
| 04/15/2021 | 940 | MOTION in Limine filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Gene E Phillips with Brief/Memorandum in Support. (Norman, Brian) (Entered: 04/15/2021) |
| 04/15/2021 | 941 | Brief/Memorandum in Support filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips re 940 MOTION in Limine *No. 1* (Attachments: # 1 Exhibit(s) A--Ruling on Motions to Dismiss and Convert, # 2 Exhibit(s) B--Order on Motion to Alter or Amend) (Norman, Brian) (Entered: 04/15/2021) |
| 04/15/2021 | 942 | Brief/Memorandum in Support filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips re 940 MOTION in Limine *No. 26* (Norman, Brian) (Entered: 04/15/2021) |
| 04/15/2021 | 943 | Brief/Memorandum in Support filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips re 940 MOTION in Limine *No. 29* (Norman, Brian) (Entered: 04/15/2021) |
| 04/15/2021 | 944 | Brief/Memorandum in Support filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips re 940 MOTION in Limine *No. 30* (Norman, Brian) (Entered: 04/15/2021) |
| 04/15/2021 | 945 | Brief/Memorandum in Support filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips re 940 MOTION in Limine *No. 31* (Norman, Brian) (Entered: 04/15/2021) |

| 04/15/2021 | 946 | Brief/Memorandum in Support filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips re 940 MOTION in Limine *No. 32* (Norman, Brian) (Entered: 04/15/2021) |
|---|---|---|
| 04/15/2021 | 947 | Brief/Memorandum in Support filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips re 940 MOTION in Limine *No. 33* (Norman, Brian) (Entered: 04/15/2021) |
| 04/15/2021 | 948 | Brief/Memorandum in Support filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips re 940 MOTION in Limine *No. 34* (Norman, Brian) (Entered: 04/15/2021) |
| 04/15/2021 | 949 | Brief/Memorandum in Support filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips re 940 MOTION in Limine *No. 35* (Norman, Brian) (Entered: 04/15/2021) |
| 04/15/2021 | 950 | Brief/Memorandum in Support filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips re 940 MOTION in Limine *No. 36* (Norman, Brian) (Entered: 04/15/2021) |
| 04/15/2021 | 951 | Brief/Memorandum in Support filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips re 940 MOTION in Limine *No. 37* (Norman, Brian) (Entered: 04/15/2021) |
| 04/15/2021 | 952 | Brief/Memorandum in Support filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips re 940 MOTION in Limine *No. 38* (Norman, Brian) (Entered: 04/15/2021) |
| 04/15/2021 | 953 | Brief/Memorandum in Support filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips re 940 MOTION in Limine *No. 39* (Norman, Brian) (Entered: 04/15/2021) |
| 04/15/2021 | 954 | Brief/Memorandum in Support filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips re 940 MOTION in Limine *No. 40* (Norman, Brian) (Entered: 04/15/2021) |
| 04/15/2021 | 955 | Brief/Memorandum in Support filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips re 940 MOTION in Limine *No. 41* (Norman, Brian) (Entered: 04/15/2021) |
| 04/15/2021 | 956 | Brief/Memorandum in Support filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips re 940 MOTION in Limine *No. 42* (Norman, Brian) (Entered: 04/15/2021) |
| 04/15/2021 | 957 | Brief/Memorandum in Support filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips re 940 MOTION in Limine *No. 43* (Norman, Brian) (Entered: 04/15/2021) |
| 04/15/2021 | 958 | RESPONSE *to Defendants' Objections to Plaintiff Deposition Designations and Defendant's Counter Designations for Gene Phillips' Depositions and Trial Testimony* filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 926 Notice (Other), 927 Notice (Other), 922 Notice (Other), 925 Notice (Other), 919 Notice (Other), 921 Notice (Other), 928 Notice (Other), 920 Notice (Other) (Mychalowych, Andrew) (Entered: 04/15/2021) |
| 04/15/2021 | 959 | Brief/Memorandum in Support filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips re 940 MOTION in Limine *No. 44* |

| | | |
|---|---|---|
| | | (Norman, Brian) (Entered: 04/15/2021) |
| 04/15/2021 | 960 | RESPONSE *to Defendants' Objections to Plaintiffs' Depositions for Mary K. Willett* filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 924 Notice (Other) (Mychalowych, Andrew) (Entered: 04/15/2021) |
| 04/15/2021 | 961 | RESPONSE *to Defendants' Objections to Plaintiffs' Deposition Designations for Janet Heintz* filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 923 Notice (Other) (Mychalowych, Andrew) (Entered: 04/15/2021) |
| 04/15/2021 | 962 | Brief/Memorandum in Support filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips re 940 MOTION in Limine *No. 45* (Norman, Brian) (Entered: 04/15/2021) |
| 04/15/2021 | 963 | *Objection to and Motion to Exclude Testimony of Bradford Phillips* filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips (Norman, Brian) Modified docket text on 4/16/2021 (oyh). (Entered: 04/15/2021) |
| 04/15/2021 | 964 | *Objection to and Motion to Exclude Testimony of Craig Landess* filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips (Norman, Brian) Modified docket text on 4/16/2021 (oyh). (Entered: 04/15/2021) |
| 04/15/2021 | 965 | *Objection to and Motion to Exclude Testimony of Daniel Moos* filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips (Norman, Brian) Modified docket text on 4/16/2021 (oyh). (Entered: 04/15/2021) |
| 04/15/2021 | 966 | *Objection to and Motion to Exclude Testimony of Eric Redwine* filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips (Norman, Brian) Modified docket text on 4/16/2021 (oyh). (Entered: 04/15/2021) |
| 04/15/2021 | 967 | *Objection to and Motion to Exclude Testimony of Gene Bertcher* filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips (Norman, Brian) Modified docket text on 4/16/2021 (oyh). (Entered: 04/15/2021) |
| 04/15/2021 | 968 | *Objection to and Motion to Exclude Testimony of Gene Phillips* filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips (Norman, Brian) Modified docket text on 4/16/2021 (oyh). (Entered: 04/15/2021) |
| 04/15/2021 | 969 | *Objection to and Motion to Exclude Testimony of Janet Heintz* filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips (Norman, Brian) Modified docket text on 4/16/2021 (oyh). (Entered: 04/15/2021) |
| 04/15/2021 | 970 | *Objection to and Motion to Exclude Testimony of Louis Corna* filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips (Norman, Brian) Modified docket text on 4/16/2021 (oyh). (Entered: 04/15/2021) |
| 04/15/2021 | 971 | *Objection to and Motion to Exclude Testimony of Marsana De Monserat* filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips (Norman, Brian) Modified docket text on 4/16/2021 (oyh). (Entered: 04/15/2021) |
| 04/15/2021 | 972 | *Objection to and Motion to Exclude Testimony of Ron Akin* filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips (Norman, Brian) Modified docket text on 4/16/2021 (oyh). (Entered: 04/15/2021) |
| 04/15/2021 | 973 | *Objection to and Motion to Exclude Testimony of Roxanne Phillips* filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips |

| | | (Norman, Brian) Modified docket text on 4/16/2021 (oyh). (Entered: 04/15/2021) |
|---|---|---|
| 04/15/2021 | 974 | *Objection to and Motion to Exclude Testimony of Steven Shelley* filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips (Norman, Brian) Modified docket text on 4/16/2021 (oyh). (Entered: 04/15/2021) |
| 04/15/2021 | 975 | *Objection to and Motion to Exclude Testimony of Susan Allen* filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips (Norman, Brian) Modified docket text on 4/16/2021 (oyh). (Entered: 04/15/2021) |
| 04/15/2021 | 976 | *Objection to and Motion to Exclude Testimony of Mary Willett* filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips (Norman, Brian) Modified docket text on 4/16/2021 (oyh). (Entered: 04/15/2021) |
| 04/15/2021 | 977 | *Objection to and Motion to Exclude Testimony of Melody Wofford* filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips (Norman, Brian) Modified docket sheet on 4/16/2021 (oyh). (Entered: 04/15/2021) |
| 04/15/2021 | 978 | *Objection to and Motion to Exclude Testimony of Phil Lamb* filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips (Norman, Brian) Modified docket text on 4/16/2021 (oyh). (Entered: 04/15/2021) |
| 04/15/2021 | 979 | *Objection to and Motion to Exclude Testimony of Bob Arnett* filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips (Norman, Brian) Modified docket text on 4/16/2021 (oyh). (Entered: 04/15/2021) |
| 04/16/2021 | 980 | ELECTRONIC ORDER: The Court ORDERS the parties to respond to one another's Motions in Limine [Doc. Nos. 930, 931, 932, 933, 934, 935, and 940] by 5:00pm on Tuesday April 20, 2021. (Ordered by Judge Brantley Starr on 4/16/2021) (chmb) (Entered: 04/16/2021) |
| 04/16/2021 | 981 | ELECTRONIC ORDER: The Court ORDERS the parties to meet and confer by April 22, 2021 to discuss and reach agreements resolving their pretrial objections to jury instructions, exhibits, witnesses, and deposition designations. The Court further ORDERS the parties to file a joint status report by 5pm April 24, 2021 detailing the agreements reached. (Ordered by Judge Brantley Starr on 4/16/2021) (chmb) (Entered: 04/16/2021) |
| 04/16/2021 | 982 | MOTION *to Exclude the Testimony of Max Newman* filed by Bradford Phillips. (Norman, Brian) Modified event text on 4/19/2021 (jmg). (Entered: 04/16/2021) |
| 04/16/2021 | 983 | ELECTRONIC Notice of Hearing Pretrial Conference re-set for 4/26/2021 10:00 AM before Judge Brantley Starr. (chmb) (Entered: 04/16/2021) |
| 04/19/2021 | 984 | ELECTRONIC Notice of Hearing. Pretrial Conference re-set for 4/26/2021 at 9:00 AM before Judge Brantley Starr. (chmb) (Entered: 04/19/2021) |
| 04/20/2021 | 985 | RESPONSE filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips re: 930 MOTION in Limine *1* (Norman, Brian) (Entered: 04/20/2021) |
| 04/20/2021 | 986 | RESPONSE filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips re: 935 MOTION in Limine *6* (Norman, Brian) (Entered: 04/20/2021) |
| 04/20/2021 | 987 | RESPONSE filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips re: 933 MOTION in Limine *4* (Norman, Brian) (Entered: |

| | | |
|---|---|---|
| | | 04/20/2021) |
| 04/20/2021 | 988 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 982 MOTION *to Exclude the Testimony of Max Newman* (Attachments: # 1 Exhibit(s)) (Mychalowych, Andrew) (Entered: 04/20/2021) |
| 04/20/2021 | 989 | RESPONSE filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips re: 932 MOTION in Limine *3* (Norman, Brian) (Entered: 04/20/2021) |
| 04/20/2021 | 990 | Appendix in Support filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips re 989 Response/Objection *to Plaintiffs' Motion in Limine No. 3* (Attachments: # 1 Exhibit(s) D-K) (Norman, Brian) (Entered: 04/20/2021) |
| 04/20/2021 | 991 | RESPONSE filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips re: 934 MOTION in Limine *5* (Norman, Brian) (Entered: 04/20/2021) |
| 04/20/2021 | 992 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 940 MOTION in Limine (Mychalowych, Andrew) (Entered: 04/20/2021) |
| 04/20/2021 | 993 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 940 MOTION in Limine . (Attachments: # 1 Exhibit(s)) (Mychalowych, Andrew) Modified linkage and docket sheet on 4/21/2021 (oyh). (Entered: 04/20/2021) |
| 04/21/2021 | 994 | TRIAL PROCEDURE ORDER: The Court issues this order to govern the format of the parties' joint status report on pretrial objections to exhibits, witnesses, and deposition designations, which is due by 5pm on 4/24/2021 [Doc. No. 981 ]. (Ordered by Judge Brantley Starr on 4/21/2021) (mjr) (Entered: 04/21/2021) |
| 04/22/2021 | 995 | Unopposed MOTION to Withdraw as Attorney filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips (Attachments: # 1 Proposed Order) (Perez, Courtney) (Entered: 04/22/2021) |
| 04/23/2021 | 996 | ELECTRONIC ORDER granting 995 Motion to Withdraw as Attorney. The Court GRANTS the Defendants' Unapposed Motion to Withdraw as Counsel 995 . Attorneys E. Leon Carter and Courtney Barksdale Perez are withdrawn as counsel and discharged from responsibilities of this case. (Ordered by Judge Brantley Starr on 4/23/2021) (chmb) (Entered: 04/23/2021) |
| 04/24/2021 | 997 | Joint STATUS REPORT filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper. (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B, # 3 Exhibit(s) C, # 4 Exhibit(s) D, # 5 Exhibit(s) E) (Mychalowych, Andrew) (Entered: 04/24/2021) |
| 04/25/2021 | 998 | NOTICE of Attorney Appearance by Scott A Keller for Scott A. Keller and Todd Disher on behalf of American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Gene E Phillips. (Keller, Scott) (Entered: 04/25/2021) |
| 04/25/2021 | 999 | NOTICE of *Objection* re: 997 Status Report filed by Bradford Phillips (Norman, Brian) (Entered: 04/25/2021) |
| 04/25/2021 | 1000 | ORDER denying [930, 932, and 982] Motions in Limine ORDER granting [931, 933, and 935] Motions in LimineORDER granting in part and denying in part [934 and 940] (Ordered by Judge Brantley Starr on 4/25/2021) (Judge Brantley Starr) (Entered: 04/25/2021) |
| 04/26/2021 | 1001 | |

| | | |
|---|---|---|
| | | ELECTRONIC Minute Entry for proceedings held before Judge Brantley Starr: Pretrial Conference held on 4/26/2021. Attorney Appearances: Plaintiff - Andrew Mychalowych, Allison Ashmore; Defense - Stephen Khoury, Ryan Seay, Blair Norris, Gregory Shamoun, Brian Norman, Don Swaim, Alex Whitman, Kayla Wells. (Court Reporter: Kelli Ann Willis) (No exhibits) Time in Court - 3:11. (chmb) (Entered: 04/26/2021) |
| 04/27/2021 | 1002 | Notice of Filing of Official Electronic Transcript of Pretrial Conference Proceedings held on 04-26-2021 before Judge Brantley Starr. Court Reporter/Transcriber Kelli Ann Willis, Telephone number 214-753-2654. Parties are notified of their duty to review the transcript. A copy may be purchased from the court reporter or viewed at the clerk's office. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a Redaction Request - Transcript within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (216 pages) Redaction Request due 5/18/2021. Redacted Transcript Deadline set for 5/28/2021. Release of Transcript Restriction set for 7/26/2021. (kaw) (Entered: 04/27/2021) |
| 04/27/2021 | 1003 | ORDER ON MOTIONS IN LIMINE AND MOTION FOR LEAVE: The Court GRANTS motions 1, 10, 12, and 16 and DENIES motion 45 from Doc. No. 940 . Likewise, the Court OVERRULES the Defendants' similar witness objection to Gene Phillips from Doc. No. 997 . Finally, the Court construes the Defendants' argument on the Rule 17 issue as a motion for leave and DENIES it. (Ordered by Judge Brantley Starr on 4/27/2021) (chmb) Modified on 4/28/2021 to correct judge that signed the order (ctf). (Entered: 04/27/2021) |
| 04/29/2021 | 1004 | JOINT PRE-TRIAL ORDER. (Ordered by Judge Brantley Starr on 4/29/2021) (ctf) (Entered: 04/29/2021) |
| 04/29/2021 | 1005 | ORDER: The Court issues this order resolving evidentiary objections to the deposition designations contained in the Joint Status Report [Doc. No. 997 ] filed by the Plaintiffs and the Defendants. (Ordered by Judge Brantley Starr on 4/29/2021) (axm) (Entered: 04/29/2021) |
| 04/29/2021 | 1006 | Proposed Jury Charge filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper. (Ashmore, Alison) (Entered: 04/29/2021) |
| 04/30/2021 | 1007 | Proposed Findings of Fact by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper. (Ashmore, Alison) (Entered: 04/30/2021) |
| 04/30/2021 | 1008 | Proposed Findings of Fact by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper. (Attachments: # 1 Exhibit(s)) (Ashmore, Alison) (Entered: 04/30/2021) |
| 04/30/2021 | 1009 | NOTICE of *Objection to Requested Judicial Notice* re: 1008 Proposed Findings of Fact filed by Bradford Phillips (Norman, Brian) (Entered: 04/30/2021) |
| 04/30/2021 | 1010 | NOTICE of Attorney Appearance by John Clay Sullivan on behalf of Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper. (Filer confirms contact info in ECF is current.) (Sullivan, John) (Entered: 04/30/2021) |
| 05/01/2021 | 1011 | ORDER ON JUDICIAL NOTICE: Sort of before the Court is the plaintiffs Doc. 1008 , filed as proposed findings of fact and styled as a request to take judicial notice of facts from a related bankruptcy proceeding. Accordingly, the Court construes the plaintiffs' request to take judicial notice as a motion for leave to file a motion to take judicial notice and DENIES it. (Ordered by Judge Brantley Starr on 5/1/2021) (ctf) (Entered: |

| | | |
|---|---|---|
| | | 05/01/2021) |
| 05/03/2021 | <u>1012</u> | ORDER: It is ORDERED that the jury in the above styled and numbered cause be sequestered from the time they report to the jury room each day until released by the court at the end of each day. This partial sequestration will continue until a verdict is reached and the jury is formally discharged by the court or until further order of the court. (Ordered by Judge Brantley Starr on 5/3/2021) (axm) (Entered: 05/03/2021) |
| 05/03/2021 | 1013 | ELECTRONIC Minute Entry for proceedings held before Judge Brantley Starr: Jury Selection/Voir Dire held on 5/3/2021. Jury panel selected. Parties to return tomorrow at 8:15 a.m. Trial starts tomorrow at 9:00 a.m. Court is adjourned. Attorney Appearances: Plaintiff - Andrew Mychalowych, Alison Ashmore, Cora Morgan; Defense - Stephen Khoury, Ryan Seay, Blair Norris, Gregory Shamoun, Brian Norman, Kayla Wells, Don Swaim. (Court Reporter: Kelli Ann Willis) (No exhibits) Time in Court - 6:35. (chmb) (Entered: 05/03/2021) |
| 05/04/2021 | <u>1014</u> | ORDER: The Defendants objected to Plaintiffs' exhibits 678 and 679 on the basis of relevance and undue prejudice. The Court OVERRULES those objections. The Court further OVERRULES the Plaintiffs' motion to reconsider the objection to the final slide of ARI and EQK's opening statement PowerPoint. (Ordered by Judge Brantley Starr on 5/4/2021) (ndt) (Entered: 05/04/2021) |
| 05/04/2021 | <u>1015</u> | Notice of Filing of Official Electronic Transcript of Trial - Volume 1 Proceedings held on 05-03-21 before Judge Brantley Starr. Court Reporter/Transcriber Kelli Ann Willis, Telephone number 214-753-2654. Parties are notified of their <u>duty to review</u> the transcript. A copy may be purchased from the court reporter or viewed at the clerk's office. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a <u>Redaction Request - Transcript</u> within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (312 pages) Redaction Request due 5/25/2021. Redacted Transcript Deadline set for 6/4/2021. Release of Transcript Restriction set for 8/2/2021. (kaw) (Entered: 05/04/2021) |
| 05/04/2021 | <u>1016</u> | Notice of Filing of Official Electronic Transcript of Trial - Volume 2 Proceedings held on 05-04-21 before Judge Brantley Starr. Court Reporter/Transcriber Kelli Ann Willis, Telephone number 214-753-2654. Parties are notified of their <u>duty to review</u> the transcript. A copy may be purchased from the court reporter or viewed at the clerk's office. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a <u>Redaction Request - Transcript</u> within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (108 pages) Redaction Request due 5/25/2021. Redacted Transcript Deadline set for 6/4/2021. Release of Transcript Restriction set for 8/2/2021. (kaw) (Entered: 05/04/2021) |
| 05/04/2021 | 1017 | ELECTRONIC Minute Entry for proceedings held before Judge Brantley Starr: 2nd day of Jury Trial Held on 5/4/2021. Court takes up exhibits objections with the parties. Jury released to return tomorrow at 12:45 p.m. Parties to return tomorrow at 8:15 a.m. Court is adjourned. Attorney Appearances: Plaintiff - Andrew Mychalowych, Alison Ashmore, Cora Morgan, John Sullivan; Defense - Stephen Khoury, Ryan Seay, Brian Norman, Gregory Shamoun, Brian Norman, Kayla Wells, Don Swaim. (Court Reporter: Kelli Ann Willis) (No exhibits) Time in Court - 1:30. (chmb) (Entered: 05/04/2021) |

| | | |
|---|---|---|
| 05/05/2021 | 1018 | ELECTRONIC Minute Entry for proceedings held before Judge Brantley Starr: 3rd day of Trial. Jury Selection held on 5/5/2021. Voir Dire begins, jurors selected. Trial to begin at 1:00 p.m. with opening statements. Jury sworn. Opening statements heard from Mr. Mychalowych, Mr. Khoury and Mr. Swaim. Testimony heard. Jury is excused for the day to return tomorrow at 9:00 a.m. Parties to return tomorrow at 8:15 a.m. Court is adjourned. Attorney Appearances: Plaintiff - Andrew Mychalowych, Alison Ashmore, Cora Morgan, John Sullivan; Defense - Stephen Khoury, Ryan Seay, Blair Norris, Gregory Shamoun, Brian Norman, Kayla Wells, Don Swaim. (Court Reporter: Kelli Ann Willis) (No exhibits) Time in Court - 6:37. (chmb) (Entered: 05/05/2021) |
| 05/06/2021 | 1019 | Notice of Filing of Official Electronic Transcript of Trial - Volume 3 Proceedings held on 05-05-21 before Judge Brantley Starr. Court Reporter/Transcriber Kelli Ann Willis, Telephone number 214-753-2654. Parties are notified of their duty to review the transcript. A copy may be purchased from the court reporter or viewed at the clerk's office. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a Redaction Request - Transcript within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (380 pages) Redaction Request due 5/27/2021. Redacted Transcript Deadline set for 6/7/2021. Release of Transcript Restriction set for 8/4/2021. (kaw) (Entered: 05/06/2021) |
| 05/06/2021 | 1022 | ELECTRONIC Minute Entry for proceedings held before Judge Brantley Starr: 4th day of Jury Trial Held on 5/6/2021. Testimony heard and exhibits admitted. Jury release until tomorrow at 9:00 a.m. Parties to return tomorrow at 8:15 a.m. Court is adjourned. Attorney Appearances: Plaintiff - Andrew Mychalowych, Alison Ashmore, Cora Morgan, John Sullivan; Defense - Stephen Khoury, Ryan Seay, Blair Norris, Gregory Shamoun, Brian Norman, Kayla Wells, Don Swaim. (Court Reporter: Kelli Ann Willis) (Exhibits admitted) Time in Court - 6:50. (chmb) (Entered: 05/06/2021) |
| 05/07/2021 | 1023 | Notice of Filing of Official Electronic Transcript of Trial - Volume 4 Proceedings held on 05-06-21 before Judge Brantley Starr. Court Reporter/Transcriber Kelli Ann Willis, Telephone number 214-753-2654. Parties are notified of their duty to review the transcript. A copy may be purchased from the court reporter or viewed at the clerk's office. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a Redaction Request - Transcript within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (345 pages) Redaction Request due 5/28/2021. Redacted Transcript Deadline set for 6/7/2021. Release of Transcript Restriction set for 8/5/2021. (kaw) (Entered: 05/07/2021) |
| 05/07/2021 | 1024 | ELECTRONIC Minute Entry for proceedings held before Judge Brantley Starr: 5th day of Jury Trial Held on 5/7/2021. Testimony heard and exhibits admitted. Jury is excused for the day to return Monday, April 10, 2021 at 9:00 a.m. Parties to return Monday at 8:15 a.m. Court is adjourned. Attorney Appearances: Plaintiff - Andrew Mychalowych, Alison Ashmore, Cora Morgan, John Sullivan; Defense - Stephen Khoury, Ryan Seay, Blair Norris, Gregory Shamoun, Brian Norman, Kayla Wells, Don Swaim, Todd Disher. (Court Reporter: Kelli Ann Willis) (Exhibits admitted) Time in Court - 6:45. (chmb) (Entered: 05/07/2021) |
| 05/09/2021 | 1025 | |

| | | |
|---|---|---|
| | | Notice of Filing of Official Electronic Transcript of Trial - Volume 5 Proceedings held on 05-07-21 before Judge Brantley Starr. Court Reporter/Transcriber Kelli Ann Willis, Telephone number 214-753-2654. Parties are notified of their <u>duty to review</u> the transcript. A copy may be purchased from the court reporter or viewed at the clerk's office. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a <u>Redaction Request - Transcript</u> within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (374 pages) Redaction Request due 6/1/2021. Redacted Transcript Deadline set for 6/9/2021. Release of Transcript Restriction set for 8/9/2021. (kaw) (Main Document 1025 replaced per crt reporter on 5/10/2021) (svc). (Entered: 05/09/2021) |
| 05/10/2021 | 1026 | ELECTRONIC Minute Entry for proceedings held before Judge Brantley Starr: 6th day of Jury Trial Held on 5/10/2021. Testimony heard and exhibits admitted. Jury is excused for the day to return tomorrow at 9:00 a.m. Parties to return tomorrow at 8:45 a.m. Court is adjourned. Attorney Appearances: Plaintiff - Andrew Mychalowych, Alison Ashmore, Cora Morgan, John Sullivan; Defense - Stephen Khoury, Ryan Seay, Blair Norris, Gregory Shamoun, Brian Norman, Kayla Wells, Don Swaim. (Court Reporter: Kelli Ann Willis) (Exhibits admitted) Time in Court - 6:50. (chmb) (Entered: 05/10/2021) |
| 05/11/2021 | <u>1027</u> | MOTION for Hearing *Trial Brief* filed by American Realty Investors Inc, EQK Holdings Inc with Brief/Memorandum in Support. (Khoury, Stephen) (Entered: 05/11/2021) |
| 05/11/2021 | <u>1028</u> | Notice of Filing of Official Electronic Transcript of Trial - Volume 6 Proceedings held on 05-10-21 before Judge Brantley Starr. Court Reporter/Transcriber Kelli Ann Willis, Telephone number 214-753-2654. Parties are notified of their <u>duty to review</u> the transcript. A copy may be purchased from the court reporter or viewed at the clerk's office. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a <u>Redaction Request - Transcript</u> within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (390 pages) Redaction Request due 6/1/2021. Redacted Transcript Deadline set for 6/11/2021. Release of Transcript Restriction set for 8/9/2021. (kaw) (Entered: 05/11/2021) |
| 05/11/2021 | 1029 | ELECTRONIC Minute Entry for proceedings held before Judge Brantley Starr: 7th day Jury Trial Held on 5/11/2021. Testimony heard and exhibits admitted. Jury is excused for the day to return tomorrow at 9:00 a.m. Court is adjourned. Attorney Appearances: Plaintiff - Andrew Mychalowych, Alison Ashmore, Cora Morgan, John Sullivan; Defense - Stephen Khoury, Ryan Seay, Blair Norris, Gregory Shamoun, Brian Norman, Kayla Wells, Don Swaim. (Court Reporter: Kelli Ann Willis) (Exhibits admitted) Time in Court - 5:55. (chmb) (Entered: 05/11/2021) |
| 05/12/2021 | <u>1030</u> | Notice of Filing of Official Electronic Transcript of Trial - Volume 7 Proceedings held on 05-11-21 before Judge Brantley Starr. Court Reporter/Transcriber Kelli Ann Willis, Telephone number 214-753-2654. Parties are notified of their <u>duty to review</u> the transcript. A copy may be purchased from the court reporter or viewed at the clerk's office. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a <u>Redaction Request - Transcript</u> within 21 days. If no action is taken, the entire transcript |

| | | |
|---|---|---|
| | | will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (373 pages) Redaction Request due 6/2/2021. Redacted Transcript Deadline set for 6/14/2021. Release of Transcript Restriction set for 8/10/2021. (kaw) (Entered: 05/12/2021) |
| 05/12/2021 | 1031 | NOTICE of *Objections to Testimony of Eric Redwine* filed by Bradford Phillips (Norman, Brian) (Entered: 05/12/2021) |
| 05/12/2021 | 1032 | ELECTRONIC Minute Entry for proceedings held before Judge Brantley Starr: 8th day of Jury Trial Held on 5/12/2021. Testimony heard and exhibits admitted. Jury is excused for the day to return tomorrow at 9:00 a.m. Parties to return tomorrow at 8:30 a.m. Court is adjourned. Attorney Appearances: Plaintiff - Andrew Mychalowych, Alison Ashmore, Cora Morgan, John Sullivan; Defense - Stephen Khoury, Ryan Seay, Blair Norris, Gregory Shamoun, Brian Norman, Kayla Wells, Don Swaim. (Court Reporter: Kelli Ann Willis) (Exhibits admitted) Time in Court - 7:05. (chmb) (Entered: 05/12/2021) |
| 05/12/2021 | 1033 | PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTIONS TO 1031 PLAINTIFFS' DESIGNATION OF THE ENTIRE TESTIMONY OF ERIC REDWINE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) Modified text on 5/13/2021 (svc). (Entered: 05/12/2021) |
| 05/13/2021 | 1034 | Notice of Filing of Official Electronic Transcript of Trial - Volume 8 Proceedings held on 05-12-21 before Judge Brantley Starr. Court Reporter/Transcriber Kelli Ann Willis, Telephone number 214-753-2654. Parties are notified of their duty to review the transcript. A copy may be purchased from the court reporter or viewed at the clerk's office. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a Redaction Request - Transcript within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (375 pages) Redaction Request due 6/3/2021. Redacted Transcript Deadline set for 6/14/2021. Release of Transcript Restriction set for 8/11/2021. (kaw) (Entered: 05/13/2021) |
| 05/13/2021 | 1035 | MOTION for Judgment filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips with Brief/Memorandum in Support. (Khoury, Stephen) (Entered: 05/13/2021) |
| 05/13/2021 | 1036 | ELECTRONIC Minute Entry for proceedings held before Judge Brantley Starr: 9th day of Jury Trial Held on 5/13/2021. Plaintiff rest. Court hears direct verdict motion. Direct verdict motion denied. Testimony heard and exhibits admitted. Jury is excused for the day to return tomorrow at 9:00 a.m. Parties to return tomorrow at 8:45 a.m. Court is adjourned. Attorney Appearances: Plaintiff - Andrew Mychalowych, Alison Ashmore, Cora Morgan, John Sullivan; Defense - Stephen Khoury, Ryan Seay, Blair Norris, Gregory Shamoun, Brian Norman, Kayla Wells, Don Swaim. (Court Reporter: Kelli Ann Willis) (Exhibits admitted) Time in Court - 7:05. (chmb) (Entered: 05/13/2021) |
| 05/14/2021 | 1037 | Notice of Filing of Official Electronic Transcript of Trial - Volume 9 Proceedings held on 05-13-21 before Judge Brantley Starr. Court Reporter/Transcriber Kelli Ann Willis, Telephone number 214-753-2654. Parties are notified of their duty to review the transcript. A copy may be purchased from the court reporter or viewed at the clerk's office. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a Redaction Request - Transcript within 21 days. If no action is taken, the entire transcript |

| | | |
|---|---|---|
| | | will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (345 pages) Redaction Request due 6/4/2021. Redacted Transcript Deadline set for 6/14/2021. Release of Transcript Restriction set for 8/12/2021. (kaw) (Entered: 05/14/2021) |
| 05/14/2021 | 1038 | ELECTRONIC Minute Entry for proceedings held before Judge Brantley Starr: 10th day of Jury Trial Held on 5/14/2021. Testimony heard and exhibits admitted. ARI, Estate of Gene Phillips and ART rest. Plaintiff, ARI, Estate of Gene Phillips and ART close. Jury is excused for the day to return Tuesday, May 18, 2021 at 1:00 p.m. Parties to return Tuesday, May 18, 2021 at 9:00 a.m. Court is adjourned. Attorney Appearances: Plaintiff - Andrew Mychalowych, Alison Ashmore, Cora Morgan, John Sullivan; Defense - Stephen Khoury, Ryan Seay, Blair Norris, Gregory Shamoun, Brian Norman, Kayla Wells, Don Swaim, Todd Disher. (Court Reporter: Kelli Ann Willis) (Exhibits admitted) Time in Court - 6:55. (chmb) (Entered: 05/15/2021) |
| 05/18/2021 | 1039 | MOTION for Judgment filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Gene E Phillips with Brief/Memorandum in Support. Attorney Todd Lawrence Disher added to party Gene E Phillips(pty:dft) (Disher, Todd) (Entered: 05/18/2021) |
| 05/18/2021 | 1040 | ELECTRONIC Minute Entry for proceedings held before Judge Brantley Starr: 11th day of Jury Trial Held on 5/18/2021. Charge conference held with the parties. Court charges jury. Jury excused till tomorrow at 9:00 a.m. Parties to return tomorrow at 8:45 a.m. Court is adjourned. Attorney Appearances: Plaintiff - Andrew Mychalowych, Alison Ashmore, Cora Morgan, John Sullivan; Defense - Stephen Khoury, Ryan Seay, Blair Norris, Gregory Shamoun, Brian Norman, Kayla Wells, Don Swaim, Todd Disher. (Court Reporter: Kelli Ann Willis) (No exhibits) Time in Court - 5:00. (chmb) (Entered: 05/18/2021) |
| 05/19/2021 | 1041 | Memorandum Opinion and Order: This order offers the Court's written justification for its earlier ruling striking the rebuttal testimony of the Plaintiffs' expert, Thomas Frazee, for multiple violations of the rule sequestering witnesses. Given this interrelationship between Goolsby and Hakala's opinions, as well as the lack of distinction between the two experts in the testimony, the jury would not be able to distinguish between which parts of Frazee's rebuttal addressed Goolsby and which parts addressed Hakala. Therefore, striking Frazee's rebuttal testimony was the Court's only option to adequately cure damage to the record stemming from the violations of the sequester rule. (Ordered by Judge Brantley Starr on 5/19/2021) (oyh) (Entered: 05/19/2021) |
| 05/19/2021 | 1042 | ELECTRONIC Minute Entry for proceedings held before Judge Brantley Starr: 12th day of Jury Trial Held on 5/19/2021. Closing arguments heard from Mr. Mychalowych, Mr. Khoury, Mr. Swaim and Mr. Shamoun. Jury deliberations begin. Jury to return tomorrow at 9:00 a.m. Court is adjourned. Attorney Appearances: Plaintiff - Andrew Mychalowych, Alison Ashmore, Cora Morgan, John Sullivan; Defense - Stephen Khoury, Ryan Seay, Blair Norris, Gregory Shamoun, Brian Norman, Kayla Wells, Don Swaim, Todd Disher. (Court Reporter: Kelli Ann Willis) (No exhibits) Time in Court - 5:51. (chmb) (Entered: 05/19/2021) |
| 05/19/2021 | 1043 | Certification of Trial Exhibits for Jury Deliberations. (oyh) (Entered: 05/20/2021) |
| 05/20/2021 | 1044 | Jury Charge. (ykp) (Entered: 05/20/2021) |
| 05/20/2021 | 1045 | Jury Notes. (ndt) (Entered: 05/20/2021) |
| 05/20/2021 | 1046 | ELECTRONIC Minute Entry for proceedings held before Judge Brantley Starr: Day 13th of Jury Trial Completed on 5/20/2021. Jury note 1 discussed with the parties. Jury |

| | | |
|---|---|---|
| | | returns with verdict. Verdict published. Jury polled. Jury released from further service. Court sets out post judgment schedule. Court is adjourned. Attorney Appearances: Plaintiff - Andrew Mychalowych, Alison Ashmore, Cora Morgan, John Sullivan; Defense - Stephen Khoury, Ryan Seay, Blair Norris, Brian Norman, Kayla Wells, Don Swaim. (Court Reporter: Kelli Ann Willis) (No exhibits) Time in Court - 1:00. (chmb) (Entered: 05/20/2021) |
| 05/25/2021 | 1047 | (Document Restricted) Sealed Order: The Bench Warrant issued on May 6, 2021 [Doc. No. 1021], is hereby VACATED. (Ordered by Judge Brantley Starr on 5/25/2021) (ndt) (Entered: 05/25/2021) |
| 06/08/2021 | 1048 | MOTION for Sanctions filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips with Brief/Memorandum in Support. (Norman, Brian) (Entered: 06/08/2021) |
| 06/08/2021 | 1049 | Appendix in Support filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips re 1048 MOTION for Sanctions (Norman, Brian) (Entered: 06/08/2021) |
| 06/10/2021 | 1051 | MOTION for Judgment filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order)Attorney Todd Lawrence Disher added to party Bradford Phillips(pty:dft) (Disher, Todd) (Entered: 06/10/2021) |
| 06/10/2021 | 1052 | MOTION for Judgment filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper with Brief/Memorandum in Support. (Mychalowych, Andrew) (Entered: 06/10/2021) |
| 06/10/2021 | 1053 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 1052 MOTION for Judgment (Mychalowych, Andrew) (Entered: 06/10/2021) |
| 06/10/2021 | 1054 | MOTION for New Trial filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper with Brief/Memorandum in Support. (Mychalowych, Andrew) (Entered: 06/10/2021) |
| 06/10/2021 | 1055 | Brief/Memorandum in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 1054 MOTION for New Trial (Mychalowych, Andrew) (Entered: 06/10/2021) |
| 06/10/2021 | 1056 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 1055 Brief/Memorandum in Support of Motion (Mychalowych, Andrew) (Entered: 06/10/2021) |
| 06/24/2021 | 1057 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 1051 MOTION for Judgment (Mychalowych, Andrew) (Entered: 06/24/2021) |
| 06/24/2021 | 1058 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 1057 Response/Objection (Mychalowych, Andrew) (Entered: 06/24/2021) |
| 06/24/2021 | 1059 | RESPONSE filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips re: 1052 MOTION for Judgment (Attachments: # 1 Exhibit(s) Exhibit A) (Disher, Todd) (Entered: 06/24/2021) |
| 06/24/2021 | 1060 | RESPONSE filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips re: 1054 MOTION for New Trial (Attachments: # 1 Exhibit(s) Exhibit A) (Disher, Todd) (Entered: 06/24/2021) |

| 06/29/2021 | 1061 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 1048 MOTION for Sanctions (Ashmore, Alison) (Entered: 06/29/2021) |
|---|---|---|
| 07/01/2021 | 1062 | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 1052 MOTION for Judgment (Mychalowych, Andrew) (Entered: 07/01/2021) |
| 07/01/2021 | 1063 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 1062 Reply (Mychalowych, Andrew) (Entered: 07/01/2021) |
| 07/01/2021 | 1064 | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 1054 MOTION for New Trial (Mychalowych, Andrew) (Entered: 07/01/2021) |
| 07/01/2021 | 1065 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 1064 Reply (Mychalowych, Andrew) (Entered: 07/01/2021) |
| 07/01/2021 | 1066 | REPLY filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips re: 1051 MOTION for Judgment (Disher, Todd) (Entered: 07/01/2021) |
| 07/13/2021 | 1067 | REPLY filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips re: 1048 MOTION for Sanctions (Khoury, Stephen) (Entered: 07/13/2021) |
| 07/14/2021 | 1068 | MEMORANDUM OPINION AND ORDER: The Court DENIES the Plaintiffs' 1052 motion for judgment as a matter of law, DENIES the Plaintiffs' 1054 motion for new trial, and GRANTS the Defendants' 1051 motion for judgment based on the verdict. By separate order the Court will enter a final judgment consistent with the verdict. (Ordered by Judge Brantley Starr on 7/14/2021) (axm) (Entered: 07/14/2021) |
| 07/14/2021 | 1069 | FINAL JUDGMENT: On 5/20/2021 the jury returned a verdict in favor of the defendants. By separate order, the Court has granted the defendants' motion for judgment based on the verdict. Therefore, the Court ORDERS that this civil action is DISMISSED WITH PREJUDICE. Pursuant to LR 79.2 and LCrR 55.2, exhibits may be claimed during the 60-day period following final disposition (to do so, follow the procedures found at Exhibit Guide). The clerk will discard exhibits that remain unclaimed after the 60-day period without additional notice. (Clerk to notice any party not electronically noticed.) (Ordered by Judge Brantley Starr on 7/14/2021) (axm) (Entered: 07/14/2021) |
| 07/28/2021 | 1070 | MOTION for Attorney Fees filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips with Brief/Memorandum in Support. (Norman, Brian) (Entered: 07/28/2021) |
| 07/28/2021 | 1071 | Appendix in Support filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips re 1070 MOTION for Attorney Fees (Attachments: # 1 Exhibit(s) 1 (Declaration of Scott Keller), # 2 Exhibit(s) 2 (Declaration of Don Swaim), # 3 Exhibit(s) 3 (Declaration of Stephen Khoury), # 4 Exhibit(s) 4 (Declaration of Brian Norman)) (Norman, Brian) (Entered: 07/28/2021) |
| 07/28/2021 | 1072 | BILL OF COSTS by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips. (Norman, Brian) (Entered: 07/28/2021) |
| 07/28/2021 | 1073 | Appendix in Support filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips re 1072 Bill of Costs (Norman, Brian) (Entered: 07/28/2021) |
| 07/29/2021 | 1074 | ELECTRONIC ORDER: The Court ORDERS expedited briefing on the Defendants' Motion for Attorney Fees 1070 . The Plaintiffs' response is due August 5, 2021. And the |

Defendants' reply is due August 10, 2021. (Ordered by Judge Brantley Starr on 7/29/2021) (chmb) (Entered: 07/29/2021)

| Date | No. | Description |
|---|---|---|
| 08/05/2021 | 1075 | RESPONSE filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: 1070 MOTION for Attorney Fees (Mychalowych, Andrew) (Entered: 08/05/2021) |
| 08/05/2021 | 1076 | Appendix in Support filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re 1075 Response/Objection (Mychalowych, Andrew) (Entered: 08/05/2021) |
| 08/10/2021 | 1077 | REPLY filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips re: 1070 MOTION for Attorney Fees (Norman, Brian) (Entered: 08/10/2021) |
| 08/11/2021 | 1078 | Costs Taxed in amount of $ 107,740.10 against David M Clapper. (ndt) (Entered: 08/11/2021) |
| 08/13/2021 | 1079 | NOTICE OF APPEAL as to 1069 Judgment,, to the Fifth Circuit by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper. Filing fee $505, receipt number 0539-12135157. T.O. form to appellant electronically at Transcript Order Form or US Mail as appropriate. Copy of NOA to be sent US Mail to parties not electronically noticed. IMPORTANT ACTION REQUIRED: Provide an electronic copy of any exhibit you offered during a hearing or trial that was admitted into evidence to the clerk of the district court within 14 days of the date of this notice. Copies must be transmitted as PDF attachments through ECF by all ECF Users or delivered to the clerk on a CD by all non-ECF Users. See detailed instructions here. (Exception: This requirement does not apply to a pro se prisoner litigant.) Please note that if original exhibits are in your possession, you must maintain them through final disposition of the case. (Mychalowych, Andrew) (Entered: 08/13/2021) |
| 08/18/2021 | 1080 | MOTION to Set Aside 1078 Costs Taxed filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper (Mychalowych, Andrew) (Entered: 08/18/2021) |
| 08/23/2021 | 1081 | Transcript Order Form: transcript requested by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper for Voir Dire 5/3/21, 5/5/21, Opening Statement of Pla 5/5/21, Opening Statement of Def 5/5/21, 5/13/21, Closing Argument of Pla 5/19/21, Closing Argument of Def 5/19/21, Jury Instructions 5/18/21, All Trial Proceedings 5/3/21-5/20/21 (Court Reporter: Kelli Ann Willis.) Payment method: Private Funds - Requester has paid or will pay as directed by the reporter. Reminder to appellant: this document must also be filed with the appeals court. (Mychalowych, Andrew) (Entered: 08/23/2021) |
| 08/23/2021 | 1082 | Notice of Filing of Official Electronic Transcript of Trial - Volume 10 Proceedings held on 05-14-21 before Judge Brantley Starr. Court Reporter/Transcriber Kelli Ann Willis, Telephone number 214-753-2654. Parties are notified of their duty to review the transcript. A copy may be purchased from the court reporter or viewed at the clerk's office. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a Redaction Request - Transcript within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (390 pages) Redaction Request due 9/13/2021. Redacted Transcript Deadline set for 9/23/2021. Release of Transcript Restriction set for 11/22/2021. (kaw) (Entered: 08/23/2021) |
| 08/23/2021 | 1083 | Notice of Filing of Official Electronic Transcript of Trial - Volume 11 Proceedings held on 05-18-21 before Judge Brantley Starr. Court Reporter/Transcriber Kelli Ann Willis, |

| | | |
|---|---|---|
| | | Telephone number 214-753-2654. Parties are notified of their <u>duty to review</u> the transcript. A copy may be purchased from the court reporter or viewed at the clerk's office. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a <u>Redaction Request - Transcript</u> within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (255 pages) Redaction Request due 9/13/2021. Redacted Transcript Deadline set for 9/23/2021. Release of Transcript Restriction set for 11/22/2021. (kaw) Modified on 8/23/2021 (chmb). (Entered: 08/23/2021) |
| 08/23/2021 | <u>1084</u> | Notice of Filing of Official Electronic Transcript of Trial - Volume 12 Proceedings held on 05-19-21 before Judge Brantley Starr. Court Reporter/Transcriber Kelli Ann Willis, Telephone number 214-753-2654. Parties are notified of their <u>duty to review</u> the transcript. A copy may be purchased from the court reporter or viewed at the clerk's office. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a <u>Redaction Request - Transcript</u> within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (242 pages) Redaction Request due 9/13/2021. Redacted Transcript Deadline set for 9/23/2021. Release of Transcript Restriction set for 11/22/2021. (kaw) Modified on 8/23/2021 (chmb). (Entered: 08/23/2021) |
| 08/23/2021 | <u>1085</u> | Notice of Filing of Official Electronic Transcript of Trial - Volume 13 Proceedings held on 05-20-21 before Judge Brantley Starr. Court Reporter/Transcriber Kelli Ann Willis, Telephone number 214-753-2654. Parties are notified of their <u>duty to review</u> the transcript. A copy may be purchased from the court reporter or viewed at the clerk's office. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a <u>Redaction Request - Transcript</u> within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (40 pages) Redaction Request due 9/13/2021. Redacted Transcript Deadline set for 9/23/2021. Release of Transcript Restriction set for 11/22/2021. (kaw) (Entered: 08/23/2021) |
| 08/25/2021 | | USCA Case Number 21-10805 in USCA5 for <u>1079</u> Notice of Appeal filed by Atlantic XIII LLC, David M Clapper, Atlantic Midwest LLC. (ajb) (Entered: 08/25/2021) |
| 08/25/2021 | <u>1086</u> | RESPONSE filed by American Realty Investors Inc, American Realty Trust Inc, EQK Holdings Inc, Bradford Phillips re: <u>1080</u> MOTION to Set Aside <u>1078</u> Costs Taxed (Disher, Todd) (Entered: 08/25/2021) |
| 08/26/2021 | <u>1087</u> | Electronic Copy of Admitted Hearing or Trial Exhibit(s) re <u>1079</u> Notice of Appeal,,,, filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper. Exhibits are available for public inspection at the clerk's office. (Attachments: # <u>1</u> Exhibit(s) Plaintiffs' admitted exhibits 5/4-5/6/21, # <u>2</u> Exhibit(s) Plaintiffs' admitted exhibits 5/7-5/11/21) (Mychalowych, Andrew) (Entered: 08/26/2021) |
| 08/27/2021 | <u>1088</u> | REPLY filed by Atlantic Midwest LLC, Atlantic XIII LLC, David M Clapper re: <u>1080</u> MOTION to Set Aside <u>1078</u> Costs Taxed (Mychalowych, Andrew) (Entered: 08/27/2021) |

| 08/30/2021 | 1089 | Joint Exhibit and Witness List from Trial held 5/3/2021-5/20/2021. (mla) (Entered: 08/30/2021) |
| --- | --- | --- |
| 09/03/2021 | 1090 | ELECTRONIC ORDER: Having reviewed Defendants' 1070 Motion for Attorney Fees, the Court hereby DENIES the motion WITHOUT PREJUDICE. Defendants may refile this motion with evidence substantiating their claim for reasonable attorney fees in compliance with Texas law. See Rohrmoos Venture v. UTSW DVA Healthcare, LLP, 578 S.W.3d 469, 501-02 (Tex. 2019). (Ordered by Judge Brantley Starr on 9/3/2021) (chmb) (Entered: 09/03/2021) |

**TAB 2**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **DAVID M. CLAPPER,** | § | |
| **ATLANTIC MIDWEST L.L.C., and** | § | |
| **ATLANTIC XIII, L.L.C.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **AMERICAN REALTY INVESTORS,** | § | **Civil Action No. 3:14-CV-02970-X** |
| **INC.; AMERICAN REALTY TRUST,** | § | |
| **INC.; EQK HOLDINGS, INC.; and** | § | |
| **BRADFORD PHILLIPS, EXECUTOR** | § | |
| **OF THE ESTATE OF GENE E.** | § | |
| **PHILLIPS,** | § | |
| | § | |
| **Defendants.** | | |

---

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that David M. Clapper, Atlantic Midwest, L.L.C., and Atlantic XIII, L.L.C., Plaintiffs in this action (collectively "Plaintiffs"), hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment (Docket No. 1069) entered in this case on July 14, 2021, in its entirety, as well as from all interlocutory rulings, orders, and judgments subsumed therein.

Plaintiffs further hereby appeal to the United States Court of Appeals for the Fifth Circuit from the United States District Court for the Northern District of Texas' Memorandum Opinion and Order denying Plaintiffs' Motion for New Trial, denying Plaintiffs' Motion for Judgment as a Matter of Law, and granting Defendants' Motion for Judgment (Docket No. 1068), entered in this case on July 14, 2021.

21-10805.36994

Plaintiffs further hereby appeal to the United States Court of Appeals for the Fifth Circuit from the United States District Court for the Northern District of Texas' Order on Motions in Limine (Docket No. 1000) entered on April 25, 2021, regarding the denial of Plaintiffs' Motion in Limine #1 to Bar Any Reference to or Introduction of Evidence Relating to Unrelated Litigation or Business and Personal Transactions of Plaintiffs Not Involving the Defendants and Their Affiliates as Evidence at Trial, the denial of Plaintiffs' Motion in Limine #3 to preclude Defendants' Expert, Scott D. Hakala from Testifying as to Certain Matters, and the denial, in part, of Plaintiffs' Motion in Limine #5 to preclude Defendants From Presenting Argument, Evidence, or Testimony Regarding Affirmative Defenses Stricken By This Court.

Plaintiffs further hereby appeal to the United States Court of Appeals for the Fifth Circuit from the United States District Court for the Northern District of Texas' Order on Motions in Limine (Docket No. 1000) entered on April 25, 2021, regarding the District Court's granting of the following Motions in Limine filed by Defendants: #2 Discovery Disputes, #6 Counsels' Conduct During This Litigation, #8 Alleged Sanctions Deposition, #17 SEC Action, #18 Southmark Bankruptcy, #19 Phillips' 2000 Indictment, and # 24 Any reference to the filing or denial of Defendants' Motions in Limine or any part thereof.  Plaintiffs further appeal to the United States Court of Appeals for the Fifth Circuit from the United States District Court for the Northern District of Texas' adverse evidentiary rulings on the evidence included in these Motions in Limine.

Plaintiffs further hereby appeal to the United States Court of Appeals for the Fifth Circuit from the United States District Court for the Northern District of Texas' Order on Motions in Limine (Docket No. 1003) entered on April 27, 2021, regarding the District Court's granting of the following Motions in Limine filed by Defendants: #1 Bankruptcy Order, #10 Alleged Delay in Bringing Suit to Trial, #12 Bankruptcies by Parties, and #16 Superseded Bankruptcy Schedules.

2

Plaintiffs further appeal to the United States Court of Appeals for the Fifth Circuit from the United States District Court for the Northern District of Texas' adverse evidentiary rulings on the evidence included in these Motions in Limine.

Plaintiffs hereby further appeal to the United States Court of Appeals for the Fifth Circuit from the United States District Court for the Northern District of Texas' Order resolving evidentiary objections to the deposition designations contained in the Joint Status Report (Docket No. 1005) entered on April 29, 2021, regarding the District Court's sustaining of Defendants' Objections to Plaintiffs' Deposition Designations.

Plaintiffs further hereby appeal to the United States Court of Appeals for the Fifth Circuit from the United States District Court for the Northern District of Texas' Jury Charge (Docket No. 1044), entered on May 20, 2021.

Plaintiffs further hereby appeal to the United States Court of Appeals for the Fifth Circuit from the United States District Court for the Northern District of Texas' Jury Notes (Docket No. 1045), entered on May 20, 2021.

Plaintiffs further hereby appeal to the United States Court of Appeals for the Fifth Circuit from all prior orders or actions of the United States District Court for the Northern District of Texas encompassed in the Final Judgment denying any motions or other relief requested by Plaintiffs, including, but not limited to, the Memorandum Opinion and Order denying Plaintiffs' Motion for Preliminary Injunction and Motion for Temporary Restraining Order (Docket No. 77) entered on January 21, 2015, the Memorandum Opinion and Order dismissing Plaintiffs' RICO claim (Docket No. 209) entered on January 25, 2016, and the Memorandum Opinion and Order denying Plaintiffs' Motion for Partial Summary Judgment (Docket No. 725) entered on August 14, 2018.

3

Plaintiffs further hereby appeal to the United States Court of Appeals for the Fifth Circuit any and all plain error that occurred during the trial of this matter in the United States District Court for the Northern District of Texas.

Respectfully submitted,

**COUNSEL FOR PLAINTIFFS:**

*/s/ Andrew W. Mychalowych*
Andrew W. Mychalowych
MI Bar No. P39602
Cora L. Morgan
MI Bar No. P59104, admitted *pro hac vice*
SICILIANO MYCHALOWYCH AND VAN DUSEN, PLC
40950 Woodward Ave., Ste. 350
Bloomfield Hills, MI 48304
(248) 442-0510
AMychalowych@SMV-law.com
CMorgan@SMV-law.com

*/s/ Alison R. Ashmore*
Alison R. Ashmore
Texas State Bar No. 24059400
Jeffrey R. Fine
Texas State Bar No. 07008410
Christopher D. Kratovil
Texas State Bar No. 24027427
Melanie L. Fry
Texas State Bar No. 24069741
DYKEMA GOSSETT PLLC
1717 Main Street, Suite 4200
Dallas, Texas 75201
Telephone: (214) 462-6400
Facsimile: (214) 462-6401
Aashmore@dykema.com
Jfine@dykema.com

4

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on August 13, 2021, the foregoing document was filed using the electronic case files system of the Court, which will provide notification of this filing to all attorneys of this case who are registered ECF users.

<u>/s/ Andrew W. Mychalowych</u>
Andrew W. Mychalowych

21-10805.36998

**TAB 3**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| DAVID M. CLAPPER, | § | |
| ATLANTIC MIDWEST L.L.C., and | § | |
| ATLANTIC XIII, L.L.C., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:14-CV-02970-X |
| AMERICAN REALTY INVESTORS, INC.; | § | |
| AMERICAN REALTY TRUST, INC.; | § | |
| EQK HOLDINGS, INC.; and GENE E. | § | |
| PHILIPS, | § | |
| | § | |
| Defendants. | § | |

### COURT'S CHARGE TO THE JURY

**MEMBERS OF THE JURY:**

It is my duty and responsibility to instruct you on the law you are to apply in this case. The law contained in these instructions is the only law you may follow. It is your duty to follow what I instruct you the law is, regardless of any opinion that you might have as to what the law ought to be.

If I have given you the impression during the trial that I favor either party, you must disregard that impression. If I have given you the impression during the trial that I have an opinion about the facts of this case, you must disregard that impression. You are the sole judges of the facts of this case. Other than my instructions to you on the law, you should disregard anything I may have said or done during the trial in arriving at your verdict.

You should consider all of the instructions about the law as a whole and regard each instruction in light of the others, without isolating a particular statement or paragraph.

21-10805.36237

The testimony of the witnesses and other exhibits introduced by the parties constitute the evidence. The statements of counsel are not evidence; they are only arguments. It is important for you to distinguish between the arguments of counsel and the evidence on which those arguments rest. What the lawyers say or do is not evidence. You may, however, consider their arguments in light of the evidence that has been admitted and determine whether the evidence admitted in this trial supports the arguments. You must determine the facts from all the testimony that you have heard and the other evidence submitted. You are the judges of the facts, but in finding those facts, you must apply the law as I instruct you.

You are required by law to decide the case in a fair, impartial, and unbiased manner, based entirely on the law and on the evidence presented to you in the courtroom. You may not be influenced by passion, prejudice, or sympathy you might have for the plaintiffs or the defendants in arriving at your verdict.

Do not let bias, prejudice or sympathy play any part in your deliberations. A corporation and all other persons are equal before the law and must be treated as equals in a court of justice.

Except as specifically noted in the instruction preceding Question 3 and Question 11, Plaintiffs David Clapper, Atlantic Midwest LLC, and Atlantic XIII LLC have the burden of proving their case by a preponderance of the evidence. To establish by a preponderance of the evidence means to prove something is more likely so than not so. If you find that Plaintiffs have failed to prove any element of their claims by a preponderance of the evidence, then they may not recover on that claim.

The evidence you are to consider consists of the testimony of the witnesses, the documents and other exhibits admitted into evidence, and any fair inferences and reasonable conclusions you can draw from the facts and circumstances that have been proven.

**COURT'S CHARGE TO THE JURY - Page 2**

If the Court previously instructed you to disregard testimony or evidence, you must disregard that testimony or evidence. During trial, the Court disallowed answers that would have disclosed attorney-client privileged matters. Do not draw any inference from questions, answers, or implications regarding communications with an attorney.

Generally speaking, there are two types of evidence. One is direct evidence, such as testimony of an eyewitness. The other is indirect or circumstantial evidence. Circumstantial evidence is evidence that proves a fact from which you can logically conclude another fact exists. As a general rule, the law makes no distinction between direct and circumstantial evidence, but simply requires that you find the facts from a preponderance of all the evidence, both direct and circumstantial. The preponderance of the evidence standard does not apply to Question 11.

In this charge, Plaintiff David M. Clapper is referred to as David Clapper, Plaintiff Atlantic Midwest L.L.C. is Atlantic Midwest, and Plaintiff Atlantic XIII, L.L.C. is Atlantic XIII. Defendant American Realty Trust, Inc. is referred to as ART, Defendant EQK Holdings, Inc. is EQK, American Realty Investors, Inc. is ARI, and Gene Phillips is referred to as Gene Phillips.

A "stipulation" is an agreement. When there is no dispute about certain facts, the attorneys may agree or "stipulate" to those facts. You must accept a stipulated fact as evidence and treat that fact as having been proven here in court. The parties have stipulated or agreed to the following facts:

1. American Realty Trust, Inc. ("ART) is a Georgia corporation. ART's principal place of business is in Dallas, Texas.

2. American Realty Investors, Inc. is a Nevada Corporation, with its principal place of business in Dallas, Texas.

21-10805.36239

21-10805.36240

3. EQK Holdings, Inc. is a Nevada Corporation, with its principal place of business in Dallas, Texas.

4. Venue is proper in this Court.

5. Gene Phillips died on August 16, 2019, in Dallas, Texas.

6. Bradford Phillips was appointed the Executor of the Estate of Gene Phillips on November 20, 2019.

7. American Realty Trust, Inc. filed for Chapter 11 reorganization bankruptcy on August 29, 2012 in the U.S. Bankruptcy Court for the Northern District of Georgia, which was subsequently transferred to the U.S. Bankruptcy Court for the Northern District of Texas on February 7, 2013.

Certain charts and summaries have been shown to you solely to help explain or summarize the facts disclosed by the books, records, and other documents that are in evidence. These charts and summaries are not evidence or proof of any facts. You should determine the facts from the evidence.

You alone are to determine the questions of credibility or truthfulness of the witnesses. In weighing the testimony of the witnesses, you may consider the witness's manner and demeanor on the witness stand, any feelings or interest in the case, or any prejudice or bias about the case, that he or she may have, and the consistency or inconsistency of his or her testimony considered in the light of the circumstances. Has the witness been contradicted by other credible evidence? Has he or she made statements at other times and places contrary to those made here on the witness stand? You must give the testimony of each witness the credibility that you think it deserves.

Even though a witness may be a party to the action and therefore interested in its outcome, the testimony may be accepted if it is not contradicted by direct evidence or by any inference that may be drawn from the evidence, if you believe the testimony.

**COURT'S CHARGE TO THE JURY - Page 4**

21-10805.36242

When knowledge of technical subject matter may be helpful to the jury, a person who has special training or experience in that technical field is permitted to state his or her opinion on those technical matters. However, you are not required to accept that opinion. As with any other witness, it is up to you to decide whether to rely on it.

You are not to decide this case by counting the number of witnesses who have testified on the opposing sides. Witness testimony is weighed; witnesses are not counted. The test is not the relative number of witnesses, but the relative convincing force of the evidence. The testimony of a single witness is sufficient to prove any fact, even if a greater number of witnesses testified to the contrary, if after considering all of the other evidence, you believe that witness.

Certain testimony has been presented to you through a deposition. A deposition is the sworn, recorded answers to questions a witness was asked in advance of the trial. Under some circumstances, if a witness cannot be present to testify from the witness stand, that witness's testimony may be presented, under oath, in the form of a deposition. Sometime before this trial, attorneys representing the parties in this case questioned this witness under oath. A court reporter was present and recorded the testimony. The questions and answers have been shown to you. This deposition testimony is entitled to the same consideration and is to be judged by you as to credibility and weighed and otherwise considered by you in the same way as if the witness had been present and had testified from the witness stand in court.

The fact that a person brought a lawsuit and is in court seeking damages creates no inference that the person is entitled to a judgment. Anyone may make a claim and file a lawsuit. The act of making a claim in a lawsuit, by itself, does not in any way tend to establish that claim and is not evidence.

**COURT'S CHARGE TO THE JURY - Page 5**

It is now your duty to deliberate and to consult with one another in an effort to reach a verdict. Each of you must decide the case for yourself, but only after an impartial consideration of the evidence with your fellow jurors. During your deliberations, do not hesitate to re-examine your own opinions and change your mind if you are convinced that you were wrong. But do not give up on your honest beliefs because the other jurors think differently, or just to finish the case.

Remember at all times, you are the judges of the facts. You have been allowed to take notes during this trial. Any notes that you took during this trial are only aids to memory. If your memory differs from your notes, you should rely on your memory and not on the notes. The notes are not evidence. If you did not take notes, rely on your independent recollection of the evidence and do not be unduly influenced by the notes of other jurors. Notes are not entitled to greater weight than the recollection or impression of each juror about the testimony.

When you go into the jury room to deliberate, you may take with you a copy of this charge, the exhibits that I have admitted into evidence, and your notes. You must select a presiding juror to guide you in your deliberations and to speak for you here in the courtroom.

Your verdict must be unanimous. After you have reached a unanimous verdict, your presiding juror must fill out the answers to the written questions on the verdict form and sign and date it. After you have concluded your service and I have discharged the jury, you are not required to talk with anyone about the case.

If you need to communicate with me during your deliberations, the presiding juror should write the inquiry and give it to the court security officer. After consulting with the attorneys, I will respond either in writing or by meeting with you in the courtroom. Keep in mind, however, that you must never disclose to anyone, not even to me, your numerical division on any question.

**COURT'S CHARGE TO THE JURY - Page 6**

Keep in mind that for cases such as this, the Court will take your answers from the verdict form, apply them to additional law that these instructions do not address, and render a judgment. Answer each question based on your review of the evidence and do not attempt to engineer an ultimate result in this case.

Following the reading of these instructions and reviewing the jury questions and the verdict form with you, counsel will have the opportunity to make their closing arguments. You will then proceed to the jury room to begin your deliberations.

Date:    May  19  , 2021.

_____

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

## QUESTION 1

**Were the properties listed below assets of ART at the time of the indicated transfers?**

"Asset" means property of a debtor, and "property" is anything that may be owned. "Asset" does not involve property to the extent it is encumbered by a valid lien.

"Valid lien" means a lien that is effective against the holder of a judicial lien subsequently obtained by legal or equitable process or proceedings. "Lien" means a charge against or an interest in property to secure payment of a debt or performance of an obligation, and includes a security interest created by agreement or a judicial lien obtained by legal or equitable process or proceedings.

"Transfer" means every mode, direct or indirect, absolute or conditional, voluntary or involuntary, of disposing of or parting with an asset or an interest in an asset, and includes payment of money, release, lease, and creation of a lien or other encumbrance.

**Answer "Yes" or "No" for each property listed below.**

1.      Transfer of 922,737 shares of TCI stock from ART to EQK on January 14, 2011.

**Answer:** NO

2.      Transfer of all ART's interest in EQK, including any interest in TCI stock, to ARI on January 21, 2011.

**Answer:** NO

3.      Transfer by dividend from BCM to EQK of 920,507 shares or 100% of any BCM common stock in TCI on January 14, 2011.

**Answer:** NO

**COURT'S CHARGE TO THE JURY**

4.    Transfer from ART to EQK of 100% of ART's common stock in ART Elm Fork Ranch, Inc., ART Florentina, Inc., ART Hawthorne, Inc., ART Hotel Equities, Inc., ART Lake Chateau, Inc. and Denver Merchandise Mart, Inc., and all, or 99% each, of its Limited Partner interest in Elm Fork Ranch Partners, Ltd., and its Class B Limited Partner Interest in Hawthorn Lakes Associates, Ltd. to EQK on December 31, 2010.

**Answer:**    NO

5.    Transfer from ART to EQK of ART Edina, Inc. and ART GNB, Inc. and a 99% Class B Limited Partnership Interest in Edina Park Plaza Associates Limited Partnership on December 31, 2010.

**Answer:**    NO

6.    Transfer from ART Collection, Inc. to Fenton Real Estate, Inc. of 97.28 acres of Pioneer Crossing Land and transfer from ART Palm, LLC to Fenton Real Estate, Inc. of 3.976 acres of Senlac/Valley View Land on December 23, 2010.

**Answer:**    NO

### Instructions for Question 2: Fraudulent Transfer

Plaintiffs contend Defendants fraudulently transferred property in violation of the Texas Fraudulent Transfer Act ("Uniform Fraudulent Transfer Act"). Defendants deny there was any fraudulent transfer. It will be up to you to decide whether any transfers made were done so fraudulently.

Under section 24.005(a)(1) of the Uniform Fraudulent Transfer Act, a transfer is fraudulent as to a creditor, whether the creditor's claim arose before or within a reasonable time after the transfer was made, if the debtor made it with actual intent to hinder, delay, or defraud any creditor of the debtor

**COURT'S CHARGE TO THE JURY - Page 9**

21-10805.36247

In determining actual intent, you may consider, among other factors, whether—

1. The transfer was to an insider.

2. ART retained possession or control of the property transferred after the transfer.

3. The transfer was concealed.

4. Before the transfer was made, ART had been sued or threatened with suit.

5. The transfer was of substantially all of ART's assets.

6. ART absconded.

7. ART removed or concealed assets.

8. The value of the consideration received by ART was reasonably equivalent to the value of the asset transferred.

9. ART was insolvent or became insolvent shortly after the transfer was made.

10. The transfer occurred shortly before or shortly after a substantial debt was incurred.

11. ART transferred the essential assets of the business to a lienor who transferred the assets to an insider of ART.

"Creditor" means a person, including a spouse, minor, person entitled to receive court or administratively ordered child support for the benefit of a child, or ward, who has a claim.

"Debtor" means a person who is liable on a claim.

"Insider" includes—

1. a director, officer, or person in control of ART;

2. a partnership in which ART is a general partner;

3. a general partner in a partnership in which ART is a general partner; or

4. a relative of a general partner, director, officer, or person in control of ART.

"Insider" also includes a managing agent of ART or an affiliate, or an insider of an affiliate as if the affiliate were ART.

"Affiliate" means a person or entity—

COURT'S CHARGE TO THE JURY - Page 10

1. who directly or indirectly owns, controls, or holds with power to vote 20 percent or more of the outstanding voting securities of ART, other than a person or entity who holds the securities—

   a. as a fiduciary or agent without sole discretionary power to vote the securities or

   b. solely to secure a debt, if the person or entity has not exercised the power to vote;

2. whose business is operated by ART under a lease or other agreement, or a person or entity substantially all of whose assets are controlled by ART; or

3. who operates ART's business under a lease or other agreement or controls substantially all of ART's assets.

"Affiliate" also means a corporation 20 percent or more of whose outstanding voting securities are directly or indirectly owned, controlled, or held with power to vote by ART.

A debtor is "insolvent" if the sum of the debtor's debts is greater than all of the debtor's assets at a fair valuation. A debtor who is generally not paying the debtor's debts as they become due is presumed to be insolvent.

"Asset" means property of a debtor, and "property" is anything that may be owned. "Asset" does not involve property to the extent it is encumbered by a valid lien.

"Valid lien" means a lien that is effective against the holder of a judicial lien subsequently obtained by legal or equitable process or proceedings. "Lien" means a charge against or an interest in property to secure payment of a debt or performance of an obligation, and includes a security interest created by agreement or a judicial lien obtained by legal or equitable process or proceedings.

"Transfer" means every mode, direct or indirect, absolute or conditional, voluntary or involuntary, of disposing of or parting with an asset or an interest in an asset, and includes payment of money, release, lease, and creation of a lien or other encumbrance.

## QUESTION 2

Did ART transfer any of the properties listed below with actual intent to hinder, delay, or defraud any creditor?

Answer "Yes" or "No" for each property listed below.

1.    Transfer of 922,737 shares of TCI stock from ART to EQK on January 14, 2011.

Answer:   NO

2.    Transfer of all ART's interest in EQK, including any interest in TCI stock, to ARI on January 21, 2011.

Answer:   NO

3.    Transfer by dividend from BCM to EQK of 920,507 shares or 100% of any BCM common stock in TCI on January 14, 2011.

Answer:   NO

4.    Transfer from ART to EQK of 100% of ART's common stock in ART Elm Fork Ranch, Inc., ART Florentina, Inc., ART Hawthorne, Inc., ART Hotel Equities, Inc., ART Lake Chateau, Inc. and Denver Merchandise Mart, Inc., and all, or 99% each, of its Limited Partner interest in Elm Fork Ranch Partners, Ltd., and its Class B Limited Partner Interest in Hawthorn Lakes Associates, Ltd. to EQK on December 31, 2010.

Answer:   NO

5.    Transfer from ART to EQK of ART Edina, Inc. and ART GNB, Inc. and a 99% Class B Limited Partnership Interest in Edina Park Plaza Associates Limited Partnership on December 31, 2010.

Answer:   NO

COURT'S CHARGE TO THE JURY - Page 12

6.      Transfer from ART Collection, Inc. to Fenton Real Estate, Inc. of 97.28 acres of Pioneer

Crossing Land and transfer from ART Palm, LLC to Fenton Real Estate, Inc. of 3.976 acres of

Senlac/Valley View Land on December 23, 2010.

**Answer:**   NO

## QUESTION 3

**Did EQK or ARI take any of the properties listed below in good faith and for a
reasonably equivalent value?**

A party takes a properties in good faith if the party (1) had no actual notice of the fraudulent

intent of the debtor and (2) lacked knowledge of such facts as would cause a person of ordinary

prudence to question whether the debtor had fraudulent intent.

"Reasonably equivalent value" means an amount that at the time of the transfer was within

the range of values for which such transfers would occur in an arm's-length transaction.  Whether

a debtor obtained reasonably equivalent value in a particular transaction is determined from a

reasonable creditor's perspective at the time of the transfer.

Value is given for a transfer or an obligation if, in exchange for the transfer or obligation,

property is transferred or an antecedent debt is secured or satisfied.

Defendants have the burden of proving this particular question by a preponderance of the

evidence. To establish by a preponderance of the evidence means to prove something is more likely

so than not so.

**Answer "Yes" or "No" for each item below.**

1.      Transfer of 922,737 shares of TCI stock from ART to EQK on January 14, 2011.

**COURT'S CHARGE TO THE JURY - Page 13**

21-10805.36251

**Answer:** _Yes_

2.    Transfer of all ART's interest in EQK, including any interest in TCI stock, to ARI on January 21, 2011.

**Answer:** _Yes_

3.    Transfer by dividend from BCM to EQK of 920,507 shares or 100% of any BCM common stock in TCI on January 14, 2011.

**Answer:** _Yes_

4.    Transfer from ART to EQK of 100% of ART's common stock in ART Elm Fork Ranch, Inc., ART Florentina, Inc., ART Hawthorne, Inc., ART Hotel Equities, Inc., ART Lake Chateau, Inc. and Denver Merchandise Mart, Inc., and all, or 99% each, of its Limited Partner interest in Elm Fork Ranch Partners, Ltd., and its Class B Limited Partner Interest in Hawthorn Lakes Associates, Ltd. to EQK on December 31, 2010.

**Answer:** _Yes_

5.    Transfer from ART to EQK of ART Edina, Inc. and ART GNB, Inc. and a 99% Class B Limited Partnership Interest in Edina Park Plaza Associates Limited Partnership on December 31, 2010.

**Answer:** _Yes_

6.    Transfer from ART Collection, Inc. to Fenton Real Estate, Inc. of 97.28 acres of Pioneer Crossing Land and transfer from ART Palm, LLC to Fenton Real Estate, Inc. of 3.976 acres of Senlac/Valley View Land on December 23, 2010.

**Answer:** _Yes_

21-10805.36252

## Instructions for Questions 4 and 5: Constructive Transfer

Under section 24.005(a)(2) of the Uniform Fraudulent Transfer Act, a transfer is fraudulent as to a creditor, whether the creditor's claim arose before or within a reasonable time after the transfer was made, if the debtor made it without receiving a reasonably equivalent value in exchange for the transfer or obligation, and the debtor:

(A) was engaged or was about to engage in a business or a transaction for which the remaining assets of the debtor were unreasonably small in relation to the business or transaction; or

(B) intended to incur, or believed or reasonably should have believed that the debtor would incur, debts beyond the debtor's ability to pay as they became due.

Under section 24.006(a) of the Uniform Fraudulent Transfer Act, a transfer is fraudulent as to a creditor whose claim arose before the transfer was made, if the debtor made the transfer without receiving a reasonably equivalent value in exchange for the transfer or obligation and the debtor was insolvent at that time or the debtor became insolvent as a result of the transfer or obligation.

"Creditor" means a person, including a spouse, minor, person entitled to receive court or administratively ordered child support for the benefit of a child, or ward, who has a claim.

"Debtor" means a person who is liable on a claim.

"Reasonably equivalent value" means an amount that at the time of the transfer was within the range of values for which such transfers would occur in an arm's-length transaction. Whether a debtor obtained reasonably equivalent value in a particular transaction is determined from a reasonable creditor's perspective at the time of the transfer.

21-10805.36253

Value is given for a transfer or an obligation if, in exchange for the transfer or obligation, property is transferred or an antecedent debt is secured or satisfied.

A debtor is "insolvent" if the sum of the debtor's debts is greater than all of the debtor's assets at a fair valuation. A debtor who is generally not paying the debtor's debts as they become due is presumed to be insolvent.

"Transfer" means every mode, direct or indirect, absolute or conditional, voluntary or involuntary, of disposing of or parting with an asset or an interest in an asset, and includes payment of money, release, lease, and creation of a lien or other encumbrance.

## QUESTION 4

**Did ART transfer any of the properties listed below without receiving reasonably equivalent value?**

**Answer "Yes" or "No" for each item below.**

1.     Transfer of 922,737 shares of TCI stock from ART to EQK on January 14, 2011.

**Answer:** NO

2.     Transfer of all ART's interest in EQK, including any interest in TCI stock, to ARI on January 21, 2011.

**Answer:** NO

3.     Transfer by dividend from BCM to EQK of 920,507 shares or 100% of any BCM common stock in TCI on January 14, 2011.

**Answer:** NO

**COURT'S CHARGE TO THE JURY - Page 16**

4.     Transfer from ART to EQK of 100% of ART's common stock in ART Elm Fork Ranch, Inc., ART Florentina, Inc., ART Hawthorne, Inc., ART Hotel Equities, Inc., ART Lake Chateau, Inc. and Denver Merchandise Mart, Inc., and all, or 99% each, of its Limited Partner interest in Elm Fork Ranch Partners, Ltd., and its Class B Limited Partner Interest in Hawthorn Lakes Associates, Ltd. to EQK on December 31, 2010.

**Answer:**   NO

5.     Transfer from ART to EQK of ART Edina, Inc. and ART GNB, Inc. and a 99% Class B Limited Partnership Interest in Edina Park Plaza Associates Limited Partnership on December 31, 2010.

**Answer:**   NO

6.     Transfer from ART Collection, Inc. to Fenton Real Estate, Inc. of 97.28 acres of Pioneer Crossing Land and transfer from ART Palm, LLC to Fenton Real Estate, Inc. of 3.976 acres of Senlac/Valley View Land on December 23, 2010.

**Answer:**   NO

## QUESTION 5

If you answered "Yes" to a property in Question 4, then answer the following question as to the property. Otherwise, do not answer the following question.

**At the time the property was transferred—**

1. was ART engaged in or about to engage in a business or a transaction for which its remaining assets were unreasonably small in relation to the business or transaction; or

2. did ART intend to incur or believe that it would incur, or should it reasonably have believed that it would incur, debts beyond its ability to pay as they became due; or

3. was ART insolvent or did it become insolvent as a result of the transfer?

**COURT'S CHARGE TO THE JURY - Page 17**

**Answer "Yes" or "No" for each item below.**

1.      Transfer of 922,737 shares of TCI stock from ART to EQK on January 14, 2011.

**Answer:** _____

2.      Transfer of all ART's interest in EQK, including any interest in TCI stock, to ARI on January 21, 2011.

**Answer:** _____

3.      Transfer by dividend from BCM to EQK of 920,507 shares or 100% of any BCM common stock in TCI on January 14, 2011.

**Answer:** _____

4.      Transfer from ART to EQK of 100% of ART's common stock in ART Elm Fork Ranch, Inc., ART Florentina, Inc., ART Hawthorne, Inc., ART Hotel Equities, Inc., ART Lake Chateau, Inc. and Denver Merchandise Mart, Inc., and all, or 99% each, of its Limited Partner interest in Elm Fork Ranch Partners, Ltd., and its Class B Limited Partner Interest in Hawthorn Lakes Associates, Ltd. to EQK on December 31, 2010.

**Answer:** _____

5.      Transfer from ART to EQK of ART Edina, Inc. and ART GNB, Inc. and a 99% Class B Limited Partnership Interest in Edina Park Plaza Associates Limited Partnership on December 31, 2010.

**Answer:** _____

6.      Transfer from ART Collection, Inc. to Fenton Real Estate, Inc. of 97.28 acres of Pioneer Crossing Land and transfer from ART Palm, LLC to Fenton Real Estate, Inc. of 3.976 acres of Senlac/Valley View Land on December 23, 2010.

**Answer:** _____

**COURT'S CHARGE TO THE JURY - Page 18**

## QUESTION 6

Plaintiffs claim ARI is the alter ego and therefore responsible for ART. Georgia law applies to this claim. Under Georgia law, the Plaintiffs must establish each of the following elements:

1.      That ARI disregarded the corporate entity and made it a mere instrumentality for the transactions of his or its own affairs;

2.      That there is such unity of ownership and interest that the separate personalities of the corporation and its owner no longer exist;

3.      An abuse of the corporate form by ARI, meaning ARI disregarded the separateness of the legal entity by commingling on an interchangeable or joint basis or confusing the otherwise separate properties, records, or control;

4.      That to adhere to the doctrine of the corporate entity would promote injustice or protect fraud;

5.      That the corporate arrangement was a sham, used to defeat justice, to perpetrate fraud, or to evade statutory, contractual or tort responsibilities; and

6.      That ARI is an owner of ART.

It is not sufficient that the two entities had common ownership, common management, common personnel, common officers and directors, or joint bank accounts and joint profit and loss statements.

**Was ARI the alter ego of ART and therefore responsible for its conduct on the following dates?**

21-10805.36257

**Answer "Yes" or "No."**

1. December 31, 2010.

**Answer:** ___NO___

2. January 14, 2011.

**Answer:** ___NO___

3. January 21, 2011.

**Answer:** ___NO___

## Instructions for Questions 7–9

Plaintiffs allege that ARI is the alter ego of EQK and that Gene Phillips is the alter ego of ARI and EQK. Nevada law applies to these claims. Under Nevada law, Plaintiffs must establish each of the following elements of proof:

1.    The corporation is influenced and governed by the purported alter ego;

2.    There is such unity of interest and ownership that the corporation and the purported alter ego are inseparable from each other; and

3.    Adherence to the corporate fiction of a separate entity would sanction fraud or promote a manifest injustice.

There is no requirement under Nevada law that, to observe corporate formalities, there must be a separation of funds, independent bank accounts, or independent officers or directors.

## QUESTION 7

**Was ARI the alter ego of EQK and therefore responsible for its conduct on the following dates?**

COURT'S CHARGE TO THE JURY - Page 20

**Answer "Yes" or "No."**

1. December 31, 2010.

**Answer:** ___NO___

2. January 14, 2011.

**Answer:** ___NO___

3. January 21, 2011.

**Answer:** ___NO___

## QUESTION 8

**Was Gene Phillips the alter ego of ARI and therefore responsible for its conduct on the following dates?**

**Answer "Yes" or "No."**

1. December 31, 2010.

**Answer:** ___NO___

2. January 14, 2011.

**Answer:** ___NO___

3. January 21, 2011.

**Answer:** ___NO___

## QUESTION 9

**Was Gene Phillips the alter ego of EQK and therefore responsible for its conduct on the following dates?**

**COURT'S CHARGE TO THE JURY - Page 21**

**Answer "Yes" or "No."**

1. December 31, 2010.

**Answer:** ___NO___

2. January 14, 2011.

**Answer:** ___NO___

3. January 21, 2011.

**Answer:** ___NO___


## QUESTION 10

What was the value of the property transferred at the time of the transfer?  Answer in dollars and cents, if any.

1.     Transfer of 922,737 shares of TCI stock from ART to EQK on January 14, 2011.

**Answer: $___0___**


2.     Transfer of all ART's interest in EQK, including any interest in TCI stock, to ARI on January 21, 2011.

**Answer: $___0___**


3.     Transfer by dividend from BCM to EQK of 920,507 shares or 100% of any BCM common stock in TCI on January 14, 2011.

**Answer: $___0___**


**COURT'S CHARGE TO THE JURY - Page 22**

4.      Transfer from ART to EQK of 100% of ART's common stock in ART Elm Fork Ranch, Inc., ART Florentina, Inc., ART Hawthorne, Inc., ART Hotel Equities, Inc., ART Lake Chateau, Inc. and Denver Merchandise Mart, Inc., and all, or 99% each, of its Limited Partner interest in Elm Fork Ranch Partners, Ltd., and its Class B Limited Partner Interest in Hawthorn Lakes Associates, Ltd. to EQK on December 31, 2010.

**Answer: $**_____

5.      Transfer from ART to EQK of ART Edina, Inc. and ART GNB, Inc. and a 99% Class B Limited Partnership Interest in Edina Park Plaza Associates Limited Partnership on December 31, 2010.

**Answer: $**_____

6.      Transfer from ART Collection, Inc. to Fenton Real Estate, Inc. of 97.28 acres of Pioneer Crossing Land and transfer from ART Palm, LLC to Fenton Real Estate, Inc. of 3.976 acres of Senlac/Valley View Land on December 23, 2010.

**Answer: $**_____

You may, in addition, award punitive damages if you find that Defendants ART, ARI, or EQK acted with malice or with reckless indifference to the rights of others. One acts with malice when one purposefully or knowingly violates another's rights. One acts with reckless indifference to the rights of others when one's conduct, under the circumstances, manifests a complete lack of concern for the rights of another. David Clapper, Atlantic Midwest, and Atlantic XIII have the burden of proving that punitive damages should be awarded by clear and convincing evidence.

The purpose of punitive damages is to punish and deter, not to compensate. Punitive damages serve to punish a defendant for malicious or reckless conduct and, by doing so, to deter

**COURT'S CHARGE TO THE JURY - Page 23**

others from engaging in similar conduct in the future. You are not required to award punitive damages. If you do decide to award punitive damages, you must use sound reason in setting the amount. Your award of punitive damages must not reflect bias, prejudice, or sympathy toward any party. It should be presumed that David Clapper, Atlantic Midwest, and Atlantic XIII have been made whole by compensatory damages, so punitive damages should be awarded only if Defendants ART, ARI, or EQK's misconduct is so reprehensible as to warrant the imposition of further sanctions to achieve punishment or deterrence.

If you decide to award punitive damages, the following factors should guide you in fixing the proper amount:

1. the reprehensibility of Defendants ART, ARI, or EQK's conduct, including but not limited to whether there was deceit, cover-up, insult, intended or reckless injury, and whether Defendants ART, ARI, or EQK's conduct was motivated by a desire to augment profit; and

2. the ratio between the punitive damages you are considering awarding and the amount of harm that was suffered by David Clapper, Atlantic Midwest or Atlantic XIII or with which David Clapper, Atlantic Midwest, or Atlantic XIII was threatened.

You may consider the financial resources of Defendants ART, ARI, and EQK in fixing the amount of punitive damages.

You may impose punitive damages against Defendants ART, ARI, and/or EQK, but no others.

## QUESTION 11

**Do you find by clear and convincing evidence that the harm to Plaintiffs David Clapper, Atlantic Midwest, and Atlantic XIII resulted from malice or was the result of extreme or outrageous conduct by Defendants ARI, ART, and/or EQK?**

COURT'S CHARGE TO THE JURY - Page 24

"Clear and convincing evidence" means the measure or degree of proof that produces a firm belief or conviction of the truth of the allegations sought to be established.

"Malice" means a specific intent by Defendants ART, ARI, and/or EQK to cause substantial injury or harm to Plaintiffs David Clapper, Atlantic Midwest, and Atlantic XIII.

**Answer "Yes" or "No."**

**American Realty Investors:** ___NO___

**EQK:** ___NO___

**American Realty Trust:** ___NO___

If you answered "Yes" as to a defendant in Question 11, then answer Question 12 as to that defendant as to each plaintiff.

## QUESTION 12

**What sum of money, if any, if paid now in cash, should be assessed against Defendants ARI, ART, and/or EQK and awarded to Plaintiffs David Clapper, Atlantic Midwest and Atlantic XIII as punitive damages, if any, for the conduct found in response to Question 11?**

"Punitive damages" means an amount that you may in your discretion award as a penalty or by way of punishment.

Factors to consider in awarding punitive damages, if any, are—

1. The nature of the wrong.

2. The character of the conduct involved.

3. The degree of culpability of Defendants American Realty Investors, American Realty Trust, and EQK.

4. The situation and sensibilities of the parties concerned.

5. The extent to which such conduct offends a public sense of justice and propriety.

**COURT'S CHARGE TO THE JURY - Page 25**

6.  The net worth of Defendants American Realty Investors, American Realty Trust, and EQK.

**Answer in dollars and cents, if any.**

**Answer:**

**Plaintiff David Clapper:**

    **ARI:** _____

    **EQK:** _____

    **ART:** _____

**Plaintiff Atlantic Midwest:**

    **ARI:** _____

    **EQK:** _____

    **ART:** _____

**Plaintiff Atlantic XIII:**

    **ARI:** _____

    **EQK:** _____

    **ART:** _____

*Proceed to the Certificate page.*

21-10805.36264

## **CERTIFICATE**

We, the jury, have answered the above and foregoing questions as herein indicated, and herewith return same into Court as our verdict.

Dated May ___20___ , 2021

_____

Presiding Officer of the Jury (signature)

Name: Chris D. Mathis

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

DAVID M. CLAPPER, et al

v.                                        No.    3:14-CV-2970-X

AMERICAN REALTY INVESTORS
INC., et al

JURY NOTE NO.

Q-4
12-1 Lunch

Chris D. Mathis
Jury Foreperson

Time received:    4:10pm

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION


DAVID M. CLAPPER, et al


v.                                         No.    3:14-CV-2970-X


AMERICAN REALTY INVESTORS
INC., et al


JURY NOTE NO. 1

On question 10, how do we determine
value of property transfered when no
values were given?




Jury Foreperson

Time received: 11:10 Am

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

DAVID M. CLAPPER, et al

v.                                            NO.    3:14-CV-2970-X

AMERICAN REALTY INVESTORS
INC., et al

## COURT'S RESPONSE TO JURY NOTE NO. 1

You must answer Question 10 based on the evidence presented at trial that you determine to be credible. Evidence includes fact witness testimony, expert witness testimony, and documents admitted into evidence. The Plaintiffs bear the burden of proof on Question 10.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

DAVID M. CLAPPER, et al

v.                                    NO.    3:14-CV-2970-X

AMERICAN REALTY INVESTORS
INC., et al

JURY NOTE NO. 2

We have reached a verdict.

Jury Foreperson

Time received: 12:45pm

**TAB 4**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

DAVID M CLAPPER, *et. al.*,              §
                                         §
         *Plaintiffs*,                   §
                                         §
v.                                       §     Civil Action No. 3:14-CV-02970-X
                                         §
AMERICAN REALTY INVESTORS,               §
INC., *et. al.*,                         §
                                         §
         *Defendants*.                   §

## MEMORANDUM OPINION AND ORDER

The Plaintiffs sued the Defendants seeking to collect on a federal judgment, which the Plaintiffs claimed the Defendants avoided via allegedly fraudulent conveyances. The Court held a jury trial, and the jury returned a verdict fully in favor of the Defendants. The Defendants filed a Motion for Judgment based on the Verdict [Doc. No. 1051]. The Plaintiffs filed a Motion for Judgment as a Matter of Law [Doc. No. 1052] and a Motion for New Trial [Doc. No. 1054].

After carefully reviewing the briefings as well as the arguments and authorities therein, the Court **DENIES** the Plaintiffs' motion for judgment as a matter of law, **DENIES** the Plaintiffs' motion for new trial, and **GRANTS** the Defendants' motion for judgment based on the verdict. By separate order the Court will enter a final judgment consistent with the verdict.

**IT IS SO ORDERED** this 14th day of July, 2021.

21-10805.36742

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

21-10805.36743

**TAB 5**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID M CLAPPER, *et. al.*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | Civil Action No. 3:14-CV-02970-X |
| | § | |
| AMERICAN REALTY INVESTORS, | § | |
| INC., *et. al.*, | § | |
| | § | |
| *Defendants*. | § | |

**FINAL JUDGMENT**

This civil action was tried to a jury beginning on May 5, 2021. On May 20, 2021 the jury returned a verdict in favor of the defendants. By separate order, the Court has granted the defendants' motion for judgment based on the verdict. Therefore, the Court **ORDERS**, **ADJUDGES**, and **DECREES** that this civil action is **DISMISSED WITH PREJUDICE.**

All relief not expressly granted is denied. This is a final judgment.

**IT IS SO ORDERED** this 14th day of July, 2021.

_____

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1

**TAB 6**

 1   States when looking at the property.

 2            What you just saw was another

 3   demonstration of deception by Mr. Mychalowych.  When

 4   he went and grabbed numbers out of the Farmer Fuqua

 5   documents that they keep jumping up about and that

 6   all off you have heard about.  That he says is fair

 7   market.  Which you don't have to agree.  You heard

 8   the contrary evidence.  But he says it's fair

 9   market.

10            And then he says his expert, Mr. Frazee,

11   whose testimony in this case was stricken by this

12   court.  And he wants you to give credence or some

13   weight to the testimony of an expert that was

14   stricken by the Court?

15            Do you know how many times that happens in

16   the legal game?  But what he does is, he goes

17   outside anything Frazee said and anything that

18   Mr. Moos said.  Because, and I'm going to get into

19   this in spades in a minute, do you remember he

20   tricked Moos into his mathematical number on

21   footnote 7.  Remember, the one everybody knows is

22   now a mistake and that he had to know was a mistake.

23   Because he's been salivating over this $70 million

24   judgment for 10 years.

25            And looking in the fine print of footnotes

1  to try to get a little wedge.  And you mean to tell
2  me if he saw those numbers 1.7, and 1.87, and he
3  didn't look back at '09, and see what I showed
4  y'all, that that was a mistake?
5          And that he had distorted that testimony
6  in previous conversations with all of these
7  witnesses.  And that he hooked Moos with the same
8  lie and deception right before your eyes.
9          He didn't tell Moos before we showed it to
10  you with Mr. Bertcher that 2010 was a mistake.  That
11  the numbers were different.
12          He purposefully and intentionally let him
13  do the math to deceive you.  To have indirect
14  testimony brought to you as to what he believed the
15  value of TCI stock, when his hired gun testified to
16  you repetitively on cross-examination, I did not
17  value TCI stock.
18          But Mr. Mychalowych did.  And this is the
19  same lawyer who was instructed by you to disregard
20  his utterance during the time that I was showing
21  Bertcher the board packages for EQK and BCM, to show
22  that boards were acting separately of each other as
23  a contradiction to his alter ego claim.
24          And he stood up and blurted, Judge, we've
25  already put those in.  When I painstakingly went

DAVID M. CLAPPER vs AMERICAN REALTY INVESTORS INC.
3:14-cv-2970-X                     Vol 12 May 19, 2021                     Page 3747

```
 1   in the face of all of that agony, ARI properties
 2   were going up.
 3              And man, if you believe that, you have
 4   done exactly what this deceitful and deceptive
 5   presentation is going to want you to do.
 6              But I believe that once you determine that
 7   you're not dealing with an honest broker, or that
 8   you're dealing with a liar, then where I come from,
 9   and it ain't Michigan, where I come from, we don't
10   listen to another germ that comes out of that
11   person's mouth.
12              Their plan was for us to do nothing.
13   Because woe is me.  And then they try to sell you on
14   this notion that they were -- our companies were
15   deprived of all of this money.
16              Our companies were part of a holding
17   company.  And, ladies and gentlemen, I started this
18   story to and for y'all in opening statement.
19   Because I told you then, and it's still true now, if
20   you take things out of context, and you don't
21   acknowledge the historical truths, and you discount
22   or you distort the facts or you lie, you can make
23   someone believe almost anything.
24              But I brought you and we brought you the
25   context.  That we started this company --
```

DAVID M. CLAPPER vs AMERICAN REALTY INVESTORS INC.
3:14-cv-2970-X                          Vol 12 May 19, 2021                          Page 3753

```
 1              You're trying to save the ship.  And Moos,
 2   despite what I think y'all heard, was a disgruntled
 3   employee because he got fired and some other things
 4   that are going on.
 5              And I think it's reasonable to deduce that
 6   he reached out to Clapper, and maybe if you're going
 7   to cast aspersions, maybe there's something going on
 8   between Clapper and Moos.  Because of this big
 9   payday that everybody has been salivating about.
10              But that's outside the record.  And that's
11   maybe not a reasonable deduction from the evidence.
12              But as long as you are smearing, the long
13   and short of it is, my client was doing what it had
14   to do to try to keep this business from going
15   bankrupt.  And all the other -- all the other
16   creditors.  Not just Clapper.
17              And we all know, because you had to deal
18   with the minutia of this chronology, which is
19   important, that the $35 million award of prejudgment
20   interest at 19 percent, which was a travesty, wasn't
21   even put in the judgment until October 2011, so it
22   is impossible for them to argue that we were aware
23   of a $70 million judgment in October when 35 of it
24   wasn't even entered until October.
25              And I would submit to you, that award
```

 1  windfall, and they took all of this 160 for ART, and

 2  72 for EQK, and they went to the Bahamas.  Didn't

 3  utilize any of it.

 4          And Prime has got all of this money.

 5  Well, they sued Prime.  And Prime got dismissed.

 6          So this notion that you shouldn't have to

 7  pay your own way, I expected it.  Because I have

 8  seen the Santa Claus inclinations from this side of

 9  the table.

10          And so I said, Mr. Hakala, back out that

11  95.  And he said, to y'all, if you back out the

12  95 --

13          Is my ELMO on?

14          He said if you back out -- remember, I

15  wrote this.  He said, if you back out the 95, you

16  got to leave in 62, because those are hard money

17  loans ARI made to EQK for properties.

18          But he said, under accounting principles,

19  and valuation principles, if you take out the 95,

20  you got to take the interco owed to ART of 57 out,

21  too.

22          And what would your value be?

23          The only qualified valuation expert that

24  came before you, and y'all heard him, said, zero.

25          And here is a man who told you about his

DAVID M. CLAPPER vs AMERICAN REALTY INVESTORS INC.
3:14-cv-2970-X                    Vol 12 May 19, 2021                    Page 3759

1   awards and accolades as a top economic student and
2   professor at SMU, and the other credentials that I
3   know you remember.  And you compare him to the paid
4   prostitute from Michigan.
5            Who without any credentials, took fair
6   market values and added them to a book value chart
7   and has the audacity to tell you that you ought to
8   believe him as this crazy value.
9            That he wasn't -- that he didn't come to
10  you and do.
11           Mr. Frazee.  Did you value the real
12  estate?  Answer, no.
13           Did you value the EQK stock as a going
14  business?
15           I did not come up with a specific value.
16           Did you value TCI stock?
17           I looked at it, I saw what Hakala did, I
18  didn't come up with a number.
19           I would submit to you, ladies and
20  gentlemen, that is no evidence.  And it makes you
21  wonder why -- why didn't they do it?
22           It may be that he didn't like what the
23  results were going to be.  It's kind of like taking
24  somebody else's research paper and glob it on to
25  what you like and criticizing what you don't, and

 1   foreclosure, guess what you owe that lender?

 2   $20 million minus a dollar.

 3              And if EQK is saddled with property, where

 4   the property is upside down with a lender and more

 5   debt is going to have to be paid than the property

 6   is worth, wouldn't that be important information for

 7   you to know as a jury if you're going to try to

 8   determine the value of an asset?

 9              Who was disingenuous with that issue

10   trying to backdoor it with a bunch of hearsay and

11   crap as opposed to getting educated, qualified

12   experts to get on the stand and swear by God that

13   they employed the most proper methods and they came

14   up with a decision, instead of Frazee, that I just

15   have to show you.

16              Did you, sir -- are you aware of the

17   Uniform Standards of Professional Appraisal

18   Practice?

19              Generally, yes.

20              Are you aware, sir, of the American

21   Association of Appraisers, Business Valuation

22   Standards?

23              I am to some degree.

24              Did you, sir --

25              Let me have the ELMO, please, Kim.

DAVID M. CLAPPER vs AMERICAN REALTY INVESTORS INC.
3:14-cv-2970-X                    Vol 12 May 19, 2021                    Page 3776

```
 1              Did you, sir, employ those standards in
 2   looking at the things in this case?
 3              And of course, I'm so damn old I get
 4   impatient, I didn't want him to dump on me again,
 5   and I said I didn't ask you anything other than
 6   that.
 7              Did you employ those standards?
 8              Answer no.
 9              Well, you know, sir, that those standards
10   talk about the first thing is, you've got to
11   understand the economic outlook and the general
12   outlook and the economic outlook on the specific
13   injury -- industry.
14              I don't remember the language
15   specifically, but it wouldn't surprise me.
16              So are y'all going to accept the value
17   from a paid prostitute who doesn't know anything
18   about valuation and didn't employ the standards of
19   coming to this back-of-the-envelope number that
20   Mr. Mychalowych just tried to sell you?
21              I hope not.
22              Next slide, Kim.
23              EQK to ARI.  You haven't heard much about
24   this one, but this is the one that happened a year
25   after -- strike that.
```

DAVID M. CLAPPER vs AMERICAN REALTY INVESTORS INC.
3:14-cv-2970-X                    Vol 12 May 19, 2021                    Page 3782

```
 1              MR. KHOURY:  Judge, I can only say that he
 2   deserves it.  And I would also say that we are
 3   entitled to point out the deceit and/or presentation
 4   problems with the Plaintiff.
 5              THE COURT:  You are, and you can do
 6   without naming him by name.  You can say there were
 7   defects in the presentation from this morning, but
 8   calling him a paid prostitute twice crosses the
 9   line --
10              MR. KHOURY:  I'm talking about the expert,
11   not him.
12              THE COURT:  I think from the context that
13   was also aimed at Mr. Mychalowych.
14              MR. KHOURY:  Well, it wasn't, your Honor,
15   and to the extent --
16              THE COURT:  I appreciate the
17   clarification.
18              MR. KHOURY:  It wasn't.  I said they hired
19   a prostitute.
20              THE COURT:  I have that case next one.
21              MR. SHAMOUN:  We can't call him a whore?
22              THE COURT:  That is off limits for anyone
23   in this courtroom to be referred to in that matter.
24              Okay.  We are on break.  Any other
25   questions?
```

DAVID M. CLAPPER vs AMERICAN REALTY INVESTORS INC.
3:14-cv-2970-X                    Vol 12 May 19, 2021                    Page 3783

```
 1            MS. ASHMORE:  Also being called a liar and

 2    dishonest, specifically directed towards

 3    Mr. Mychalowych.  It wasn't just the prostitute.

 4            THE COURT:  I will let y'all return the

 5    favor.

 6            MS. ASHMORE:  We don't intend to engage in

 7    name calling, your Honor.

 8            THE COURT:  And the Jury has a way of

 9    sorting that thing out.  In my experience, they do.

10            All that say we are on break.  Unless

11    there's anything else, we will see you at 1:15.

12    Let's do 1:13 for us.

13            MR. SHAMOUN:  I'm going to call him what

14    he is.

15            THE COURT:  The court is in recess.

16            (Thereupon, a recess was taken, after

17        which the following proceedings were held:)

18            THE COURT SECURITY OFFICER:  All rise.

19            THE COURT:  Thank you.  You can be seated.

20            Well, we are missing some folks.

21            I'm going to wait one minute, and I'm

22    going to bring in the Jury if they are not here.

23            MR. KHOURY:  Who is that?

24            THE COURT:  We are missing your

25    counterparts.
```

DAVID M. CLAPPER vs AMERICAN REALTY INVESTORS INC.
3:14-cv-2970-X                    Vol 12 May 19, 2021                    Page 3815

```
 1              THE COURT:  Thank you.  Let's bring in the
 2   Jury.
 3              MR. KHOURY:  Where is his opening?
 4              Where is his opening?
 5              THE COURT SECURITY OFFICER:  All rise for
 6   the Jury.
 7              (The jurors entered the courtroom.)
 8              MR. SHAMOUN:  I need it.
 9              THE COURT:  Okay.  You can be seated.
10              And, Mr. Shamoun, you may proceed.
11              MR. SHAMOUN:  Okay.  Your Honor, find it
12   for me.
13              Ladies and Gentlemen of the Jury, I'm the
14   last one that has the privilege to talk to y'all,
15   and do a closing argument.
16              And then when I get through,
17   Mr. Mychalowych is going to come up here for about
18   10 minutes 'cause that's his right.
19              Before we get started, I know y'all have a
20   potentiality of crying, y'all might need Kleenex
21   during my --
22              MR. MYCHALOWYCH:  Your honor.
23              THE COURT:  Mr. Shamoun, please refrain.
24              MR. SHAMOUN:  "It doesn't matter what I
25   believe it to be.  It only matters what I can
```

 1  prove."

 2          That was Tom Cruise in the movie "A Few

 3  Good Men."

 4          And I believe in that.

 5          When you are a Plaintiff bringing a

 6  lawsuit against an individual or a company, and you

 7  pay your $268 filing fee and you go find you a

 8  lawyer, draft up a lawsuit and sue 17 or 127, or

 9  400, or five Defendant corporations and individuals,

10  and your lawyer puts in there allegations and

11  claims, one in particular where you sue a man or a

12  woman or a company for fraud, it is in the public

13  record forever.

14          It will not go away.

15          Anyone, especially with the age we are in

16  with social media and streaming and all that, are

17  going to be able to find a lawsuit filed against you

18  for fraud, an accusation that you defrauded someone.

19          And I'm not going to sit here and tell you

20  how much I like Mr. Clapper, or his companies, or

21  his lawyer, because y'all know the answer to that

22  question.

23          But Mr. Mychalowych, in his opening

24  statement, and in his closing statement, and believe

25  me, he needs to be corrected a lot, and I know you

DAVID M. CLAPPER vs AMERICAN REALTY INVESTORS INC.
3:14-cv-2970-X                    Vol 12 May 19, 2021                    Page 3817

```
 1  probably don't like me for doing it.
 2          And I know you are probably annoyed with
 3  me for getting up 333 times in this trial.
 4          And I know you are tired of hearing the
 5  Judge say "sustained."
 6          And I know if I was representing you, I
 7  would hope, coming from a family of lawyers, you
 8  would want your lawyer to defend you for the
 9  allegations of fraud in a public record.
10          I said in my opening statement that those
11  are fighting words.
12          They are to me.  They should be to you
13  today and tomorrow.
14          And so I objected to counsel testifying.
15          The Court so instructed Mr. Mychalowych,
16  as an agent and a representative of his client,
17  Mr. Clapper, please stop testifying.  We want to
18  hear the evidence from the witness stand, not from
19  you, Mr. Clapper.
20          And then he wouldn't stop.  And then I got
21  tired of going to the top of -- sidebars.  I did.  I
22  told the Judge, all due respect, your Honor, I'm not
23  going anymore.  I'm tired of it.
24          If he'd had been my child, I would have
25  spanked him.  I promise, he would have got a
```

```
 1   Spanking.

 2           He defied this Judge.  He defied the

 3   instructions of the Judge.  Yes, Mr. Clapper, you,

 4   because you hired him.

 5           He treated us all here with disrespect.

 6   He tried to hide evidence.

 7           Mr. Khoury, God love him, he caught him

 8   several times.  Judge had to scold him.

 9           I have never seen anything like this in

10   the over 30 years that I have practiced in this

11   town.

12           Never have I seen what y'all witnessed.  I

13   am embarrassed for the profession, ma'am.

14           I'm embarrassed.

15           I support a group called Task Force

16   Dagger.  They are Navy Seals, and -- and young men

17   and perhaps young women who have been dismembered.

18           I don't complain about having one eye.  I

19   see men and women in the Armed Forces that have lost

20   their arm and their legs.  Lost their hearing.  Lost

21   their ears.  Lost both eyes.

22           You don't hear me complaining since I was

23   13.  I got up and ran with the best of them.  And

24   then I lost my hearing.  I got one Navy SEAL that

25   can't hear anything.
```

```
1            And it's our job, as lawyers, I don't care
2  if you're representing a Plaintiff or a Defendant,
3  to bring the truth to the jurors.
4            Why?
5            I have been doing this is a long time,
6  and, yes, I come from Mississippi.  But a lie in
7  Mississippi is the same as a lie in Texas.
8            And you get the same old whipping in
9  Mississippi by your daddy and momma for lying as you
10 do in Michigan.
11           And we were raised right.
12           You know when we were raised, my momma
13 told me, God love her, she said, I know when you are
14 lying, Gregory.  I know when you are lying to me.
15           And when I started practicing law, I
16 always remembered that.  When I stand up in front of
17 people, I don't know -- I know you run a gym in
18 Avalon.  I know you are in the IT business.  I know
19 you are in a catering business and love the
20 restaurant.  I know, ma'am, that you work every day
21 hard to pay your bills, and I know you've got an
22 education.  And, sir, I know you are in the pool
23 business.
24           But we don't know each other.  I don't
25 know ya.  I don't need to know ya, but I need to
```

DAVID M. CLAPPER vs AMERICAN REALTY INVESTORS INC.
3:14-cv-2970-X                          Vol 12 May 19, 2021                          Page 3827

```
 1   common stock in ART."

 2              "Elm Fork Ranch Inc. that was transferred

 3   to EQK on December 31st.  There is 200 plus

 4   entities, I don't remember."

 5              "I don't remember if or when ART's 1,000

 6   shares of stock in ART Florentina were transferred.

 7   I did not value those shares on a fair market

 8   value."

 9              "I did not value any of ART's shares in

10   ART Hawthorne, ART Hotel Equities, ART Lake Chateau,

11   Denver Merchandise Mart, ART Edina, ART GMB, ART

12   Westwood Florida, Inc., ART's 99 percent Class B

13   Limited Partnership interest in Edina Park Plaza

14   Associates, Elm Fork Ranch Properties, Limited,

15   Hawthorne Lakes Association."

16              "No, I did not render an independent fair

17   market value of those interests or any businesses."

18              That's what their expert said.

19              Now, I have to throw this in because it

20   took a long time for my research department at my

21   office to dig out all of the cases this man has

22   testified in.

23              And we found a few where he was stricken,

24   like he was stricken here.

25              He didn't put that on his resume.  But I
```

DAVID M. CLAPPER vs AMERICAN REALTY INVESTORS INC.
3:14-cv-2970-X                    Vol 12 May 19, 2021                    Page 3828

```
 1  tell you what, I got some really good research
 2  people at the office.  And I gave them a directive,
 3  find out what you can about him, please.
 4          Please, you got to find out whether or not
 5  he's been stricken.  He's not going to tell me
 6  unless he knows I know.
 7          And so, he was stricken a few times, like
 8  here.
 9          Of course, our experts Mr. Goolsby and
10  Dr. Hakala, you didn't hear any of that with them.
11          They may not like these two gentlemen.  I
12  don't know if I like anybody at my age, you know,
13  except my son and my wife, and sometimes I don't
14  like them.
15          It is not about who you like.  It is
16  whether or not you think they are credible.
17          Dr. Hakala, I mean, what else could we
18  have brought you?
19          An educated man.  A trained man.  An
20  experienced man.
21          He answered every question.  He set the
22  lawyers straight when he was trying to mess with
23  him.
24          He wasn't an advocate.  He didn't write
25  any questions for us and fill out a bunch of stuff,
```

DAVID M. CLAPPER vs AMERICAN REALTY INVESTORS INC.
3:14-cv-2970-X                    Vol 12 May 19, 2021                    Page 3829

 1  like Frazee did.

 2          Frazee was a daggum lawyer.  Every time he

 3  sent questions to Mr. Mychalowych, Mr. Mychalowych

 4  sent them to us, we were on a goose chase for seven

 5  years.

 6          We satisfied every single request

 7  Mr. Frazee asked Mychalowych to send us.

 8          In fact, tens of hundreds of thousands of

 9  pages.  They did a colonoscopy on ARI's entire

10  organization.

11          And he couldn't come up with a fair market

12  value of anything.

13          Well, I submit to you, when he testifies,

14  I do know how to do that, you better believe he knew

15  how to do it.

16          Now, do you remember when I asked him,

17  "Where is your valuation of all of these companies

18  claimed to have been transferred?"

19          "Well, the books are at my office

20  somewhere."

21          And don't you remember that?

22          And I asked him, "Well, why -- why didn't

23  you bring them?  And why didn't you come testify to

24  what your opinions of value were?"

25          And he says, "Well, the Judge told me I

```
 1   could only give an opinion of what was in my
 2   reports.  And I don't have an opinion that's written
 3   in my reports."
 4            Well, Ladies and Gentlemen of the Jury,
 5   there was an order from this Court ordering the
 6   experts to give opinions in written form to the
 7   lawyers.
 8            He didn't give us any opinions of value.
 9            And you want to know why he didn't?
10            They didn't want you to know that they
11   were worth zero.
12            And when they found out they were worth
13   zero and then they found out that Judge Starr was
14   going to be instructing y'all that the burden of
15   proof is on you, Mr. Clapper, to come into this
16   courtroom and give evidence of value, and they
17   didn't do it, he was going to slip by in his closing
18   argument and say, Well, the Defendants had the
19   burden to prove value.
20            Like you are not going to be able to read.
21            Like you are not going to be able to, sir,
22   to understand because you are not in the legal
23   business, what the burden of proof is in the King's
24   English in the charge.
25            I think that's insulting.  Instead being
```

DAVID M. CLAPPER vs AMERICAN REALTY INVESTORS INC.
3:14-cv-2970-X                    Vol 12 May 19, 2021                    Page 3831

```
 1  mad at me for raising a little hell for two weeks,
 2  you might want to consider maybe being a little
 3  upset with him for trying to think you're an idiot
 4  and you're not.  You're not.
 5            Neither one of you is either.
 6            So where do we go from here?
 7            I could go through testimony.  I could go
 8  through testimony.  I could go through testimony
 9  after testimony after testimony.  And show you this
10  and show you what Ron Akin said and show you what
11  Danny Moos said.
12            You don't want me to do that, do you?
13            I will take it by your silence that I
14  don't need to do it.  I see y'all laughing behind
15  your mask.
16            But I am going to go through the charge
17  with you, okay?
18            I found it.
19            Let's go to the second page, please, of
20  the Court's charge.
21            Please tell me everybody has it?  Yes.
22            Does everybody have it, please?  You got
23  it?  Okay.
24            And everybody has a pen?  Y'all might want
25  to ask -- I'm going to ask y'all to write down some
```

DAVID M. CLAPPER vs AMERICAN REALTY INVESTORS INC.
3:14-cv-2970-X                     Vol 12 May 19, 2021                          Page 3832

```
 1   things.  You can, if you want to or you don't have

 2   to or you could throw the pen at me.

 3           I'm just going to ask you to write down

 4   some things, please.  Please, indulge me.  Will you?

 5   Thank you, sir.

 6           On page 2, I have -- I have, in the second

 7   third sentence, it says, "It is important for you to

 8   distinguish between the arguments of counsel and the

 9   evidence on which these arguments rest."

10           I think y'all know what that means.

11           That means nothing I'm telling you is

12   evidence.  I told you in my opening statement, I'm

13   not taking the witness stand.

14           And I told you that there is nothing that

15   I am writing or an exhibit that I've prepared that's

16   being introduced into evidence.  Okay?  I told y'all

17   that.

18           But I tell you what, I do mirror

19   Mr. Khoury's venom when Mr. Clapper's lawyer

20   implied -- wrongly, I might add -- that Mr. Khoury

21   and I had anything to do with this so-called meeting

22   with Mr. Moos.

23           I thought it was about as low class as

24   I've ever seen anything happen in a courtroom, in my

25   entire life.
```

DAVID M. CLAPPER vs AMERICAN REALTY INVESTORS INC.
3:14-cv-2970-X                    Vol 12 May 19, 2021                    Page 3833

```
 1            I thought it was classless.  Ruthless.  To
 2    infer that I, having the privilege to have a law
 3    license, would suborn perjury.
 4            I just -- it's just disgusting.  If I had
 5    had it -- if he had said that in an alley, I would
 6    have kicked his butt up and down that alley.  I
 7    don't care if I was half blind and half-lame, I
 8    would have found the strength to whoop his ass,
 9    okay, by accusing me of a felony.  Aggravated
10    felony.  Perjury.
11            It's low class.  It's about the most
12    offensive thing that a man could or a woman could
13    ever tell a lawyer.
14            And I share Mr. Khoury's sentiments in
15    that regard, and I apologize for cussing.
16            Accept my apology.  Thank you.
17            It says here, "You must determine the
18    facts from all the testimony."
19            And remember, in my opening statement to
20    you guys or in my voir dire, I told each and every
21    one of you -- and I made you make me a promise, I
22    know you didn't want to do it at the time, but I
23    made each of y'all make me a promise, Don't get off
24    the plane until we land.
25            You remember?  Do you remember that?
```

DAVID M. CLAPPER vs AMERICAN REALTY INVESTORS INC.

 1            Wait til the evidence is finished.  Wait

 2    til the evidence is closed.  Give us an opportunity,

 3    before this man goes up and down with your feelings

 4    on day one thinking we are all a bunch of criminals

 5    and fraudsters and this and that, wait til the end,

 6    and then get off the plane.

 7            Now, the only person that didn't make it

 8    to the end to get off the plane was Mr. Frazee,

 9    because the Judge threw him out, right out the front

10    door.  Just go back to Michigan, Mr. Frazee.  You're

11    not testifying here in rebuttal.

12            So he didn't make it to the end.  Tried

13    to.

14            And so, the Judge says, "You must

15    determine the facts from all the testimony that you

16    have heard."

17            And then he says, "You are required by law

18    to decide the case in a fair, impartial and unbiased

19    manner, based entirely on the law and the evidence

20    presented."

21            "You may not be influenced by passion.  By

22    your prejudices or your sympathy" for Mr. Clapper

23    over here who cried on the witness stand.  Okay?

24            I don't share the sympathy for

25    Mr. Clapper.  I'm sorry.  If y'all know what we've

DAVID M. CLAPPER vs AMERICAN REALTY INVESTORS INC.
3:14-cv-2970-X                 Vol 12 May 19, 2021                  Page 3837

 1   instructions" -- get some Kleenex, Mr. Clapper, if
 2   you need it.
 3              Proceeding Questions 3 and 11,
 4   "Plaintiffs, David Clapper, Atlantic Midwest, LLC,
 5   Atlantic XIII, LLC, have the burden of proving their
 6   case by a preponderance of the evidence."
 7              To establish, Mr. Clapper, a preponderance
 8   of the evidence, that means that you have to prove
 9   something is more likely so than not so.
10              If you find that Mr. Clapper and his
11   companies have failed, which you have, to prove any
12   element, you hadn't proved any element, much less
13   one of their claims by a preponderance of the
14   evidence, then they may not recover on that claim.
15              How clear can that Honorable Man sitting
16   with the black robe in your trial, who has been more
17   fair than any Judge I've ever tried a case in, in
18   over 30 years, how clear could he be to me, to them,
19   and to you?
20              Crystal.
21              As Tom Cruise said, when the Colonel asked
22   him if he understood.  "Are you clear?"
23              "Are you clear?"  He said -- and Tom goes,
24   "Crystal."
25              I laugh.  I still laugh when I -- when I

 1   as I wanted them to.  When I look back, I can see.

 2              I don't know what you're thinking.  I know

 3   what your beliefs are.  I know what book you read.

 4   I know what you do for a living.  And I don't know

 5   if y'all are -- got your -- had your minds made up

 6   first time I opened my mouth.  I don't know.

 7              But I know that y'all have taken an oath

 8   to be fair.  I know y'all have taken an oath to be

 9   impartial.  I know you've taken an oath of

10   accountability.  And I know you've taken an oath to

11   ascertain what the truth is.  Not what I say it is.

12   Or Clapper says it is.  It's what you believe it is.

13   Collectively.

14              Now, I want to go to some stipulations on

15   page 4, because Mr. Clapper didn't want his lawyer

16   to point this one out.

17              It is the stipulation number 7.

18              Okay.  I'm going to read it to you.

19              Number 7.

20              "American Realty Trust, Inc.," that's

21   Mr. Swaim's client, who owes the money to the

22   Clappers, "filed for Chapter 11."  Okay?

23              What is the next word?  "Reorganization."

24              And you heard Ron Akin testify.  Ron Akin

25   testified that when some of these properties got

```
 1    underwater, okay?  You had to salvage something.
 2              Let's see, if you salvage something from
 3    these properties before they get foreclosed on by
 4    the lender.
 5              In other words, I showed Frazee the
 6    statutes of 51.003 of the property code.  I showed
 7    him a case, Supreme Court case, I35 versus Mayette
 8    (ph).
 9              Some of these properties that were
10    transferred to Ron Akin were properties that
11    eventually bankruptcy was filed, and foreclosures,
12    like the Denver Merchandise Mart.
13              They didn't even want to talk about
14    Denver, much less the Denver Merchandise Mart.
15              Like the property at LBJ, Fenton Center,
16    LBJ and Luna.  It was in Mr. Frazee's report, but
17    they didn't want to get into the guts of these
18    properties.
19              Why?
20              Well, I'll tell you why.  Because they
21    wasn't worth the debt.  The lender was wanting to
22    foreclose on these properties, and eventually did.
23    They testified to.
24              And so Ron Akin's group, they didn't
25    mention his partner who handled everything.  They
```

DAVID M. CLAPPER vs AMERICAN REALTY INVESTORS INC.
3:14-cv-2970-X                    Vol 12 May 19, 2021                    Page 3846

 1  for a billion dollars, as opposed to suing somebody

 2  for fraud, filing a $285 filing fee and pleading

 3  somebody defrauded me by transferring a piece of

 4  property, and I don't know where it is, what it is,

 5  how it is.

 6          What does that tell you about that man's

 7  mentality?

 8          How can you come and do that and drag us

 9  for seven years, claiming we defrauded you out of

10  property that you don't even know where it is?  It's

11  disgusting.

12          I mean, it's just filthy, that we have to

13  spend all of this time and all of this money and all

14  these resources and this Court's time.  And the man

15  doesn't even know where it is, what it is, how it

16  is, but boy, by God, he's going to sue for it and he

17  wants you to put it back in that empty bucket.

18          Did you see that empty bucket?  He don't

19  even know what it is that's going back to the empty

20  bucket.

21          That's despicable.

22          And I don't care where you're from, it is

23  despicable.  Can you imagine?

24          So, advocacy, you alone are to determine

25  the question of credibility or truthfulness of the

```
 1   witness.  That includes you, Mr. Clapper.
 2           In weighing the testimony of the witness,
 3   you may consider the witness' manner and demeanor on
 4   the witness stand.
 5           Any feelings or interest in the case or
 6   any prejudice or bias about the case, that he or she
 7   may have, and the consistency or the inconsistency
 8   of his or her testimony considered.
 9           You know, Mr. Clapper, I asked him --
10   please, I hope you remember -- Mr. Clapper, there
11   was a Dynex judgment, $25 million, publicly-traded
12   company.  Where your lawyer signed -- and I showed
13   it to him -- a stipulation, on the bottom next to
14   his signature, was yours, sir, moving a federal
15   judge to allow him to have the 25 or so million
16   dollar Dynex judgment that ART had in its favor.
17           And I said, "Do you remember, was it
18   transferred to you?"
19           He goes, "No."
20           "Are you sure about that?"
21           "No, it wasn't."
22           So I handed him the transfer order.
23           I said, "Did you read it?"
24           He said "yes."
25           I said, "Does it say it was transferred to
```

DAVID M. CLAPPER vs AMERICAN REALTY INVESTORS INC.
3:14-cv-2970-X                    Vol 12 May 19, 2021                    Page 3848

```
 1        you?"
 2              And He said, "No."
 3              And then I had to go over and just pop him
 4        in the head and read it to him.
 5              And it did say that he was transferred the
 6        Dynex judgment.
 7              Okay?
 8              He was playing with me, trying to get me
 9        mad again.
10              Not hard to do.
11              And then I asked him, "Are you going to go
12        collect it?"
13              And you know what he said?
14              "Not right now."
15              "Not right now."
16              And he said, "This is the first time I've
17        seen it."
18              Huh?
19              "This is the first time I've seen it."
20              You give me a $25 million judgment, I'm
21   going to read it as soon as you put it in my hand, I
22   guarantee it.
23              And I'm going to try to go collect it,
24   too.  Okay?  And so would you.
25              He's not credible.  He can cry, cry like
```

```
 1   he did in the first trial, he can cry like he did
 2   here.  I'm not going to tell you, I don't like him
 3   because it don't matter what I do or what I don't.
 4   But he's not a credible person.
 5              He's not accountable.
 6              And his lawyer told y'all, in opening
 7   statement, we have been chasing these Defendants
 8   since 1999.  A big absolute falsehood.
 9              He sued us in 2014.  2014.  He hasn't been
10   suing -- he didn't sue Gene Phillips in until 2014.
11   He didn't sue ARI until 2014.  Or EQK.  Or those
12   other 17 other individuals or entities.
13              I mean, how does he expect us to believe
14   anything he says and anything he tries to get us to
15   believe?
16              When the facts are so easy to disapprove
17   that he's suggesting we swallow?  How?
18              I don't know -- there is a chapter in that
19   accountability book, and you just have to be
20   accountable for what you say.
21              And in 2016, the judgment was final in the
22   1999 case.  2016.  He got a $60 million judgment.
23              All the transfers were made in 2011.
24              I mean, it's really hard and frustrating
25   as a lawyer, and I'm sure in your life sometime
```

DAVID M. CLAPPER vs AMERICAN REALTY INVESTORS INC.
3:14-cv-2970-X                     Vol 12 May 19, 2021                     Page 3852

```
 1   client because my client makes me accountable.
 2            So, I hope it didn't work.  I do.  I hope
 3   it didn't work.
 4            I just hope that if I was your lawyer, and
 5   there was 325 times I needed to stand up, to correct
 6   a wrong in a courtroom, I would hope you'd say, my
 7   lawyer is going to stand up and he's going to do it
 8   because no man, no woman is going to run over
 9   justice.  And no man and no woman is going to come
10   into the courthouse here, and try to sell a lie
11   without being exposed by the other side.  Not
12   Mr. Khoury.  And definitely not me.
13            Because I will be willing for you to not
14   like me.  And for you to think I'm aggressive.  And
15   for you to think, boy, oh, boy, I've got a bad
16   behavior.
17            In order for y'all to see the truth and
18   witness the truth and accept the truth, I will.  I
19   will take it.  I will take you not liking me.
20            Do I care?  Of course.  I want all y'all
21   to like me.
22            But I'd much rather you respect me for
23   doing my damn job.
24            So let's go through the charge.
25            It says here you must give the testimony
```

DAVID M. CLAPPER vs AMERICAN REALTY INVESTORS INC.
3:14-cv-2970-X                  Vol 12 May 19, 2021                  Page 3859

```
 1              That testimony, by our two experts, if you
 2   will remember, closed our evidence.
 3              We rested.  We called Gene Bertcher.  We
 4   called Gary Goolsby.  We called Scott Hakala.
 5              Dr. Hakala, sorry.
 6              And then we rested.
 7              And then here comes Mr. Frazee, who got
 8   sent back to Detroit with all of his testimony
 9   stricken, who was going to rebut our two experts.
10   Okay?
11              And so the only evidence you have to
12   consider with regards to this question is the
13   evidence of Gary Goolsby, Gene Bertcher, and
14   Dr. Scott Hakala.
15              It has gone uncontroverted.  I'm not
16   telling you, sir, that you can't go and deliberate
17   and say, I think all of those three guys are so,
18   whatever, and I'm not going to -- I'm not going to
19   buy anything they said, I didn't like the way they
20   talked, didn't like the way they looked, didn't like
21   where they came from, thought they were
22   overeducated, whatever, you have a right to do that.
23              I submit to you it would be wrong.
24              I submit to you, ma'am, it would be wrong.
25              They didn't have -- they were not
```

```
 1   advocates.

 2           Gary Goolsby wasn't an advocate.

 3   Dr. Hakala wasn't an advocate.

 4           They gave their opinion.  It was reasoned.

 5   There was a basis for it.  They are educated.

 6           You can't tell me they didn't have at

 7   least the qualifications to come in here.  Their

 8   testimony wasn't stricken.

 9           And so what are the answers to the

10   questions?

11           "Did EQK or ARI take any of the properties

12   listed below in good faith and for reasonably

13   equivalent value?"

14           Answer, please, Question number 1, 2, 3, 4

15   through 6, the answer is yes.

16           I submit to you it cannot be any other

17   answer.  There is no evidence to suggest that the

18   answer should be anything other than yes.

19           Now, Questions 4 and 5.

20           "Did ART transfer any of the properties

21   listed below without receiving reasonable equivalent

22   value?"

23           Well, first, you ask yourself, who has

24   that burden?  Is it the Defendants' burden to prove

25   the answers to the questions?
```

DAVID M. CLAPPER vs AMERICAN REALTY INVESTORS INC.
3:14-cv-2970-X                    Vol 12 May 19, 2021                    Page 3863

```
 1              Not today.  Not tomorrow.

 2              They have their own board.  They have

 3     their own ownership.  They have their own structure.

 4              Ma'am, they operate with accountability.

 5     And don't take my word for it, take Gary Goolsby's

 6     word for it.  He would know.

 7              Mr. Goolsby has been around.  Smeared by

 8     Enron, which was pathetic, Andy.

 9              And he told y'all about how the company

10     works and how other companies work just like them.

11              How we're audited by the -- by our

12     auditors.  How everything we do, there's a rule and

13     regulation by the Securities and Exchange

14     Commission.

15              If we were the alter ego of something,

16     believe me, the Department of Justice would be on

17     our butt quicker than I was on yours during this

18     trial.

19              So I'm telling you, the answer to that

20     question, 1, 2 and 3, please -- and remember, Judge

21     Starr says, you've got to prove they're the alter

22     ego on a specific date.

23              And he gives us the date.

24              December 31st, January 14, January 21.

25              The answer to that, I submit to you, with
```

DAVID M. CLAPPER vs AMERICAN REALTY INVESTORS INC.
3:14-cv-2970-X                    Vol 12 May 19, 2021                    Page 3864

 1  honesty and integrity, sir, is a no, for each one of
 2  them.  It has to be.
 3          And then Questions number 7 and 9.
 4          Go to 7.  I want to show the last
 5  sentence.
 6          No.  No.  No.  No.  The last sentence on
 7  the instruction that -- that Mr. Khoury pointed out
 8  about Nevada law.
 9          You remember when I told y'all that I
10  believe the only reason why Mr. Clapper sued Gene
11  Phillips for alter ego was because his name was Gene
12  Phillips?  And I told y'all that I believe that --
13  that the only reason why they sued Gene Phillips is
14  because he was successful?  And they sued Gene
15  Phillips because he was a father?
16          He was a dad.  And he set up trusts for
17  his six children.  And they were minors when he set
18  it up.  They're adults today.  But he set up those
19  trusts years and years and years ago, before anybody
20  knew who you were, Mr. Clapper, for his kids.
21          And I told y'all that's what successful
22  people do.  I hope to do that, and will do that for
23  my son.  God willing.
24          And they sued him because he was a daddy.
25  Because his dad was smart, their dad was smart.  And

```
 1   read, Mr. Mychalowych."

 2              There's nothing wrong with that.

 3              Hell, he was nicer than me.

 4              Mr. Mychalowych was beating on him and

 5   beating on him about, you approved that check.  You

 6   approved.

 7              You know what Mr. Mychalowych didn't tell

 8   you, on every one of those forms, every one of them,

 9   and Mr. Phillips pointed it out to him, look, why

10   don't you look at the box where all the board of

11   directors people had to approve them before they

12   came to me, for me to put okay on.  He didn't want

13   to show you that.

14              Disgusting.

15              And then he started talking about, like he

16   said in his opening statement, he was going to show

17   you that Gene Phillips had this airplane.  727

18   airplane.  Mr. Phillips said, Yes, I do ride on the

19   airplane, but I pay my share and I pay my way.

20              Why?  They want to smear the man.

21              God, I wish he was here.  I hope he would

22   be proud of y'all.  I think he would.

23              So was Gene Phillips the alter ego of ARI?

24   No.  No.  No.

25              "Was Gene Phillips" -- the next one, go to
```

DAVID M. CLAPPER vs AMERICAN REALTY INVESTORS INC.
3:14-cv-2970-X                   Vol 12 May 19, 2021                   Page 3868

```
 1    9.
 2              "Was Gene Phillips the alter ego of EQK,
 3    and, therefore, responsible for its conduct on the
 4    following dates?"
 5              Go to the answers.
 6              No, no, no.
 7              I'll tell you what, they want to -- they
 8    want that $60 million.  They want that $60 million.
 9              Y'all want to go over there to the Estate
10    of Gene Phillips, the six kids and a wife, it's
11    disgusting, Mr. Clapper.
12              Gene didn't do anything.  He wasn't the
13    alter ego.  He was a dad.
14              You're the billionaire.  You just got mad
15    because they tried to foreclose on your yacht at
16    Fort Lauderdale.
17              They didn't tell you that.
18              70-foot yacht in Fort Lauderdale, parked
19    at the banks, when had a judgment against him, they
20    went to seize it.
21              He didn't want to tell you how -- what a
22    billionaire he was.
23              He wants to come in here with his
24    crocodile tears and tell you he's poor.
25
```

DAVID M. CLAPPER vs AMERICAN REALTY INVESTORS INC.
3:14-cv-2970-X                    Vol 12 May 19, 2021                    Page 3869

```
 1              MR. MYCHALOWYCH:  Your Honor, sidebar.
 2              MR. SHAMOUN:  And that's not evidence,
 3    that's just what I said.
 4              (Thereupon, the following proceedings were
 5       had at sidebar:)
 6              MR. MYCHALOWYCH:  Your Honor, not only is
 7    there no evidence of that, it's not true.  None of
 8    it is true.
 9              Your Honor, he's been pointing, he's
10    saying things, it's inappropriate.
11              THE COURT:  I'm going to tell them to
12    disregard the reference that you just made, and
13    please lay off the attorney comments.
14              MR. SHAMOUN:  Okay.
15              MS. ASHMORE:  Your Honor, may I also --
16              THE COURT:  Mr. Shamoun.
17              MS. ASHMORE:  May I also raise, while
18    we're here, there have been, I counted, seven
19    different references to Mr. Frazee's testimony
20    being, quote, stricken.
21              The Jury was instructed to disregard his
22    rebuttal testimony, but the comments from both
23    Mr. Khoury --
24              THE COURT:  The Court only struck
25    rebuttal, didn't strike direct.
```

DAVID M. CLAPPER vs AMERICAN REALTY INVESTORS INC.
3:14-cv-2970-X                    Vol 12 May 19, 2021                    Page 3870

```
 1              MR. MYCHALOWYCH:  There's no boat.
 2    There's is no foreclosure.  There's nothing.  Not in
 3    the record.  It doesn't exist.
 4              MS. ASHMORE:  Thank you.
 5              (Thereupon, the sidebar was concluded and
 6         the following proceedings were held in open
 7         court:)
 8              THE COURT:  All right.
 9              The reference you just heard was not in
10    evidence, so again, argument from lawyers, please
11    don't count as evidence.
12              And I will ask you to continue without
13    referring to opposing counsel.
14              MR. SHAMOUN:  I'm so sorry.
15              I got scolded, and my hearing aids fell
16    out.
17              So, let's go to Question 10.
18              Question 10, as Mr. Swaim -- Mr. Swaim
19    said, there are no values proven.
20              And so you go back there, and you talk to
21    each other, and Juror No. 1 or Juror No. 2 or 3 or 4
22    says, Well, what are we supposed to do?
23              Pull that out of thin air?
24              Where are we supposed to come up with
25    numbers?
```

DAVID M. CLAPPER vs AMERICAN REALTY INVESTORS INC.
3:14-cv-2970-X                    Vol 12 May 19, 2021                    Page 3874

1          Do you have it?  Do you have the

2   Mychalowych slide in opening?  Give it to me?

3   Please.

4          Anyway, I wish that Judge Starr had given

5   me the ability to ask you to award punitive damages

6   against Mr. Clapper for all of the pain and agony

7   and frivolity that we have had to endure for seven

8   years of dealing with you and your lawyers.

9          I didn't get that instruction.

10         Our Judge, Judge Starr said, you're not

11   entitled to it.  There it is.

12         Some of you, one of you, all of you may

13   understand what we've been through.  May understand

14   what we have been accused of.

15         May understand how easy it is for somebody

16   to file a lawsuit in the United States of America

17   with a filing fee of $268 and serving citations on

18   people.

19         And if they can find a lawyer to write up

20   stuff, and make up stuff, and chase us, I hope they

21   understand that they are going to meet their maker.

22         And today, that maker is you.  And y'all

23   are going to answer these questions.

24         I hope and I pray that I have been a

25   steward of truth.